WILLIAM B. ROSTOV, State Bar No. 184528
KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: wrostov@icta; kgolden@icta.org

PAUL H. ACHITOFF (Applicant for Admission Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

ORIGINAL FILED
JAN 23 AM 9: 14
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal Plant Health and Inspection Service,<br><br>　　　　Defendants. | Case No.: C-08 0484<br><br>NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT<br><br>(Fed. R. Civ. P. 7.1) |

Nongovernmental Corporate Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Center for Food Safety, Organic Seed Alliance, Sierra Club and High Mowing Organic Seeds state that they are non-profit organizations that do not have parent corporations and do not issue stock.

Respectfully submitted,

WILLIAM B. ROSTOV, State Bar No. 184528
KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: wrostov@icta; kgolden@icta.org

PAUL H. ACHITOFF (Pro Hac Vice Applicant)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

Dated: January 22, 2008

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

Nongovernmental Corporate Disclosure Statement                                             1