ORIGINAL
FILED

08 JAN 23 AM 9:14

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  WILLIAM B. ROSTOV, State Bar No. 184528
   KEVIN GOLDEN, State Bar No. 233378
2  Center for Food Safety
   2601 Mission St., Suite 803
3  San Francisco, CA 94110
   T: (415) 826-2770 / F: (415) 826-0507
4  Emails: wrostov@icta; kgolden@icta.org

5  PAUL H. ACHITOFF (Applicant for Admission Pro Hac Vice)
   Earthjustice
6  223 South King Street, Suite 400
   Honolulu, Hawai'i 96813
7  T: (808) 599-2436 / F: (808) 521-6841
   Email: achitoff@earthjustice.org
8
   GREGORY C. LOARIE, State Bar No. 215859
9  Earthjustice
   426 17th Street, 5th Floor
10 Oakland, CA 94612
   T: (510) 550-6725 / F: (510) 550-6749
11 Email: gloarie@earthjustice.org

12 *Counsel for Plaintiffs*

JSW

13              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                   SAN FRANCISCO DIVISION

15 CENTER FOR FOOD SAFETY, ORGANIC    ) Case No.:
   SEED ALLIANCE, SIERRA CLUB, and HIGH )
16 MOWING ORGANIC SEEDS,              )
                                      )
17             Plaintiffs,            ) CERTIFICATION OF INTERESTED
                                      ) ENTITIES OR PERSONS
18      vs.                           )
                                      ) (Civ. L.R. 3-16)
19 CHARLES CONNOR, in his official    )
   capacity as Acting Secretary of the United States )
20 Department of Agriculture; and CINDY SMITH, )
   in her official capacity as Administrator of the )
21 Animal Plant Health and Inspection Service, )
                                      )
22             Defendants.            )
                                      )

Certification of Interested Entities or Persons

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the |
| 2 | named parties, there is no such interest to report. |

Respectfully submitted,

WILLIAM B. ROSTOV, State Bar No. 184528
KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: wrostov@icta; kgolden@icta.org

PAUL H. ACHITOFF (Pro Hac Vice Applicant)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

Dated: January 22, 2008

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

Certification of Interested Entities or Persons                                                                                                                                          1