LATHAM & WATKINS LLP
  Ernest J. Getto (Ca. Bar No. 55662)
  Holly J. Tate (Ca. Bar No. 237561)
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: holly.tate@lw.com
  Philip Perry (D.C. Bar No. 434278 – admitted)
  Janice M. Schneider (D.C. Bar No. 472037)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: phil.perry@lw.com

ARENT FOX LLP
  Stanley H. Abramson (D.C. Bar No. 217281)
  Rachel G. Lattimore (D.C. Bar No. 450975)
  (admitted pro hac vice)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: abramson.stanley@arentfox.com

Attorneys for Intervenor-Defendant
Monsanto Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTSON SEED FARMS INC., *et al.*, | Case No. C-06-1075 CRB |
| Plaintiffs, | [Proposed] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| v. | |
| MIKE JOHANNS, *et al.*, | Judge: Hon. Charles R. Breyer |
| Defendants, | |
| and | |
| MONSANTO COMPANY, FORAGE GENETICS, INC., JOHN GROVER, DANIEL MEDEROS, and MARK WATTE, | |
| Intervenor-Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C-06-1075 CRB
[PROPOSED] ORDER RE: MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

1
2   The Court has reviewed the Administrative Motion to Consider Whether Cases Should
3   Be Related dated January 23, 2008, and the response thereto. Upon due consideration, the
    administrative motion is DENIED.
4
        IT IS SO ORDERED.
5
6
7   Dated: February 01, 2008
                                                    _____
8                                                   Honorable Charles R. Breyer
                                                    United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C-06-1075 CRB
[PROPOSED] ORDER RE: MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED