1  WILLIAM B. ROSTOV, State Bar No. 184528
   KEVIN GOLDEN, State Bar No. 233378
2  Center for Food Safety
   2601 Mission St., Suite 803
3  San Francisco, CA 94110
   T: (415) 826-2770 / F: (415) 826-0507
4  Emails: wrostov@icta; kgolden@icta.org

5  PAUL H. ACHITOFF (Applicant for Admission Pro Hac Vice)
   Earthjustice
6  223 South King Street, Suite 400
   Honolulu, Hawai'i 96813
7  T: (808) 599-2436 / F: (808) 521-6841
   Email: achitoff@earthjustice.org
8
   GREGORY C. LOARIE, State Bar No. 215859
9  Earthjustice
   426 17th Street, 5th Floor
10 Oakland, CA 94612
   T: (510) 550-6725 / F: (510) 550-6749
11 Email: gloarie@earthjustice.org

12 *Counsel for Plaintiffs*

13
                    UNITED STATES DISTRICT COURT
14              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
15

16 CENTER FOR FOOD SAFETY, ORGANIC      )  Case No.: C 08-0484 JSW
   SEED ALLIANCE, SIERRA CLUB, and HIGH )
17 MOWING ORGANIC SEEDS,                )
                                        )  CERTIFICATE OF SERVICE
18          Plaintiffs,                 )
                                        )
19     vs.                              )
                                        )
20 CHARLES CONNOR, in his official      )
   capacity as Acting Secretary of the United States )
21 Department of Agriculture; and CINDY SMITH, )
   in her official capacity as Administrator of the )
22 Animal Plant Health and Inspection Service, )
                                        )
23          Defendants.                 )
                                        )
24

25      I am a citizen of the United States of America and a resident of the City and County of San

26 Francisco; I am over the age of 18 years and not a party to the within entitled action; my business

27 address is 426 17th Street, 5th Floor, Oakland, California.

28

CERTIFICATE OF SERVICE -- C 08-0484 JSW                                                              1

I hereby certify that on January 23, 2008, I served by U.S. Certified Mail one true copy of the following documents:

- Summons In A Civil Case;
- Complaint for Declaratory and Injunctive Relief;
- Certification of Interested Entities or Persons;
- Nongovernmental Corporate Disclosure Statement;
- Administrative Motion to Consider Whether Cases Should Be Related (and Proposed Order);
- Paul H. Achitoff Application for Admission of Attorney Pro Hac Vice (and Proposed Order);
- Order Setting Initial Case Management Conference and ADR Deadlines, and Civil Standing Orders;
- ECF Registration Information Handout;
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and
- *Welcome to the U.S. District Court, San Francisco* packet

on the persons listed below:

Chuck Connor
Acting Agriculture Secretary
U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, DC  20250

Cindy Smith
Acting Administrator, APHIS
U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, DC  20250

Michael B. Mukasey
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Scott N. Schools
United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA  94102

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 23, 2008 in Oakland, California.

_____
John W. Wall

CERTIFICATE OF SERVICE -- C 08-0484 JSW                                    2