```
1   WILLIAM B. ROSTOV (State Bar No. 184528)
    KEVIN GOLDEN (State Bar No. 233378)
2   Center for Food Safety
3   2601 Mission St., Suite 803
    San Francisco, CA 94110
4   Telephone:  (415) 826-2770
    Facsimile:  (415) 826-0507
5   Email:  wrostov@icta.org
6   Email:  kgolden@icta.org

7   PAUL H. ACHITOFF (Applicant for Admission Pro Hac Vice)
    Earthjustice
8   223 South King Street, Suite 400
9   Honolulu, Hawai'i 96813
    Telephone: (808) 599-2436
10  Facsimile: (808) 521-6841
11  Email: achitoff@earthjustice.org

12  GREGORY C. LOARIE (State Bar No. 215859)
    Earthjustice
13  426 17th Street, 5th Floor
14  Oakland, CA 94612
    Telephone: (510) 550-6725
15  Fascimile: (510) 550-6749
    Email: gloarie@earthjustice.org
16

17  Counsel for Plaintiffs
```

THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR FOOD SAFETY,** *et al.*, | Case No.  C 08-00484-JSW |
| Plaintiffs, | NOTICE OF CHANGE IN COUNSEL |
| vs. | |
| **CHARLES CONNOR**, in his official capacity as Acting Secretary of the United States Department of Agriculture, *et al.*, | Date:  March 7, 2008<br>Judge:  Hon. Jefferey S. White |
| Defendants. | |

**NOTICE OF CHANGE IN COUNSEL**

Center for Food Safety respectfully gives notice that William B. Rostov is no longer counsel on this case, because he is no longer affiliated with Center for Food Safety. Kevin Golden, Paul H. Achitoff, and Gregory C. Loarie still represent plaintiffs in this case.

Dated this 7 day of March, 2008

/s/ William B. Rostov

Williams B. Rostov
Center for Food Safety
Telephone: (415) 826-2770
wrostov@icta.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CHANGE IN COUNSEL        C 08-00484-JSW                          3