RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
415-436-7180
Fax: 415-436-6748
Email: Charles.OConnor@usdoj.gov

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

ATTORNEYS FOR UNITED STATES

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES CONNOR, et al.<br><br>Defendants. | Civil Action No. 4:08-00484-JSW<br><br>**DEFENDANTS' NOTICE OF ATTORNEY APPEARANCE** |

PLEASE TAKE NOTICE that John R. Coleman, United States Department of Justice, Civil Division, hereby enters his appearance as counsel of record on behalf of defendant in the above-captioned matter.

DATED: March 11, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
415-436-7180
Fax: 415-436-6748
Email: Charles.OConnor@usdoj.gov

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch

*/s/ John R. Coleman*
JOHN R. COLEMAN
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

**Certificate of Service**

I hereby certify on this 11th day of March, 2008, that a true and correct copy of Defendants' Notice of Attorney Appearance was served via the Electronic Case Filing System of the Northern District of California on the following individuals:

KEVIN GOLDEN
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
Telephone: (415) 826-2770
Facsimile: (415) 826-0507
Email: kgolden@icta.org

GREGORY C. LOARIE (State Bar No. 215859)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Fascimile: (510) 550-6749
Email: gloarie@earthjustice.org

/s/ *John R. Coleman*
John R. Coleman
Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch