UNITED STATES DISTRICT COURT
Northern District of California

CENTER FOR FOOD SAFETY, ET AL.

                Plaintiff(s),

v.

CHARLES CONNOR, ET AL.

                Defendant(s).

CASE NO.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

PAUL H. ACHITOFF, an active member in good standing of the bar of HAWAII whose business address and telephone number (particular court to which applicant is admitted) is

Earthjustice, 223 South King Street, Suite 400, Honolulu, Hawai'i 96813. Tel: (808) 599-2436

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Center for Food Safety, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-11-08

                                        United States Magistrate Judge