# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Center for Food Safety, et al.

CASE NO. 3:08-cv-0484-JSW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Edward T. Schafer, et al.

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 9, 2008 @ 1:30 p.m.▣

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paul H. Achitoff | Plaintiffs | (808) 599-2436 | achitoff@earthjustice.org |
| Lori Caramanian | Defendants | (303) 844-1499 | lori.caramanian@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a
telephone conference with a member of the ADR Legal Staff before the Case Management
Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your
phone conference.*

Dated: 4/14/08  ▣

Attorney for Plaintiff    (by Gcc)

Dated: 4/14/08  ▣

Attorney for Defendant

Rev 12.05