## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Center for Food Safety, et al.

        Plaintiff(s),

v.

Edward T Schafer, et al.

        Defendant(s).

Case No. 3:08-cv-0484-JSW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil. L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/7/08

Dated: 4/7/08

_____ For Center for Food Safety
[Party]

_____ Kevin Golden
[Counsel]    Staff Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Food Safety, et al.

        Plaintiff(s),

v.

Edward T Schafer, et al.

        Defendant(s).

Case No. 3:08-cv-0484-JSW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 4, 2008

[Party] Neil J. Carman / SIERRA CLUB

Dated: 4/7/8

[Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Food Safety, et al.

        Plaintiff(s),

v.

Edward T Schafer, et al.

        Defendant(s).

Case No. 3:08-cv-0484-JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/8/2008

                                                  [Party] Thomas M. Stearns / High Mowing Seeds

Dated: 4/10/8

                                                  [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Food Safety, et al.

        Plaintiff(s),

    v.

Edward T Schafer, et al.

        Defendant(s).

Case No. 3:08-cv-0484-JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 7 2008

                                                   for OSA
[Party] Organic Seed Alliance

Dated: 4/7/8

                            [Counsel]

