KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: kgolden@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, <br><br> Defendants. | Case No.:  3:08-cv-0484-JSW <br><br> NOTICE OF APPEARANCE OF PAUL H. ACHITOFF (ADMITTED PRO HAC VICE) AS COUNSEL FOR PLAINTIFFS CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, AND HIGH MOWING ORGANIC SEEDS; CERTIFICATE OF SERVICE |

**NOTICE OF APPEARANCE OF PAUL H. ACHITOFF
(ADMITTED PRO HAC VICE) AS COUNSEL FOR
PLAINTIFFS CENTER FOR FOOD SAFETY, ORGANIC SEED
ALLIANCE, SIERRA CLUB, AND HIGH MOWING ORGANIC SEEDS**

Paul H. Achitoff (Admitted Pro Hac Vice), of the law firm of Earthjustice, in the above-referenced matter, hereby gives notice of his appearance as counsel for Plaintiffs Center For Food Safety, Organic Seed Alliance, Sierra Club, and High Mowing Organic Seeds.

DATED:  Honolulu, Hawai`i, April 15, 2008.

/s/ Paul H. Achitoff_____
PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Attorney for Plaintiffs
223 South King Street, Suite 400
Honolulu, Hawai‘i 96813
(808) 599-2436

Notice of Appearance
No. 3:08-cv-0484-JSW

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, that a true and correct copy of the NOTICE OF

APPEARANCE OF PAUL H. ACHITOFF (ADMITTED PRO HAC VICE) AS COUNSEL FOR

PLAINTIFFS CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB,

AND HIGH MOWING ORGANIC SEEDS was served via the Electronic Case Filing System of the

Northern District of California on the following individuals:

> Ronald J. Tenpas
> Assistant Attorney General
> Environment and Natural Resources Division
> Lori Caramanian
> Environment and Natural Resources Division
> U.S. Department of Justice
> 1961 Stout Street, 8th Floor
> Denver, Colorado  80294
> Telephone: (303) 844-1499
> Fax: (303) 844-1350
> Email: lori.caramanian@usdoj.gov

> Charles Michael O'Connor
> Office of the U.S. Attorney
> Civil Division – ENR
> 450 Golden Gate Ave., 10th Floor
> P.O. Box 36055
> San Francisco, CA 94102-3495
> Telephone: 415-436-7180
> Fax: 415-436-6748
> Email: Charles.OConnor@usdoj.gov

DATED:  Honolulu, Hawai'i, April 15, 2008.

> /s/ Paul H. Achitoff
> PAUL H. ACHITOFF (Admitted Pro Hac Vice)
> Attorney for Plaintiffs
> 223 South King Street, Suite 400
> Honolulu, Hawai'i 96813
> (808) 599-2436