1  Joanne Lichtman (SBN 137300)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California 90071-2627
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  Email: lichtmanj@howrey.com

5  Gilbert S. Keteltas (*Pro Hac Vice pending*)
   John F. Bruce (*Pro Hac Vice pending*)
6  Christopher H. Marraro (*Pro Hac Vice pending*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Defendants,<br><br>vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE: June 6, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White** |

HOWREY LLP

DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

## DECLARATION OF MICHAEL HOFER

I, Michael Hofer, declare as follows:

1. I am Vice President of Agriculture for Western Sugar Cooperative ("Western"), located at 7555 East Hampden Avenue, Suite 600, Denver, CO 80231. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below. As Western's Vice President of Agriculture, I oversee and I am responsible for three substantive business areas: Agronomy Services, Harvest Operations, and Co-Products (pulp and molasses). Western's Agronomy Services employs seventeen agronomists and one-full time research manager. Agronomy Services conducts all educational training programs for our grower-shareholders including programs concerning weed and disease control, stewardship and best practice methods, and herbicide usage and application. In my position as Vice President of Agriculture, I also oversee Western's research program which is funded jointly by Western and its grower-shareholders through a "Joint Research Committee." In 2007, under my oversight, Western conducted 18 separate research projects including 4 studies concerning agricultural management of Roundup Ready sugar beets. Information and data from these studies is disseminated to our grower-shareholders through University/Cooperative sponsored seminars, individual annual meetings between our staff agronomists and each grower, our proprietary shareholder website and through mailings of periodic agronomy reports. I also oversee Western's comprehensive GPS database on approximately 3,000 sugar beet growing fields within our region that reports voluminous data on yields, sugar content, disease and weed types, herbicide effectiveness and other information used by Agronomy Services to assist our grower-shareholders with improving their sugar beet crop.

2. Western is a distant successor to the Great Western Sugar Company incorporated in 1905 that was the dominant producer of Colorado, Wyoming and Nebraska beet sugar for over 60 years. Each new factory of the Great Western Sugar Company became the economic hub of the agricultural community in which it was built. Western now has five sugar processing refineries located at Fort Morgan, Colorado; Scottsbluff, Nebraska; Billings Montana; and Torrington and Lovell, Wyoming. Together these refineries employ more than 519 full-time and 548 seasonal professional

HOWREY LLP

-2-
DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

and non-professional workers in processing, packaging and shipping, and transportation. Western produced over 9,300,000 cwt (hundredweight) of sugar in 2007 from these refineries.

3. On April 30, 2002 more than 1,000 sugar beet growers from Colorado, Montana, Nebraska and Wyoming purchased the company from Tate & Lyle, creating a grower owned cooperative. Shares in Western were initially sold for $185 each, requiring every grower-shareholder to raise one acre of sugar beets for each Co-op share owned. Today, Western has more than 1,300 member-growers as owners of the cooperative. In 2007, Western shareholders planted approximately 126,500 acres in sugarbeets. Western's growers expect to plant about 122,000 acres in sugarbeets in 2008. For the 2008 growing season, Western's growers began planting sugar beet seed in April and the overwhelming majority of sugar beet seed will be planted by mid-May.

4. Weed control is one of the most difficult crop management problems that Western's growers face. In Western's growing region, a lack of superior weed control can significantly reduce sugarbeet yield, both in tons and sugar content, and significantly reduce crop revenues.

5. On November 19, 2003, the U.S. Department of Agriculture's (USDA) Animal and Plant Health Inspection Service (APHIS) received a petition from Monsanto and KWS SAAT AG to deregulate the use of a resistant sugar beet gene that is tolerant to glyphosate, the active ingredient in Monsanto's Roundup herbicide treatment. Roundup is a non-persistent biodegradable herbicide that is particularly effective against weed species that compete with and attack sugarbeets in Western's growing region.

6. On December 17, 2004, Western, through its President and CEO Inder K. Mathur, submitted public comments to APHIS supporting the Petition and Environmental Assessment for Determination of Nonregulated Status for Sugar Beet Genetically Engineers for Tolerance to the Herbicide Glyphosate (Docket No. 04-075-1) ("Petition").

7. Western is also a member of the Beet Sugar Development Foundation, which sponsors sugarbeet research and which submitted comments to APHIS supporting the Petition. I am a current member of the Board of Directors of the Beet Sugar Development Foundation.

8. Western is a member of U.S. Beet Sugar Association ("USBSA"), a national trade association of sugarbeet cooperatives that has represented the interests of the nation's sugarbeet processors since 1914. USBSA is a proposed Intervenor in this litigation. Currently, the USBSA's membership is comprised of eight beet sugar companies – our Western Sugar Cooperative, American Crystal Sugar and its subsidiary Sidney Sugars, Southern Minnesota Beet Sugar Cooperative and its subsidiary Spreckels Sugar Company, the Amalgamated Sugar Company, Michigan Sugar Company, and Minn-Dak Farmers' Cooperative – which operate 22 processing factories in nine states. These firms produce refined sugar from sugarbeets grown by about 10,000 family farmers on approximately 1.3 million acres in eleven states.

9. The ability to plant glyphosate tolerant sugarbeets will result in a significant benefit to Western's grower-owners because it will significantly lessen the burden of weed control. Weed control has always been time-consuming and expensive in growing sugar beets. In Western's growing region, effective weed control is vital within the first few weeks of sugar beet planting due to competition with early growing season weeds that attack sugarbeets. Roundup is particularly effective on the weed species that predominate during this period. Without good initial weed control, our grower-shareholders are required to make subsequent applications of a suite of different and more environmentally persistent herbicides requiring substantial time, money and labor resources.

10. Because of the run-up in the commodity price of corn and wheat due to favorable ethanol prices, sugar beet growers must be able to increase their yield per acre and the sugar content of the sugarbeets to be competitive. Western estimates that the use of Roundup Ready sugarbeet seed will substantially increase yields in Western's growing region of between 10-17% in Colorado, Montana, Wyoming and Nebraska.

11. Western also projects a near identical to slightly better sugar content in sugarbeets due to the use of Roundup Ready seed. Western confirmed this fact through Agronomy Services' sponsored studies in 2006-2007, which used test plots to examine the sugar content of sugarbeets grown from Roundup Ready sugarbeet seed.

12. This projected increase in sugar yield per acre of sugarbeets planted is vital for Western's survival. Not only does Western compete with eight other sugar-producing cooperatives around the nation, its grower-shareholders are having great difficulty procuring additional acres to grow sugar beets due to competition with other commodity crops. This difficulty has driven down the value of Western's shares to zero. This means that increased yields are a necessity to Western's economic health and survival. As a result, 90% of 2008 sugarbeet plantings in Western's growing region are Roundup Ready seed and Western expects that its grower-shareholders will plant 100% Roundup Ready sugarbeet seed in 2009 and thereafter.

13. If Western's growers are prevented from planting Roundup Ready sugar beets, it will be a disaster for the Cooperative. Without the availability of Roundup Ready seed, plant shut downs are probable because run-up pricing on other commodity crops will favor the planting of corn and other higher priced commodity crops assuming the continued high price of these crops and will leave Western without a sufficient supply of sugar beets.

14. If Western's growers are prevented from planting Roundup Ready sugarbeets, it is unlikely that there will be a sufficient supply of conventional seed to supply our growers in Western's four-state region in 2009-2010. In the four states in our growing region, there are 25 different varieties of sugarbeet seed required. Each variety is specially bred to defeat a disease or parasite that is unique to that sub-region. Based upon my substantial knowledge of and familiarity with the sugarbeet industry and Western's grower requirements for specific varieties of sugarbeet seed, it takes approximately two years to grow, harvest and process sugarbeet seed. Given the fact that Western's growers are 100% committed to Roundup Ready sugarbeet seed for the 2009 growing season, it is unclear as to whether sufficient conventional sugarbeet seed in each required variety will be available for the 2009 and 2010 growing season.

15. Western also has continuing research process for quality assurance approval for each sugarbeet seed variety that is based on a 2-3 year testing program that examines frequency of emergence, sugar/ton produced, sugar content lost to molasses and other important growing traits. Each variety is tested in both clean soils and also tested against various disease strains. Through these

important continuing research trials, Western's growers can only purchase varieties that meet Western's performance standards. However, if Roundup Ready sugarbeet seed becomes unavailable due to this lawsuit, it will take at least 2-3 additional years for conventional sugarbeet seed to run through the gamut of trials necessary for Western's approval of each seed variety. The unavailability of test results will be disastrous for Western and its growers because it will create further uncertainty in sugarbeet yield and drive farmers to plant higher price commodity crops such as corn over sugar beets.

16. In Western's sugar beet growing region there is virtually no risk that the glyphosate gene from Roundup Ready sugar beets will spread to related crops. The reproductive biology of sugar beets is that they only flower in their second growing season. In Western's growing region of Colorado, Montana, Nebraska and Wyoming, sugarbeets do not have a second growing year because they do not over winter due to the cold climate. Therefore, in Western's growing region, sugar beets never go to flower and cannot cross-pollinate other crops. Additionally, Western's growers are required by their annual shareholder grower agreement with Western to follow crop rotation practices, never planting sugarbeets two years in a row in the same acreage, further cutting off any opportunity for cross-pollination of crops.

17. Western provides a comprehensive training program by university scientists for its grower-shareholders that assures that Roundup Ready is not over used. Many of our growers already have substantial experience in using the proper application of Roundup Ready with other Roundup Ready crops such as corn. In my position of Vice President of Agriculture, I have not reviewed any data or been apprised by Western's growers of any instance of observed weed resistance associated with the use of Roundup Ready. There is an abundance of information from both seed and herbicide companies on the proper utilization for weed killer and depending on locality, some of our growers are required to go through herbicide and pesticide training to meet state requirements. In our experience, if the proper guidelines are followed, there does not seem to be any threat of weed resistance stemming from the use of Roundup Ready seed.

HOWREY LLP

-6-
DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

1    I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2 was executed on April 17, 2008, in Denver, CO.

                                                          /s/ Michael Hofer

                                                          Michael Hofer

| | |
|---|---|
| 1 | Joanne Lichtman (State Bar No. 137300) |
| | HOWREY LLP |
| 2 | 550 South Hope Street, Suite 1100 |
| | Los Angeles, California 90071 |
| 3 | Telephone: (213) 892-1800 |
| | Facsimile: (213) 892-2300 |
| 4 | Email: lichtmanj@howrey.com |
| 5 | Gilbert S. Keteltas  (*Pro Hac Vice pending*) |
| | John F. Bruce (*Pro Hac Vice pending*) |
| 6 | Christopher H. Marraro (*Pro Hac Vice pending*) |
| | HOWREY LLP |
| 7 | 1299 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004-2402 |
| 8 | Telephone:  (202) 783-0800 |
| | Facsimile:  (202) 383-6610 |

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, | ) Case No. 3:08-cv-00484-JSW |
| | ) |
| Defendants, | ) **ATTORNEY SIGNATURE ATTESTATION** |
| | ) **FOR DECLARATIONS FILED IN** |
| vs. | ) **SUPPORT OF GROWER/PROCESSOR** |
| | ) **MOTION TO INTERVENE** |
| CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, | ) **DATE: June 6, 2008** |
| | ) **TIME: 9:00 a.m.** |
| | ) **COURTROOM: 2, 17th Floor** |
| | ) **JUDGE: Hon. Jeffrey S. White** |
| Defendants; | ) |
| AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC, | ) |
| Proposed Intervenor-Defendants. | ) |

**HOWREY LLP**

ATTORNEY SIGNATURE ATTESTATION

1  I, Joanne Lichtman, Counsel for Proposed Intervenor-Defendants American Sugarbeet Growers
2  Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet
3  Sugar Association, American Crystal Sugar Company, Amalgamated Sugar Company, Western Sugar
4  Cooperative and Wyoming Sugar Company (collectively, "Grower/Processor Intervenor-Defendants),
5  hereby attest that I have on file holograph signatures for any signatures indicated by a "conformed"
6  signature ("/s/") filed in support of the Motion to Intervene of Grower/Processor Intervenor-
7  Defendants.

Dated: April 17, 2008                    /s/ Joanne Lichtman_____ _____
                                          Joanne Lichtman

HOWREY LLP

-1-
ATTORNEY SIGNATURE ATTESTATION