Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending)*
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Defendants,<br><br>vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**DECLARATION OF LUTHER MARKWART IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE: June 6, 2008**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 2, 17th Floor**<br>**JUDGE: Hon. Jeffrey S. White** |

**DECLARATION OF LUTHER MARKWART**

I, Luther Markwart, declare as follows:

1. I am Executive Vice President of the American Sugarbeet Growers Association ("ASGA") and have held that position since 1982. Before that, I served as Executive Vice President of the Farmers and Manufacturers Beet Sugar Association (F&MBSA), representing the interests of sugarbeet growers in Michigan and Ohio. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below.

2. The sugarbeet is a root crop that is grown primarily in temperate areas where the growing season is five to six months long. Farms can be found in California, Colorado, Idaho, Michigan, Minnesota, Montana, Nebraska, North Dakota, Oregon, Washington, and Wyoming. The ASGA represents approximately 10,000 individual sugarbeet grower-owners, who are primarily family farmers, in all eleven sugarbeet producing states in the United States. Our member organizations include: California Beet Growers Association, Colorado Sugarbeet Growers Association, NEBCO Beet Growers Association, Elwyhee Beet Growers Association, Idaho Sugar Beet Growers Association, Nyssa-Nampa Beet Growers Association, Michigan Sugar Company, Minn-Dak Farmers Cooperative, Red River Valley Sugarbeet Growers Association, Southern Minnesota Beet Sugar Cooperative, Big Horn County Sugar Beet Growers Association, Montana-Dakota Beet Growers Association, Mountain States Beet Growers Association of Montana, Nebraska Beet Growers Association, Big Horn Basin Beet Growers Association and Washakie Beet Growers Association.

3. I grew up on a 180-acre family farm in Yale, Michigan. My grandparents grew sugarbeets on our farm beginning in 1933, as did my father after them. For the nine years before I went to college, I signed a contract to grow sugar beets with Michigan Sugar Company. I was responsible for hoeing and maintaining one acre of sugarbeets – 10 rows a half mile long – each year, by hand. Because this was a 4-H project, I had to keep meticulous records and was interviewed each year by company agronomists and grower leaders on the agricultural practices used to grow the crop. We had a large migrant field worker camp 2.5 miles from our home and I worked along side them in our fields hoeing weeds in our sugarbeets at least twice per year. After each harvest, I received a

payment for my acre's yield dedicated solely to funding my college education. My work on that acre of sugarbeets funded a significant part of my college education.

4. In my work for F&MBSA, I was involved in the beet and bean research farm near Saginaw, Michigan as well as research that was conducted at the USDA Agricultural Research Station in East Lansing (Michigan State University). Much of the work focused on plant breeding and weed control testing.

5. In my present position, I staff and direct our Board of Directors meetings in which farmer leaders from all of our growing areas meet collectively three times per year to discuss a wide spectrum of issues and challenges they face each season in growing sugarbeets. I also discuss these issues individually with growers throughout the growing season. The effectiveness of existing herbicide chemicals is usually a primary topic of discussion along with soil moisture levels and temperatures. Our summer meetings are often held in growing areas around the country to view first hand various research and commercial test plots of seed varieties and chemical treatments, which we discuss with the local research staff. The ASGA also works closely with the Beet Sugar Development Foundation to monitor the registration and reviews of herbicides and pesticides by the United States EPA.

6. I also serve as the ASGA's representative to, and co-chair of, the Sugar Industry Biotech Council (SIBC). SIBC represents all constituents of the sugar industry. The SIBC is a collaborative group, and currently is comprised of U.S. and Canadian sugarbeet and sugar cane growers and processors, sugar industry associations, technology companies and seed companies. The purpose of the SIBC is to provide science-based information regarding technological advances in both sugarbeet and sugar cane crops, information on the benefits of these advances and information on sugar products derived from technologically enhanced sugarbeets and sugar cane.

7. Sugars are carbohydrates that occur naturally in fruits and vegetables. Of all known plants, sugar is most highly concentrated in sugarbeets and sugar cane. The sucrose from sugarbeets and sugar cane is identical, and the same as the sucrose found in other fruits and vegetables. Over half of the domestically-produced sugar in the United States comes from sugarbeets grown by our

members. Our members grow all of the commercially grown sugarbeets in the United States. In 2007 sugarbeet factories in nine states processed over 30 million tons of sugarbeets grown on approximately 1.3 million acres. There are no organic sugarbeets or organic sugarbeet seeds in the United States. Over 4.5 million tons of sugar are produced each year in the U.S. from sugarbeets and beet sugar represents 54 percent of domestic sugar production in the U.S.

8. Beet sugar production is now vertically integrated. Companies that process sugar from the beet root have considerable influence over all aspects of production from the approval of seed varieties to the area planted to the sale of the final product. The crop is of little value without a processor to extract the sugar, and once a sugar factory is constructed, a company must have a reliable supply of locally-grown beets. Processing factories are located near the fields because sugarbeets are perishable vegetables. As a result of all these factors, there has always been a close and cooperative relationship among growers and processing companies. In the United States, growers began joining together as farmer owned cooperatives in the mid 1970's to purchase their processing companies and by September 2006 the entire U.S. beet sugar processing industry became grower-owned.

9. Because virtually all sugarbeet manufacturing plants are owned by the growers, growers not only have the right to sell their beet crop to their grower-owned cooperative, they also have an obligation. If a grower does not deliver the acreage promised when they bought their shares, most cooperatives authorize penalties, either fixed by the acre or based on the cooperatives fixed costs of production, ranging from $180 to $1,000 an acre/share.

10. The sugarbeet is a biennial plant that, during its first growing season, produces a storage root containing a large amount of sucrose. In commercial sugarbeet farming, the storage root is harvested after the first growing season and processed into sugar. If the sugarbeet root is not harvested prior to the second growing season, and the plant survives the winter, the sugar in the root is used by the plant to produce flowers and seeds, in a process known as "bolting." Sugarbeets that are commercially grown for sugar must be harvested after the first season and prior to bolting, because the sugar stored in the root is consumed by the plant during the bolting process. Sugarbeets are planted in a rotation with other crops, such as corn, alfalfa, small grains and soybeans. They are generally never

planted in the same field two years in a row, and most times have an even longer rotation. This cycle of growing reduces the likelihood of disease, permits the soil to recover nutrients, and increases crop yields. Sugarbeets are grown in both irrigated and non-irrigated regions, and the differences result in different disease and pest challenges for growers.

11. Typically, beets are planted in March through early May and are harvested in late September and October. When fully grown, a sugarbeet is about a foot long, weighs two-to-five pounds, and is about 18% sucrose. Processing factories generally operate around the clock, seven days a week, from September through April.

12. Weed control is a serious crop management problem for our growers. Sugarbeets are quite susceptible to fast-growing weeds that can take vital nutrients from the soil and crowd out the low-growing beets from light. Traditionally, effective weed management takes time in the field and the correct choice and application of various herbicides to control a wide spectrum of broadleaf and grassy weeds. The proper timing and application of these herbicides is a challenge to growers. The effectiveness of herbicides will vary widely depending upon beet size, weed size and weather, leaving g rowers with short windows to apply multiple herbicides. In addition, traditional chemicals – even when applied properly – can damage the beet plant and reduce the crop yield. Breakdowns in the weed control process can significantly reduce sugarbeet yield, both in tons and sugar content, and significantly reduce crop revenues.

13. Roundup Ready sugarbeets are engineered to resist the herbicide glyphosate, which is marketed under the trade name “Roundup.” Growers using Roundup Ready sugarbeet seeds can apply Roundup to better eliminate weeds and lessen the amount of herbicide necessary to successfully farm the beets. Roundup Ready sugarbeets allow for easier weed control; rather than applications of different herbicides at different phases of growing, growers will able to use Roundup after the crop has emerged, without stunting the growth of the plants. Roundup Ready sugarbeets will also lessen or eliminate the need for hand labor to remove weeds. As a result, Roundup Ready sugarbeet seed will allow for more efficient farming with greater yields.

14. On December 1, 2004, the ASGA submitted public comments to the U.S. Department of Agriculture's (USDA) Animal and Plant Health Inspection Service (APHIS) concerning the Petition and Environmental Assessment for Determination of Nonregulated Status for Sugar Beet Genetically Engineers for Tolerance to the Herbicide Glyphosate (Docket No. 04-075-1). I participated in the preparation of these comments. The ASGA's member growers supported the deregulation of glyphosate tolerant sugarbeets in accordance with the USDA's environmental assessment and guidelines.

15. The ability to plant glyphosate tolerant sugarbeets will benefit ASGA growers because it will significantly lessen the burden of weed control. Weed control has always been time-consuming and expensive. After sugarbeet plants emerge, even our most effective traditional post-emergent herbicides can have limited effectiveness given weather conditions and short application windows. Without good initial weed control, our farmers are required to make subsequent applications of a combination of different herbicides requiring time, money, resources and multiple trips across the fields, using fuel and compacting the soils (which makes the soil less hospitable to sugarbeets). As farmers consolidate, fewer farmers must cover more acres in the same amount of time. This requires wider application windows and more effective weed control. While hand labor is occasionally available in some regions of the country, it has become less accessible, reliable and affordable. The availability of glyphosate-tolerant sugarbeets is necessary for many of our farmers – who often compete for land with other higher-value crops – to remain competitive.

16. Glyphosate-tolerant sugarbeets also will allow our growers to practice conservation tillage or, in other words, to replace many passes in the field with a tractor and equipment with just a few. As our growers have learned with other Roundup Ready crops, like corn, weeds can be better controlled with an herbicide application rather than repeated plowing. Conservation tillage methods save fuel, reduce emissions, cut water usage and reduce labor costs for our growers. Many of our growers have invested in equipment that will allow reduced tillage with the planting of Roundup Ready crops.

17. Glyphosate tolerance has been used effectively by farmers in the production of soybeans, corn, canola and cotton. When APHIS approved the petition to deregulate Roundup Ready sugarbeets in March 2005, our growers began to evaluate available varieties. All of our regional grower associations and cooperative boards have seed committees that, in turn, have multi-year processes to evaluate and approve seed varieties for use in their regions. In 2006 and 2007, the Beet Sugar Development Foundation conducted commercial demonstrations of Roundup Ready sugarbeet seed on hundreds of acres in Idaho and Michigan. These demonstrations compared Roundup Ready seed to conventional seed in preparation for commercial introduction. In 2007 I visited one of the commercial demonstration sites near Croswell, Michigan. Various Roundup Ready seed varieties were approved by grower-owned cooperatives for the 2008 growing season.

18. In the 2008 growing season, we anticipate that over 50% of sugarbeets planted in the U.S. will be Roundup Ready. We estimate that the percentage will increase to 90% in 2009. Many of our growers ordered Roundup Ready seed in the fall and winter and the seed has been delivered to growers. Planting of Roundup Ready seed for the 2008 growing season began in March and will continue through mid-May. Our members estimate that approximately 600,000 acres of Roundup Ready Sugarbeets will be planted by the end of the current planting season.

19. Given the anticipated demand since USDA deregulated Roundup Ready seed almost three years ago, seed companies are making a transition from conventional to Roundup Ready seed and have not been developing and testing conventional varieties in significant numbers with our growers. Our growers are concerned that an inability to use Roundup Ready seed in the 2008, 2009 or 2010 growing season could result in shortages of the varieties needed by our farmers. Even if conventional varieties were available, they would not have the most recent disease, weed and pest packages. This not only poses a direct threat to individual producers, but also to their grower-owned cooperatives.

20. Our growers face three scenarios. First, there simply may not be sufficient conventional seed available to meet their needs over the next few years (given that the growth of sugarbeet seed is a two year process). Second, even if conventional seed is available, it will not have the most recent regional traits, and the most desirable regional varieties are unlikely to be available given the two-year

period necessary to produce seed. The seed planting to produce seed for the 2009 commercial crop has already occurred and the varieties that are being planted are mainly Roundup Ready. Third, if conventional seed is available for 2009, we expect that it will be older seed that has been warehoused. Each of these scenarios mean growers face the prospects of higher costs and lower crop yields both individually, and collectively as grower-owners.

21. Many of our growers have experience with other Roundup Ready seeds, and some have tested Roundup Ready sugarbeet varieties. Weed resistance associated with the use of Roundup Ready seeds has not been a problem for our growers. There is an abundance of information and training from both seed and herbicide companies on the proper utilization for weed killer and depending on locality, some of our growers are required to go through herbicide and pesticide training to meet state requirements. In addition, our members are trained through regional programs offered by the Cooperative Extensions. SIBC makes an interactive weed resistance training module publicly available over the internet (http://www.sugarindustrybiotechcouncil.org/learning-module/index.htm).

//

//

//

22. Whether from sugarbeets or sugar cane, or from biotechnology-enhanced or conventionally improved sugar crops, testing has shown that the sugar is the same. Only a small percentage of U.S.-produced sugar and sugar-containing products are exported to other countries. In fact, 97 percent of sugar produced in the United States is sold in the United States. Of the export markets that receive the remaining 3 percent, three of the most significant for sugar from U.S. sugarbeet and sugar cane production – Japan, Canada, and Mexico – as well as the United States, have granted regulatory approval to Roundup Ready sugarbeets for food and feed uses. Regulatory approvals for food and feed uses have been obtained in most of the remaining export markets, including the European Union, South Korea, Australia, New Zealand, Colombia, Russia, Singapore and the Philippines. Regulatory approvals are in progress for the other remaining export markets that have established biotech regulatory systems.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2008, in Washington, DC.

/s/ Luther Markwart

Luther Markwart

Joanne Lichtman (State Bar No. 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending)*
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,

Defendants,

vs.

CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,

Defendants;

AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,

Proposed Intervenor-Defendants.

Case No. 3:08-cv-00484-JSW

**ATTORNEY SIGNATURE ATTESTATION FOR DECLARATIONS FILED IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**

**DATE: June 6, 2008**
**TIME: 9:00 a.m.**
**COURTROOM: 2, 17th Floor**
**JUDGE: Hon. Jeffrey S. White**

I, Joanne Lichtman, Counsel for Proposed Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, Amalgamated Sugar Company, Western Sugar Cooperative and Wyoming Sugar Company (collectively, "Grower/Processor Intervenor-Defendants), hereby attest that I have on file holograph signatures for any signatures indicated by a "conformed" signature ("/s/") filed in support of the Motion to Intervene of Grower/Processor Intervenor-Defendants.

Dated: April 17, 2008

/s/ Joanne Lichtman
Joanne Lichtman