LOWELL M. ROTHSCHILD (DC Bar No. 476826)
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4065; Facsimile: 202.344.8300
lmrothschild@venable.com

TIMOTHY J. GORRY  (CA SBN 143797)
CHRISTOPHER T. WILLIAMS  (CA SBN 171907)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:310.229.9922; Facsimile: 310.229.9901
tjgorry@venable.com

NANCY BRYSON (Pro Hac Vice Motion Pending)
THE BRYSON GROUP, PLLC
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4731; Facsimile: 202.344.4028
nbryson@agfoodlaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants,<br><br>and<br><br>SYNGENTA SEEDS, INC.,<br><br>Proposed Defendant-Intervenor. | Case No: 3:08-cv-00484-JSW<br><br>**DECLARATION OF PATRICK SPADIN IN SUPPORT OF PROPOSED DEFENDANT-INTERVENOR SYNGENTA SEEDS, INC.'S MOTION TO INTERVENE**<br><br>Judge: Hon. Jeffrey S. White |

CASE NO. 3:08-cv-00484-JSW
DECLARATION OF PATRICK SPADIN IN SUPPORT
OF SYGENTA SEEDS, INC.'S MOTION TO INTERVENE

I, PATRICK SPADIN, declare as follows:

**Background**

1. My name is Patrick Spadin. I submit this Affidavit in support of Defendant-Intervenor Syngenta Seeds Inc.'s Motion To Intervene. The facts set forth in this Declaration are true as of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify to each of the facts set forth below.

2. I am currently the Head of Sales, Marketing & Finance of Syngenta Seeds, Inc.'s sugar beet business, located in Longmont, Colorado. I have been employed by Syngenta Seeds, Inc. ("Syngenta") since August 1, 2004. I have been in my current position since 2005. Prior to that, from August 2004 to August 2005, I was the Head of Sales & Marketing for Syngenta's sugar beet business.

3. As part of my job, it is my responsibility to understand Syngenta's sugar beet seed production business. As a result, I have firsthand knowledge regarding the company's beet seed production, including both ROUNDUP READY ("RR") and conventional sugar beet seeds.

**About Syngenta**

4. Syngenta AG is a world-leading agribusiness committed to sustainable agriculture through innovative research and technology. The company ranks third in the worldwide commercial seeds market.

5. Syngenta is a secondary subsidiary of Syngenta AG. Based in Minnesota, Syngenta's business covers all aspects of seed production and marketing, from research and development to sales and distribution. Syngenta's products are available worldwide.

### Background of Event H7-1 and Syngenta's Intellectual Property Interest

6. This litigation relates to the approval by the United States Department of Agriculture of the deregulation petition for Insertion Event H7-1. Technically, Insertion Event H7-1 is KWS's proprietary transformation event identified in USDA petition extension No. 03-323-01p and Application EFSA-GMO-UK-2004. Practically, the Event is a method for inserting a specific RR gene into a sugar beet seed which will increase the sugar beet's tolerance to glyphosate, the active ingredient in Monsanto's Roundup herbicide.

7. Syngenta has spent over a decade perfecting the technology required for the creation, development and cultivation of RR sugar beets.

8. Syngenta is one of the three primary producers of sugar beet seeds in the United States.

9. Syngenta grows both conventional sugar beet seeds and seeds for the RR sugar beets which have been genetically engineered under Event H7-1.

10. Syngenta produces and markets seeds for RR sugar beets under a license from Monsanto and KWS, which hold patents covering RR sugar beets.

11. Syngenta controls certain intellectual property, know-how and technology relating to the transformation and regeneration of plants referred to as the Barton-Chilton process. The Barton-Chilton process covers the method of insertion of genes into dicot plants, including the gene that imparts tolerance to glyphosate into sugar beets. Syngenta's Barton-Chilton transformation technology was used to develop Event H7-1.

12. The other two primary producers of RR sugar beet seeds also use sugar beet seeds that contain Event H7-1 which was transformed using Syngenta's patented Barton-Chilton process.

**Sugar Beet Development and Plantings of Event H7-1**

13. Sugar beet seeds take two full years to produce from initial planting and germination to harvesting and conditioning for commercial planting by growers for beet production.

14. At the beginning of the first year (August), seeds are planted and germinated under longstanding comprehensive seed stewardship practices designed to maintain seed purity. By the middle of the second year, these plants produce seeds, which are ready, after processing, treating and coating, to be planted by sugar beet growers at the beginning of the third year. Thus, the commercial seeds to be planted by growers in spring 2008 were initially planted and germinated for seed production in summer 2006. The commercial seeds to be planted by growers in spring 2009 were initially planted and germinated for seed production in summer 2007.

15. The first commercial planting of RR sugar beets containing Event H7-1 occurred in 2006.

16. Approximately 50% of the sugar beet seeds produced during 2008 will be RR sugar beet seeds.

17. RR sugar beet technology is in high demand from sugar beet growers and processors, because it will significantly decrease their costs. This is especially important in today's market, as they are under increasing financial strain and competition given the rising prices of corn and wheat.

**Syngenta's Economic Interest**

18. Syngenta has spent the three years since APHIS's decision to deregulate RR sugar beets identifying and developing markets for RR sugar beets, entering into orders to supply RR sugar beet seeds for those markets and producing and conditioning the necessary RR sugar beet seeds for cultivation.

19. RR sugar beet seeds will sell for approximately a five to ten percent premium over conventional sugar beet seeds.

20. In addition, purchasers of RR sugar beet seeds pay a technology fee approximately equal to the price of the seed. The patent holder (in this case, Monsanto) rebates a portion of the fee to the seed company.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Patrick Spadin

4/15/2008
Date

SUBSCRIBED AND SWORN TO BEFORE ME this 15 day of April, 2008



_____
Notary Public, State of Colorado

My Commission expires: July 14, 2010

CASE NO. 3:08-cv-00484-JSW
DECLARATION OF PATRICK SPADIN IN SUPPORT
OF SYGENTA SEEDS, INC.'S MOTION TO INTERVENE

- 5 -