```
LATHAM & WATKINS LLP
   Philip Perry (D.C. Bar No. 434278 - admitted)
   Janice M. Schneider (D.C. Bar No. 472037)
   (application for pro hac vice pending)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: phil.perry@lw.com
       janice.schneider@lw.com
   Holly J. Tate (Ca. Bar No. 237561)
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: holly.tate@lw.com

ARENT FOX LLP
   Stanley H. Abramson (D.C. Bar No. 217281)
   Rachel G. Lattimore (D.C. Bar No. 450975)
   (applications for pro hac vice pending)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: abramson.stanley@arentfox.com

Attorneys for Proposed Intervenor-Defendant
Monsanto Company
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES CONNOR, Acting Secretary of the U.S. Department of Agriculture; and CINDY SMITH, Administrator, Animal and Plant Health Inspection Service<br><br>    Defendant.<br><br>and<br><br>MONSANTO COMPANY,<br><br>    Proposed Intervenor-Defendant. | CASE NO. C-08-484 JSW<br><br>**DECLARATION OF ROBERT D. NIXON IN SUPPORT OF MONSANTO COMPANY'S MOTION TO INTERVENE**<br><br>Date: June 6, 2008<br>Time: 9:00 a.m.<br>Place: 17th Floor, Courtroom 2<br>Judge: Hon. Jeffrey S. White |

## DECLARATION OF ROBERT D. NIXON, IN SUPPORT OF MONSANTO COMPANY'S MOTION TO INTERVENE

I, Robert D. Nixon, declare as follows:

1. I am the Sugarbeet Lead with Monsanto Company ("Monsanto"), a position I have held since January 2008.

2. In my capacity within the Product Management group, I have responsibility for specialty crops, which include Roundup Ready® sugarbeets.[1] My responsibilities include working with companies that hold Monsanto's license for Roundup Ready sugarbeets on certain matters relating to business and industry affairs, market strategy and future technologies. I have personal knowledge of the matters referred to herein and if called upon to testify, could and would testify truthfully thereto.

3. As part of my responsibilities, I follow the sugarbeet market and track seed and sugarbeet commodity production, and I follow the herbicide and pesticide markets for both conventional and biotechnology products. I do this because I am required to create sales forecasts and other estimates for Monsanto, and I independently keep an accurate track of how many acres of sugarbeet seed and sugarbeet crops are on the market, how many acres are anticipated to be Roundup Ready and how many acres are conventional.

4. I am also responsible for pricing Roundup Ready sugarbeet technology, and to do so, I must have data regarding the value of Roundup Ready sugarbeets compared to conventional sugarbeets and the costs of herbicide applications and hand labor for both, and other non-pecuniary benefits in order to determine how much Roundup Ready sugarbeets are likely to be sold based on the value they create for sugarbeet farmers.

5. I graduated with a Bachelor of Science in Environmental Economics and Policy in 1996 from the University of Alberta in Canada. I received an Advanced Graduate

---

[1] ® Roundup and Roundup Ready are registered trademarks of Monsanto Technology LLC.

DECL. OF ROBERT NIXON IN SUPPORT OF MONSANTO MOT. TO INTERVENE

1. Diploma in Management from Athabasca University in 2001, and a Masters in Business Administration in Agriculture from the University of Guelph in 2002.

6. I joined Limagrain Canada Seeds Inc. in 1995, as a District Sales Manager, and stayed with that company through its acquisition by Monsanto in July 2001. Since then, I have held numerous positions at Monsanto in the areas of Strategic Development, Business Development and Analysis, Licensing Business Management, Product Management and New Product Introductions, to my present position. A true and correct copy of my resume is attached as Exhibit A.

**Roundup Ready Sugarbeet Ownership, Licensing and Distribution Channels**

7. Monsanto owns intellectual property rights to technology through which all Roundup Ready sugarbeets are produced. Monsanto is the developer and patent holder of the Roundup Ready trait, which consists of the 5-enolpyruvylshikamate-3-phosphate synthase (*epsps*) gene isolated from *Agrobacterium sp.* and the glyphosate tolerant EPSPS protein which it encodes.

8. Under license from Monsanto, KWS SAAT AG ("KWS") used this gene trait to develop Event H7-1, the expression of the gene in Roundup Ready sugarbeets. KWS owns and holds the patent on Event H7-1, and the two companies together submitted it for regulatory clearance by the Food and Drug Administration (2004) and the United States Department of Agriculture ("USDA") (2005).

9. KWS is Monsanto's exclusive technology partner for the development and commercialization of Event H7-1 and Roundup Ready sugarbeets. After the USDA's Animal and Plant Health Inspection Service ("APHIS") deregulated Roundup Ready sugarbeets in 2005, Monsanto and KWS introduced Roundup Ready sugarbeets for sale in the United States market and began to seek international regulatory approvals for use of commodities derived from Roundup Ready sugarbeets. Additional details regarding regulatory approval are discussed in the Declaration of Ronald Schneider in Support of Monsanto Company's Motion to Intervene.

10. The sugarbeet market in the United States is a complex one, with a number of companies involved and playing multiple roles. Notwithstanding this complexity,

binding legal contracts – either directly with Monsanto, or to which Monsanto is a third party beneficiary with rights to terminate or not approve - limit Roundup Ready sugarbeet seed production and distribution and the growing of Roundup Ready sugarbeets.

        11.     For example, KWS has signed a Roundup Ready Gene License Agreement with Monsanto. The Roundup Ready Gene License Agreement grants KWS the limited right to grant a sublicense to specified contract partner seed companies (who must be approved in writing by Monsanto) that names Monsanto as a third party beneficiary with certain rights, including to terminate the sublicense contract, so long as the sublicense conforms in all material respects to the Roundup Ready Gene License Agreement, or if it differs in any material respect, receives prior approval from Monsanto.

        12.     KWS has formed such a sublicense agreement with Crystal Beet Seed, an operating division of American Crystal, which in turn has entered a sublicense with the West Coast Beet Seed Company (in which American Crystal is a part owner). These sublicenses permit the companies to have and sell Monsanto technology in their branded seed, subject to the strict limitations contained in the licenses, and limit the sale of Roundup Ready sugarbeet seed to growers licensed by Monsanto.

        13.     As part of Monsanto's controls over its Roundup Ready technology, the Company also approves and licenses each of the thousands of sugarbeet seed growers and sugarbeet growers who buy Roundup Ready seed. Monsanto requires each Roundup Ready grower to sign and follow the Monsanto Technology/Stewardship Agreement ("MTSA"), a limited use license approved by Monsanto. The MTSA incorporates by reference the Monsanto Technology Use Guide ("TUG"), which includes conditions related to weed resistance management, and other stewardship requirements. Additional details and requirements of the MTSA and TUG are discussed in the Declaration of Paulette Pierson in Support of Monsanto Company's Motion to Intervene.

### The Impact of Potential Restrictions on Use of Roundup Ready Sugarbeets

        14.     Monsanto shares technology premiums from licensed growers who buy and plant Roundup Ready sugarbeet seed with its seed company partners. In addition to very

significant effects on sugarbeet growers and processors and others, restrictions on planting or use of Roundup Ready sugarbeets could have direct financial impact on Monsanto. If, as anticipated in 2008, approximately 1.3 million acres of the United States are planted with sugarbeets, and around 50 to 55% of this acreage is planted with Roundup Ready sugarbeets, the technology fees are expected to exceed $30 million dollars. In 2009, if approximately 90% of the 1.3 million acres of sugarbeets in the United States is, as expected, planted with Roundup Ready sugarbeets, the technology fees from this acreage could exceed $60 million dollars.

15. Restrictions or limitations on use of Roundup Ready sugarbeets could not only threaten these technology fees, but could also affect Monsanto's position in the market and harm the company's ability to effectively market its other seed products in the United States and potentially elsewhere in the world.

16. In addition, a prohibition on the sale or restrictions on the use of Roundup Ready sugarbeet could have an immediate and significant impact on the sugarbeet market in the United States.

17. Due to the value of Roundup Ready sugarbeets to the company, Monsanto has strong business incentives to protect its patented technology and take measures to ensure that gene transmission does not occur and there is appropriate product stewardship to maintain a sustainable business.

I declare, under penalty of perjury, that the forgoing is true and correct. Executed this 17 day of April, 2008 in St. Louis, Missouri.

                                              /S/ Robert D. Nixon
                                              Robert D. Nixon, M.B.A.

### Attorney Signature Attestation

I, Holly J. Tate, counsel for Monsanto Company, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                              /S/ Holly J. Tate
                                              Holly J. Tate

Exhibit A

# Robert Nixon
800 North Lindbergh Blvd
St. Louis, Missouri 63167
Office: (314) 694-4120
Mobile: (314) 210-3516
robert.d.nixon@monsanto.com

## EXECUTIVE SUMMARY

- Broad and in-depth knowledge of the agriculture industry
- Professional individual who is enthusiastic with inspirational leadership abilities
- Agronomic and sales history with a seed company
- Diverse experience across all areas of Monsanto's business in Canada (corn, soybean, canola and chemistry)
- Strategic and organizational development
- Marketing – biotechnology and consumer Packaged goods
- International business development
- Business support accountability– Finance and Program Operations

## PROFESSIONAL EXPERIENCE

### Business Strategy and Development

- Assessed potential projects to discover opportunities for growth
- Analyzed industry players to determine their value and explore the potential for acquisition, product licensing or other collaboration opportunities
- Explored external collaboration to gain support for internal technologies and improve industry relations
- Created business plans for market development initiatives
- Built alliances with complimentary agricultural companies in order to more effectively introduce new technologies and expand customer base
- Negotiated business contracts and licensing agreements forming new industry relationships and expanding the product portfolio
- International experience in product evaluation, licensing intellectual property and business exploration with both private industry and foreign governments

### Sales and Marketing

- Managed a North American Lawn & Garden business in excess of $300 MM USD with full P&L responsibility including a branded and private label portfolio
- Marketing of Roundup Ready canola technology (corn and soybean traits in Western Canada) with full P&L responsibility of over $70 MM USD
- Successfully launched a new product generating over $20 M USD in revenue in the introductory year
- Developed pricing schedules and workable sales programs for seed products which increased company sales by 251% over a two year period
- Responsible for Intellectual Property Protection in Canada
- Managed a sales territory consisting of seventy independent retails
- Initiated increased communication between company and retail outlets, developing trust and better relations in the marketplace
- Aided in networking distribution to develop a teamwork approach across the region
- Established new business relationships with potential dealers to better cover the market
- Promoted diverse customer incentives such as a mentoring program that would promote sales
- Introduced new product concepts into a changing industry

- Dealt effectively with customers by handling product inquiries and providing advice and solutions in unique situations
- Conducted meetings informing customers of trends and strategies
- Provided insight into specific areas helping the dealers to increase sales penetration in their individual market
- Developed a CD-ROM presentation with an external agency that could be used for all company presentations

**Planning and Project Management**

- Implemented, monitored and evaluated all major company projects
- Led cross-functional teams to ensure all aspects of projects were effectively managed
- Developed work plans and clear project plans to meet milestones
- Created business plans that support and encourage company investment
- Managed incoming opportunities to filter workload and only involve employees directly related to the project
- Led the coordination of market, industry and competitive analyses

**Research and Development**

- Coordinated a product demonstration program which highlighted a company focused on research and technology
- Collected and synthesized all data from a product testing program
- Evaluated all products, categorized effectiveness and suggested potential markets
- Recognized opportunities for increasing productivity by changing practices
- Led global product innovation for the lawn & garden consumer business

**Finance/Operations**

- Coordinated the long range planning and budgeting process for an entire organization
- Responsible for all channel and customer programs totaling over $80 MM USD across all Monsanto Canada's business (seed, trait and chemistry)
- Determined financial and strategic implications for changes to current business model and strategic business decisions
- Evaluated projects with financial models to determine the impact of changes including pricing, value share methods and product expansion
- Developed business models to expand product concepts and demonstrate value propositions for stakeholders
- Performed in-depth financial analysis on all corporate projects including sensitivity and risk assessment
- Forecasted business results and led the invoice planning team

**Management and Administration**

- Formed cross-functional teams to successfully implement the long range business plan for Canada as well as manage any issues that may jeopardize current and future business
- Gained support of internal colleagues to effectively get work done
- Transitioned past business to colleagues in changing roles
- Managed sales assistants and sales agronomists while in a sales management role and direct report business analyst in finance role
- Prepared and adhered to budgets
- Experienced working with Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook, Microsoft Project, Lotus Notes, & ARC

**CAREER HISTORY**

| | | |
|---|---|---|
| Monsanto Company (St. Louis, Missouri) | **Alfalfa and Sugarbeet Lead** | Jan 2007 – Current |
| Monsanto Company (St. Louis, Missouri) | **Corn Product Manager** | Sept 2007 – Dec 2007 |
| Delta & Pine Land Co. (D&PL) (Memphis, Tennessee) | **Business Development Director** | May 2006 – Aug 2007 |
| Monsanto Canada Inc. (Winnipeg, Canada) | **Licensing Business Manager** | Jan 2006 – May 2006 |
| Monsanto Canada Inc. (Winnipeg, Canada) | **Strategic Channel Manager** | Sept. 2005 – Jan 2006 |
| Monsanto Company (St. Louis, Missouri) | **North America Lawn & Garden** | May 2004 – Aug 2005 |
| Monsanto Canada Inc. (Winnipeg, Canada) | **Strategic Development & Business Analysis** | Dec 2002 - May 2004 |
| Monsanto Canada Inc. (Winnipeg, Canada) | **Business Development** | Dec 2001 - Dec 2002 |
| Limagrain Canada Seeds Inc. (Edmonton, Canada) | **District Sales Manager** | Apr 1995 – Dec 2001 |

(acquired by Monsanto Canada Inc.- July 2001)

**EDUCATION**

- **Masters in Business Administration in Agriculture**  2002
  University of Guelph
- **Advanced Graduate Diploma in Management**  2001
  Athabasca University
- **Bachelor of Science in Environmental Economics & Policy**  1996
  University of Alberta

**SPECIAL AWARDS**

- **Team Behavior** – Monsanto Canada Recognition Award  **2002**
- **Operational Excellence** – Monsanto Canada Recognition Award  **2003**

**COMMUNITY INVOLVEMENT**

- Volunteer for Habitat for Humanity

- Volunteer for Hurricane Katrina Rebuilding in Biloxi, Mississippi
- Volunteer for Big Brothers and Big Sisters Association of Winnipeg
- Past Member of Toastmaster's International
- Past Volunteer for Alberta Environmental Protection in the Alberta Government

**REFERENCES**

Available on request