LATHAM & WATKINS LLP
    Philip Perry (D.C. Bar No. 434278 - admitted)
    Janice M. Schneider (D.C. Bar No. 472037)
    (application for *pro hac vice* pending)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: phil.perry@lw.com
        janice.schneider@lw.com
    Holly J. Tate (Ca. Bar No. 237561)
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: holly.tate@lw.com

ARENT FOX LLP
    Stanley H. Abramson (D.C. Bar No. 217281)
    Rachel G. Lattimore (D.C. Bar No. 450975)
    (applications for pro hac vice pending)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: abramson.stanley@arentfox.com

Attorneys for Proposed Intervenor-Defendant
Monsanto Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY,<br><br>          Plaintiff,<br><br>   v.<br><br>CHARLES CONNOR, Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, Administrator, Animal and Plant Health Inspection Service<br><br>         Defendant.<br><br>    and<br><br>MONSANTO COMPANY,<br><br>    Proposed Intervenor-Defendant. | CASE NO. C-08-484 JSW<br><br>**DECLARATION OF PAULETTE PIERSON, IN SUPPORT OF MONSANTO COMPANY'S MOTION TO INTERVENE**<br><br>Date: June 6, 2008<br>Time: 9:00 a.m.<br>Place: 17th Floor, Courtroom 2<br>Judge: Hon. Jeffrey S. White |

## DECLARATION OF PAULETTE PIERSON, IN SUPPORT OF MONSANTO
## COMPANY'S MOTION TO INTERVENE

I, Paulette Pierson, declare as follows:

1.    I am the Technology Development Manager for Roundup Ready®[1] Specialty Crops for the Monsanto Company ("Monsanto"), a position I have held since 2005. I assumed responsibility for technical leadership of Roundup Ready Sugarbeet in 2004.

2.    I am an agronomist by training and have a Bachelor of Science degree in agronomy from the University of Minnesota (1978), a Masters of Science in agronomy from the University of Kentucky (1982), and a Ph.D. in agronomy from The Ohio State University (1994), with a focus on plant breeding and plant pathology.

3.    I first joined Monsanto in 1982, serving first as a Research Biologist II and then as a Senior Research Biologist until 1986. From 1986 to 1998, I worked at The Ohio State University, first as a Research Associate/Tissue Culture Specialist focusing on plant pathology, then as a Graduate Research and Teaching Assistant in agronomy, and finally as a Post-doctoral Researcher in plant pathology.

4.    I returned to Monsanto in 1998, and since then have held several positions including: Manager of Agronomic Training for DEKALB Genetics (a Monsanto subsidiary) (1998-1999); Technical Information Specialist (1999-2002); Technology Development Manager for Monsanto's Central Ohio sales team (2002-2003); Product Labels Manager (2003-2005); and my current position with the company.  A true and correct copy of my curriculum vitae is attached hereto as Exhibit A

5.    In my capacity as Technology Development Manager for Roundup Ready sugarbeet, I am responsible for overseeing the technical aspects of the development and commercialization of this product.  My responsibilities in connection with Roundup Ready sugarbeet have included developing technical recommendations for weed control and weed resistance management strategies and providing technical direction, training and support to

---

[1]® Roundup and Roundup Ready are registered trademarks of Monsanto Technology LLC.

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1  sugarbeet seed companies and sugarbeet processors regarding the use of Roundup agricultural

2  herbicides on Roundup Ready sugarbeet.

3         6.    I was raised on a dairy farm in Minnesota, and my family has been in

4  dairy farming for four generations.  The community where I grew up has been involved in

5  sugarbeet production and processing for generations.

6         7.    I have personal knowledge of the matters referred to herein and if called

7  upon to testify could and would testify truthfully thereto.

8                              **Background**

9         8.    Sugar beet, or sugarbeet  (*Beta vulgaris* L. ssp. *vulgaris)*, is a member of

10 the family *Chenopodiaceae*, which also includes the leaf beet (Swiss chard), and the red table

11 beet (fodder beet) from which the sugarbeet was derived.  Sugarbeet is a biennial crop that

12 develops a large, succulent root the first year or growing season, then it overwinters and cold

13 temperatures and other environmental signals (vernalization) trigger the production of a seed

14 stalk (known as "bolting") and flowers in the second year.

15        9.    Sugarbeet is *never* grown for both a beet and a seed crop at the same time

16 on the same acre.  Sugarbeet root and seed crops are grown in different geographic areas, under

17 different environmental conditions, on different and mutually exclusive planting and harvest

18 cycles, by different farmers.  The reason for this differentiated production is simple: sugarbeet's

19 primary value as a commercial crop is for its root, from which food and feed commodities are

20 produced, and the root is harvested in the first year of the sugarbeet plant lifecycle.  During the

21 second year of the sugarbeet plant lifecycle, the sucrose in the root is used to fuel the

22 reproductive cycle, and the remaining root is much lower in sucrose content and of greatly

23 reduced value for food and feed applications.  Sugarbeet root growers and sugarbeet seed

24 growers each follow their own distinct set of agricultural best management practices and

25 stewardship requirements.

26        10.   The presence of weed biomass and weed seeds in either a sugarbeet root

27 or a sugarbeet seed crop is a significant concern because weeds lower the quality of the harvest

28 (of root or seed) by increasing processing efforts and costs.  Sugarbeets are slow growing plants

2

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1   that require several weeks to reach canopy closure when they are better able to compete with

2   weeds.  Weeds that are present prior to canopy closure or that grow taller than the crop can

3   compete aggressively for the same limited resources in the field including sunlight, water, and

4   nutrients.  Sugarbeet seedlings are particularly sensitive to competition from weeds.  Delay in

5   weed removal during the seedling stage has season-long impacts in terms of plant stunting,

6   reduced sugarbeet yield and root quality.

7        11.    The failure to control weeds in sugarbeet fields can result in yield losses of

8   up to 30%, and can even suppress sugarbeets so severely that no crop is produced.  Uncontrolled

9   weeds breed and spread, which requires further herbicide or cultural inputs – at additional cost to

10  the grower – to reduce the weed population in subsequent crops.  Additionally, any remaining

11  weeds complicate harvest.  When weeds are mixed in with the sugarbeet roots delivered to piling

12  stations (where the sugarbeets are stored prior to processing), they contribute to root "storage"

13  losses.  Storage losses occur because weeds reduce air movement through the root pile and create

14  an uneven cooling of the sugarbeets as the piles freeze (known as "hot spots").  These hot spots

15  lead to spoiling or rotting of sugarbeets in the sugarbeet storage piles.

16       12.    Because failure to control weeds within the crop can result in decreased

17  yields and reduced crop quality, an intensive program for weed control in sugarbeets is essential

18  to ensure profitability.  Current agronomic practices for weed control in conventional sugarbeets

19  include tillage, pre-plant incorporation of grass and broadleaf herbicides, and in-crop use of grass

20  and broadleaf herbicide tank mixtures.  Each of these practices has limitations.

21       13.    Herbicides are used extensively in sugarbeet production for weed control;

22  however, current non-glyphosate herbicide options often fail to provide adequate control of key

23  weed species.  Multiple applications of mixtures of herbicides, plus the use of applicable cultural

24  control techniques (hand weeding with hoeing crews - increasingly expensive as labor is

25  becoming harder to find) are often required to effectively control weeds.  Many herbicide

26  products currently in use have a narrow window of application, which is based on a specific

27  weed size or crop stage.  As a result, current weed control programs involve a high degree of

28

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1  complexity due to varying application timings required by the multiple herbicides applied to

2  achieve broad-spectrum weed control.

3          14.    Herbicides used for non-Roundup Ready sugarbeet crops can be

4  complicated to apply, can cause crop injury, which impairs seedlings' ability to compete with

5  weeds, particularly when applied at the incorrect rate or crop stage or under stressful

6  environmental conditions, and can reduce the crop yield.  Many of these herbicides are highly

7  toxic, persist in the soil, and can impact crop rotation options in subsequent seasons.

8          15.    There is no organic sugarbeet root or sugarbeet seed production in the

9  United States -- insecticide, fungicide and herbicide applications are required to keep the

10  sugarbeet crop healthy and maximize yield.  Most sugarbeet seeds are coated with fungicides

11  prior to planting, and commercial sugarbeet crops require multiple applications of herbicides

12  while the crop is growing to control weeds.  The manual and cultural weed control practices

13  required for certified organic production are not physically or economically feasible in large-

14  scale sugarbeet production; thus, an organic sugarbeet industry is unlikely ever to develop.

15                              *Roundup Ready Sugarbeet*

16          16.    Roundup Ready sugarbeet provides an important tool in combating weeds

17  in sugarbeet root production.  Roundup agricultural herbicides (the active ingredient of which is

18  glyphosate) control more than 100 species of grass and broadleaf weeds, so they can remove

19  nearly every species that appears during the sugarbeet root crop field lifespan.  Roundup Ready

20  sugarbeet is engineered to be tolerant to glyphosate, so glyphosate is safe for use in Roundup

21  Ready sugarbeet root production from emergence.  This is the period when the sugarbeet is

22  delicate and weed competition can rapidly reduce yield potential, up to 30 days prior to harvest.

23  Glyphosate is injurious to conventional sugarbeet, and thus conventional farmers must rely on

24  alternate herbicides which are complicated to apply, less effective in combating weeds and have

25  deleterious side effects on the crop itself and the environment.  Using the Roundup Ready

26  sugarbeet system (planting Roundup Ready sugarbeet and applying Roundup agricultural

27  herbicides over the top) gives the young sugarbeet a good start and promotes a full, strong crop

28  of sugarbeet in the field in later months of its production, minimizing spots in the field where

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1    weeds could manifest. When produced for root, a Roundup Ready sugarbeet crop can produce

2    high yield and high quality sucrose, meaning better food and feed products and higher economic

3    value for the root grower.

4          17.    The Roundup Ready sugarbeet weed control system provides distinct

5    advantages over non-glyphosate based weed control systems. Glyphosate can be applied to, and

6    is safe for use on, Roundup Ready sugarbeet as the plants emerge from the soil -- when seedlings

7    are most susceptible to yield loss from weed competition. In-crop applications of a Roundup

8    agricultural herbicide can be made from crop emergence up to 30 days prior to harvest. This

9    flexibility, in addition to the product's highly effective broad spectrum weed control, allows the

10   grower a wider window of application, with the application timing based on weed size and

11   pressure, not on crop stage. The broad spectrum of weed control offered by Roundup

12   agricultural herbicides reduces the need for tank mixing with other herbicides.

13         18.    As the Animal and Plant Health Inspection Service ("APHIS") of the

14   United States Department of Agriculture ("USDA") concluded in its 2005 Environmental

15   Assessment ("EA") associated with its deregulation decision, production of Roundup Ready

16   sugarbeet "may alter current sugar beet cultivation practices in that it will allow for reduced

17   herbicide use than is currently practiced in order to achieve the same crop yield."[2]  Under most

18   conditions, two in-crop or over-the-top applications of Roundup agricultural herbicide will be

19   sufficient to control weeds, with the first application occurring before the weeds reach two

20   inches of height, in order to reduce crop competition, and additional applications before weeds

21   reach four inches in height. The need for fewer applications reduces compaction (improving soil

22   structure or health), reduces fuel use and labor, and in the end saves growers time and money.

23         19.    The Roundup Ready sugarbeet system has demonstrated outstanding crop

24   safety (less crop injury), improved weed control and increased yield (more tons/acre, thus greater

25   sugar yield/acre), as compared to conventional sugarbeet in field trials.[3]  Glyphosate has been

26   ――――――――――――――

27   [2] USDA/APHIS Environmental Assessment and Finding of No Significant Impact, February
     2005. Tate Decl. Exhibit B.

28   [3] *See* Exhibit B, Dexter, A.G., et al. 2005. Weed Control in Roundup Ready Sugarbeet; *see
     also*, Exhibit C, Wilson, R. 2007. Herbicide Timing and Tank-mix Partners with Roundup

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

5

1  shown to have favorable environmental characteristics (including reduced toxicity) compared to

2  other herbicides. Because glyphosate does not persist in soil, farmers can manage crop rotation

3  programs without worry that residual glyphosate will injure the next crop.

4       20.    In sum, the Roundup Ready sugarbeet weed control system simplifies and

5  improves weed management, enhances the flexibility of weed control timing, improves yield by

6  reducing the weed competition, is expected to reduce the use of more toxic and more injurious

7  herbicides, and increases income and weed control options for farmers.

8       21.    Below, I address the following: (1) commercial sugarbeet root crop

9  production; (2) the impact of agronomic stewardship practices in reducing the risk of glyphosate

10  tolerant weeds; and (3) Monsanto's investments in developing Roundup Ready sugarbeets.

11            **Commercial Sugarbeet Root Crop Production**

12       22.    Sugarbeets are grown primarily for their root, from which food (sugar) and

13  feed products are made. Although palatable to livestock and wildlife, in general, neither humans

14  nor animals consume the raw sugarbeet root. Commercial sugarbeet crops are harvested as

15  annual plants, following this first season of growth, when the root reaches maximum size and the

16  root's sucrose content is at its highest, before development of the plant's flower stalk and sexual

17  organs.

18       23.    Sugarbeet growers in the United States are paid based on the yield and

19  sucrose content of their harvest, which is processed into sugar, pulp, molasses and betaine (the

20  latter three are used as ingredients in animal feed).

21       24.    Slightly over 50% of the United States sugar supply is derived from

22  domestically produced sugarbeets.

23       25.    Sugarbeets are grown as a root crop in limited areas in the Northern

24  United States and parts of Canada. Currently, sugarbeet production occurs in 11 states (five

25  geographical areas) that are defined as Great Lakes (Michigan); Red River Valley (Minnesota

26  and eastern North Dakota); Great Plains (Wyoming, Montana, western North Dakota, Colorado,

27

28  Original Max for Weed Control in Roundup Ready Sugarbeets at Scottsbluff, NE during the
    2006 Growing Season.

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1   and Nebraska); Northwest (Idaho, Eastern Oregon, and Washington); and Southwest

2   (California).

3           26.     In every area of the United States and Canada where sugarbeets are grown

4   for beet sugar production, aside from California, they are planted in the spring and the crop is

5   harvested in the fall of the same year, while still in the vegetative phase. Historically, for

6   climatic reasons, planting and harvesting practices in California varied from elsewhere in the

7   United States, with planting occurring in late spring in the Central Valley, for harvest in the fall

8   or following spring, and in the fall in the Imperial Valley, for harvest in the spring of the next

9   year. I am not aware of any plans to plant a commercial Roundup Ready sugarbeet root crop in

10  any location in California.

11          27.     The planting cycle is very different when sugarbeets are being grown for

12  root products rather than for seed. Those plantings harvested for their root *never* reach the

13  second year and reproductive phase of their lifecycle; as a result, flowers (and seed) very rarely

14  develop.

15          28.     Roundup Ready sugarbeet plants must flower, or "bolt" and produce a

16  seed stalk before they can produce pollen, and a period of low temperatures is required in order

17  for bolting to occur. Since commercial sugarbeets are usually planted for root production in the

18  early spring and harvested in the fall, bolting occurs only very rarely and only over a limited

19  period of time, generally as the result of a period of cold temperatures during the early stages of

20  plant development. The varieties of sugarbeet in commercial production in the United States -

21  both Roundup Ready and conventional – have been selected for their low bolting potential

22  because, as mentioned, flowering is undesirable as it impairs the sugar content of the beets.

23  Thus, in the sugarbeet commercial production areas in the United States, sugarbeets very rarely

24  flower during their growing season, and the risk of pollen-mediated gene flow from sugarbeet

25  root production is thus inherently very, very low.

26          29.     Even if bolting occurs (which is very rare in a sugarbeet root crop),

27  growers of Roundup Ready and conventional sugarbeet crops take steps to control it. Growers

28  regularly survey their fields and watch for the presence of bolters in order to remove them before

1  the flowers open and pollen is shed.  Not only do bolting plants impair their own individual root

2  yield, but they also compete for available nutrients and moisture, thereby negatively impacting

3  root production in the entire field.  Bolting is *readily apparent to growers for weeks* before

4  flowering and pollen development, as the bolting seed stalk grows to some 30 or more inches

5  above the usual sugarbeet foliage height.  Thus, growers can readily detect and manually remove

6  the bolters present in root production fields during the weeks between initiation of bolting and

7  when flowering and pollen shed occurs.   Any potential for pollen flow and gene flow can be

8  eliminated in bolting sugarbeet by roguing (pulling the entire sugarbeet plant out of the ground)

9  or topping (removing the flower stalk at its base) before seed is produced.  As noted, it would

10  make no sense for growers to permit bolting because it affirmatively harms the market value of

11  their crops.

12         30.     Moreover, growers of Roundup Ready sugarbeet are *specifically required*

13  by Monsanto's technology agreement to prevent pollen flow from bolting by roguing or topping

14  any bolting plants.  Each grower who purchases Roundup Ready sugarbeet, or any other

15  Roundup Ready crop product, must enter into the 2008 Monsanto Technology/Stewardship

16  Agreement ("MTA"), which is attached hereto as Exhibit D.  The MTA incorporates by

17  reference Monsanto's Technology Use Guide ("TUG") and expressly requires that each grower

18  "read and follow the applicable sections of the TUG . . . [and] abide by and be bound by the

19  terms of the TUG as it may be amended from time to time." *See* Exhibit E.  Specifically with

20  regards to sugarbeet bolting, the TUG requires that, "[b]olting sugarbeets must be rogued or

21  topped in Roundup Ready sugarbeet fields." *Id*. at 47.  This requirement is repeated in the

22  Roundup Ready Sugarbeet Technical Bulletin ("STB"), also attached here as Exhibit F. *Id*. at 1.

23         31.     Pollen-mediated gene flow from one plant or plant species to another (e.g.,

24  sugarbeet to sugarbeet, or sugarbeet to another *Beta* species) is exceedingly unlikely to occur

25  because when sugarbeets are grown for sugar production:  1) beets rarely flower; 2) seed for

26  sugarbeet or other *Beta* species is not produced; and 3) Monsanto's TUG requires growers to

27  remove or rogue bolting or flowering sugarbeets to prohibit pollen development and movement.

28  Moreover, as already discussed, one hundred or more miles separate areas of commercial

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1    sugarbeet production in the United States from areas of sugarbeet seed production.

2    Additionally, there are few wild relatives present in the United States that can cross-pollinate

3    with sugarbeet. Wild or weed beet populations only exist in limited and isolated geographies,

4    specifically, in Pennsylvania[4] and in the San Francisco Bay Area, San Joaquin Valley and the

5    Imperial Valley in California. As identified above, I am aware of no plans for commercial

6    planting of Roundup Ready sugarbeet in California or Pennsylvania in 2008 or thereafter.

7    **Stewardship Practices To Reduce Development Of Glyphosate Tolerant Weeds**

8         32.    As part of Monsanto's stewardship of Roundup agricultural herbicides and

9    Roundup Ready crop systems, the company has conducted extensive research on weed

10    resistance. This research has demonstrated that the major factor contributing to the development

11    of glyphosate resistance is poor weed control management practices, including application of

12    glyphosate at rates below those indicated on the label for the weeds present; late application

13    relative to weed size; lack of crop rotation; and sole reliance on glyphosate for weed control (*i.e.*,

14    without other herbicides or mechanical controls or tillage).

15         33.    The cultural practices and economics of sugarbeet production make poor

16    weed control management practices unlikely to occur during Roundup Ready sugarbeet

17    cultivation; thus, the likelihood that glyphosate resistant weeds will develop as a result of such

18    cultivation will be minimal. Sugarbeets are generally grown once every 3 to 4 years in any

19    specific field in rotation with other crops, including small grains, potatoes, dry beans, corn and

20    soybeans. These rotation crops allow growers to incorporate other herbicide modes of action as

21    well as tillage into their crop production practices. Additionally, growers have a strong

22    commercial incentive to, and do, use glyphosate at the correct minimum rate (22 ounces per

23    acre) and the correct time (when seedlings are small) to reduce weed competition on Roundup

24    Ready sugarbeet seedlings (as discussed, seedlings are extremely sensitive to weed competition).

25    Finally, sugarbeet growers incorporate tillage in their cultural practices to prepare beds for

26

27    _____

28    [4] The species *Beta procumbens* has been identified in Pennsylvania; however, this species does
    not hybridize readily with sugarbeet.

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1   planting, level land, establish irrigation channels prior to planting or during the growing season

2   and often incorporate crop cultivation or tillage in-crop to control weeds.

3           34.     The TUG requires that Roundup Ready sugarbeet growers adhere to

4   guidelines calculated to avoid development of weed resistance.  These weed-resistance

5   management requirements are inclusive of the weed-resistance management guidelines that are

6   found on the EPA-approved Roundup agricultural herbicide labels.  These guidelines require,

7   among other things, that growers (1) start "clean" with tillage or with a "burndown" herbicide

8   program  (i.e., one applied pre-planting to remove weeds); (2) scout fields before and after each

9   burndown and in-crop (i.e., post-planting) application of herbicides; (3) use herbicides at the

10  right rate and the right time; (4) apply glyphosate at a specified minimum rate while weeds are

11  small; and (5) use herbicides that have a residual effect, such as Norton, Outlook or Dual, along

12  with Roundup agricultural herbicides where appropriate – which can include pre-plant,

13  preemergence and postemergence application options; (6) and include other herbicide modes of

14  action in crops rotated with Roundup Ready sugarbeet.  For example, the TUG instructs a grower

15  to "use mechanical weed control/cultivation and/or residual herbicides where appropriate in []

16  Roundup Ready sugarbeets," and "when rotating other Roundup Ready crops with Roundup

17  Ready sugarbeet, "use additional herbicides modes of action and/or mechanical weed control."

18  TUG at 48.

19          35.     Using multiple modes of action or practices for weed control, including

20  cultural (crop rotation), mechanical (tillage) and chemical weed control (glyphosate and other

21  herbicides), greatly reduces the "selection pressure" of any one weed control practice on the

22  weed population.  In other words, if there are weeds present that have some level of natural

23  resistance to a particular method of control, and that is the only method used, that would favor

24  the development of weeds resistant to that particular method of control—because those weeds

25  with this characteristic would be more likely to survive and reproduce.  Requiring other modes of

26  action for weed control (such as tillage and tank mixing with non-glyphosate herbicides – other

27  herbicide modes of action) ensures that the likelihood of glyphosate-resistant weeds developing

28  is greatly reduced.  Similarly, requiring use of glyphosate at the right rate and time maximizes

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1  glyphosate's effectiveness and reduces the likelihood that weeds with lower levels of resistance

2  will survive, cross with similar weeds, develop progeny with potentially greater herbicide

3  resistance and multiply.

4  36.    Monsanto and the growers have strong financial and practical interests in

5  adherence to the aforementioned stewardship practices, as sugarbeet bolting and the development

6  of weeds that are resistant to Roundup-branded agricultural herbicides or other glyphosate

7  products harms the economic return per acre for the entire sugarbeet industry.

8  37.    In preparation for the launch of Roundup Ready sugarbeet, the industry

9  has been involved in training at the seed company, processor and grower level for more than a

10  year.  This training includes:  1) development and delivery of technical recommendations in the

11  TUG and technical bulletins;  2) development and distribution of a technical training

12  presentation outlining best practices for use of Roundup agricultural herbicides in Roundup

13  Ready sugarbeet as well as guidance for weed resistance management; 3) training of Monsanto

14  technical and sales staff; 4) training of seed company leadership and sales staff, which I

15  personally conducted in February, June,  August and November 2007; 5) development and

16  launch of a computer-based, weed resistance training module available on websites for sugarbeet

17  grower and processor associations; 6) training with sugarbeet processor agronomic staff in

18  November 2007 and January 2008; 7) grower training at local processor meetings delivered by

19  Monsanto technical staff in conjunction with university or processor agronomic staff.  Monsanto

20  sponsored research studies with Roundup Ready sugarbeet, combined with locally initiated

21  studies by university scientists and processor agronomic staffs have facilitated the development

22  of local recommendations for Roundup Ready sugarbeet and increased grower confidence.

23  **Monsanto's Investments in Roundup Ready Sugarbeets**

24  38.    Monsanto has invested many millions of dollars in research and testing of

25  the Roundup Ready trait over the years, to assure its effectiveness as an alternative to the use of

26  other, more toxic herbicides and its safety to the environment, as well as substantial additional

27  financial and scientific resources in studies on Roundup Ready sugarbeet.  Information submitted

28  to the USDA for deregulation and to other federal agencies was based on both laboratory

DECL. OF PAULETTE PIERSON IN SUPPORT OF
MONSANTO MOT. TO INTERVENE

1    experiments and field tests conducted over 10 years.  *See also*, Declaration of Ronald W.

2    Schneider.

3            39.    As one example: I directed and funded tests on Roundup formulation crop

4    safety; timing of herbicide application for optimum weed control and yield; and safety and

5    efficacy of herbicide tank mixtures with Roundup agricultural herbicides to develop

6    recommendations for prevention/management of glyphosate-resistant weeds.  These studies

7    indicated that Roundup agricultural herbicides produced the most consistent weed control across

8    geographies, that early and effective weed control increases sugarbeet and sugar yield, and that

9    the Roundup Ready sugarbeet system offers growers flexibility and excellent crop safety

10   compared to current conventional herbicide options for weed control in sugarbeet.  These tests

11   included grants totaling over $200,000 over the course of four years to university scientists and

12   sugarbeet processors.

13           I declare, under penalty of perjury, that the forgoing is true and correct.

14           Executed this 17 day of April, 2008 in St. Louis, MO.

15

16                                        _____ /S/ Paulette E. Pierson
                                          Paulette E. Pierson, Ph.D.

17

18

19                           Attorney Signature Attestation

20           I, Holly J. Tate, counsel for Monsanto Company, hereby attest that I have on file

21   all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this

22   efiled document.

23

24                                        _____ /S/ Holly J. Tate
                                          Holly J. Tate

25

26

27

28

                                                          DECL. OF PAULETTE PIERSON IN SUPPORT OF
                                                          MONSANTO MOT. TO INTERVENE

Exhibit A

**Paulette E. Pierson, Ph.D.**
12371 Woodline Drive
Creve Coeur, MO 63141
(314) 628-9022

**Professional Experience:**

### Monsanto Company, 1998 to Present

**Technology Development Manager Roundup Ready Alfalfa and Sugarbeet     2005 to present**
- Provide on-going technical leadership for Roundup Ready Alfalfa
  - Launched Roundup Ready Alfalfa February 2006
  - Develop technical recommendations for product use and weed resistance management strategies
- Managed the technical direction of the Roundup Ready Sugarbeet project since July 2004
  - Direct research and the development of technical recommendations Roundup Ready Sugarbeet
  - Key contributor in the development and implementation of strategy and tactics towards the successful launch of Roundup Ready Sugarbeet
  - Developed and implemented training strategy for product launch by sugarbeet seed companies
  - Support industry affairs interactions with sugarbeet seed companies and sugarbeet processors

**Product Labels Manager**                                            **2003 to 2005**
- Managed Monsanto label maintenance and implementation process for Ag and ITO in the US, including all Section 3 labels, 2ee's, and supplemental labels
- Published the annual Monsanto Crop and ITO Label Books
- Developed a print on demand system for labels

**Technology Development Manager – Central Ohio**                     **2002 to 2003**
- Provided technical leadership in seed for the southern Ohio field sales team.
  - Developed several sell sheets combining agronomic performance and product features of Asgrow and DEKALB brands
  - Provided training to STAR dealers and customers on seed products
  - Serve as a resource for plant pathological and entomological questions
- Developed and implemented a technical training plan for the southern Ohio field sales team

**Technical Information Specialist**                                  **1999 to 2002**
- Edited over 750 local technical marketing pieces, site seller and newsletters coordinating their review and production with technical product managers, marketing managers, legal counsel, Affina, an outside ad agency and Monsanto printshop
- Developed over 30 original technical marketing pieces/site sellers including AgraGrams on testing for genetically-enhanced grain and interpreting yield results
- Served as liaison for field technical staff between technical product managers and seed quality lab
- Provided data search, analysis and interpretation for field technical staff.
- Maintained Field Monitor resource website on Lyceum

Paulette E. Pierson

## Manager of Agronomic Training, DEKALB Genetics                    1998 to 1999
- Organized a classroom and field seed cross-training event for over 60 participants
- Developed a training module on alfalfa management
- Coordinated training for field sales staff for the Certified Crop Advisor exams throughout the U.S.
  - Developed and delivered study materials to the field sales staff via email
  - Designed and conducted an in-house review program for personnel located at DeKalb, IL
  - Negotiated a contract with ABG for CCA preparation sessions in Indianapolis, IN and Des Moines, IA

## Iowa State University, 1998

### Education Coordinator for Soybean Cyst Nematode Education Project
- Developed five training tools on soybean cyst nematode for industry and university use
- Served as spokesperson for the project with radio and print media

## The Ohio State University, 1986 to 1998

### Post-doctoral Researcher. Soybean Cyst Nematode Project, Plant Pathology       1994 to 1998
- Initiated and ran a screening program for soybean cyst nematode resistance that supported three soybean breeding programs at The Ohio State University
- Served as the extension contact for soybean cyst nematode issues, including extension talks, grower sample evaluation and grower follow-up
- Hired and supervised 6 part-time employees

### Graduate Research/Teaching Assistant, Agronomy                    1991 to 1998
- Designed and taught a computer-based statistic lab series for a required data analysis course for Agriculture majors at The Ohio State University
  - Course materials have been used for over 5 years with over 400 students
- Developed a selection method to select for resistance to *Sclerotinia trifoliorum* (relative of white mold fungus) in alfalfa
  - Transferred this selection technology to alfalfa seed industry where it is currently used to produce varieties with improved resistance to Sclerotinia crown and stem rot

### Research Associate/Tissue Culture Specialist, Plant Pathology             1986 to 1991
- Designed and conducted experiments in plant cell tissue culture related to plant pathological issues. This work involved managing several lines of investigation on different species and different scientific questions with three to four faculty members at any one time
  Some of the project successes include:
  - A system for culturing plant parasitic nematode on hairy roots cultures;
  - Selection and regeneration of alfalfa with increased tolerance to oxalic acid, toxin produced by *Sclerotinia* species;
  - Somatic embryogenesis in flowering dogwood.

## Monsanto Company, 1982 to 1986

**Research Biologist II/Senior Research Biologist**
- Designed and successfully completed a large-scale tissue culture study which provided data for the defense of the Roundup patent. This project required developing new and automated methods for data collection, coordination of information with outside consultant and Monsanto patent attorney
- Initiated early work in soybean transformation and a co-author on a book chapter on that work

**Education:**
Ph.D. Agronomy, Plant Breeding and Genetics (1994)            The Ohio State University
   *Selection for resistance to Sclerotinia crown and stem rot in three alfalfa populations.*
M.S. Agronomy, Plant Breeding/Plant Tissue and Cell Culture (1982)   University of Kentucky
   *Anther culture of tall fescue(Festuca arundinacea schreb.)*
B.S. Agronomy (1978)                                          University of Minnesota

**Certifications:**
Certified Crop Advisor (Ohio)

List of publications provided upon request

Exhibit B

WEED CONTROL IN ROUNDUP READY SUGARBEET, 2005.

Alan G. Dexter and John L. Luecke

Extension Sugarbeet Specialist and Sugarbeet Research Specialist, North Dakota State University and the University of Minnesota, Fargo.

The pesticide regulatory agencies for the United States have approved the production of Roundup Ready sugarbeet. However, some of the companies, countries and individuals that purchase sugar, pulp and molasses are reluctant to accept product from Roundup Ready sugarbeet. The sugarbeet industry in the United States will not produce Roundup Ready sugarbeet in 2006 except for a demonstration of less than 1000 acres planned for Idaho. The time when Roundup Ready sugarbeet will be fully accepted is not known but an experiment was conducted in 2005 to compare weed control and sugarbeet injury from Roundup and conventional herbicide treatments applied to Roundup Ready sugarbeet.

Amaranth, canola, quinoa (tame lambsquarters), and flax were seeded across the plots on May 16 at Prosper. Sugarbeet was seeded May 17. The dates of herbicide application and conditions at treatment are provided in Table 1. The center four row of the six-row plots were treated with herbicides in 17 gpa of water at 40 psi through 8002 nozzles. Sugarbeet was hand thinned to an 8-inch spacing June 15 and sugarbeet injury was evaluated July 19. Weed and bioassay species control were evaluated July 19 and August 3. The two control evaluations were averaged and are presented in Table 2. Eminent fungicide at 13 fl oz/A was applied July 26 and Headline fungicide at 9 fl oz/A was applied August 22. Sugarbeet from the center two rows of 30 foot long plots was counted and harvested September 21.

All treatments that included Roundup gave 100% control of all species so determining if weed control was influenced by adding PRE Nortron, POST Headline fungicide, lay-by Outlook, lay-by Dual Magnum or POST Stinger to Roundup was not possible (Table 2).The micro-rate (Treatment 4) and PRE Nortron followed by the micro-rate (Treatment 5) gave less control of amaranth, canola and flax than the treatments that included Roundup. Pre Nortron followed by the micro-rate (Treatment 5) gave better control of amaranth, canola and flax than the micro-rate alone (Treatment 4).

Plots treated with herbicides yielded at least twice as much extractable sucrose per acre compared to untreated plots. Sugarbeet injury was visually evaluated as zero on July 19 so differences in visible sugarbeet injury do not explain the observed significant differences in yield. Plots treated with Roundup on June 3 and July 6 yielded 9250 lb/A of sucrose (Treatment 1) which was significantly more than plots treated with the micro-rate (Treatment 4), PRE Nortron plus the micro-rate (Treatment 5) and Roundup plus Outlook (Treatment 7). The lower yield from the conventional treatments (Treatments 4 and 5) probably was due to less weed control and more competition. Roundup + Outlook (Treatment 7) gave total weed control so weed competition would not explain the reduced yield with that treatment. Perhaps the Outlook caused some early season growth retardation that was not visible on July 19 when sugarbeet injury was evaluated. The Outlook was applied on June 3 to sugarbeet in the cotyledon to two-leaf stage. Outlook should be applied when sugarbeet has four or more leaves for reduced risk of sugarbeet injury.

## SUMMARY

All treatments that included Roundup gave total weed control. The conventional herbicide treatments gave less control of amaranth, canola and flax than the Roundup treatments.

Table 1. Herbicide application dates and conditions at Prosper, 2005[1].

| Date | May 17 | June 3 | June 9 | June 21 | June 27 | July 6 | July 12 |
|---|---|---|---|---|---|---|---|
| Time of day | 9:00 A | 11:45 A | 5:30 P | 5:30 P | 1:30 P | 2:15 P | 11:15 A |
| Air temperature (F) | 59 | 65 | 74 | 85 | 74 | 78 | 80 |
| Relative humidity (%) | 48 | 73 | 32 | 32 | 60 | 40 | 53 |
| 6-inch soil temp. (F) | 47 | 60 | 65 | 69 | 71 | 69 | 72 |
| Soil moisture | good | good | good | good | good | good | good |
| Sugarbeet (3H412A RR) | seed, PRE | V1.0-1.8 | V2.1-2.8 | V5.8-75 | V8.8-10.2 | V10.9-12.7 | canopy |
| Amaranth | - | cot-3 lf | 2-3 lf | 5-10" | 8-14" | 18-24" | 20-24" |
| Quinoa | - | 2-4 lf | 2-5" | 10-14" | 12-18" | 18-26" | 24-36" |
| Flax | - | 0.5-1.5" | 1-4" | 5-10" | 12-14" | 24" | 28" |
| Canola | - | 1-3 lf | 2-4 lf | 12-14" | 28" | 35" | 38" |
| Redroot pigweed | - | cot | cot-2 lf | 3-6" | 6-10" | 10-18" | 12-22" |
| Common lambsquarters | - | cot-2 lf | 2-4 lf | 4-8" | 8-12" | 12-18" | 16-24" |

[1]lf = leaf or leaves, cot = cotyledon, " = inches tall, V = number of expanded leaves with decimal indicating partial expansion of youngest visible leaf.

Table 2.  Sugarbeet injury, weed control and sugarbeet yield from Roundup Ready sugarbeet treated with herbicides.  (Table continued on next page)

| Treatment[1] | Application dates | Colq[2] cntl | Quinoa cntl | Rrpw cntl | Amaranth cntl |
|---|---|---|---|---|---|
| Rate/A | month/day | % | % | % | % |
| 1. Roundup + AMS<br>2 pt + 3 lb | 6/3, 7/6 | 100 | 100 | 100 | 100 |
| 2. PRE Nortron 7.5 pt *f*b<br>Roundup + AMS<br>2 pt + 3 lb | 5/17<br>6/3, 7/6 | 100 | 100 | 100 | 100 |
| 3. Roundup + AMS<br>2 pt + 3 lb | 6/3, 6/21, 7/12 | 100 | 100 | 100 | 100 |
| 4. Progress + UpBeet + Stinger + Select + MSO<br>5.7 fl oz + 0.125 oz + 1.3 + 2 fl oz + 1.5% | 6/3, 6/9<br>6/21, 6/27 | 100 | 100 | 99 | 84 |
| 5. PRE Nortron 7.5 pt *f*b<br>Progress + UpBeet + Stinger + Select + MSO<br>5.7 fl oz + 0.125 oz + 1.3 +2 fl oz + 1.5% | 5/17<br>6/3, 6/9,<br>6/21, 6/27 | 100 | 100 | 100 | 96 |
| 6. Roundup + AMS<br>2 pt + 3 lb<br>Roundup + AMS + Headline<br>0.75 + 3 lb + 9 fl oz | 6/3, 6/21<br><br>7/12 | 100 | 100 | 100 | 100 |
| 7. Roundup + AMS<br>2 pt + 3 lb + 21 fl oz<br>Roundup + AMS<br>2 pt + 3 lb | 6/3<br><br>6/21 | 100 | 100 | 100 | 100 |
| 8. Roundup + AMS<br>2 pt + 3 lb<br>Dual Magnum<br>1.68 pt | 6/3, 7/6<br><br>7/12 | 100 | 100 | 100 | 100 |
| 9. Roundup + AMS + Stinger<br>2 pt + 3 lb + 8 fl oz<br>Roundup + AMS<br>2 pt + 3 lb | 6/3<br><br>7/6 | 100 | 100 | 100 | 100 |
| 10. Untreated check | - | 0 | 0 | 0 | 0 |
| LSD (0.05) | | 0 | 0 | 1 | 2 |

Table 2 (continued).  Sugarbeet injury, weed control and sugarbeet yield from Roundup Ready sugarbeet treated with herbicides.

| Treatment[1] | Canola cntl | Flax cntl | July 19 Sugb inj | Extractable sucrose |
|---|---|---|---|---|
| Rate/A | % | % | % | lb/A |
| 1.  Roundup + AMS<br>     2 pt + 3 lb | 100 | 100 | 0 | 9250 |
| 2.  PRE Nortron 7.5 pt *f*b<br>     Roundup + AMS<br>     2 pt + 3 lb | 100 | 100 | 0 | 8700 |
| 3.  Roundup + AMS<br>     2 pt + 3 lb | 100 | 100 | 0 | 8200 |
| 4. Progress + UpBeet + Stinger + Select + MSO<br>    5.7 fl oz + 0.125 oz + 1.3 + 2 fl oz + 1.5% | 73 | 49 | 0 | 7980 |
| 5.  PRE Nortron 7.5 pt *f*b<br>     Progress + UpBeet + Stinger + Select + MSO<br>    5.7 fl oz + 0.125 oz + 1.3 +2 fl oz + 1.5% | 90 | 86 | 0 | 7950 |
| 6.  Roundup + AMS<br>     2 pt + 3 lb<br>     Roundup + AMS + Headline<br>     0.75 + 3 lb + 9 fl oz | 100 | 100 | 0 | 8700 |
| 7.  Roundup + AMS<br>     2 pt + 3 lb + 21 fl oz<br>     Roundup + AMS<br>     2 pt + 3 lb | 100 | 100 | 0 | 7830 |
| 8.  Roundup + AMS<br>     2 pt + 3 lb<br>     Dual Magnum<br>     1.68 pt | 100 | 100 | 0 | 8730 |
| 9.  Roundup + AMS + Stinger<br>     2 pt + 3 lb + 8 fl oz<br>     Roundup + AMS<br>     2 pt + 3 lb | 100 | 100 | 0 | 8910 |
| 10. Untreated check | 0 | 0 | 0 | 3972 |
| LSD (0.05) | 3 | 4 | NS | 1010 |

[1]RoundUp = Ultramax II, AMS = ammonium sulfate, MSO = methylated seed oil from Loveland, Headline = fungicide. [2]Colq = common lambsquarters, Quinoa = tame lambsquarters, Rrpw = redroot pigweed, Amaranth = tame pigweed, Sugb = sugarbeet.

Exhibit C

University of Nebraska - Lincoln
Nebraska Agricultural Research Division
Nebraska Cooperative Extension

# The 2006 Weed Control Report



**Robert Wilson**
**Weed Specialist**

**Panhandle Research and Extension Center**
**Scottsbluff, Nebraska**



University of Nebraska Cooperative Extension educational programs abide with the nondiscrimination policies of the University of Nebraska-Lincoln and the United States Department of Agriculture

# Herbicide Timing and Tank-mix Partners with Roundup Original Max for Weed Control in Roundup Ready Sugarbeets at Scottsbluff, NE during the 2006 Growing Season.

Robert Wilson

A field study was initiated near Scottsbluff, Nebraska to compare the effectiveness of various herbicides for weed control in Roundup Ready sugarbeets. The experimental design was a randomized complete block with four replications. Plots were 11 feet wide by 40 feet long and were located on a sandy loam soil with a pH of 8.5 and organic matter content of 0.8%. Sugarbeet, 'Beta 9302 GR5', were planted on May 2. The plot area was irrigated on May 3, May 9, and May 12 for seed germination and early season plant growth. Postemergence herbicide application began on May 19 when sugarbeets were in the cotyledon growth stage. Sugarbeets were planted in 22-inch spaced rows and row closure occurred on June 21. Herbicides were applied with a tractor-mounted sprayer calibrated to deliver 20 gallons of water per acre at 36-psi pressure with Spraying Systems 11002 VS nozzles. Environmental conditions, rainfall following herbicide application, and weed growth stages at the time of herbicide application are given in Table 1.

Crop injury from herbicides was evaluated on June 12 and June 21 (Table 2). Crop stand and weed density were determined by counting sugarbeet and weed seedlings in the entire plot on June 27. The weed population consisted of redroot pigweed, common lambsquarters, wild buckwheat, and hairy nightshade at densities of 65, 322, 3, and 44 plants per 92 square feet, respectively. Sugarbeet injury was evident when Roundup Original Max was tank mixed with Betamix, Betanex, or Progress. Injury was probably caused by adjuvants in the Roundup Original Max formulation increasing the activity of Betamix, Betanex, or Progress similar to that observed when metholated seed oil is combined with the full-rates of Betamix, Betanex, and Progress. Sugarbeet stand was reduced in areas treated with Roundup Original Max plus Betamix or Progress compared to areas only treated with Roundup Original Max.

Combining Headline fungicide with Roundup Original Max applied at the 6 true-leaf growth stage resulted in a significant increase in sugarbeet stand compared to treatment with Roundup Original Max. Headline may have suppressed *Rhizoctonia* root rot which enhanced sugarbeet stand.

Weed control was excellent in all treatments containing Roundup Original Max. Average weed control from the micro-rate applied four times was 84% compared to 95 to 99% with treatments containing Roundup Original Max. Sugarbeet root yield was 4.5 tons/acre in the nontreated, 23.2 tons/acre in the micro-rate, and 31.0 tons/acre where three applications of Roundup Original Max were applied.

Table 1. Environmental Conditions at the Time of Herbicide Application.

| Date | Air temperature | Humidity | Wind speed & direction | Time of day | Sugarbeet growth stage | Weed heights | | | |
|------|-----------------|----------|------------------------|-------------|------------------------|------|------|------|------|
| | | | | | | Colq | Rrpw | Wibw | Hans |
| | (F) | (%) | (mph) | | | - - - - - - - - (inches) - - - - - - - - | | | |
| May 19 | 88 | 15 | 3 SE | 2:00 pm | Cot | 0.25 | — | 0.5 | 0.25 |
| May 24 | 74 | 23 | 13 NW | 10:00 am | 2 TL | 0.75 | 0.75 | 1 | 1 |
| June 1 | 92 | 24 | 6 SE | 11:00 am | 4 TL | 1.5 | 1.5 | 2 | 1.5 |
| June 7 | 89 | 31 | 4 SE | 11:00 am | 6 TL | 4 | 4 | 4 | 3.5 |
| June 21 | 65 | 41 | 3 NE | 9:00 am | canopy closure | 16 | 15 | 8 | 10 |

Rainfall before and after herbicide application:

| Date | Amount | | Date | Amount | | Date | Amount |
|------|--------|---|------|--------|---|------|--------|
| | - (inches) - | | | - (inches) - | | | - (inches) - |
| May 1 to 9 | 0.50 | | May 30 | 0.52 | | June 10 | 0.29 |
| May 21 | 0.02 | | June 5 | 0.07 | | June 11 | 0.90 |
| May 23 | 0.18 | | June 8 | 1.21 | | June 23 | 1.21 |
| May 28 | 0.10 | | June 9 | 0.18 | | | |

Irrigation before and after herbicide application

| Date | Amount | | Date | Amount | | Date | Amount |
|------|--------|---|------|--------|---|------|--------|
| | - (inches) - | | | - (inches) - | | | - (inches) - |
| May 3 | 0.50 | | May 15 | 0.25 | | June 19 | 1.0 |
| May 9 | 0.40 | | May 26 | 1.0 | | | |
| May 12 | 0.25 | | June 8 | 1.0 | | | |

Table 2. Influence of Roundup Original Max Timing and Tank-mix Partners on Weeds and Roundup Ready Sugarbeets.

| Herbicide treatment[1] | Rate (lb/acre) | Time of application[2] | Visual injury[3] 6/12 (%) | 6/21 | Stand 6/27 (plants/acre) | Root Yield 10/3 (tons/acre) | Sucrose (%) | Colq | Rrpw | Wibw | Hans | Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nontreated | — | — | 0 | 0 | 14900 | 4.5 | 11.2 | 0 | 0 | 0 | 0 | 0 |
| Roundup Original Max + AMS | 0.75 | 2 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | 0 | 0 | 27600 | 31.0 | 13.9 | 99 | 99 | 99 | 99 | 99 |
| Roundup + Betamix + AMS | 0.75 + 0.49 | 2 TL | | | | | | | | | | |
| Roundup + Betamix + AMS | 0.75 + 0.73 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | 20 | 15 | 19500 | 27.1 | 13.2 | 99 | 99 | 99 | 99 | 99 |
| Roundup + Betanex + AMS | 0.75 + 0.49 | 2 TL | | | | | | | | | | |
| Roundup + Betanix + AMS | 0.75 + 0.73 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | 21 | 18 | 25100 | 28.1 | 13.6 | 99 | 81 | 99 | 99 | 95 |
| Roundup + Progress + AMS | 0.75 + 0.51 | 2 TL | | | | | | | | | | |
| Roundup + Progress + AMS | 0.75 + 0.79 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | 21 | 20 | 20800 | 28.5 | 13.4 | 99 | 99 | 99 | 99 | 99 |
| Roundup + Upbeet + AMS | 0.75 + 0.125 | 2 TL | | | | | | | | | | |
| Roundup + Upbeet + AMS | 0.75 + 0.125 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | 0 | 0 | 24700 | 29.2 | 13.8 | 99 | 99 | 99 | 99 | 99 |
| Roundup + AMS | 0.75 | 2 TL | | | | | | | | | | |
| Roundup + Headline + AMS | 0.75 + 0.19 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | 0 | 0 | 33000 | 30.4 | 13.3 | 99 | 99 | 99 | 99 | 99 |
| Roundup + AMS | 0.75 | 2 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | 6 TL | | | | | | | | | | |
| Roundup + Dual Magnum + AMS | 0.75 + 0.98 | Canopy closure | 0 | 0 | 25800 | 28.7 | 13.4 | 99 | 99 | 99 | 99 | 99 |

| Herbicide treatment [1] | Rate (lb/acre) | Time of application [2] | Visual injury [3] 6/12 | Visual injury [3] 6/21 | Sugarbeet Stand 6/27 (plants/acre) | Root Yield 10/3 (tons/acre) | Sucrose (%) | Colg | Rrpw | Wlbw | Hans | Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | --- (%) --- | | (plants/acre) | (tons/acre) | (%) | ------------- Percent weed control 6/27 [4] (%) ------------- | | | | |
| Roundup + Stinger + AMS | 0.75 + 0.047 | 2 TL | 0 | 0 | 25300 | 28.2 | 13.8 | 99 | 90 | 90 | 99 | 97 |
| Roundup + AMS | 0.75 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | | | | | | | | | | |
| Roundup + Outlook + AMS | 0.75 + 0.84 | 2 TL | 0 | 0 | 24000 | 33.8 | 12.5 | 99 | 99 | 90 | 99 | 97 |
| Roundup + AMS | 0.75 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | | | | | | | | | | |
| Roundup + Select + AMS | 0.75 + 0.125 | 2 TL | 0 | 0 | 27600 | 28.4 | 13.6 | 99 | 99 | 99 | 99 | 99 |
| Roundup + AMS | 0.75 | 6 TL | | | | | | | | | | |
| Roundup + AMS | 0.75 | Canopy closure | | | | | | | | | | |
| Progress + Upbeet + Stinger + MSO | 0.08 + 0.004 + 0.03 | Cot | 3 | 7 | 25200 | 23.2 | 13.5 | 93 | 64 | 81 | 99 | 84 |
| Progress + Upbeet + Stinger + MSO | 0.08 + 0.004 + 0.03 | 2 TL | | | | | | | | | | |
| Progress + Upbeet + Stinger + MSO | 0.08 + 0.004 + 0.03 | 4 TL | | | | | | | | | | |
| Progress + Upbeet + Stinger + MSO | 0.08 + 0.004 + 0.03 | 6 TL | | | | | | | | | | |
| LSD at 5% | — | — | 4 | 7 | 4800 | 5 | 1.4 | 2 | 7 | 20 | NS | 5 |

1 Spray additives were combined with the spray solution at the following rate: ammonium sulfate (AMS) at 2% and methylated sunflower oil at 1.5% per volume of carrier.

2 Time of application: cotyledon sugarbeet (Cot), 2 true-leaves (2 TL), 4- true-leaves (4 TL), 6 true-leaves (6 TL), and canopy closure of sugarbeet.

3 Visual crop injury evaluated on a scale from 0 to 100 with 0 equal to no injury and 100 equal to death of the plant.

4 Percent weed control calculated from weed counts taken on June 27. Weed abbreviations: common lambsquarters (Colg), redroot pigweed (Rrpw), wild buckwheat (Wlbw), and hairy nightshade (Hans).

Exhibit D

## 2008 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT
(Limited Use License)

**PLEASE MAIL THE SIGNED 2008 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT TO:**
Grower Licensing, Monsanto, 622 Emerson Road, Suite 150, St. Louis, MO 63141

### GROWER INFORMATION (please print)

Please complete this section with your business information. To sign this Agreement you must be the operator/grower for all fields that will grow plants from Seed you obtain containing Monsanto Technologies (defined below). You represent that you have full authority to and do hereby bind to this Agreement yourself, all entities for which you obtain Seed, all individuals and entities having an ownership interest in any entities for which you obtain Seed, and that Monsanto Company has not barred any of those individuals or entities from obtaining this limited-use license. Your name must be filled in and must match the signature below. This Monsanto Technology/Stewardship Agreement becomes effective if and when Monsanto issues the Grower a license number from Monsanto's home office in St. Louis, Missouri. Monsanto does not authorize seed dealers or seed retailers to issue a license of any kind for Monsanto Technologies.

Grower's Full Legal Name (First/Middle/Last)   Dr.   Mr.   Mrs.   Ms.   Suffix (Sr, Jr, II, III)      Farm Business Name

Business Address (as listed with the FSA)        Business City

State    Zip      Area Code   Business Phone        Fax        Email

### PRIMARY SEED SUPPLIER

Business Name

Area Code   Phone        City        State   Zip      Form Number

### THIS SPACE FOR MONSANTO OFFICE USE ONLY, PLEASE LEAVE THIS SECTION BLANK:

Lic. #:        Batch #:        Date:

This Monsanto Technology/Stewardship Agreement is entered into between you (Grower) and Monsanto Company (Monsanto) and consists of the terms on this page and on the reverse side of this page.

This Monsanto Technology/Stewardship Agreement grants Grower a limited license to use Roundup Ready® soybeans, Roundup RReady2Yield™ soybeans, YieldGard® Corn Borer corn, YieldGard® Rootworm corn, YieldGard® Rootworm with Roundup Ready® Corn 2 corn, YieldGard® Plus corn, YieldGard® Plus with Roundup Ready® Corn 2 corn, Roundup Ready® Corn 2 corn, YieldGard® VT Triple™ corn, YieldGard® VT Rootworm/RR2™ corn, YieldGard VT PRO™ corn, YieldGard VT Triple PRO™ corn, YieldGard VT PRO/RR2™ corn, Roundup Ready® cotton, Bollgard® cotton, Bollgard® with Roundup Ready® cotton, Bollgard II® cotton, Bollgard II® with Roundup Ready® cotton, Roundup Ready® Flex cotton, Bollgard II® with Roundup Ready® Flex cotton, Maverick® High Value Corn with Lysine, Vistive™ soybeans, Roundup Ready® sugarbeets, Roundup Ready® canola, and Roundup Ready® alfalfa (Monsanto Technologies). This Agreement also contains Grower's stewardship responsibilities and requirements associated with the Monsanto Technologies.

1. **GOVERNING LAW:** This Agreement and the parties' relationship shall be governed by the laws of the State of Missouri and the United States (without regard to the choice of law rules).

2. **BINDING ARBITRATION FOR COTTON-RELATED CLAIMS MADE BY GROWER:** Any claim or action made or asserted by a cotton Grower (or any other person claiming an interest in the Grower's cotton crop) against Monsanto or any seller of cotton Seed containing Monsanto Technology arising out of and/or in connection with this Agreement or the sale or performance of the cotton Seed containing Monsanto Technology other than claims arising under the patent laws of the United States must be resolved by binding arbitration. The parties acknowledge that the transaction involves interstate commerce. The parties agree that arbitration shall be conducted pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. Sec 1 et seq. and administered under the Commercial Dispute Resolution Procedures established by the American Arbitration Association ("AAA"). The term "seller" as used throughout this Agreement refers to all parties involved in the production, development, distribution, and/or sale of the Seed containing Monsanto Technology. In the event that a claim is not amicably resolved within 30 days of Monsanto's receipt of the Grower's notice required pursuant to this Agreement any party may initiate arbitration. The arbitration shall be heard in the capital city of the state of Grower's residence or in any other place as the parties decide by mutual agreement. When a demand for arbitration is filed by a party, the Grower and Monsanto/sellers shall each immediately pay one half of the AAA filing fee. In addition, Grower and Monsanto/sellers shall each pay one half of AAA's administrative and arbitrator fees as those fees are incurred. The arbitrator(s) shall have the power to apportion the ultimate responsibility for all AAA fees in the final award. The arbitration proceedings and results are to remain confidential and are not to be disclosed without the written agreement of all parties, except to the extent necessary to effectuate the decision or award of the arbitrator(s) or as otherwise required by law.

3. **FORUM SELECTION FOR NON-COTTON-RELATED CLAIMS MADE BY GROWER AND ALL OTHER CLAIMS:** THE PARTIES CONSENT TO THE SOLE AND EXCLUSIVE JURISDICTION AND VENUE OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION, AND THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS, MISSOURI, (ANY LAWSUIT MUST BE FILED IN ST. LOUIS, MO) FOR ALL CLAIMS AND DISPUTES ARISING OUT OF OR CONNECTED IN ANY WAY WITH THIS AGREEMENT AND/OR THE USE OF THE SEED OR THE MONSANTO TECHNOLOGIES, EXCEPT FOR COTTON-RELATED CLAIMS MADE BY GROWER.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION FOR COTTON RELATED CLAIMS PURSUANT TO THE PROVISIONS OF THE FEDERAL ARBITRATION ACT, 9 U.S.C. §1 ET SEQ., WHICH MAY BE ENFORCED BY THE PARTIES.

GROWER SIGNATURE & DATE REQUIRED

_____        _____
Name        Date

[The Agreement continues below and on the reverse side of this page.]

4. **GROWER AGREES:**
   - To direct grain produced from corn containing trait stacks that include the Roundup Ready Corn 2 and/or YieldGard Rootworm trait(s) to appropriate markets as necessary.
   - Only to lawfully plant Roundup Ready® alfalfa and not to plant Roundup Ready® alfalfa for the production of sprouts, or of seed unless under specific contract to produce seed. If growing Roundup Ready® alfalfa, to direct any product produced from a Roundup Ready® alfalfa seed or crop, including hay and hay products, only to those countries where regulatory approvals have been granted, and to grow and manage Roundup Ready® alfalfa in accordance with the Technology Use Guide.
   - To accept and continue the obligations of this Monsanto Technology/Stewardship Agreement on any new land purchased or leased by Grower that has Seed planted on it by a previous owner or possessor of the land; and to notify in writing purchasers or lessees of land owned by Grower that has Seed planted on it that the Monsanto Technology is subject to this Monsanto Technology/Stewardship Agreement and they must have or obtain their own Monsanto Technology/Stewardship Agreement.
   - To implement an Insect Resistance Management (IRM) program as specified in the applicable Bollgard/Bollgard II cotton and YieldGard corn sections of the most recent Technology Use Guide (TUG) and Insect Resistance Management (IRM) guides and to cooperate and comply with these Insect Resistance Management programs.
   - To use Seed containing Monsanto Technologies solely for planting a single commercial crop.
   - Not to save any crop produced from Seed for planting and not to supply Seed produced from Seed to anyone for planting other than to a Monsanto licensed seed company.
   - Not to save or clean any crop produced from Seed for planting and not to supply Seed produced from Seed.
   - Not to transfer any Seed containing patented Monsanto Technologies to any other person or entity for planting.
   - To plant and/or clean Seed for Seed production, if and only if, Grower has entered into a valid, written Seed production agreement with a Seed company that is licensed by Monsanto to produce Seed. Grower must either physically deliver to that licensed seed company or must sell for non-seed purposes or use for non-seed purposes all of the Seed produced pursuant to a Seed production agreement. Grower may not plant and may not transfer to others for planting any Seed that the Grower has produced containing patented Monsanto Technologies for crop breeding, research, or generation of herbicide registration data.
   - To use on Roundup Ready crops only a labeled Roundup® agricultural herbicide or other authorized non-selective herbicide which could not be used in the absence of the Roundup Ready gene (see TUG for details on authorized non-selective products). Use of any selective herbicide labeled for the same crop without the Roundup Ready gene is not restricted by this Agreement. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES WHICH ARE LABELED FOR USE IN ROUNDUP READY CROP(S). MONSANTO SPECIFICALLY DISCLAIMS ALL RESPONSIBILITY FOR THE USE OF THESE PRODUCTS IN ROUNDUP READY CROP(S). ALL QUESTIONS AND COMPLAINTS ARISING FROM THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES SHOULD BE DIRECTED TO THOSE COMPANIES.
   - To read and follow the applicable sections of the TUG, which is incorporated into and is a part of this Agreement, for specific requirements relating to the terms of this Agreement, and to abide by and be bound by the terms of the TUG as it may be amended from time to time.
   - To acquire Seed containing these Monsanto Technologies only from a seed company with technology license(s) from Monsanto or from a licensed company's authorized dealer.
   - To pay all technology fees due to Monsanto that are a part of, associated with or collected with the Seed purchase price or that are invoiced for the seed.
   - Upon written request, to allow Monsanto to review the Farm Service Agency crop reporting information on any land farmed by Grower including Summary Acreage History Report, Form 578 and corresponding aerial photographs, Risk Management Agency claim documentation, and dealer/retailer invoices for seed and chemical transactions.
   - To allow Monsanto to examine and copy any records and receipts that could be relevant to Grower's performance of this Agreement.

           

**5. GROWER RECEIVES FROM MONSANTO COMPANY:**

- A limited use license to purchase and plant seed containing Monsanto Technologies ("Seed") and apply Roundup® agricultural herbicides and other authorized non-selective herbicides over the top of Roundup Ready® crops. Monsanto retains ownership of the Monsanto Technologies including the genes (for example, the Roundup Ready® gene) and the gene technologies. Grower receives the right to use the Monsanto Technologies subject to the conditions specified in this Agreement and for spring canola subject to the conditions in a separate use agreement.
- Monsanto Technologies are protected under U.S. patent law. Monsanto licenses the Grower, under applicable patents owned or licensed by Monsanto, to use Monsanto Technologies subject to the conditions listed in this Agreement. This license does not authorize Grower to plant Seed in the United States that has been purchased in another country or plant Seed in another country that has been purchased in the United States. Grower is not authorized to transfer Seed to anyone outside of the U.S.
- Enrollment for participation in Roundup Rewards® program.
- A limited use license to prepare and apply on glyphosate-tolerant soybean, cotton, alfalfa, or canola crops (or have others prepare and apply) tank mixes of, or sequentially apply (or have others sequentially apply), Roundup agricultural herbicides or other glyphosate herbicides labeled for use on those crops with quizalofop, clethodim, sethoxydim, fluazifop, and/or fenoxaprop to control volunteer Roundup Ready® Corn 2 corn in Grower's crops for the 2008 growing season. However, neither Grower nor a third party may utilize any type of co-pack or premix of glyphosate plus one or more of the above-identified active ingredients in the preparation of a tank mix.

**6. GROWER UNDERSTANDS:**

- Commodity Marketing: Grain/commodities harvested from YieldGard Rootworm® corn, YieldGard® Plus corn, YieldGard Plus® with Roundup Ready® Corn 2 corn, YieldGard® Rootworm with Roundup Ready® Corn 2 corn, YieldGard® Corn Borer with Roundup Ready® Corn 2 corn, YieldGard VT Triple™ corn, YieldGard VT Rootworm/RR2™ corn and Roundup Ready® canola are approved for U.S. food and feed use but not yet approved in certain export markets where approval is not certain to be received before the end of 2008. As a result, Grower must direct those grain/commodities to the following approved market options: feeding on farm, use in domestic feed lots, elevators that agree to accept the grain, or other approved uses in domestic markets only. Go to www.866sellcorn.com for a list of Grain Handlers' positions on accepting transgenic corn. The American Seed Trade Association web site (www.amseed.org) includes a list of grain handlers' positions on accepting transgenic corn. You must complete and send to Monsanto a Market Choices® Grain Marketing Communication Plan. For additional information on grain market options or to obtain additional forms, call 1-800-768-6387.
- Growers must sell any product produced from a Roundup RReadyz Yield™ soybean, YieldGard VT Triple™ corn, YieldGard VT Rootworm/RR2™ corn, Mavera High Value Corn with Lysine seed to entities in those countries where full regulatory approvals for these products have been granted.
- Regulatory approvals: Monsanto Technologies may only be planted where the products have been approved for use by all required governmental agencies. For example, some Monsanto Technologies are not approved for planting in all states or all counties within a state. Check with your Monsanto representative if you have questions about the approval status in your state.
- Insect Resistance Management (IRM): When planting any YieldGard or Bollgard product, Grower must implement an IRM program including planting a non-B.t. refuge according to the size and distance guidelines specified in the Bollgard cotton and YieldGard corn sections of the most recent Monsanto Technology Use Guide including any supplemental amendments (collectively "TUG") and the crop specific IRM guides. Grower may lose Grower's limited use license to use these products if Grower fails to follow the IRM program required by this Agreement.
- Crop Stewardship & Specialty Crops: Refer to the section on Coexistence and Identity Preservation in the TUG for information on crop stewardship and considerations for production of identity preserved crops.
- Corn Trait Performance: All hybrids containing Monsanto corn traits (YieldGard Corn Borer corn, YieldGard Rootworm corn, YieldGard Plus corn, and Roundup Ready Corn 2 corn) have been screened for the presence of the appropriate protein and have passed that screening prior to commercial sale. YieldGard Rootworm corn and YieldGard Plus corn hybrids have achieved industry leading success rates in excess of 99%. A small number of these hybrids may infrequently demonstrate variable levels of performance in fields and not meet grower expectations.

**7. GENERAL TERMS:**

Grower's rights may not be transferred to anyone else without the written consent of Monsanto. If Grower's rights are transferred with Monsanto's consent or by operation of law, this Agreement is binding on the person or entity receiving the transferred rights. If any provision of this Agreement is determined to be void or unenforceable, the remaining provisions shall remain in full force and effect.

Grower acknowledges that Grower has received a copy of Monsanto's Technology Use Guide (TUG) and applicable Insect Resistance Management (IRM) Guide. To obtain additional copies of the TUG, contact Monsanto at 1-800-768-6387 or go to www.monsanto.com. Once effective, this agreement will remain in effect until either Grower or Monsanto choose to terminate the Agreement. Information regarding new and existing Monsanto Technologies, including any additions or deletions to the U.S. patents licensed under this agreement, and any new terms will be mailed to you each year. Continuing use of Monsanto Technologies after receipt of any new terms constitutes Grower's agreement to be bound by the new terms.

**8. MONSANTO'S REMEDIES:**

In the event Grower violates the terms of this Agreement, Grower's limited use license will terminate immediately. If such termination occurs, Grower's responsibilities and the other terms herein shall survive (such as but not limited to Grower's obligation to use Seed containing Monsanto Technologies for a single commercial crop, Grower's obligation to pay Monsanto for its attorneys' fees, costs and other expenses incurred in enforcing its rights under this Agreement, and Grower's agreement to the choice of law and forum selection provisions contained herein). Further, Grower shall not be entitled to obtain a future limited-use license from Monsanto unless Grower agrees with specific written notice expressly recognizing the prior breach and prior termination of the limited-use license and expressly granting and/or reissuing the limited-use license previously obtained (and terminated) pursuant to this Agreement. Grower expressly acknowledges that Grower's submission of a new Monsanto Technology Stewardship Agreement and Monsanto's issuance of a new license number shall not satisfy the specific written notice reference above and that any such action shall have no legal effect. If Grower is found by any court to have breached any term of this Agreement and/or to have infringed one or more of the U.S. patents listed below, Grower agrees that, among other things, Monsanto will be entitled to a permanent injunction enjoining Grower from making, using, selling, or offering Seed for sale. Additionally, Grower agrees that any such finding of infringement by Grower shall entitle Monsanto to patent infringement damages in the full extent authorized by 35 U.S.C. § 271 et. seq. Grower will also be liable for all breach of contract damages. If Grower is found by any court to have infringed one or more of the U.S. patents listed below or otherwise to have breached this Agreement, Grower agrees to pay Monsanto and the licensed Monsanto Technology provider(s) their attorneys' fees and costs and other expenses incurred in enforcing rights under this Agreement including, but not limited to, expenses incurred in the investigation of the breach of this Agreement and/or infringement of one or more of the U.S. patents listed below.

Grower accepts the terms of the following NOTICE REQUIREMENT, LIMITED WARRANTY AND DISCLAIMER OF WARRANTY AND EXCLUSIVE LIMITED REMEDY by signing this Agreement and/or opening a bag of Seed containing Monsanto Technology. If Grower does not agree to be bound by the conditions of purchase or use, Grower agrees to return the unopened bags to Grower's seed dealer.

**9. NOTICE REQUIREMENT:**

As a condition precedent to Grower or any other person with an interest in Grower's crop asserting any claim, action, or dispute against Monsanto and/or any seller of Seed containing Monsanto Technologies regarding performance or non-performance of Monsanto Technologies or the Seed in which it is contained, Grower must provide Monsanto a written, prompt, and timely notice (regarding performance or non-performance of the Monsanto Technologies) and to the seller of Seed (regarding performance or non-performance of the Seed) within sufficient time to allow an in-field inspection of the crop(s) about which any controversy, claim, action, or dispute is being asserted. The notice will be timely only if it is delivered 15 days or less after the Grower first observes the issue(s) regarding performance or non-performance of the Monsanto Technology and/or the Seed in which it is contained. The notice shall include a statement setting forth the nature of the claim, name of the Monsanto Technology, and Seed hybrid or variety.

**10. LIMITED WARRANTY AND DISCLAIMER OF WARRANTIES:**

Monsanto warrants that the Monsanto Technologies licensed hereunder will perform as set forth in the TUG when used in accordance with directions. This warranty applies only to Monsanto Technologies contained in planting Seed that has been purchased from Monsanto and seed companies licensed by Monsanto or the seed company's authorized dealers or distributors. EXCEPT FOR THE EXPRESS WARRANTIES IN THE LIMITED WARRANTY SET FORTH ABOVE, MONSANTO MAKES NO OTHER WARRANTIES OF ANY KIND, AND DISCLAIMS ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE.

**11. MONSANTO'S EXCLUSIVE LIMITED REMEDY:**

THE EXCLUSIVE REMEDY OF THE GROWER AND THE LIMIT OF THE LIABILITY OF MONSANTO OR ANY SELLER FOR ANY AND ALL LOSSES, INJURY OR DAMAGES RESULTING FROM THE USE OR HANDLING OF SEED CONTAINING MONSANTO TECHNOLOGIES (INCLUDING CLAIMS BASED IN CONTRACT, NEGLIGENCE, PRODUCT LIABILITY, STRICT LIABILITY, TORT, OR OTHERWISE) SHALL BE THE PRICE PAID BY THE GROWER FOR THE QUANTITY OF THE SEED INVOLVED OR, AT THE ELECTION OF MONSANTO OR THE SELLER, THE REPLACEMENT OF THE SEED. IN NO EVENT SHALL MONSANTO OR ANY SELLER BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR PUNITIVE DAMAGES.

Thank you for choosing our advanced technologies. We look forward to working with you in the future. If you have any questions regarding the Monsanto Technologies or this license, please call the Monsanto Customer Relations Center at: 1-800-768-6387.

**12. PLEASE MAIL THE SIGNED 2008 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT TO:** Grower Licensing, Monsanto, 622 Emerson Road, Suite 150, St. Louis, MO 63141.

**13. UNITED STATES PATENTS:**

The licensed U.S. patents include: for YieldGard® Corn Borer corn—5,352,605; 5,424,412; 5,484,956; 5,939,874; 5,859,347; 6,180,774; 6,331,665; 7,064,248; for YieldGard® Corn Rootworm corn — 5,023,179; 5,110,732; 5,352,605; 5,484,956; 6,063,597; 6,174,724; 6,331,665; 6,501,009; 6,642,030; 7,064,248; for YieldGard® Plus corn — 5,023,179; 5,110,732; 5,352,605; 5,424,412; 5,484,956; 5,939,874; 5,859,347; 6,063,597; 6,174,724; 6,180,774; 6,331,665; 6,501,009; 6,642,030; 7,064,248; for Roundup Ready® Corn 2 — 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,083,878; 6,825,400; RE39247; for Roundup Ready® corn — 5,554,798; 5,641,876; 5,717,084; 5,728,925; 6,025,545; 6,040,497; 6,083,878; for YieldGard® Corn Borer with Roundup Ready® Corn — 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,083,878; 6,331,665; 7,064,248; RE39247; for Roundup Ready® Soybeans 5,352,605; 5,530,196; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,083,878; 6,174,724; 5,378,619; 5,530,196; 5,717,084; 5,728,925; 5,804,425; 6,018,100; 6,051,753; 6,083,878; 6,174,724; 6,753,463; RE39247; for Bollgard® cotton — 5,004,863; 5,159,135; 5,196,525; 5,322,938; 5,352,605; 5,424,412; 5,880,275; 6,018,100; 6,051,753; 6,083,878; 6,174,724; 6,489,542; 6,753,463; 6,943,282; 7,064,249; RE39247; for Bollgard II® cotton — 5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,338,544; 5,352,605; 5,359,142; 5,880,275; 6,013,523; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,024,419; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,018,100; 6,051,753; 6,083,878; 6,174,724; 6,489,542; 6,753,463; 6,943,282; 7,064,249; RE39247; for Bollgard® cotton — 5,004,863; 5,159,135; 5,164,316; 5,388,642; 5,196,525; 5,322,938; 5,338,544; 5,352,605; 5,359,142; 5,362,865; 5,378,019; 5,459,355; 6,172,084; 5,728,925; 5,804,425; 5,880,275; 6,018,100; 6,051,753; 6,083,878; 6,174,724; 6,489,542; 6,753,463; 6,943,282; 7,064,249; RE39247; for Roundup Ready® Canola — 5,188,958; 5,378,019; 5,463,174; 5,463,175; 5,717,084; 5,728,925; 5,750,871; 5,804,425; 6,018,100; 6,051,753; 6,083,878; RE39247; for Roundup Ready® Sugarbeets — 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,467,174; 5,728,925; 5,804,425; 6,018,100; 6,051,753; 6,083,878; 6,174,724; RE38875; RE39247; for Roundup Ready® Alfalfa —5,362,865; 5,378,619; 5,591,616; 5,728,925; 5,804,425; 6,018,100; 6,051,753; RE39247; for Roundup Ready® Flex Cotton — 5,004,863; 5,159,135; 5,717,084; 5,804,425; 5,880,275; 6,051,753; 6,083,878; 6,660,911; 6,753,463; 6,949,696; 7,112,725; 7,141,727; RE39247; for Bollgard® with Roundup Ready® Flex Cotton — 5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,591,616; 5,378,019; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,051,753; 6,083,878; 6,174,724; 6,660,911; 6,753,463; 6,943,282; 6,949,696; 7,112,725; 7,141,727; RE39247; for Bollgard II® with Roundup Ready® Flex Cotton — 5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,338,544; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,051,753; 6,083,878; 6,174,724; 6,489,542; 6,660,911; 6,753,463; 6,943,282; 6,949,696; 7,064,249; 7,112,725; 7,141,727; RE39247; for YieldGard® Corn Borer with Roundup Ready® Corn 2 — 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,063,597; 6,083,878; 6,174,724; 6,180,774; 6,331,665; 6,501,009; 6,642,030; 6,825,400; 7,064,248; RE39247; for YieldGard® VT Rootworm/RR2 —5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,554,798; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,018,100; 6,025,545; 6,063,597; 6,083,878; 6,174,724; 6,331,665; 6,489,542; 6,825,400; 7,064,249; RE39247; for YieldGard® VT Pro — 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,051,753; 6,083,878; 6,174,724; 6,331,665; 6,489,542; 6,825,400; 7,064,249; RE39247; for YieldGard® VT Triple — 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,424,412; 5,554,798; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,063,597; 6,083,878; 6,180,774; 6,331,665; 6,642,030; 7,064,248; 6,489,542; 6,642,030; for YieldGard VT Triple Pro — 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,424,412; 5,554,798; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,063,597; 6,083,878; 6,180,774; 6,331,665; 6,642,030; for Mavera® high value corn with lysine — 6,372,211; for tank mix - 6,239,072.

ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS. Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® agricultural herbicides. Roundup agricultural herbicides will kill crops that are not tolerant to glyphosate. Roundup, Roundup Ready, Roundup RReadyzYield™, YieldGard®, YieldGard® Corn Borer and Design, YieldGard® Rootworm and Design, YieldGard® Plus and Design, YieldGard VT Triple™, YieldGard VT Rootworm/RR2™, YieldGard VT PRORRR2, Bollgard®, Bollgard II®, Roundup® Technology, Vistive®, Roundup Rewards®, Grow the Feed, Not the Weeds™, and Monsanto Imagine™ and the Vine Design are trademarks of Monsanto Technology LLC. Mavera is a registered trademark of Renessen LLC. ©2001-2008 Monsanto Company.          [16545Appd] 58-9Y-07-2445

Exhibit E



# 2008





MONSANTO

## Introduction

This 2008 Technology Use Guide (TUG) provides a concise source of technical information about Monsanto's current portfolio of technology products, and sets forth the requirements and guidelines for the use of these products. As a user of Monsanto Technology, it is important that you are familiar with and follow certain management practices. Please read all of the information pertaining to the technology you will be using, including stewardship and related information.

This technical bulletin is not a pesticide product label. It is intended to provide additional information and to highlight approved uses from the product labeling. Read and follow all precautions and use instructions in the label booklet and separately published supplemental labeling for the Roundup® agricultural herbicide product you are using.

**Included in this guide is information on the following:**      **Pages**

| | |
|---|---|
| Stewardship Overview | 1-2 |
| Insect Resistance Management and Monitoring Program | 3 |
| Weed Resistance Management | 4 |
| Corn Grain Stewardship | 5-6 |
| Coexistence and Identity Preserved Production | 7-8 |
| YieldGard® and YieldGard VT™ Insect-Protected Corn Family | 9-10 |
| YieldGard Corn Borer Corn Refuge Requirements | 11-12 |
| YieldGard Rootworm and YieldGard VT Rootworm/RR2™ Corn Refuge Requirements | 13-14 |
| YieldGard Plus and YieldGard VT Triple™ Corn Refuge Requirements and Configuration Options | 15-16 |
| YieldGard Corn Refuge Requirements Summary | 17 |
| YieldGard Corn Borer with Roundup Ready® Corn 2 | 18 |
| YieldGard Rootworm with Roundup Ready Corn 2 | 18 |
| YieldGard VT Rootworm/RR2 | 18 |
| YieldGard Plus with Roundup Ready Corn 2 | 18 |
| YieldGard VT Triple | 19 |
| Roundup Ready Corn 2 | 19-22 |
| Bollgard® and Bollgard II® Cotton | 23-24 |
| Bollgard and Bollgard II Cotton IRM Configurations | 25-26 |
| Bollgard with Roundup Ready Cotton and Bollgard II with Roundup Ready Cotton | 27 |
| Roundup Ready Cotton | 28-30 |
| Roundup Ready Flex Cotton | 31-34 |
| Bollgard II with Roundup Ready Flex Cotton | 35 |
| Roundup Ready Soybeans | 36-39 |
| Roundup Ready Alfalfa | 40-42 |
| Roundup Ready Spring Canola | 43-44 |
| Roundup Ready Winter Canola | 45-46 |
| Roundup Ready Sugarbeets | 47-49 |

If you have any questions, contact your Authorized Retailer or Monsanto at 1-800-ROUNDUP.



☐ Plains
▨ California/Arizona/Florida
■ North Central
■ Southern

# STEWARDSHIP OVERVIEW

## A Message About Stewardship

### SEED AND TRAITS

Monsanto Company is committed to enhancing grower productivity and profitability through the introduction of new modern agricultural biotechnology seed trait technologies (traits). These new technologies bring enhanced value and benefits to growers, and growers assume new responsibilities for proper management of those traits. Growers planting seed with biotech traits agree to implement good stewardship practices, including, but not limited to:

- Reading and signing a Monsanto Technology/Stewardship Agreement (MTSA) and reading all annual license terms updates before purchase or use of any seed containing a trait. Growers must sign their own Stewardship Agreement.
- Reading and following the directions for use on all product labels and following applicable stewardship practices as outlined in this TUG and IRM guides.
  - Observing regional planting restrictions such as those for Bollgard® or Bollgard II® in certain Texas counties, South Florida, Hawaii, Puerto Rico and the U.S. Virgin Islands.
  - Comply with any additional stewardship requirements, such as grain or feed use agreements or geographical planting restrictions, that Monsanto deems appropriate or necessary to implement for proper stewardship or regulator compliance.
- Following the Weed Resistance Management Guidelines to minimize the risk of resistance development.
- Complying with the applicable Insect Resistance Management (IRM) practices for specific biotech traits as *mandated* by the Environmental Protection Agency (EPA) and set forth in this TUG.
- Utilizing all seed with biotech traits for planting a single crop.
- Selling harvested corn with biotech traits not yet fully approved by the European Union (E.U.) to grain handlers that confirm their acceptance, or using that grain as on-farm feed.
- Not moving material containing biotech traits across boundaries into nations where import is not permitted.
- Not selling, promoting and/or distributing within a state where the product is not yet registered.

If you have questions about seed stewardship or become aware of individuals utilizing biotech traits in a manner other than as noted above, please call 1-800-768-6387. Letters reporting unacceptable or unauthorized use of biotech traits may be sent to:

Monsanto Trait Stewardship
800 N. Lindbergh Boulevard C3ND
St. Louis, MO 63167

Provide confidential or anonymous reports as below:

"Anonymous" reporting results when a person reports information to Monsanto in such a way that the identity of the person reporting the information cannot be identified. This kind of reporting includes telephone calls requesting anonymity and unsigned letters.

"Confidential" reporting results when a person reports information to Monsanto in such a way that the reporting person's identity is known to Monsanto. Every effort will be made to protect a person's identity, but it is important to understand that a court may order Monsanto to reveal the identity of people who are "known" to have supplied relevant information.

### TECHNOLOGY/STEWARDSHIP AGREEMENT

Growers who purchase Monsanto's traited seed for planting are required to execute an MTSA and are required to refer to Monsanto's current TUG for information on crop stewardship.

Weed control recommendations as of 5/11/07.
For subsequent updates, refer to www.cdms.net or www.greenbook.net or contact your local Monsanto representative.

◄ RETURN TO TABLE OF CONTENTS

# STEWARDSHIP OVERVIEW

## Why is Stewardship Important?

Each component of stewardship offers benefits to growers:

- Signing an MTSA provides growers access to Monsanto's biotech-trait seed technology.
- Following IRM guidelines guards against insect resistance to *B.t.* technology and therefore enables the long-term viability of this technology, and meets EPA requirements.
- Good grain and processed products stewardship helps to preserve a continuous open export market for U.S. grain products.
- Proper weed management maintains the long-term effectiveness of glyphosate-based weed control solutions.
- Utilizing biotech seed only for planting a single-commercial crop allows investment for future biotech innovations which will even further improve farming technology.

Practicing these stewardship activities will enable biotechnology's positive agricultural contributions to continue.

Since 1996, biotech crops have delivered over a decade of environmental and economic benefits to both growers and consumers.

Biotech crops have:

- Been grown by millions of growers on more than one billion acres worldwide.
- Reduced pesticide applications equivalent to a 15 mile-long train of railcars filled with pesticide active ingredient*.
- Been instrumental in the adoption of no-till or reduced tillage practices–saving billions of tons of topsoil, 465 million gallons of diesel fuel, and reducing greenhouse gas emissions equivalent to removing nearly 5 million cars from the road for one year.
- Increased net farm income for U.S. farmers by $10.8 billion through reduced costs and/or higher yields.
- Been included as ingredients in more than one trillion meals.
- Zero scientifically-documented, negative health effects.

To learn more, go to: www.biotech-gmo.com.

Growers' attitudes and adoption of sound stewardship principles, coupled with biotechnology benefits, provide for the sustainability of our land resources, biotechnology and farming as a preferred way of life.



---

*Pesticides registered by the U.S. EPA will not cause unreasonable adverse effects to man or the environment when used in accordance with label directions.

# INSECT RESISTANCE MANAGEMENT

An **EFFECTIVE** Insect Resistance Management (IRM) program is a vital part of responsible product stewardship for insect-protected biotech products. Monsanto is committed to implementing an effective IRM program for all of its insect-protected *B.t.* technologies in all countries where they are commercialized, including promoting grower awareness of these IRM programs. Monsanto works to develop and implement IRM programs that strike a balance between available knowledge and practicality, with grower acceptance and implementation of the plan as critical components.

In the U.S., **the EPA requires** that Monsanto, and growers who purchase YieldGard®/YieldGard VT™ corn products and Bollgard®/Bollgard II® cotton products implement an IRM plan for these insect-protected products. The IRM programs for YieldGard/YieldGard VT corn products and Bollgard/Bollgard II cotton products are based upon an assessment of the biology of the major target pests, realistic consideration of grower needs and practices, and an understanding of appropriate pest management practices. These **mandatory regulatory programs** have been developed and updated through broad cooperation with grower and consultant organizations, including the National Corn Growers Association and the National Cotton Council, extension specialists, academic scientists, and regulatory agencies.

The IRM programs for YieldGard/YieldGard VT corn products and Bollgard/Bollgard II cotton products contain several important elements. One key component of an IRM plan is a refuge. A refuge is simply a block of the relevant crop (corn for YieldGard/YieldGard VT and cotton for Bollgard/Bollgard II, respectively) that does not contain a *B.t.* technology for the control of the insect pests which are controlled by the planted technology(ies). The lack of exposure to the *B.t.* proteins means that there will be susceptible insects

nearby to mate with any rare resistant insects that may emerge from *B.t.* products. Susceptibility to the *B.t.* products is then passed on to their offspring, preserving the long-term effectiveness of the technology. Growers who purchase YieldGard/YieldGard VT corn and Bollgard/Bollgard II cotton products are required to plant an appropriately designed refuge in association with their fields. How large these refuge areas need to be, how they should be placed relative to the YieldGard/YieldGard VT corn and Bollgard/Bollgard II cotton fields, and how they should be managed is described in detail in the sections on those products within this document or the appropriate IRM guide.

*Failure to follow IRM guidelines and properly plant a refuge may result in the loss of a grower's access to Monsanto technologies.* Monsanto is committed to the preservation of these technologies. Please do your part to ensure that YieldGard/YieldGard VT corn and Bollgard/Bollgard II cotton technologies are preserved by implementing an IRM plan on your farm.

## MONITORING PROGRAM

Through an agreement with the EPA, Monsanto or an approved agent of Monsanto will monitor refuge management practices. The MTSA signed by a grower requires that upon request by Monsanto or its approved agent, a grower is to provide the location of all fields planted with YieldGard, YieldGard VT, Bollgard and Bollgard II technologies and the locations of all associated refuge areas, to cooperate fully with any field inspections, and allow Monsanto to inspect all YieldGard, YieldGard VT, Bollgard and Bollgard II fields and refuge areas to ensure an approved insect resistance program has been followed. All inspections will be performed at a reasonable time and arranged in advance with the grower so that the grower can be present if desired.

# WEED RESISTANCE MANAGEMENT

Monsanto considers product stewardship to be a fundamental component of customer service and responsible business practices. As leaders in the development and stewardship of Roundup® agricultural herbicides and other products, Monsanto invests significantly in research to continuously improve the proper uses and stewardship of our proprietary herbicide brands. This research, done in conjunction with academic scientists, extension specialists, and crop consultants, includes an evaluation of the factors that can contribute to the development of weed resistance and how to properly manage weeds to delay the development of resistance. Visit www.weedtool.com for practical best practices–based advice on reducing the risk for development of glyphosate-resistant weeds. Developed in cooperation with academic experts, the website provides options for managing the risk on a field-by-field basis.

Glyphosate is a Group 9 herbicide based on the mode of action classification system of the Weed Science Society of America. Any weed population may contain plants naturally resistant to Group 9 herbicides. The following general recommendations help manage the risk of weed resistance occurring. More specific recommendations are outlined in each Roundup Ready® crop section in this TUG.

WEED RESISTANCE MANAGEMENT PRACTICES:
· Scout your fields before and after herbicide application.
· Start with a clean field, using either a burndown herbicide application or tillage.
· Control weeds early when they are small.
· Add other herbicides (e.g. a selective and/or a residual herbicide) and cultural practices (e.g. tillage or crop rotation) as part of your Roundup Ready cropping system where appropriate.
· One method for adding other herbicides into a continuous Roundup Ready system is to rotate to other Roundup Ready crops.
· Use the right herbicide product at the right rate and the right time.
· Control weed escapes and prevent weeds from setting seeds.
· Clean equipment before moving from field to field to minimize spread of weed seed.
· Use new commercial seed as free from weed seed as possible.

Monsanto is committed to the proper use and long-term effectiveness of its proprietary herbicide brands through a four-part stewardship program: developing appropriate weed control recommendations, continuing research to refine and update recommendations, education on the importance of good weed management practices, and responding to repeated weed control inquiries through a product performance evaluation program.

*Report any incidence of repeated non-performance on a particular weed to the local Monsanto representative, retailer, or county extension agent.*

## Control of Glyphosate-Resistant Weed Biotypes

Monsanto actively investigates and studies weed control complaints and claims of weed resistance. When glyphosate-resistant weed biotypes have been confirmed, Monsanto alerts growers, and develops and provides growers with recommended control measures, which may include additional herbicides or tank-mixes or cultural practices. Monsanto actively communicates all of this information to growers through multiple channels, including the herbicide label, www.weedscience.org, supplemental labeling, this TUG, media and written communications, our website, www.weedresistancemanagement.com, and grower meetings.

Growers must be aware of and proactively manage for glyphosate-resistant weeds in planning their weed control program. When a weed is known to be resistant to glyphosate, then a resistant population of that weed is by definition no longer controlled with labeled rates of glyphosate. Roundup agricultural herbicide warranties will not cover the failure to control glyphosate-resistant weed populations.

# CORN GRAIN STEWARDSHIP

## Regulatory Update

The U.S. federal regulatory agencies have granted full clearance to YieldGard® Corn Borer, Roundup Ready Corn 2, and YieldGard Rootworm traits (including all stacks e.g., YieldGard Plus, YieldGard VT Rootworm/RR2™, and YieldGard VT Triple™) for commerce within the U.S., including approval for marketing and consumption as food, and feed for livestock. These products also have food and feed approval in Japan and Canada. However, full regulatory approval for harvested grain/commodities containing stacked combinations (YieldGard Corn Borer with Roundup Ready Corn 2, YieldGard Rootworm with Roundup Ready Corn 2, YieldGard Plus, YieldGard Plus with Roundup Ready Corn 2, YieldGard VT Rootworm/RR2, and YieldGard VT Triple), is pending in the E.U. As a result, the grower must find an appropriate market for this grain.

The following table summarizes the approval status of corn in the E.U. and traits pending full approval in the E.U. Full E.U. approval is defined as the trait having E.U. approval to be used in food, feed, and processed feed.

### MANAGEMENT OF POLLEN MOVEMENT

Corn is a naturally cross-pollinated crop, and a minimal amount of pollen movement between neighboring fields is a normal occurrence in its production. It is generally recognized in the industry that a certain amount of incidental, trace level pollen movement occurs, and it is not possible to achieve 100% purity of seed or grain in any corn production system. A number of factors can influence the occurrence and extent of pollen movement. These factors are described in this TUG under the heading "Coexistence and Identity Preservation" on page 7. We expect you, as stewards of corn technology pending full E.U. approval, to consider these factors and talk with your neighbors about your cropping intentions.

| FULLY APPROVED IN THE E.U.* | APPROVED FOR USE IN PROCESSED FEED IN THE E.U.** | NOT APPROVED IN THE E.U.** |
|---|---|---|
| YieldGard Corn Borer | YieldGard Corn Borer with Roundup Ready Corn 2 | YieldGard VT Triple |
| YieldGard Rootworm | YieldGard Rootworm with Roundup Ready Corn 2 | YieldGard VT Rootworm/RR2 |
| Roundup Ready Corn 2 | YieldGard Plus | YieldGard Plus with Roundup Ready Corn 2 |

*Approved for food, feed, and processed feed   **Applications filed for food and feed approval

**IMPORTANT:** The following information is current as of 05/11/07: YieldGard Plus, YieldGard Rootworm with Roundup Ready Corn 2 and YieldGard Corn Borer with Roundup Ready Corn 2 are grandfathered for import and use in processed feed in the E.U. YieldGard Plus with Roundup Ready Corn 2, YieldGard VT Rootworm/RR2 and YieldGard VT Triple are neither approved nor grandfathered and there is *zero tolerance* for these traits in processed feed imported in the E.U. Growers of all products bearing the Market Choices mark must talk to their grain handler to confirm the handler's buying position for grain from these products. **It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted.**

### YOUR GRAIN MARKET OPTIONS

Until full E.U. approval is obtained, the grower must direct grain produced from corn with traits pending full approval in the E.U. to acceptable markets (see below). You must talk to your grain handler about their policies for accepting corn with traits not yet fully approved by the E.U., and inform the grain handler when you deliver grain containing such traits so that it can be managed appropriately.

Appropriate markets for corn harvested with traits pending full approval in the E.U. include:
• Domestic feed use
• Grain handlers who agree to accept this grain and handle it appropriately:
  - grain handlers
  - feedmills
  - feedlots
  - most dry grind ethanol plants

**The following products are not registered in Maine:**
• YieldGard Rootworm
• YieldGard Corn Borer
• YieldGard Plus
• YieldGard VT Rootworm/RR2
• YieldGard VT Triple
• Bollgard® Cotton
• Bollgard II® Cotton
It is illegal to distribute, sell, or plant seed containing these technologies in the state of Maine.



Grain harvested from products that bear this mark is fully approved for food and feed use in the United States and Japan, but is not approved in the European Union. You must find a market for this crop that will not ship this grain or its processed products to Europe. Appropriate markets for this grain include: domestic feed use or grain handlers that specifically agree to accept this grain and handle it appropriately. For more information on your grain market options, go to the American Seed Trade Association's website at www.amseed.org or call your seed supplier.

MARKET CHOICES® is a registered certification mark used under license from ASTA.

**Know Before You Grow®,** an information service provided by National Corn Growers Association at *www.ncga.com.*

**NOTE:** For information on Roundup Ready Flex cotton stewardship and Roundup Ready Alfalfa stewardship, please refer to those sections within this TUG.

# CORN GRAIN STEWARDSHIP

## Status of Monsanto Commercial Traits in the E.U. as of 5/11/2007

| TRAIT | FOOD APPROVAL | FEED (e.g., GRAIN) APPROVAL | PROCESSED FEED NOTIFICATION (Grandfathered) |
|---|---|---|---|
| YieldGard® Corn Borer | X | X | X |
| Roundup Ready® Corn 2 | X | X | X |
| YieldGard Rootworm | X | X | X |
| YieldGard Plus | | X | X |
| YieldGard Corn Borer with Roundup Ready Corn 2 | | | X |
| YieldGard Rootworm with Roundup Ready Corn 2 | | | X |
| YieldGard Plus with Roundup Ready Corn 2 | | | |
| YieldGard VT Rootworm/RR2™ | | | |
| YieldGard VT Triple™ | | | |

The American Seed Trade Association (ASTA) website at www.amseed.org provides a list of grain handlers (Grain Handler's Database) and their positions on accepting corn traits not yet fully approved by the E.U. This information can also be obtained by calling 1-866-SELL CORN or logging onto www.866sellcorn.com.

The ASTA Market Choices® mark is used to indicate corn products not yet fully approved by the E.U. but ARE FULLY APPROVED for food and feed use in the U.S. and Japan.

Monsanto is committed to promoting corn grain stewardship. The Grain Marketing Communication Plan (GMCP) is an initiative by Monsanto to facilitate the proper channeling of grain from corn traits awaiting full approval in the E.U. As part of the GMCP growers must communicate to their seed dealers where they plan to sell their harvested corn containing certain traits. Dealers forward this information to Monsanto to validate the willingness of designated grain handlers to properly steward harvested corn not yet fully approved by the E.U. Although corn traits are planted and harvested throughout the U.S., the primary regions from which wet millers draw grain to supply their daily grind is the focal point of the Grain Marketing Communication Plan. The primary region is made up of the full states of Iowa, Illinois, Indiana, Kentucky, Minnesota, Ohio, and Wisconsin, and selected counties in Missouri, Nebraska, North Dakota, and South Dakota. Specific details regarding which traits require a GMCP are communicated separately by Monsanto to growers and dealers. The growers should talk with their seed dealer for further details or call 1-866-SELL CORN.

Marketing grain to grain handlers that acknowledge they will buy grain that includes corn traits that are not yet fully approved by the E.U. is very important.

**The most critical corn grain stewardship responsibility for growers is to talk to their grain handler to verify the handler's acceptance of grain grown from seed containing particular biotechnology traits.**

Benefits of good corn grain stewardship:
- Preserves the grower's choice to use new biotech traits in corn.
- Reinforces the integrity of U.S. agriculture and retains important U.S. export markets for corn products.
- Provides countries importing U.S. grain and/or processed grain the confidence that our channel is reliable.



■ For certain traits, growers need to communicate through a GMCP the name(s) of the local grain handler to seed dealers.
This is the primary area that grain is sourced to fulfill grind requirements for wet-millers.

# COEXISTENCE AND IDENTITY PRESERVED PRODUCTION

Coexistence in agricultural production systems and supply chains is not new. Different agricultural systems have coexisted successfully for many years around the world. Standards and best practices were established decades ago and have continually evolved to deliver high purity seed and grain to support production, distribution, and trade of products from different agricultural systems. For example, production of similar commodities such as field corn, sweet corn and popcorn has occurred successfully and in close proximity for many years. Another example is the successful coexistence of oilseed rape varieties with low erucic acid content for food use and high erucic acid content for industrial uses.

The introduction of biotech crops generated renewed discussion of coexistence focused on biotech production systems with conventional cropping systems and organic production. These discussions have primarily focused on the potential economic impact of the introduction of biotech products on other systems. The health and safety of biotech products are not an issuebecause their food, feed, and environmental safety must be demonstrated before they enter the agricultural production system and supply chain.

The coexistence of conventional, organic, and biotech crops has been the subject of several studies and reports. These reports conclude that coexistence among biotech and non-biotech crops is not only possible but is occurring. They recommend that coexistence strategies be developed on a case-by-case basis considering the diversity of products currently in the market and under development, the agronomic and biological differences in the crops themselves, and variations in regional farming practices and infrastructures. Furthermore, coexistence strategies are driven by market needs and should be developed using current science-based industry standards and management practices. The strategies must be flexible, facilitating options and choice for the grower and the food/feed supply chain, and must be capable of being modified as changes in markets and products warrant.

Successful coexistence of all agricultural systems is achievable and depends on cooperation, flexibility, and mutual respect for each system. Agriculture has a history of innovation and change, and growers have always adapted to new approaches or challenges by utilizing appropriate strategies, farm management practices, and new technologies.

The responsibility for implementing practices to satisfy specific marketing standards or certification lies with that grower who is growing a crop to satisfy a particular market. Only that grower is instructed to employ the practices appropriate to assure the integrity of his/her crop. This is true whether the goal is high-oil corn, white sweet corn, or organically produced yellow corn for animal feed. In each case, the grower is seeking to produce a crop that is supported by a market price and consequently that grower assumes responsibility for satisfying reasonable market specifications. That said, the grower needs to be aware of the planting intentions of his/her neighbor in order to guage the need for management practices.

## IDENTITY PRESERVED PRODUCTION

Some growers may choose to preserve the identity of their crops to meet specific markets. Examples of Identity Preservation (I.P.) corn crops include production of seed corn, white, waxy, or sweet corn, specialty oil or protein crops, food grade crops, and any other crop that meets specialty needs, including organic and non-genetically enhanced specifications. Growers of these crops assume the responsibility and receive the benefit for ensuring that their crop meets mutually agreed contract specifications.

Based on historical experience with a broad range of I.P. crops, the industry has developed generally accepted I.P. agricultural practices. These practices are intended to manage I.P. production to meet quality specifications, and are established for a broad range of I.P. needs. The accepted practice with I.P. crops is that each I.P. grower has responsibility to implement any necessary processes. These processes may include sourcing seed appropriate for I.P. specifications, field management practices such as adequate isolation distances, buffers between crops, border rows, planned differences in maturity between adjacent fields that might cross-pollinate, and harvest and handling practices designed to prevent mixing and to maintain product quality. These extra steps associated with I.P. crop production are generally accompanied by incremental increases in cost of production and consequently of the goods sold.

# COEXISTENCE AND IDENTITY PRESERVED PRODUCTION

## General Instructions for Management of Pollen Flow and Mechanical Mixing

For all crop hybrids or varieties that they wish to identity preserve, or otherwise keep separated, growers should take steps to prevent mechanical mixing. Growers should make sure all seed storage areas, transportation vehicles, and planter boxes are cleaned thoroughly both prior to and subsequent to the storage, transportation, or planting of the crop. Growers should also make sure all combines, harvesters and transportation vehicles used at harvest are cleaned thoroughly both prior to and subsequent to their use in connection with the harvest of the grain produced from the crop. Growers should also make sure all harvested grain is stored in clean storage areas where the identity of the grain can be preserved.

Self-pollinated crops, such as soybeans, do not present a risk of mixing by cross-pollination. If the intent is to use or market the product of a self-pollinated crop separately from general commodity use, growers should plant fields at a sufficient distance away from other crops to prevent mechanical mixture.

Growers planting cross-pollinated crops, such as corn or alfalfa, who desire to preserve the identity of these crops or to minimize the potential for these crops to outcross with adjacent fields of the same crop kind, should use the same generally accepted practices to manage mixing that are used in any of the currently grown identity preserved crops of similar crop kind.

Growers should take into account the following factors that can affect the occurrence and extent of cross-pollination to or from other fields. Information that is more specific to the crop and region may be available from state extension offices.

- **Cross-pollination is limited.** Some plants, such as potatoes, are incapable of cross-pollinating, while others, like alfalfa, require cross-pollination to produce seed. Importantly, cross-pollination only occurs within the same crop kind, like corn to corn.

- **The amount of pollen produced within the field can vary.** The pollen produced by the crop within a given field, known as pollen load, is typically high enough to pollinate all of the plants in the field. Therefore, most of the pollen that may enter from other fields falls on plants that have already been pollinated with pollen that originated from plants within the field. In crops such as alfalfa, the hay cutting management schedule significantly limits or eliminates bloom, and thereby restricts the potential for pollen and/or viable seed formation.

- **The existence and/or degree of overlap in the pollination period of crops in adjacent fields varies.** This will vary depending on the maturity of crops, planting dates, and the weather. For corn, the typical pollen shed period lasts from 5 to 10 days for a particular field. Therefore, viable pollen from neighboring fields must be present when silks are receptive in the recipient field during this brief period to produce any grain with traits introduced by the out-of-field pollen.

- **Distance between fields of different varieties or hybrids of the same crop.** The greater the distance between fields the less likely their pollen will remain viable and have an opportunity to mix and produce an outcross. For wind-pollinated crops, most cross-pollination occurs within the outermost few rows of the field. In fact, many white and waxy corn production contracts ask the grower to remove the outer 12 rows (30 ft.) of the field in order to remove most of the impurities that could result from cross-pollination with nearby yellow dent corn. Furthermore, research has also shown that as fields become further separated, the incidence of wind-modulated cross-pollination drops rapidly. Essentially, the in-field pollen has an advantage over the pollen coming from other fields for receptive silks because of its volume and proximity to silks.

- **The distance pollen moves.** How far pollen can travel depends on many environmental factors including weather during pollination, especially wind direction and velocity, temperature, and humidity. For bee-pollinated crops, the grower's choice of pollinator species and apiary management practice may reduce field-to-field pollination potential. All these factors will vary from season to season, and some factors from day to day and from location to location.

- **For wind-pollinated crops, the orientation and width of the adjacent field in relation to the dominant wind direction.** Fields oriented upwind during pollination will show dramatically lower cross pollination for wind-pollinated crops, like corn, compared to fields located downwind.

## *YieldGard® and YieldGard VT™ Insect-Protected Corn Family*



**PRODUCT DESCRIPTION**

**YieldGard® Corn Borer–**YieldGard Corn Borer corn hybrids contain an insecticidal protein from *Bacillus thuringiensis* (*B.t.*) that protects corn plants from specific lepidopteran insect pests. The YieldGard Corn Borer trait delivers whole-plant, full-season protection against European corn borer, southwestern corn borer, sugarcane borer, and southern cornstalk borer

resulting in maximum yield potential. YieldGard Corn Borer corn hybrids also provide intermediate protection* against corn earworm, fall armyworm, and stalk borer. By providing whole-plant protection against corn borer, the genetic yield potential of YieldGard Corn Borer corn hybrids is preserved.



**YieldGard Rootworm–**YieldGard Rootworm corn hybrids contain an insecticidal protein from *Bacillus thuringiensis* (*B.t.*) that protects corn roots from larval feeding by western, northern, and Mexican corn

rootworm. Protecting the root of the corn plant from feeding by corn rootworm larvae decreases lodging and protects the genetic yield potential of YieldGard Rootworm corn hybrids.



**YieldGard Plus–**YieldGard Plus corn technology combines YieldGard Corn Borer and YieldGard Rootworm technology into a single plant. YieldGard Plus corn hybrids control European and southwestern corn borer, sugarcane borer, southern corn stalk borer, western corn rootworm, northern corn rootworm, and Mexican corn rootworm. YieldGard Plus corn hybrids also provide intermediate protection* against corn earworm, fall armyworm, and stalk borer.

By providing in-plant protection against the above insect pests, the genetic yield potential of YieldGard Plus corn hybrids is preserved.

All YieldGard Plus and YieldGard Rootworm containing seed is treated with seed applied insecticides.*




**YieldGard VT Rootworm/RR2™–**
YieldGard VT Rootworm/RR2 technology provides the next generation of YieldGard stacked-trait products that provides better insect control and improved consistency of control of western corn rootworm, northern corn rootworm, and Mexican corn rootworm. Protecting the root of the corn plant from feeding by corn rootworm larvae decreases lodging and protects the genetic yield potential of YieldGard VT Rootworm/RR2 corn hybrids.

The Round Ready 2 Technology allows a grower to experience the benefits of utilizing Roundup agriculturalherbicides in a weed control system that provides the broadest weed control spectrum, better application flexibility, and superior crop safety.

Seed-applied insecticide is required on YieldGard VT Rootworm/RR2 technology.**




**YieldGard VT Triple™–**YieldGard VT Triple corn technology combines YieldGard Corn Borer and YieldGard VT Rootworm/RR2 technology into a single plant. Yieldgard VT Triple corn hybrids control European and southwestern corn borer, sugarcane borer, southern corn stalk borer, western corn rootworm, northern corn rootworm, and Mexican corn rootworm. YieldGard VT Triple hybrids will also provide intermediate protection against corn earworm, fall armyworm, and stalk borer. By providing in-plant protection against the above insect pests, the genetic yield potential of YieldGard VT Triple corn hybrids is preserved.

YieldGard VT Triple corn hybrids also include Roundup Ready 2 Technology. This trait allows a grower to experience the benefits of utilizing Roundup agricultural herbicides in a weed control system that provides the broadest weed control spectrum available, along with better application flexibility, and superior crop safety.

YieldGard VT Triple containing seed is treated with seed applied insecticides.**

---

*Protection ranges from partial protection to protection depending on the development stage of the plant when the insects infest the plant.

**A seed-applied insecticide can protect seed, roots, and seedlings from insects such as black cutworm, wireworm, white grubs, seed corn maggots, chinch bug, and early flea beetles.

## *YieldGard® and YieldGard VT™ Insect-Protected Corn Family*

### INSECT RESISTANCE MANAGEMENT

Growers who purchase corn hybrids containing YieldGard® and YieldGard VT™ corn traits for planting in 2008 are required by the U.S. EPA to implement an IRM plan. Elements of an IRM program for YieldGard Corn Borer corn, YieldGard Rootworm corn, YieldGard Plus, YieldGard VT Rootworm/RR2™, and YieldGard VT Triple™ corn are described in the following sections.

A key component of each IRM plan is the planting of a refuge. A refuge is simply a block or strips of corn that do not contain a *B.t.* technology for the control of the insect pests which are controlled by the planted YieldGard and YieldGard VT corn technology(ies). The lack of exposure to *B.t.* proteins ensures that susceptible insects are nearby to mate with any rare resistant insects that may emerge from YieldGard and YieldGard VT corn hybrids. Susceptibility to the YieldGard and YieldGard VT corn products is then passed on to their offspring, preserving the long-term effectiveness of the technology.

Failure to follow IRM requirements and properly plant a refuge may result in the loss of access to YieldGard and YieldGard VT corn technology. Please do your part to ensure that YieldGard corn technology is preserved by implementing an IRM plan on your farm.

Refer to the Stewardship IRM section on page 3 for additional information regarding the YieldGard IRM Monitoring Program.

**Should you observe that other growers are not implementing IRM requirements for *B.t.* insect-protected corn, please contact Monsanto's Customer Response Center to notify us of such occurrences so that we can investigate: 1-800-768-6387. *You may remain anonymous.***

### MULTIPLE-PHASE APPROACH TO INSECT RESISTANCE MANAGEMENT FOR YIELDGARD AND YIELDGARD VT CORN PRODUCTS

Adding a refuge to corn production programs is a requirement for resistance management. For the most effective results, researchers recommend a multiple phase approach.

- Plant corn hybrids with YieldGard and YieldGard VT corn technologies to provide consistent protection of corn fields from corn borer and corn rootworm throughout the larval feeding periods.
- Plant a corn refuge block or strips close to the YieldGard and YieldGard VT corn technologies. The block and strips will serve as a refuge to support the survival of susceptible corn borer and corn rootworm.

- Practice Integrated Pest Management (IPM) to preserve the natural enemies of corn borer, corn rootworm, and other insect pests. Natural predators such as lady beetles and ground beetles can help reduce corn borer and corn rootworm larval populations. YieldGard and YieldGard VT insect protection technology aids IPM because it affects only specific insect pests and allows the survival of beneficial insects.
- Growers should monitor their YieldGard and YieldGard VT technology corn fields and contact their seed dealer or Monsanto at 1-800-951-9511 if they observe any performance problems.

## *YieldGard Corn Borer Corn Refuge Requirements*





*North Central, Plains, California/Arizona, and Non-Cotton Growing Areas of the Southern Region*

**REFUGES MUST BE ESTABLISHED FOR THE 2008 GROWING SEASON AS FOLLOWS:**

- On each farm, plant up to 80 percent corn acres with YieldGard Corn Borer corn. Plant at least 20 percent of total corn acres to a corn refuge that does not contain a *B.t.* technology that controls European or southwestern corn borer. The refuge corn can be treated with insecticides only when the level of pest pressure meets or exceeds economic thresholds. Sprayable *B.t.* insecticides must not be applied to the refuge corn.
- Plant the refuge corn within, adjacent to, or near YieldGard Corn Borer corn fields. The refuge must be placed within 1/2 mile (1/4 mile or closer preferred) to help provide a population of susceptible insects near the YieldGard Corn Borer corn field. Any corn hybrid that does not contain a *B.t.* technology which controls European or southwestern corn borer and is planted on a grower's farm can serve as a refuge.
- Corn refuge options include YieldGard Rootworm corn, YieldGard VT Rootworm/RR2, Roundup Ready® Corn 2, YieldGard Rootworm with Roundup Ready Corn 2 and conventional corn.
- Plant a refuge on every farm where YieldGard Corn Borer corn hybrids are planted.

- Plant the refuge close to, and at the same time as, YieldGard Corn Borer corn.
- Manage the refuge the same way YieldGard Corn Borer corn is managed. Reducing inputs or planting the refuge on marginal land merely reduces the effectiveness of the refuge.
- Mixing non-*B.t.* seed with YieldGard Corn Borer corn seed for use in the refuge or on any corn acreage is not an acceptable refuge design.
- Growers cannot utilize neighbors' corn fields for their refuge.
- Refuge fields must be owned or managed by the grower.

*Corn Refuge*



▨ = *B.t.* Corn          ☐ = Corn Refuge

---

## Refuge Configuration Options

The refuge on each farm may be arranged in a number of configurations. These options offer the flexibility to easily incorporate an effective corn refuge into farm operations.

Options include:

- Plant a separate corn refuge within 1/2 mile of each YieldGard Corn Borer corn field (1/4 mile or closer preferred).

- Plant 20 percent refuge in a block within a YieldGard Corn Borer corn field.
- Plant field perimeters or end rows to a corn refuge.
- Split the planter to alternate four or more consecutive rows of refuge corn with YieldGard Corn Borer corn.

| *Separate Field* | *Block* | *Split Planter (Strips)* | *Perimeter* |
|---|---|---|---|
|  |  |  |  |

*Refuge must be within a 1/2 mile of YieldGard Corn Borer (1/4 mile preferred)*

■ = *B.t.* Corn
☐ = Corn Refuge
■ = Soybeans

*Minimum of 4 rows*

## YieldGard® Corn Borer Corn Refuge Requirements





### Southern Region: Cotton-Growing Areas

In the cotton-growing areas shown below, there are special refuge requirements for YieldGard® Corn Borer corn:

- On each farm a grower may plant up to 50 percent of their corn acres with YieldGard Corn Borer corn. Plant a minimum of 50 percent of total corn acres with refuge corn. The refuge corn can be treated with insecticides only when the level of pest pressure meets or exceeds economic thresholds. Sprayable *B.t.* insecticides must not be applied to the refuge corn.
- Refuge fields must be owned or managed by the grower.

Plant the corn refuge within, adjacent to, or near the YieldGard Corn Borer corn fields. The refuge must be placed within 1/2 mile of the YieldGard Corn Borer field (1/4 mile or closer preferred) to help provide a population of susceptible insects near the YieldGard Corn Borer corn fields.

Growers will be notified immediately of any supplemental amendments or changes to the refuge requirements.

### Corn Refuge



■ = *B.t.* Corn    □ = Corn Refuge

---

## Southern Region: Cotton-Growing Areas

**ALABAMA**
All Counties

**ARKANSAS**
All Counties

**FLORIDA\*\***
All Counties

**GEORGIA**
All Counties

**LOUISIANA**
All Counties

**MISSISSIPPI**
All Counties

**MISSOURI**
Counties of:
Dunedin
New Madrid
Pemiscot
Scott
Stoddard

**NORTH CAROLINA**
All Counties

**OKLAHOMA**
Counties of:
Beckham
Caddo
Comanche
Custer
Greer
Harmon
Jackson
Key
Kiowa
Tillman
Washita

**SOUTH CAROLINA**
All Counties

**TENNESSEE**
Counties of:
Carroll
Chester
Crockett
Dyer
Fayette
Franklin
Gibson
Hardeman
Hardin
Haywood
Lake
Lauderdale
Lincoln
Madison
Obion
Rutherford
Shelby
Tipton

**TEXAS\***
All Counties EXCEPT:
Carson
Dallam
Hansford
Hartley
Hutchinson
Lipscomb
Moore
Ochiltree
Roberts
Sherman

**VIRGINIA**
Counties of:
Dinwiddie
Franklin City
Greensville
Isle of Wight
Northampton
Southampton
Suffolk City
Surrey
Sussex

\*NOTE: Bollgard® or Bollgard II® varieties of cotton are not for commercial planting use in the following counties in the Texas panhandle: Dallam, Sherman, Hansford, Ochiltree, Lipscomb, Hartley, Moore, Hutchinson, Roberts, and Carson.

\*\*NOTE: In Florida, do not plant Bollgard or Bollgard II cotton south of Tampa (Florida Route 60). Commercial culture of Bollgard or Bollgard II cotton is prohibited in Hawaii, Puerto Rico and the U.S. Virgin Islands.

See Page 24 for complete information.



## YieldGard Rootworm and YieldGard VT Rootworm/RR2™ Corn Refuge Requirements






**YIELDGARD ROOTWORM AND YIELDGARD VT ROOTWORM/RR2™ CORN IRM REQUIREMENTS ARE THE SAME THROUGHOUT THE UNITED STATES AND CANADA**

Refuges must be established for the 2008 growing season as follows:

- On each farm, plant up to 80 percent of corn acres with YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn hybrids. Plant at least 20 percent of the corn acres to a corn refuge that does not contain a *B.t.* technology for control of western, northern, or Mexican corn rootworm.
- The corn refuge can be treated for corn rootworm larvae and other soil pests with soil-applied, seed-applied, or foliar-applied insecticides.
- The corn refuge can be treated with a non-*B.t.* insecticide to control late-season pests such as corn borer; however, the YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn must also be treated.
- Insecticides labeled for the treatment of corn rootworm adults can be applied to the refuge only if the YieldGard Rootworm or YieldGard VT Rootworm/RR2 field is treated in a similar manner.
- The corn refuge can be planted with YieldGard Corn Borer corn, YieldGard Corn Borer with Roundup Ready® Corn 2, Roundup Ready Corn 2, or conventional corn, but no other *B.t.* product for corn rootworm management.
- Plant the refuge within or adjacent to YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn fields. The corn refuge can be separated by a ditch or a road but not by another field. Alternatively, the refuge may be planted as in-field or perimeter strips. These strips must be at least four consecutive rows wide.

- Plant a refuge on every farm where YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn hybrids are planted.
- Plant the refuge at the same time as YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn.
- Mixing non-*B.t.* seed with YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn seed for use in the refuge is not permitted.
- If the refuge is planted on first-year corn (rotated corn ground), then the YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn must also be planted on first-year corn (rotated corn ground). If the refuge is planted on continuous corn ground, then the YieldGard Rootworm and YieldGard VT Rootworm/RR2 may be planted on either first-year corn (rotated corn ground) or continuous corn ground.
- Adjacent refuge fields must be owned by or managed by the grower.

## YieldGard® Rootworm and YieldGard VT Rootworm/RR2™ Corn Refuge Configuration Options






The refuge on each farm may be arranged in a number of configurations. These options offer the flexibility to easily incorporate an effective corn refuge into farm operations. Options include:

- Plant a corn refuge within or adjacent to each YieldGard® Rootworm and YieldGard VT Rootworm/RR2™ corn field.
- Plant a corn refuge as a block within a YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn field.
- Split the planter to alternate at least four consecutive rows of corn refuge with YieldGard Rootworm and YieldGard VT Rootworm/RR2 corn.
- Plant field perimeters or end rows to a corn refuge.

*Corn Refuge*



■ = YieldGard Rootworm and YieldGard VT Rootworm/RR2

□ = Refuge *(e.g., YieldGard Corn Borer, YieldGard Corn Borer with Roundup Ready® Corn 2, Roundup Ready Corn 2, or conventional corn*

### Examples of Within-Field Configurations

*Block*          *Block*          *Split Planter (Strips)*          *Perimeter*







*Minimum of 4 rows*

### Examples of Adjacent-Field Configurations

*Block*                    *Block*





*Separated by road, path, ditch, etc., but not by another field*

MONSANTO

< RETURN TO TABLE OF CONTENTS

## *YieldGard Plus* and *YieldGard VT Triple*™
## *Corn Refuge Requirements and Configuration Options*






### REFUGE MUST BE ESTABLISHED FOR THE 2008 GROWING SEASON AS FOLLOWS:

Growers have two choices when planning their refuge strategy for YieldGard Plus and YieldGard VT Triple™ corn hybrids. The first option is to plant a refuge that will serve as the refuge for both corn borer and corn rootworm. This option is referred to as the common refuge and is described below.

For selected farms and corn growing regions that typically have high levels of corn borer infestation, there could be significant yield risk associated with planting a common refuge for YieldGard Plus and YieldGard VT Triple. In these situations a second option is available to growers. This option requires planting a separate refuge for corn borer and a separate refuge for corn rootworm. Under this option, the corn borer refuge can be treated with a foliar insecticide, and if economic thresholds are met, the YieldGard Plus and YieldGard VT Triple field would **not** have to be treated in a similar manner. The separate refuge option is described in detail on page 16.

### YIELDGARD PLUS AND YIELDGARD VT TRIPLE CORN COMMON REFUGE CONFIGURATION OPTIONS

When planting a refuge that will serve as a common refuge for corn borer and corn rootworm, the 2008 growing season requirements are as follows:

• When using a common refuge plan, in **non-cotton-growing regions,** plant up to 80 percent of corn acres with YieldGard Plus and YieldGard VT Triple corn hybrids on each farm. Plant at least 20 percent of the corn acres to a corn refuge that does not contain a *B.t.* technology. In **cotton-growing areas,** plant up to 50 percent of corn acres to YieldGard Plus and YieldGard VT Triple corn hybrids (See page 12 for map and list of cotton growing areas).

• The common refuge may be treated for corn rootworm larvae and other pests with soil-applied, seed-applied, or foliar-applied insecticides.

• If a late season pest such as corn borer reaches the economic threshold, the common refuge may be treated with a non-*B.t.* insecticide to control the pest. However the YieldGard Plus and YieldGard VT Triple corn must also be treated if rootworm beetles (adults) are present at the time of the foliar application.

• Corn planted in the common refuge may be Roundup Ready Corn 2 or conventional corn, but may **not** be any *B.t.* corn technology that provides protection from corn borer or corn rootworm.

• The common refuge must be planted within or adjacent to the YieldGard Plus and YieldGard VT Triple corn fields. The refuge may be separated by a ditch or a road, but not by another field. Alternatively, the refuge may be planted as in-field or perimeter strips. These strips must be at least four consecutive rows wide.

• Plant a refuge on every farm where YieldGard Plus and YieldGard VT Triple corn hybrids are planted.

• Plant the refuge at the same time as the YieldGard Plus and YieldGard VT Triple corn.

• Mixing non-*B.t.* seed with YieldGard Plus and YieldGard VT Triple corn seed for use as a refuge is **not** permitted.

• If the refuge is planted on first-year corn (rotated corn ground), then the YieldGard Plus and YieldGard VT Triple corn must also be planted on first-year corn (rotated corn ground). If the refuge is planted on continuous corn ground, then the YieldGard Plus and YieldGard VT Triple corn may be planted on either first-year corn (rotated corn ground) or continuous corn ground.

• Refuge fields must be owned or managed by the grower.

---

### Examples of Within-Field Configurations

Block | Block | Split Planter (Strips) | Perimeter






*Minimum of 4 rows*

■ = YieldGard Plus/
YieldGard VT Triple

☐ = Non-*B.t.* Refuge
(e.g., Roundup Ready Corn 2,
or conventional corn

---

### Examples of Adjacent-Field Configurations






*Separated by road, path, ditch, etc., but not by another field*

## YieldGard® Plus and YieldGard VT Triple™ Corn Separate Refuge Configuration Options in Corn (Non-Cotton) Growing Areas Only*






This refuge planting option offers growers the flexibility of controlling corn borer in both corn rootworm and corn borer refuge areas without the need to also spray the YieldGard® Plus and YieldGard VT Triple™ corn field.

### Options Include:

**CORN BORER REFUGE**
- On each farm plant at least 20 percent of the total corn acres to a corn borer refuge.
- Plant a corn borer refuge within 1/2 mile (1/4 mile preferred) of each YieldGard Plus and YieldGard VT Triple corn field. Spray for corn borer control if economic thresholds are reached.
- The corn borer refuge can be Roundup Ready® Corn 2 or conventional corn.

**CORN ROOTWORM REFUGE**
- On each farm, plant at least 20 percent of the total corn acres to a corn rootworm refuge using YieldGard Corn Borer corn or YieldGard Corn Borer with Roundup Ready Corn 2. ( *If you use conventional corn or Roundup Ready Corn 2, then you have a common refuge, see page 15)*

- Plant the corn rootworm refuge adjacent to each YieldGard Plus and YieldGard VT Triple corn field, or plant the corn rootworm refuge as a large block within a YieldGard Plus and YieldGard VT Triple corn field.
- Split the planter to alternate at least four consecutive rows of corn rootworm refuge with YieldGard Plus and YieldGard VT Triple corn.
- Plant a corn rootworm refuge as field perimeters or end rows to the YieldGard Plus and YieldGard VT Triple corn field.

*Separate refuge configuration in cotton-growing areas: the corn rootworm refuge must represent at least 20 percent of the grower's total corn acres and the corn borer refuge must represent at least 50 percent of the grower's total corn borer protected acres (YieldGard Plus and YieldGard VT Triple corn and corn rootworm refuge). For full details and refuge requirements for cotton-growing areas, please see page 12.

### Examples of Separate Refuge Configurations
*Assumes YieldGard Corn Borer is planted as corn rootworm refuge within field or adjacent*



Block

Split Planter (Strips)

Block

Minimum of 4 rows

Perimeter

Minimum of 4 rows

■ = YieldGard Plus and YieldGard VT Triple

☐ = Corn Rootworm Refuge *(e.g., YieldGard Corn Borer corn, or YieldGard Corn Borer with Roundup Ready Corn 2)*

☐ = Corn Borer Refuge *(e.g., Roundup Ready Corn 2 or conventional corn)*

*Corn refuge within 1/2 mile (1/4 mile preferred) of YieldGard Plus and minimum of 20% non-B.t. corn borer corn*

### Additional Examples of Separate Refuge Configurations



Block

Block

Within 1/2 mile (1/4 mile preferred)

Within 1/2 mile (1/4 mile preferred)



Split Planter (Strips)

Minimum of 4 rows

Within 1/2 mile

# Summary



**EPA Registration Number: 524-489**
**YieldGard Corn Borer**
Active ingredient: *Bacillus thuringiensis* CryIA(b) delta endotoxin and the genetic material necessary for its production in corn. This product controls European corn borer (*Ostrinia nubilalis*), southwestern corn borer (*Diatraea grandiosella*), sugarcane corn borer (*Diatraea saccharalis*), southern cornstalk borer (*Diatraea crambidoides*), and suppresses corn earworm (*Helicoverpa zea*), stalk borer (*Papaipema nebris*), and fall armyworm (*Spodoptera frugiperda*). Routine applications of insecticides to control these insects are usually unnecessary when corn containing YieldGard Corn Borer insect protection is planted.

**EPA Registration Number: 524-528**
**YieldGard Rootworm**
Active ingredient: *Bacillus thuringiensis* Cry3Bb1 delta endotoxin and the genetic material necessary for its production in corn. This product controls western corn rootworm (*Diabrotica virgifera virgifera*), northern corn rootworm, (*Diabrotica barberi*), and Mexican corn rootworm (*Diabrotica virgifera zeae*).

**EPA Registration Number: 524-551**
**YieldGard VT Rootworm/RR2™**
Active Ingredients: *Bacillus thuringiensis* Cry3Bb1 protein and the genetic material necessary for its production (Vector ZMIR39) in MON 88017 corn. This product controls western corn rootworm (*Diabrotica virgifera virgifera LeConte*), northern corn rootworm, (*Diabrotica barberi Smith & Lawrence*), and Mexican corn rootworm (*Diabrotica virgifera zeae Krysan & Smith*). Routine applications of insecticides to control the larval stages of these insects are usually unnecessary when corn containing YieldGard VT Rootworm/RR2™ insect protection is planted.

**EPA Registration Number: 524-545**
**YieldGard Plus**
Active ingredients: *Bacillus thuringiensis* Cry IA(b) and Cry3Bb1 delta endotoxins and the genetic material necessary for their production in corn. This product controls European corn borer (*Ostrinia nubilalis*), southwestern corn borer (*Diatraea grandiosella*), sugarcane borer (*Diatraea saccharalis*), southern corn stalk borer (*Diatraea crambidoides*), western corn rootworm (*Diabrotica virgifera virgifera),* northern corn rootworm, (*Diabrotica barberi*), and Mexican corn rootworm (*Diabrotica virgifera zeae*), and suppresses corn earworm (*Helicoverpa zea),* stalk borer (*Papaipema nebris*), and fall armyworm (*Spodoptera frugiperda*).

**EPA Registration Number: 524-552**
**YieldGard VT Triple**
Active Ingredients: Cry3Bb1 [ *Bacillus thuringiensis* Cry3Bb1 protein and the genetic material necessary for its production (Vector ZMIR39) in MON 88017 corn (OECD Unique Identifier: MON-88Ø17-3)] X Cry1Ab [*Bacillus thuringiensis* Cry1Ab delta-endotoxin and the genetic material necessary for its production in corn] corn for use in field corn. This product controls European corn borer (*Ostrinia nubilalis*), southwestern corn borer (*Diatraea grandiosella*), sugarcane borer (*Diatraea saccharalis*), southern corn stalk borer (*Diatraea crambidoides*), western corn rootworm (*Diabrotica virgifera virgifera*), northern corn rootworm, (*Diabrotica barberi*), and Mexican corn rootworm (*Diabrotica virgifera zeae*) and suppresses corn earworm (*Helicoverpa zea*), stalk borer (*Papaipema nebris*), and fall armyworm (*Spodoptera frugiperda*).

YieldGard/YieldGard VT corn products shall only be distributed for sale and planted in the states where they are registered. Check with your Monsanto representative for state-specific status or call 1-800-951-9511.

YieldGard technologies are available in hybrids offered by a variety of seed producers. Growers must read and follow the limitations and requirements in the appropriate Product Notice or Product Use Guide, including this TUG.

## YieldGard® Corn Borer with Roundup Ready® Corn 2

 

**PRODUCT DESCRIPTION**

YieldGard® Corn Borer with Roundup Ready® Corn 2 offers growers all the benefits of both traits combined in one crop. These hybrids exhibit the same insect protection qualities as YieldGard Corn Borer and, like Roundup Ready Corn 2, are tolerant to over-the-top applications of Roundup® agricultural herbicides. For more information on Roundup Ready Corn 2, please see pages 19-22 of this guide.

**RECOMMENDED MANAGEMENT PRACTICES**

Managing YieldGard Corn Borer with Roundup Ready Corn 2 requires a grower to follow the recommended management practices associated with corn containing each individual trait.

Growers of YieldGard Corn Borer with Roundup Ready Corn 2 hybrids must follow the same guidelines for establishing a refuge as described for YieldGard Corn Borer on pages 11-12 of this guide.

## YieldGard Rootworm with Roundup Ready Corn 2

   

**PRODUCT DESCRIPTION**

YieldGard Rootworm with Roundup Ready Corn 2 offers growers all the benefits of both traits combined in one crop. These hybrids exhibit the same insect protection qualities as YieldGard Rootworm and, like Roundup Ready Corn 2, are tolerant to over-the-top applications of Roundup agricultural herbicides. For more information on Roundup Ready Corn 2, please see pages 19-22 of this guide.

**RECOMMENDED MANAGEMENT PRACTICES**

Managing YieldGard Rootworm with Roundup Ready Corn 2 requires a grower to follow the recommended management practices associated with corn containing each individual trait.

Growers of YieldGard Rootworm with Roundup Ready Corn 2 hybrids must follow the same guidelines for establishing a refuge and marketing grain as described for YieldGard Rootworm on pages 13-14 of this guide.

## YieldGard VT Rootworm/RR2™

 

**PRODUCT DESCRIPTION**

YieldGard VT Rootworm/RR2™ technology provides the next generation of YieldGard stacked-trait products that provides better insect control and improved consistency of control of western corn rootworm, northern corn rootworm, and Mexican corn rootworm. Protecting the root of the corn plant from feeding by corn rootworm larvae decreases lodging and protects the genetic yield potential of YieldGard Rootworm corn hybrids.

**RECOMMENDED MANAGEMENT PRACTICES**

Managing YieldGard VT Rootworm/RR2 requires a grower to follow the recommended management practices associated with corn containing each individual trait.

Growers of YieldGard VT Rootworm/RR2 hybrids must follow the same guidelines for establishing a refuge and marketing grain as described for YieldGard Rootworm on pages 13-14 of this guide.

## YieldGard Plus with Roundup Ready Corn 2

   

**PRODUCT DESCRIPTION**

YieldGard Plus with Roundup Ready Corn 2 offers growers all the benefits of all three traits combined in one crop. These hybrids exhibit the same insect protection qualities of YieldGard Corn Borer and YieldGard Rootworm and, like Roundup Ready Corn 2, are tolerant to over-the-top applications of Roundup agricultural herbicides. For more information on Roundup Ready Corn 2, please see pages 19-22 of this guide.

**RECOMMENDED MANAGEMENT PRACTICES**

Managing YieldGard Plus with Roundup Ready Corn 2 requires a grower to follow the recommended management practices associated with corn containing each individual trait.

Growers of YieldGard Plus with Roundup Ready Corn 2 hybrids must follow the same guidelines for establishing a refuge as described for YieldGard Plus on pages 15-16 of this guide.

## YieldGard VT Triple™




### PRODUCT DESCRIPTION

YieldGard VT Triple™ corn technology combines YieldGard Corn Borer and YieldGard VT Rootworm/RR2 technology into a single plant. Yieldgard VT Triple corn hybrids control European and southwestern corn borer, sugarcane borer, southern corn stalk borer, western corn rootworm, northern corn rootworm, and Mexican corn rootworm. YieldGard VT Triple hybrids will also provide some protection against corn earworm, fall armyworm, and stalk borer. By providing in-plant protection against the above insect pests, the genetic yield potential of YieldGard VT Triple corn hybrids is preserved.

YieldGard VT Triple corn hybrids also contain Roundup Ready 2 Technology. This trait allows a grower to experience the benefits of utilizing Roundup agricultural herbicides in a weed control system that provides the broadest weed control spectrum available, along with better application flexibility, and superior crop safety.

### RECOMMENDED MANAGEMENT PRACTICES

Managing YieldGard VT Triple requires a grower to follow the recommended management practices associated with corn containing each individual trait.

Growers of YieldGard VT Triple hybrids must follow the same guidelines for establishing a refuge and marketing grain as described for YieldGard Rootworm on pages 15-16 of this guide. The hybrids contain Roundup Ready 2 Technology and are equally as tolerant to Roundup agricultural herbicides as you are used to with Roundup Ready Corn 2.

## Roundup Ready Corn 2



### PRODUCT DESCRIPTION

Roundup Ready Corn 2 and corn with Roundup Ready 2 Technology are equivalent in their tolerance to Roundup agricultural herbicides. For ease of reading, all references in the following section on Roundup Ready Corn 2 shall also refer to corn with Roundup Ready 2 Technology, unless specified as different.

Roundup Ready Corn 2 contains in-plant tolerance to Roundup agricultural herbicides. Growers are provided excellent crop safety and full yield potential, with applications made from planting through 48" of corn height. Drop nozzles must be used between 30" and 48" of corn height.

## Monsanto Brands of Selective Over-The-Top Herbicide Products

Herbicide products sold by Monsanto for use over the top of Roundup Ready Corn 2 for the 2008 crop season are as follows:

• Roundup WeatherMAX®
• Roundup Original MAX®
• Field Master®

Certain products referred to above may not be labeled for this application in your specific state. Please contact the manufacturer of these products, the local retailer, or the local extension agent for confirmation that this is an approved application.

For complete information about the use of Roundup agricultural herbicides over the top of Roundup Ready Corn 2, refer to the appropriate product's label booklet or supplemental label.

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready Corn 2, and the product and the use label for Roundup Ready Corn 2 have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE OVER ROUNDUP READY CORN 2. MONSANTO SPECIFI-CALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS OVER THE TOP OF ROUNDUP READY CORN 2. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

## Roundup Ready® Corn 2



### Weed Control Recommendations–*All U.S. Regions Except California and Arizona*

The Roundup Ready® Corn 2 system's flexibility, broad-spectrum weed control and proven crop safety offer growers weed control programs that allow them to use the system in the way that provides the greatest benefit. Growers can select the program that best fits the way they farm. Options include the use of a residual herbicide with a Roundup® agricultural herbicide, tank-mixing other herbicides with Roundup agricultural herbicides where appropriate and a total postemergence program.

#### AGRONOMIC PRINCIPLES

Corn yield is very sensitive to early season weed competition. Weed control systems must provide growers the opportunity to control weeds before they become competitive. The Roundup Ready Corn 2 system provides a mechanism to control weeds at planting and once they emerge. Failure to control weeds with the right rate, at the right time, and with the right product, can lead to increased weed competition, weed escapes, and the potential for decreased yields. Use other herbicide products with Roundup agricultural herbicides if appropriate for the weed spectrum.

#### WEED RESISTANCE MANAGEMENT FOR ROUNDUP READY CORN 2

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready Corn 2 system.

- Start clean with a burndown herbicide or tillage. Early season weed control is critical to yield.
- Apply preemergence residual herbicides such as Harness® Xtra, Degree Xtra®, or other residual herbicides at the recommended rate.
- Or apply a preemergence residual herbicide at the recommended rate tank-mixed with Roundup WeatherMAX® at a minimum of 22 oz/A in-crop before weeds exceed 4" in height.
- Follow with a postemergence in-crop application of Roundup WeatherMAX at a minimum of 22 oz/A for additional weed flushes before they exceed 4" in height.
- Roundup WeatherMAX may be tank-mixed with other herbicides for postemergence weed control.
- Report repeated non-performance to Monsanto or your local retailer.

| PROGRAM | INSTRUCTIONS AND USE RATES* | ADDITIONAL INFORMATION |
|---|---|---|
| **For use where residual herbicides are typically used for early season weed control:**<br><br>**Residual Herbicide Plus Roundup WeatherMAX** | Use Roundup Ready Rates of Bullet®, Degree, Degree Xtra, Harness, Harness Xtra, Harness Xtra, 5.6L, Micro-Tech®, or Lariat® (no post) as defined in the table below and the individual product labels, either pre or postemergence to the crop.**<br><br>Follow with Roundup WeatherMAX at 16 to 22 oz/A post sequentially after preemergence application or tank-mixed in-crop with the residual. Applications should be made before weeds exceed 4" in height.<br><br>**Roundup Ready Rates***<br><br>Harness      1.5      Pints<br>Degree      3.0      Pints<br>Harness Xtra   1.2      Quarts<br>Harness Xtra 5.6L  1.5      Quarts<br>Degree Xtra   2.0      Quarts<br>Micro-Tech   2.0      Quarts<br>Lariat      2.0      Quarts<br>Bullet      2.0      Quarts | Use full labeled rate of residual when application is 14 days or more prior to planting or when tough grasses are present, e.g., barnyardgrass, shattercane, seedling johnsongrass, sandbur.<br><br>Use a minimum of 2.5 pt/A of Harness on woolly cupgrass and wild proso millet.<br><br>Products containing atrazine will provide improved control of cocklebur, giant ragweed, *Palmer amaranth* and morningglory.<br><br>Tank-mix products such as 2,4-D, dicamba or Status herbicide with Roundup WeatherMAX for control of glyphosate-resistant marestail (horseweed), *Palmer amaranth* and other difficult-to-control weeds.<br><br>Use 22 to 32 oz/A of Roundup WeatherMAX* when morningglory or perennial weeds are present or when broadleaf weeds are 4" in height or taller.<br><br>Corn height restrictions if tank-mixing:<br>• Bullet and Micro-Tech - 5"<br>• Degree, Degree Xtra, Harness, Harness Xtra and Harness Xtra 5.6L - 11". |
| **For use where total postemergence programs are effective and sustainable:**<br><br>**Roundup WeatherMAX Sequential** | Apply Roundup WeatherMAX at 16 to 22 oz/A before weeds exceed 4" in height and follow with a second application at 16 to 22 oz/A for an additional flush of weeds before they exceed 4" in height. | Use 22 to 32 oz/A of Roundup WeatherMAX when morningglory or perennial weeds are present.<br><br>Tank-mix products such as 2,4-D, dicamba or Status herbicide with Roundup WeatherMAX for control of glyphosate resistant marestail (horseweed), *Palmer amaranth* and other difficult-to-control weeds. |
| **Maximum Use Rates For Roundup WeatherMAX** | **Roundup Ready Corn 2 In-crop:**<br>• 32 oz/A per single application<br>• Total: 64 oz/A from emergence through 48" height of corn, drop nozzles must be used from 30" to 48" corn. | **Roundup Ready Corn 2 Total Season:**<br>The combined total of preplant, in-crop and preharvest applications of Roundup WeatherMAX cannot exceed 6.3 qt/A. The combined total of in-crop and preharvest applications cannot exceed 66 oz/A. |

\* If using another Roundup agricultural herbicide, you must refer to the label booklet or Roundup Ready Corn 2 supplemental label for that brand to determine appropriate use rates. If using Roundup Original MAX®, application rates are the same as for Roundup WeatherMAX. If using another residual herbicide, follow the labeled use rate instructions applicable to Roundup Ready Corn 2 System.

\*\* Atrazine may also be used as a residual herbicide in the Roundup Ready Corn 2 System.    \*\*\* You may apply up to the full residual herbicide labeled rate for corn.

MONSANTO

< RETURN TO TABLE OF CONTENTS

*Roundup Ready Corn 2*



## Weed Control Recommendations–*California and Arizona*

The Roundup Ready Corn 2 system's flexibility, broad-spectrum weed control and proven crop safety offers growers weed-control programs that allow them to use the system in the way that provides the greatest benefit. Growers can select the program that best fits the way they farm. Options include the use of a residual herbicide with a Roundup agricultural herbicide, tank-mixing other herbicides with Roundup agricultural herbicides where appropriate and a total postemergence program.

### AGRONOMIC PRINCIPLES

Corn yield is very sensitive to early season weed competition. Weed control systems must provide growers the opportunity to control weeds before they become competitive. The Roundup Ready Corn 2 system provides a mechanism to control weeds at planting and once they emerge. Failure to control weeds with the right rate, at the right time, and with the right product, can lead to increased weed competition, weed escapes, and the potential for decreased yields. Use other herbicide products with Roundup agricultural herbicides if appropriate for the weed spectrum.

### WEED RESISTANCE MANAGEMENT FOR ROUNDUP READY CORN 2

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready Corn 2 system.

- Start clean with a burndown herbicide or tillage. Early season weed control is critical to yield.
- Apply preemergence residual herbicides such as Harness Xtra, Degree Xtra, or other residual herbicides at the recommended rate.
- Or apply a preemergence residual herbicide at the recommended rate tank-mixed with Roundup WeatherMAX at a minimum of 22 oz/A in-crop before weeds exceed 4" in height.
- Follow with a postemergence in-crop application of Roundup WeatherMAX at a minimum of 22 oz/A for additional weed flushes before they exceed 4" in height.
- Roundup WeatherMAX may be tank-mixed with other herbicides for postemergence weed control.
- Report repeated non-performance to Monsanto or your local retailer.

## Roundup Ready® Corn 2

| PROGRAM | INSTRUCTIONS AND USE RATES* | ADDITIONAL INFORMATION |
|---|---|---|
| **For use where residual herbicides are typically used for early season weed control:**<br><br>**Residual Herbicide Plus Roundup WeatherMAX®** | **Preemergence:**<br>· Use recommended labeled rate of a residual herbicide.<br><br>**Postemergence:**<br>· Apply Roundup WeatherMAX* at 16 to 22 oz/A in-crop before weeds exceed 4" in height. | To ensure proper coverage of weeds, drop nozzles are recommended when the corn is over 24" in height and must be used in Roundup Ready® Corn 2 from 30" to 48" corn. |
| **For use where total postemergence programs are effective and sustainable:**<br><br>**Roundup WeatherMAX Sequential** | **In-crop:**<br>· Apply Roundup WeatherMAX at 16 to 22 oz/A in-crop before weeds exceed 4" in height.<br><br>· Make second application of Roundup WeatherMAX* at 16 to 22 oz/A to control an additional flush of weeds, before weeds exceed 4" in height. | To ensure proper coverage of weeds, drop nozzles are recommended when the corn is over 24" in height and must be used in Roundup Ready Corn 2 from 30" to 48" corn. |
| **Maximum Use Rates For Roundup WeatherMAX** | **Roundup Ready Corn 2 In-crop:**<br>· 32 oz/A per single application<br>· Total: 64 oz/A from emergence through 48" height of corn, drop nozzles must be used from 30" to 48". | **Roundup Ready Corn 2 Total Season:**<br>The combined total of preplant, in-crop and preharvest applications of Roundup WeatherMAX cannot exceed 5.3 qt/A. The combined total of in-crop and preharvest applications cannot exceed 66 oz/A. |

*If using another Roundup agricultural herbicide, you must refer to the label booklet or Roundup Ready Corn 2 supplemental label for that brand to determine appropriate use rates. If using Roundup Original MAX®, application rates are the same as for Roundup WeatherMAX. If using another residual herbicide, follow the labeled use rate instructions applicable to Roundup Ready Corn 2.

---

### RECOMMENDATIONS FOR MANAGING GLYPHOSATE-RESISTANT WEEDS IN ROUNDUP READY CORN 2

| WEEDS | |
|---|---|
| **Glyphosate-Resistant Horseweed (Marestail)** | Start clean with a burndown program or tillage.<br><br>Tank-mix Roundup agricultural herbicides with 2,4-D, or dicamba, according to the label directions.<br><br>In crop, tank-mix 22 ounces per acre of Roundup WeatherMAX with Clarity (8 to 16 fluid ounces per acre) or 2,4-D (0.5 to 1.0 lb active ingredient per acre) from corn emergence to the 5-leaf stage of corn growth (approximately 8" tall).<br><br>Or tank-mix 22 ounces per acre of Roundup WeatherMAX with 5 ounces per acre of Status herbicide when the corn is 4" to 36" tall (V2 to V10).<br><br>Horseweed should not exceed 6" in height at the time of in-crop application. |
| **Glyphosate-Resistant *Palmer Amaranth*** | Start clean with a burndown program or tillage.<br><br>Use a residual herbicide such as Harness® Xtra, Harness Xtra 5.6L, Degree Xtra® or other residual herbicide either preemergence or in-crop for control of *Palmer amaranth.*<br><br>In crop, tank-mix Roundup WeatherMAX with other herbicides such as 2,4-D, dicamba (Clarity or Banvel) or Status herbicide to control emerged weeds. Applications of Status herbicide should be made when the corn is between 4" and 36" tall (V2 to V10). Follow all label directions.<br><br>*Palmer amaranth* should not exceed 3" in height at the time of in-crop application. |

In certain areas populations of common ragweed, giant ragweed and waterhemp are known to be resistant to glyphosate. For control recommendations for resistant biotypes of these weeds, refer to www.weedresistancemanagement.com or call 1-800-ROUNDUP. When approved, supplemental labeling for specific herbicide products can also be viewed on www.cdms.net or www.greenbook.net.



< RETURN TO TABLE OF CONTENTS

## Bollgard® and Bollgard II® Cotton





### PRODUCT DESCRIPTION

Bollgard® cotton contains an insecticidal protein from *Bacillus thuringiensis*, subsp. kurstaki (*B.t.k.*) that protects cotton plants from certain lepidopteran insect pests. Bollgard II® cotton contains two distinct insecticidal proteins from *B.t.k.* that expand the level and spectrum of control and reduce the chance that resistance will develop to the *B.t.k.* insecticidal proteins relative to Bollgard cotton. Specifically, Bollgard provides excellent, season-long control of tobacco budworm and pink bollworm, and suppression of the cotton bollworm. When larvae feed on Bollgard cotton plants, these proteins protect the plants from damage by reducing larval survival. Bollgard II cotton normally provides excellent, season-long control of tobacco budworm, pink bollworm, cotton bollworm, fall armyworm, beet armyworm, cabbage and soybean loopers, and other secondary leaf- or fruit-feeding caterpillar pests in cotton

(see Spectrum of Activity charts and Manage Target Insects section below). Routine applications of insecticides to control these insects are usually unnecessary when cotton containing Bollgard or Bollgard II technology is planted.

Bollgard and Bollgard II cotton varieties are as safe to the environment, humans or other non-target pests, including beneficial predators and parasites, as other commercial cotton varieties. The insecticidal proteins from *B.t.k.* begin to break down immediately when the plant dies. They do not accumulate in the soil and will not leach into the groundwater. In fact, Bollgard or Bollgard II protection should lead to a decrease in broad-spectrum insecticide use, and beneficial insects may increase in the cropping system. Increases in beneficial insects can suppress various cotton pests, further reducing the need for, and application of, insecticides.

```
Bollgard   Spectrum of Activity
Excellent Control ◄──────────────► No Control
        Cabbage Looper    Fall Armyworms
                      Beet Armyworms
                                    Beneficial Insects
    Tobacco Budworm      Yellowstriped Armyworm
                Saltmarsh Caterpillar
    Pink Bollworm
                                    Cutworms
            Cotton Leaf Perforator
        European Corn Borer        Soybean Looper
                    Cotton Bollworm
    Cotton Bollworm     *(post-bloom)*
    *(post-bloom)*
```

```
Bollgard II   Spectrum of Activity
Excellent Control ◄──────────────► No Control
Tobacco Budworm
Pink Bollworm                      Beneficial
    Cotton Bollworm                Insects
    Fall Armyworm
Beet Armyworm              Cutworms
Soybean Looper
Cotton Leaf Perforator
Saltmarsh Caterpillar
European Corn Borer
Yellowstriped Armyworm
Cabbage Looper
```

### RECOMMENDED MANAGEMENT PRACTICES

#### Agronomic Management

As with any cotton variety, using the best agronomic management practices with Bollgard or Bollgard II cotton varieties will yield the greatest benefits. Use varieties, seeding rates, and planting technologies appropriate for each specific area. As much as possible, manage the crop to avoid plant stress.

#### Manage Target Insects

High populations of cotton bollworm or other insect pests may reach damaging levels that warrant supplemental insecticide applications in Bollgard or Bollgard II cotton. If any cotton insect pest reaches locally established thresholds in Bollgard or Bollgard II cotton, Monsanto recommends the use of appropriate remedial insecticide treatments to ensure desired levels of control.

Fields should be carefully monitored for all pests, including cotton bollworms, to determine the need for remedial insecticide treatments. For target pests, scouting techniques and supplemental treatment

decisions should take into account the fact that larvae must hatch and feed before they can be affected by the *B.t.k.* proteins in either Bollgard or Bollgard II cotton. Fields should be scouted regularly following periods of heavy or sustained egg lay, especially during bloom, to determine if significant larval survival has occurred. Scouting should include a modified whole plant inspection, including terminals, squares, blooms, bloom tags and small bolls. Larvae greater than 1/4 inch (3- to 4-days old) are generally recognized as survivors that will be difficult-to-control with Bollgard or Bollgard II cotton alone. Apply supplemental insecticides if the frequency of advanced stage larvae or plant damage warrants treatment. Changes to these recommendations may be required under certain circumstances. Consult the local crop advisor or extension specialist for management recommendations in a specific area.

## Bollgard® and Bollgard II® Cotton







### MANAGE NON-TARGET INSECTS

Although Bollgard® and Bollgard II® cotton varieties will sustain less damage from some of the most troublesome lepidopteran pests, they will not provide protection against non-lepidopteran species. These insects should be monitored and treated when necessary using recommended thresholds and insecticides. If possible, choose insecticides that are least harmful to beneficial insects.

### PRACTICE INTEGRATED PEST MANAGEMENT (IPM)

- Employ appropriate scouting techniques and treatment decisions to enhance beneficial insects that can provide some additional insect pest control.
- Manage for appropriate maturity and harvest schedules. Destroy stalks immediately after harvest to avoid regrowth and minimize selection for resistance in late-season infestations.
- Use soil management practices that encourage destruction of over-wintering pupae in cotton containing the Bollgard/Bollgard II traits.

### INSECT RESISTANCE MANAGEMENT REQUIREMENTS

Lepidopteran cotton pests have demonstrated an ability to develop resistance to many chemical insecticides. As a preemptive measure, Bollgard and Bollgard II cotton varieties must be managed in ways that will retard insect resistance development. Growers planting Bollgard or Bollgard II cotton must follow the insect resistance management practices addressed in the Bollgard and Bollgard II IRM Guide, the following pages and any supplemental amendments. These practices are designed to ensure that some lepidopteran populations are not exposed to the *B.t.k.* proteins so they can reintroduce susceptibility into the selected populations. To do this, the insects must be provided a refuge that is a food source and that does not contain the *B.t.k.* proteins.

**Growers of Bollgard and Bollgard II cotton must carefully read and follow the insect resistance management requirements for 2008 described in this TUG, the Bollgard and Bollgard II IRM Guide, and any supplemental amendments.**

Due to the importance of delaying the development of resistance to Bollgard and Bollgard II cotton, growers who fail to plant an appropriate refuge or to manage it properly risk losing access to these products. Please help ensure that Bollgard and Bollgard II technologies are preserved by fully implementing a refuge management plan.

### BOLLGARD AND BOLLGARD II COTTON STEWARDSHIP

All growers shall sign a Monanto Technology/ Stewardship Agreement (MTSA) limited use license application, which provides the terms and conditions for the authorized use of the product. Due to special circumstances, cotton growers in the counties highlighted in the map to the right will also sign a Seed Use Agreement (SUA) with specific stewardship commitments before they can receive delivery of Bollgard or Bollgard II cotton seed.

Refer to Stewardship IRM section on page 3 for more information regarding the Bollgard and Bollgard II IRM Monitoring Program.

If Monsanto reasonably believes that a grower has planted saved cottonseed containing a Monsanto genetic trait, Monsanto will request invoices or otherwise confirm that fields in question have been planted with newly purchased seed. If this information is not provided within 30 days, Monsanto may inspect and test all of the grower's fields to determine if saved cottonseed has been planted. Any inspections will be performed at a reasonable time and coordinated to accomodate the grower's schedule.



| NEW MEXICO | Ellis | Dallam | Ochiltree |
| Harding | Harper | Grey | Oldham |
| Quay | Roger Mills | Hansford | Potter |
| Union | Texas | Hartley | Randall |
| | | Hemphill | Roberts |
| OKLAHOMA | TEXAS | Hutchinson | Sherman |
| Beaver | Armstrong | Lipscomb | Wheeler |
| Cimmarron | Carson | Moore | |

**NOTE:** Bollgard or Bollgard II varieties of cotton are not for commercial planting use in the following counties in the Texas pannandle: Dallam, Sherman, Hansford, Ochiltree, Lipscomb, Hartley, Moore, Hutchinson, Roberts, and Carson. Compliance documentation may be required in these 10 counties and the surrounding area.

**NOTE:** In Florida, do not plant Bollgard or Bollgard II cotton south of Tampa (Florida Route 60). Commercial cultivation of Bollgard or Bollgard II cotton is prohibited in Hawaii, Puerto Rico and the U.S. Virgin Islands. Any person wishing to plant Bollgard or Bollgard II cotton, for any purpose, in areas where commercial plantings are restricted should seek guidance from the EPA on permissible plantings.



## Bollgard and Bollgard II Cotton Refuge Requirements






### Option 1: 5% Unsprayed Refuge

Plant at least 5 acres of non-*B.t.k.* cotton (as refuge cotton) for every 95 acres of Bollgard or Bollgard II cotton (95% Bollgard or Bollgard II cotton, 5% non-*B.t.k.* refuge). This refuge **may not be treated with any lepidoptera-active insecticide** labeled for the control of tobacco budworm, cotton bollworm or pink bollworm from the appearance of first square through harvest.

As required for the 5% embedded refuge option, the unsprayed refuge **must average at least 150 feet wide** (preferably 300 feet wide), and all associated Bollgard or Bollgard II cotton fields **must be within 1/2 mile** (preferably 1/4 mile or closer), field border to field border, of the unsprayed refuge. These requirements apply to all 5% non-*B.t.k.* unsprayed option users regardless of the percent of cotton acres planted to Bollgard or Bollgard II cotton in that county/parish.

EXAMPLE:
5% Unsprayed Refuge Option

```
+-------------------------+
|    95 Acres of          |
|    Bollgard or          |
|    Bollgard II Cotton   |
+-------------------------+
|  5 Acres of Non-B.t.k. Cotton |
+-------------------------+
```

EXAMPLE:
5% Unsprayed Refuge Option–Field Unit



### Option 2: 20% Sprayed Refuge

Plant at least 20 acres of non-*B.t.k.* cotton as a refuge for every 80 acres of Bollgard or Bollgard II cotton (80% Bollgard or Bollgard II cotton, 20% non-*B.t.k.* refuge). This refuge may be treated **with any insecticide (excluding foliar *B.t.k.* products). All Bollgard or Bollgard II cotton fields must be within one mile (preferably within one-half mile or closer)** of the associated refuge (field border to field border).

To avoid mixing seed in the planting process, be sure to clean all seed out of hoppers when switching from non-*B.t.k.* cotton seed to Bollgard or Bollgard II cotton seed, or vice versa.

In cases where placement of the refuge within one mile of the Bollgard or Bollgard II cotton would be in conflict with state seed production regulations, the grower must plant the refuge as close to the Bollgard or Bollgard II cotton as allowed.

EXAMPLE:
20% Sprayed Refuge Option

```
+-------------------------+
|    80 Acres of          |
|    Bollgard or          |
|    Bollgard II Cotton   |
+-------------------------+

   20 Acres of
   Non-B.t.k. Cotton →
```

EXAMPLE:
20% Sprayed Option–Field Unit



## Bollgard® and Bollgard II® Cotton Refuge Requirements









### Option 3: 5% Embedded Refuge

Plant at least 5 acres of non-*B.t.k.* cotton (as refuge cotton) for every 95 acres of Bollgard® or Bollgard II® cotton (95% Bollgard or Bollgard II, 5% non-*B.t.k.* refuge). Plant the refuge cotton embedded as a contiguous block within the Bollgard or Bollgard II cotton field or within the field unit. **The 5% non-*B.t.k.* refuge must average at least 150 feet wide, but preferably 300 feet wide.**

**To implement the 5% embedded option for isolated large field situations,** 5% of the field should be planted to a non-*B.t.k.* cotton variety, the rest with Bollgard or Bollgard II cotton. **For very large fields** (length and/or width greater than one mile), place the refuge in more than one location in the field.

EXAMPLE:
5% Embedded Refuge Option



EXAMPLE:
5% Embedded Refuge Option for Very Large Fields



---

**To implement the 5% embedded option for smaller fields or fields that are closely associated,** fields can be grouped into "field units" so that one of the smaller fields, or a portion of one of the fields, serves as the "embedded" non-*B.t.k.* refuge. **Any fields contained within a one-mile-squared area can be considered a "field unit."** Likewise, this embedded refuge can be treated with the same insecticide (except foliar *B.t.k.* products) at the same time that **ALL** of the associated Bollgard or Bollgard II cotton fields within the same field unit are sprayed, but cannot be treated with insecticides active on tobacco budworms, cotton bollworms or pink bollworms independently of the associated Bollgard or Bollgard II cotton fields. The embedded refuge within a field or field unit **must average at least 150 feet wide, but preferably 300 feet wide.**

*Field Unit–Definition*
Any group of fields that are contained within a one-mile-squared (one mile by one mile) area.



EXAMPLE:
5% Embedded Refuge Option for Smaller Fields or Fields That Are Closely Associated



*Bollgard with Roundup Ready® Cotton and Bollgard II with Roundup Ready Cotton*









### PRODUCT DESCRIPTION

Bollgard with Roundup Ready® and Bollgard II with Roundup Ready cotton varieties offer growers all the benefits of both genetic traits combined in one crop. These varieties exhibit the same insect protection qualities as Bollgard cotton and Bollgard II cotton and enable growers to make in-crop applications of Roundup WeatherMAX® or Roundup Original MAX®

### ROUNDUP® AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Roundup branded herbicide products sold by Monsanto for use over the top of Bollgard/Bollgard II with Roundup Ready cotton for the 2008 crop season are as follows:

• Roundup WeatherMAX
• Roundup Original MAX

**Do not add additional surfactants to these Roundup agricultural herbicides.** Other glyphosate products labeled for use in Roundup Ready cotton may require the addition of surfactants or other additives to optimize performance and can increase the potential for crop injury. Monsanto will label and promote only brands that do not require additional surfactants and other additives for over-the-top applications.

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready cotton, and the product and the use label for Roundup Ready cotton have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE IN ROUNDUP READY COTTON. MONSANTO SPECIFI-CALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY COTTON. ALL QUESTIONS AND COMPLAINTS ARISING FROM THE USE OF GLYPHOSATE PROD-UCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

### RECOMMENDED MANAGEMENT PRACTICES

Managing Bollgard/Bollgard II with Roundup Ready cotton requires a grower to follow the recommended management practices associated with cotton containing each individual trait.

Growers of Bollgard/Bollgard II with Roundup Ready cotton varieties must follow the same guidelines for establishing required refuge options, practicing IPM and managing target and non-target pests as described for Bollgard/Bollgard II cotton on pages 23-24 of this guide or refer to the current Bollgard/Bollgard II IRM Guide.

Growers of Bollgard/Bollgard II with Roundup Ready cotton varieties must also follow the same guidelines for weed resistance management, recommenda-tions for weed control, and recommendations for managing glyphosate-resistant weeds as described for Roundup Ready cotton on pages 28-30 of this guide.

## *Roundup Ready® Cotton*



### PRODUCT DESCRIPTION

Roundup Ready® cotton varieties contain in-plant tolerance to Roundup® agricultural herbicides, enabling growers to make in-crop applications of Roundup WeatherMAX® or Roundup Original MAX®.

### ROUNDUP AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Herbicide products sold by Monsanto for use over the top of Roundup Ready cotton for the 2008 crop season are as follows:

• Roundup WeatherMAX
• Roundup Original MAX

**Do not add additional surfactants to these Roundup agricultural herbicides.** Other glyphosate products labeled for use in Roundup Ready cotton may require the addition of surfactants or other additives to optimize performance and can increase the potential for crop injury. Monsanto will label and promote only fully tested brands that do not require additional surfactants and other additives for over-the-top applications.

**Roundup Ready cotton is genetically improved to provide tolerance to glyphosate, the active ingredient in Roundup agricultural herbicides. Roundup Ready cotton can receive over-the-top applications of Roundup agricultural herbicides only through the <u>four-leaf stage.</u> With the launch of Roundup Ready Flex cotton there is the potential for both Roundup Ready cotton and Roundup Ready Flex cotton to be used on a grower's farm. This creates concern for the safety of Roundup Ready cotton. Monsanto recommends that growers:**

• **Maintain accurate records of which technologies have been planted and where they have been planted.**

• **Communicate field plan with other members of their work force to ensure proper applications for each technology.**
• **Clearly mark fields to indicate which technology has been planted.**



Should you use another glyphosate herbicide, ensure that it has federally approved label instructions for use over Roundup Ready cotton, and the product and the use label for Roundup Ready cotton have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE OVER ROUNDUP READY COTTON. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY COTTON. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

### WEED RESISTANCE MANAGEMENT GUIDELINES

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready cotton system:

• Scout fields before and after each burndown and in-crop application.
• Start clean with a burndown herbicide program or tillage.
• Use the right herbicide product at the right rate and right time.
• Add soil residual herbicide(s) and cultural practices as part of a Roundup Ready cotton weed control program.

• In-crop, apply Roundup WeatherMAX at a minimum of 22 oz/A when weeds are small.
• Tank-mix other herbicides with Roundup WeatherMAX if necessary for postemergence weed control.
• Should repeated non-performance occur, report to Monsanto or your local retailer.
• Clean equipment before moving from field to field to minimize the spread of weed seed (as well as nematodes, insects, and other cotton pests).

*Roundup Ready Cotton*



**WEED CONTROL RECOMMENDATIONS**

### Agronomic Principles in Cotton

Weed control in cotton is essential to maximize both fiber yield and quality potential. Cotton is very sensitive to early season weed competition, which can result in unacceptable stands and/or reduced yield potential. The Roundup Ready cotton system provides growers with the right tools to control weeds before they become competitive.

| | RECOMMENDATIONS | ADDITIONAL INFORMATION |
|---|---|---|
| **Preplant Burndown** | Always start clean by planting into a weed-free field using either tillage or a burndown application.<br><br>In no-till and reduced-till systems, apply a preplant burndown application of Roundup WeatherMAX* at 22 to 44 oz/A in a tank-mix with dicamba or 2,4-D.<br><br>See the dicamba and 2,4-D product label for rates and time intervals required between application and cotton planting. State restrictions may apply. | Early-season weed competition can result in unacceptable stands and/or reduced yield potential.<br><br>This tank-mix is recommended for control and management of glyphosate-resistant horseweed (marestail, *Conyza sp.*) or other tough-to-control weeds.<br><br>Burndown application should be made far enough in advance of planting to control existing weeds. |
| **Residual Herbicides** | Apply residual herbicide(s) as part of a Roundup Ready cotton weed control program. Use the recommended label rate and timing of the residual herbicide applied. Refer to individual product labels for list of residual herbicides that may be used. | The residual herbicide(s) may be applied as either a preemergence (including preplant incorporated), postemergence, and/or layby application as allowed on the label of the specifc product being used. |
| **Over-The-Top through Fourth Leaf** | Apply Roundup WeatherMAX over the top from crop emergence through the fourth true-leaf (node) stage (until the fifth true leaf reaches the size of a quarter).<br><br>Two applications can be made during this period at a maximum rate of 22 oz/A per application.<br><br>Refer to the "Annual Weeds Rate Table" in the Roundup WeatherMAX label for rate recommendations for specific annual weeds. | In-crop over-the-top applications must be at least 10 days apart and the cotton must have at least two nodes of incremental growth between applications. Care should be taken to record growth stage at first application.<br><br>In situations where the potential for weed infestations is high (including perennial weeds), make the first application early enough to allow a second application before cotton exceeds the fourth true-leaf stage. Over-the-top applications after the fourth true-leaf stage can result in boll loss, delayed maturity, and/or yield loss. |
| **Selective Equipment** | After the fourth true-leaf stage through layby, Roundup WeatherMAX may be applied using precision post-directed or hooded sprayers which direct the spray to the base of the cotton plant.<br><br>Two post-directed applications can be made during this period at a maximum rate of 22 oz/A per application. | Place nozzles in a low horizontal position to permit spray pattern to overlap in the row while contact of spray solution with cotton leaves should be avoided to the maximum extent possible. Excessive foliar contact can result in boll loss, delayed maturity, and/or yield loss.<br><br>There must be two nodes of growth and at least 10 days between applications. |
| **Preharvest Over-The-Top Applications** | Before harvest and after cotton reaches 20 percent boll-crack, if needed, apply up to 44 oz/A of Roundup WeatherMAX.<br><br>This treatment is effective in controlling late season perennial weeds and can improve harvest efficiency. | Applications must be made at least 7 days prior to harvest.<br><br>Roundup agricultural herbicides are not effective for preharvest cotton regrowth in Roundup Ready cotton.<br><br>Do not apply Roundup agricultural herbicides preharvest to crops grown for seed under contract at an authorized cotton seed company. |

Roundup Ready cotton has excellent vegetative tolerance to Roundup WeatherMAX allowing early season over-the-top applications. Incomplete reproductive tolerance requires that applications after the 4-leaf (node) stage be properly post-directed.

**ATTENTION:** Use of Roundup agricultural herbicides in accordance with label directions is expected to result in normal growth of Roundup Ready cotton, however, various environmental conditions, agronomic practices, and other factors make it impossible to eliminate all risks associated with the product, even when applications are made in conformance with the label specifications. In some cases, these factors can result in boll loss, delayed maturity, and/or yield loss.

*If using another Roundup agricultural herbicide, you must refer to the label booklet or Roundup Ready cotton supplemental label for that brand to determine appropriate use rates. If using Roundup Original MAX, application rates are the same as for Roundup WeatherMAX.

*Roundup Ready® Cotton*



RECOMMENDATIONS FOR MANAGING GLYPHOSATE-RESISTANT WEEDS IN ROUNDUP READY COTTON

**Glyphosate-Resistant Marestail**

Start clean with a burndown herbicide program or tillage.
-Tank-mix Roundup® agricultural herbicides with dicamba or 2,4-D
(consult label for plant back timing).

If you have dense stands of marestail, use a preplant residual herbicide at the recommended rate and timing, such as diuron (Direx®) or flumioxazin (Valor®).

Use Roundup WeatherMAX® in-crop, as needed, at a minimum of 22 oz/A to control other weeds.

In-crop, if applying post-directed to glyphosate-resistant marestail, Roundup WeatherMAX can be tank-mixed with other herbicides, such as diuron or MSMA.

**Glyphosate-Resistant Palmer Amaranth**

Start clean with a burndown herbicide program or tillage.

Apply a preemergence residual herbicide labeled for control of *Palmer amaranth* such as pendimethalin (Prowl®) plus fluometuron or fomesafen (Reflex®).

In-crop, tank-mix Roundup WeatherMAX at 22 oz/A with metolachlor before *Palmer amaranth* emerges.

Use Roundup WeatherMAX in-crop, as needed, at a minimum of 22 oz/A to control other weeds.

A post-directed application of Roundup WeatherMAX tank-mixed with MSMA and a residual such as diuron (Direx) or flumioxazin (Valor) should be made to control small *Palmer amaranth* and prevent additional flushes.

In certain areas populations of common ragweed, giant ragweed and waterhemp are known to be resistant to glyphosate. For control recommendations for resistant biotypes of these weeds, refer to www.weedresistancemanagement.com or call 1-800-ROUNDUP. When approved, supplemental labeling for specific herbicide products can also be viewed on www.cdms.net or www.greenbook.net.

## Roundup Ready Flex Cotton



### PRODUCT DESCRIPTION

Roundup Ready® Flex cotton varieties possess improved reproductive tolerance to Roundup® agricultural herbicides. This technology gives growers the opportunity to make over-the-top broadcast applications of labeled Roundup agricultural herbicides, as listed below, from crop emergence up to seven (7) days prior to harvest.

### ROUNDUP® AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Herbicide products sold by Monsanto for use over the top of Roundup Ready Flex cotton for the 2008 crop season include:

• Roundup WeatherMAX
• Roundup Original MAX®

**Do not add additional surfactants to these Roundup agricultural herbicides.** Other glyphosate products labeled for use in Roundup Ready Flex cotton may require the addition of surfactants or other additives to optimize performance that may increase the potential for crop injury. Monsanto will label and promote only fully tested brands that do not require surfactants and other additives for over-the-top applications.

Should you choose to use another glyphosate herbicide, ensure that it has federally approved label instructions for use over Roundup Ready Flex cotton, and the product and the use label for Roundup Ready Flex cotton have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE OVER ROUNDUP READY FLEX COTTON. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY FLEX COTTON. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

### CROP SAFETY OF OVER-THE-TOP GLYPHOSATE APPLICATIONS TO ROUNDUP READY FLEX COTTON

Monsanto has determined that a certain combination of components in glyphosate formulations have the potential to cause leaf injury when applied during later stages of crop growth. Roundup WeatherMAX and Roundup Original MAX are the only Roundup agricultural herbicides labeled and approved for new labeled uses over the top of Roundup Ready Flex cotton. Leaf injury may occur if the products are not used according to the product label, used at higher than recommended rates, or if overlap of spray occurs in the field. *Growers should confirm that any glyphosate formulation to be used on Roundup Ready Flex cotton has been labeled for Roundup Ready Flex cotton and also that it has been tested to demonstrate crop safety.*

### WEED RESISTANCE MANAGEMENT GUIDELINES

Follow the guidelines below to minimize the risk of developing weed resistance in a Roundup Ready Flex cotton system:

• Scout fields before and after each burndown and in-crop application.
• Start clean with a burndown herbicide program or tillage.
• Use the right herbicide product at the right rate and right time.
• Add soil residual herbicide(s) and cultural practices as part of a Roundup Ready Flex cotton weed control program.

• In-crop, apply Roundup WeatherMAX at a minimum of 22 oz/A when weeds are small.
• Tank-mix other herbicides with Roundup WeatherMAX if necessary for postemergence weed control.
• Should repeated non-performance occur, report to Monsanto or your local retailer.
• Clean equipment before moving from field to field to minimize the spread of weed seed (as well as nematodes, insects, and other cotton pests).

*Roundup Ready® Flex Cotton*



### IN-CROP APPLICATION OF ROUNDUP WEATHERMAX® AND ROUNDUP ORIGINAL MAX®

- May be applied over the top and/or in-crop, from crop emergence up to 7 days prior to harvest.
- A maximum rate of 32 oz/A per application may be applied using ground application equipment while the maximum is 22 oz/A per application by air.
- There are no growth or timing restrictions for sequential applications.
- Four (4) quarts/A is the total in-crop volume allowed from emergence to 60 percent open bolls.
- A maximum total volume of 44 oz/A may be applied between layby and 60 percent open bolls.
- Post-directed equipment may be used to achieve more thorough spray coverage of weeds or if herbicides not labeled for over-the-top application will be tank-mixed with Roundup WeatherMAX® or Roundup Original MAX®.

### PREHARVEST APPLICATIONS

- Up to 44 oz/A may be applied after cotton reaches 60 percent open bolls and before harvest, if needed.
- Applications must be made at least 7 days prior to harvest.

## Over-The-Top

### Preharvest

22-32 oz/A in any single application
128 oz/A total in-crop application (emergence to preharvest)

44 oz/A

7 Days

↑ *planting*     *4 leaf*     *Layby*     *60% bolls open*     ↑ *harvest*

*Roundup Ready Flex Cotton*



WEED CONTROL RECOMMENDATIONS

### Agronomic Principles in Cotton

Weed control in cotton is essential to maximize both fiber yield and quality potential. Cotton is very sensitive to early-season weed competition which can result in unacceptable stands and/or reduced yield potential.

The Roundup Ready® Flex cotton system, with improved reproductive tolerance to Roundup® agricultural herbicides, provides growers with the right tools to control weeds.

| PROGRAM | INSTRUCTIONS | ADDITIONAL INFORMATION |
|---|---|---|
| **Preplant Burndown** | Always start clean by planting into a weed-free field using either tillage or a burndown application.<br><br>In no-till and reduced-till systems, apply a preplant burndown application of Roundup WeatherMAX* at 22 to 44 oz/A in a tank-mix with dicamba or 2,4-D.<br><br>See the dicamba and 2,4-D product label for rates and time intervals required between application and cotton planting. State restrictions may apply. | Early season weed competition can result in unacceptable stands and/or reduced yield potential.<br><br>This tank-mix is recommended for control and management of glyphosate-resistant horseweed (marestail, *Conyza sp.*) or other tough-to-control weeds.<br><br>Burndown application should be made far enough in advance of planting to control existing weeds. |
| **Residual Herbicides** | Apply residual herbicide(s) as part of a Roundup Ready Flex cotton weed control program. Use the recommended label rate and timing of the residual herbicide applied. Refer to individual product labels for list of residual herbicides that may be used. | The residual herbicide(s) may be applied as either a preemergence (including preplant incorporated), postemergence, and/or layby application as allowed on the label of the specifc product being used. |
| **In-Crop Weed Control** | Target the first application of Roundup WeatherMAX on 1-2 leaf cotton when weeds are small.<br><br>Apply a minimum of 22 oz/A of Roundup WeatherMAX in-crop.<br><br>The need for sequential applications of Roundup WeatherMAX will depend upon the occurrence of subsequent weed flushes.<br><br>Refer to the "Annual Weeds Rate Table" in the Roundup WeatherMAX label booklet for rate recommendations for specific annual weeds. | Early-season weed competition can reduce yield potential in cotton.<br><br>Select timing of application based on the most difficult to control weed species in your field.<br><br>Post-direct or hooded sprayers can be used to achieve more thorough spray coverage on weeds. |
| **Preharvest Over-The-Top Applications** | Before harvest and after cotton reaches 60 percent open bolls, if needed, apply up to 44 oz/A of Roundup WeatherMAX.<br><br>This treatment is effective in controlling late-season perennial weeds. | Applications must be made at least 7 days prior to harvest.<br><br>Roundup agricultural herbicides are not effective for preharvest cotton regrowth in Roundup Ready Flex cotton. |

* The maximum volume of Roundup WeatherMAX and Roundup Original MAX that may be used in a single season is 5.3 quarts per acre.

*Roundup Ready® Flex Cotton*



RECOMMENDATIONS FOR MANAGING GLYPHOSATE-RESISTANT WEEDS IN
ROUNDUP READY FLEX COTTON

| | |
|---|---|
| **Glyphosate-Resistant Marestail** | Start clean with a burndown herbicide program or tillage.<br>-Tank-mix Roundup® agricultural herbicides with dicamba or 2,4-D<br>(consult label for plant back timing). |
| | If you have dense stands of marestail, use a preplant residual herbicide at the recommended rate and timing, such as diuron (Direx®) or flumioxazin (Valor®). |
| | Use Roundup WeatherMAX® in-crop, as needed, at a minimum of 22 oz/A to control other weeds. |
| | In-crop, if applying post-directed to glyphosate-resistant marestail, Roundup WeatherMAX can be tank-mixed with other herbicides, such as diuron or MSMA. |
| **Glyphosate-Resistant Palmer Amaranth** | Start clean with a burndown herbicide program or tillage. |
| | Apply a preemergence residual herbicide labeled for control of *Palmer amaranth* such as pendimethalin (Prowl®) plus fluometuron or fomesafen (Reflex®). |
| | In-crop, tank-mix Roundup WeatherMAX at 22 oz/A with metolachlor before *Palmer amaranth* emerges. |
| | Use Roundup WeatherMAX in-crop, as needed, at a minimum of 22 oz/A to control other weeds. |
| | A post-directed application of Roundup WeatherMAX tank-mixed with MSMA and a residual such as diuron (Direx) or flumioxazin (Valor) should be made to control small *Palmer amaranth* and prevent additional flushes. |

In certain areas populations of common ragweed, giant ragweed and waterhemp are known to be resistant to glyphosate. For control recommendations for resistant biotypes of these weeds, refer to www.weedresistancemanagement.com or call 1-800-ROUNDUP. When approved, supplemental labeling for specific herbicide products can also be viewed on www.cdms.net or www.greenbook.net.

◄ RETURN TO TABLE OF CONTENTS

## *Bollgard II® with Roundup Ready Flex Cotton*







### PRODUCT DESCRIPTION

Bollgard II® with Roundup Ready® Flex cotton varieties offer growers all the benefits of both genetic traits combined in one crop. These varieties exhibit the same insect protection qualities as Bollgard II cotton and are tolerant to over-the-top applications of Roundup WeatherMAX and Roundup Original MAX®, as listed below.

### ROUNDUP® AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Roundup branded herbicide products sold by Monsanto for use over the top of Bollgard II with Roundup Ready Flex cotton for the 2008 crop season include:

• Roundup WeatherMAX
• Roundup Original MAX

**Do not add additional surfactants to these Roundup agricultural herbicides.** Other glyphosate products labeled for use in Roundup Ready Flex cotton may require the addition of surfactants or other additives to optimize performance but may increase the potential for crop injury. Monsanto will label and promote only fully tested brands that do not require additional surfactants and other additives for over-the-top applications, specifically Roundup WeatherMAX and Roundup Original MAX.

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready Flex cotton, and the product and the use label for Roundup Ready Flex cotton have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE OVER BOLLGARD II WITH ROUNDUP READY FLEX COTTON. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY FLEX COTTON. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

### RECOMMENDED MANAGEMENT PRACTICES

Managing Bollgard II with Roundup Ready Flex cotton requires a grower to follow the recommended management practices associated with cotton containing each individual trait.

**Growers of Bollgard II with Roundup Ready Flex cotton varieties must follow the same guidelines for establishing required refuge options, practicing Integrated Pest Management and managing target and non-target pests as described for Bollgard II cotton on pages 23-24 of this guide and in the current Bollgard/ Bollgard II IRM Guide.**

Growers of Bollgard II with Roundup Ready Flex cotton varieties must also follow the same guidelines for weed resistance management, in-crop and preharvest applications of Roundup WeatherMAX and Roundup Original MAX, weed control recommendations, and recommendations for managing glyphosate-resistant weeds as described for Roundup Ready Flex cotton on page 34 of this guide.

### CROP SAFETY OF OVER-THE-TOP GLYPHOSATE APPLICATIONS TO ROUNDUP READY FLEX COTTON

Monsanto has determined that a combination of components in glyphosate formulations have the potential to cause leaf injury when applied during later stages of crop growth. Roundup WeatherMAX and Roundup Original MAX are the only Roundup agricultural herbicides labeled and approved for new labeled uses over the top of Roundup Ready Flex cotton. Leaf injury may occur if the products are not used according to the product label, used at higher than recommended rates or if overlap of spray occurs in the field. *Growers should confirm that any glyphosate formulation to be used on Roundup Ready Flex cotton has been labeled for Roundup Ready Flex cotton and also that it has been tested to demonstrate crop safety.*

### ROUNDUP READY FLEX COTTON SEED STEWARDSHIP

Roundup Ready Flex cotton and Bollgard II with Roundup Ready Flex cotton have full regulatory clearance in the United States, but do not have full import approval in all export markets. Processed fractions from these products, including linters, oil, meal, cottonseed and gin trash must not be exported without all necessary approvals in the importing country. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted.

## *Roundup Ready® Soybeans*



### PRODUCT DESCRIPTION

Roundup Ready® Soybean varieties contain in-plant tolerance to Roundup® agricultural herbicides, enabling growers to spray labeled Roundup agricultural herbicides over the top from emergence (cracking) through flowering (R2 stage soybeans) for unsurpassed weed control, proven crop safety and maximum yield potential. R2 stage soybeans end when a pod 5 millimeters (3/16") long at one of the four uppermost nodes appears on the main stem along with a fully developed leaf (R3 stage).

### ROUNDUP AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Herbicide products sold by Monsanto for use over the top of Roundup Ready Soybeans for the 2008 crop season are as follows:

• Roundup WeatherMAX®
• Roundup Original MAX®

Certain products referred to above may not be labeled for this application in your specific state. Please contact the manufacturer of this product, the local retailer, or the local extension agent for confirmation that this is an approved application.

For complete information about the use of Roundup agricultural herbicides over the top of Roundup Ready Soybeans, refer to the appropriate product's label booklet.

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready Soybeans, and the product and the use label for Roundup Ready Soybeans have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE OVER ROUNDUP READY SOYBEANS. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY SOYBEANS. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

*Roundup Ready Soybeans*



WEED CONTROL RECOMMENDATIONS

### Agronomic Principles in Soybeans

Starting clean with a weed-free field and making timely post-emergence in-crop applications is critical to obtaining excellent weed control and maximum yield potential. The Roundup Ready Soybean system provides the flexibility to use the herbicide tool(s) necessary to control weeds at planting and in-crop. Failure to control weeds with the right rate, at the right time, and with the right product, can lead to increased weed competition and the potential for decreased yield.

| PROGRAM | INSTRUCTIONS AND USE RATES | ADDITIONAL INFORMATION |
|---|---|---|
| **Preplant Burndown** | To start clean in no-till systems, apply a burndown application of Roundup WeatherMAX* at 22 to 44 oz/A before planting.<br><br>See the label for appropriate rates by weed species. For control and management of glyphosate-resistant horseweed (marestail, *Conyza sp.*) or other difficult-to-control weeds present at burndown, apply 22 oz/A of Roundup WeatherMAX in a tank-mix with 1 to 2 pt/A 2,4-D. Make applications 7 to 30 days before planting and before horseweed reaches 6" in height. | Always start with a weed-free field. In no-till and reduced-till systems, apply a Roundup WeatherMAX* burndown application to control existing weeds before planting.<br><br>Read the 2,4-D product label for time intervals required between application and soybean planting. |
| **Residual Herbicide Plus Roundup WeatherMAX** | Use the recommended label rate of a soil-applied residual herbicide applied preemergence to soybeans as defined in the individual product's labeling. The residual product may be tank-mixed with Roundup WeatherMAX at burndown. Refer to individual product labels for list of residual herbicides that may be used.<br><br>Follow with 22 oz/A Roundup WeatherMAX in-crop when weeds are 2" to 8" tall. Refer to the "Annual Weeds Rate Table" in the Roundup WeatherMAX label for rate recommendations for specific annual weeds.<br><br>Apply a residual herbicide in a continuous Roundup Ready Soybean system. | A residual program may be used if agronomic conditions favor the practice.<br><br>Reducing Roundup WeatherMAX rate when tank-mixing with a residual or use of premixes utilizing a reduced rate of glyphosate such as Extreme® is not recommended. If the in-crop application is delayed and weeds are larger, apply a higher rate of this product. |
| **Roundup WeatherMAX** | Apply a minimum of 22 oz/A of Roundup WeatherMAX* in-crop when weeds are 2" to 8" tall.<br><br>Refer to the "Annual Weeds Rate Table" in the Roundup WeatherMAX label for rate recommendations for specific annual weeds. Choose the rate to control the most difficult-to-control weed in your field.<br><br>A sequential application of this product may be required to control new flushes of weeds in the Roundup Ready Soybean crop.<br><br>If a sequential application is necessary, apply 16 to 22 oz/A Roundup WeatherMAX* when weeds are 3" to 6" tall. | A single in-crop application of Roundup WeatherMAX provides control of labeled weeds.<br><br>For best results, apply 3 to 4 weeks after planting or when weeds are 4" to 8" tall.<br><br>If initial application is delayed and weeds are larger, apply a higher labeled rate of this product. |
| **Glyphosate-Tolerant Volunteer Corn** | Tank-mix Roundup WeatherMAX with 6 to 12 oz/A of Select Max™ and apply to 4" to 36" glyphosate-tolerant volunteer corn. | Choose your Roundup WeatherMAX rate based on the weed species and size listed in the "Annual Weeds Rate Table" of the Roundup WeatherMAX Label. |
| **Maximum Use Rates for Roundup WeatherMAX** | **In-Crop:**<br>• 44 oz/A per single application<br>• 44 oz/A during flowering<br>• 64 oz/A emergence through flowering (R2 stage soybeans)<br><br>**Preharvest:**<br>• 22 oz/A application | **Total Season:**<br>The combined total of preplant, in-crop and preharvest applications of Roundup WeatherMAX cannot exceed 5.3 qt/A. The combined total of in-crop and preharvest applications cannot exceed 64 oz/A . |

*If using another Roundup agricultural herbicide, you must refer to the label booklet or Roundup Ready Soybean supplemental label for that brand to determine appropriate use rates.
If using Roundup Original MAX, application rates are the same as for Roundup WeatherMAX.

## Roundup Ready® Soybeans

WEED CONTROL RECOMMENDATIONS

| KEY WEEDS | INSTRUCTIONS AND USE RATES | ADDITIONAL INFORMATION |
|---|---|---|
| Weeds that Tend to Have Multiple Emergence Events | Where dense stands of weed species such as common lambsquarters, tall and common waterhemp, *Palmer amaranth*, redroot pigweed, common ragweed, and giant ragweed are expected, the following agronomic practices are suggested:<br><br>• Start clean with tillage or burndown in no-till and reduced till systems.<br>• Plant soybeans in narrow rows (<20").<br>• Use a pre-plant residual herbicide.<br>• Use the right rate of Roundup WeatherMAX® at the right time (proper weed size). | Weeds such as lambsquarters, waterhemp, pigweed, and giant ragweed tend to emerge throughout the season. Sequential Roundup WeatherMAX applications or the addition of a soil residual herbicide may be required for control of subsequent weed flushes. |
| Difficult-to-Control Weeds | Black nightshade, velvetleaf, waterhemp, morningglory, Florida pusley, giant ragweed, Pennsylvania smartweed, groundcherry, hemp sesbania and spurred anoda are difficult-to-control weeds. Please refer to the Roundup agricultural herbicide label for specific rates and weed sizes for control of these weeds. | These weed species require special attention be paid to Roundup WeatherMAX rate and application timing (proper weed size) to obtain excellent weed control.<br><br>A sequential application may be required if a new weed flush occurs, especially in soybeans planted in wide rows (>20"). |
| Perennial Weeds | An in-crop application of 22 to 44 oz/A of Roundup WeatherMAX* will provide suppression and/or control of nutsedge and perennial weeds like Canada thistle, field bindweed, hemp dogbane, horsenettle, johnsongrass, milkweed, quackgrass, etc. | For additional information on perennial weeds, see the "Perennial Weeds Rate Table" in the label booklet for Roundup WeatherMAX.<br><br>For best control, allow perennials to achieve at least 6" or more of growth before spraying. |

*If using another Roundup® agricultural herbicide, you must refer to the label booklet or Roundup Ready Soybean supplemental label for that brand to determine appropriate use rates.
  If using Roundup Original MAX®, application rates are the same as for Roundup WeatherMAX.

*Roundup Ready Soybeans*



## WEED RESISTANCE MANAGEMENT GUIDELINES

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready® Soybean system:

- Scout fields before and after each burndown and in-crop application.
- Start clean with a burndown herbicide or tillage.
  - Tank-mix with 2,4-D to control glyphosate-resistant marestail or other tough-to-control broadleaf weeds.
- If you have dense stands of weeds such as waterhemp, Palmer amaranth, common lambsquarters, or common ragweed, use a residual herbicide such as INTRRO®, Valor®, Valor XLT® or Gangster®.

- In-crop, apply Roundup WeatherMAX at a minimum of 22 oz/A before weeds exceed 8".
- If an additional flush of weeds occurs, a sequential application of Roundup WeatherMAX at 22 oz/A may be needed before weeds exceed 6".
- Refer to individual product label for list of recommended Tank-mix partners.
- Clean equipment before moving from field to field to minimize the spread of weed seed.
- Report repeated non-performance to Monsanto or your local retailer.

## RECOMMENDATIONS FOR MANAGING GLYPHOSATE-RESISTANT WEEDS IN ROUNDUP READY SOYBEANS

| | |
|---|---|
| **Glyphosate-Resistant Horseweed (Marestail)** | **Preplant:**<br>Apply a tank-mixture of 22 oz/A Roundup WeatherMAX with 1 pt/A 2,4-D before horseweed exceeds 6" in height. See the 2,4-D product label for time intervals required between application and planting.<br><br>**In-crop:**<br>It is strongly encouraged that horseweed should be controlled prior to planting using recommended preplant burndown treatments. In-crop, apply a tank-mixture of 22 oz/A Roundup WeatherMAX with 0.3 oz/A FirstRate®. This treatment should be used as a salvage treatment only for a horseweed infestation that was not controlled preplant. Application should be made between full emergence of the first trifoliate leaf and 50 percent flowering stage of soybeans. At the time of treatment, horseweed should not exceed 6" in height. |
| **Glyphosate-Resistant *Palmer Amaranth*** | **Preplant:**<br>Apply a tank-mix of 22 oz/A Roundup WeatherMAX with a preemergence residual herbicide such as alachlor (INTRRO), flumioxazin (Valor) or another residual herbicide for preemergence control of *Palmer amaranth*. 2,4-D may be added to the tank-mix to help control emerged *Palmer amaranth* and other broadleaf weeds preplant only. Follow label instructions regarding application timing relative to soybean planting.<br><br>**In-crop:**<br>It is strongly encouraged that a preemergence residual product be used to control *Palmer amaranth* prior to emergence. If there is emerged *Palmer amaranth* in-crop, apply a tank-mixture of 22 oz/A Roundup WeatherMAX with a postemergence product with activity on *Palmer amaranth* such as lactofen (Cobra®) or fomesafen (Flexstar®). Applications should be made on emerged *Palmer amaranth* that does not exceed 3" in height. Read and follow all product label instructions. It is likely that visual soybean injury will occur with these tank-mixtures. |

In certain areas populations of common ragweed, giant ragweed and waterhemp are known to be resistant to glyphosate. For control recommendations for resistant biotypes of these weeds, refer to www.weedresistancemanagement.com or call 1-800-ROUNDUP. When approved, supplemental labeling for specific herbicide products can also be viewed on www.cdms.net or www.greenbook.net.

## *Roundup Ready® Alfalfa*



**Grow the Feed, Not the Weeds.**

### PRODUCT DESCRIPTION

Roundup Ready® Alfalfa varieties have in-plant tolerance to Roundup® agricultural herbicides, enabling growers to apply labeled Roundup agricultural herbicides up to 5 days before cutting for unsurpassed weed control, excellent crop safety, and preservation of yield potential and quality.

### ROUNDUP AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Herbicide products sold by Monsanto for use over the top of Roundup Ready Alfalfa for the 2008 crop season are as follows:

• Roundup WeatherMAX®
• Roundup Original MAX®
• Other labeled Roundup branded agricultural herbicides

For complete information about the use of Roundup agricultural herbicides over the top of Roundup Ready Alfalfa, refer to the appropriate Monsanto product's label booklet, or to supplemental labeling or fact sheets published separately by Monsanto. To learn more about applicable supplemental labels or fact sheets, call 1-800-ROUNDUP.

Tank mixtures of this product with herbicides, insecticides, or fungicides may result in crop injury or reduced weed control.

Certain Roundup agricultural herbicides referred to above may not be labeled for this application in your specific state. Please contact the manufacturer of this product, the local retailer, or the local extension agent for confirmation that this is an approved application.

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready Alfalfa, and the product and the use label for Roundup Ready Alfalfa have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES THAT ARE LABELED FOR USE OVER ROUNDUP READY ALFALFA. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY ALFALFA. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

### HAY AND FORAGE MANAGEMENT PRACTICES

Roundup Ready Alfalfa must be managed for high quality hay/forage production, including timely cutting to promote high forage quality (i.e. before 10% bloom) and to prevent seed development. In geographies where conventional alfalfa seed production is intermingled with forage production and the agronomic conditions (climate and water/irrigation availability) are such that forage alfalfa is allowed to stand and flower late in the season, Roundup Ready Alfalfa must be harvested at or before 10 percent bloom to minimize potential pollen flow from hay to common or conventional alfalfa seed production. Growers who are unwilling to or who cannot make this commitment to stewardship should not continue to grow Roundup Ready Alfalfa.

Roundup Ready Alfalfa varieties have excellent tolerance to over-the-top applications of labeled Roundup agricultural herbicides. An in-crop weed control program using Roundup WeatherMAX or Roundup Original MAX will provide excellent weed control in most situations. A residual herbicide labeled for use in alfalfa may also be applied postemergence in alfalfa. Contact a Monsanto Representative, local crop advisor, or extension specialist to determine the best option for your situation.

*Roundup Ready Alfalfa*



**Grow the Feed, Not the Weeds.**

## STAND TAKEOUT AND VOLUNTEER MANAGEMENT

Crop rotations can be divided into two main groups, alfalfa rotated to: 1) grass crops (e.g. corn and cereal crops); and 2) broadleaf crops. More herbicide alternatives exist for management of volunteer alfalfa in grass crops. The recommended steps for controlling volunteer Roundup Ready Alfalfa are:

### Diligent Stand Takeout

Use appropriate commercially available herbicide treatments alone for reduced tillage systems or in combination with tillage to terminate the Roundup Ready Alfalfa stand. Refer to your regional technical bulletin for specific stand takeout recommendations. NOTE: Roundup agricultural herbicides are **not** effective for terminating Roundup Ready Alfalfa stands.

### Start Clean

If necessary, utilize tillage and/or additional herbicide application(s) after stand takeout, and before planting of the subsequent rotational crop to manage any newly emerged or surviving alfalfa.

### Plan for Success

Rotate to crops with known and available mechanical or herbicidal methods for managing volunteer alfalfa, keeping in mind that Roundup agricultural herbicides will not terminate Roundup Ready Alfalfa stands.

- Rotations to certain broadleaf crops are not advisable if the grower is not willing to implement recommended stand termination practices.

- In the event that no known mechanical or herbicidal methods are available to manage volunteer alfalfa in the desired rotational crop, it is suggested that a crop with established volunteer alfalfa management practices be introduced into the rotation.

### Timely Execution

Implement in-crop mechanical or herbicide treatments for managing alfalfa volunteers in a timely manner; that is, before the volunteers become too large to control or begin to compete with the rotational crop.

## WEED RESISTANCE MANAGEMENT GUIDELINES

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready Alfalfa system:

- Scout fields before and after each herbicide application.
- Use the right herbicide product at the right rate and at the right time.
- To control flushes of weeds in established alfalfa, make applications of Roundup WeatherMAX

herbicide at 22 to 44 oz/A before weeds exceed 6", up to 5 days before cutting.
- Use other herbicide products tank-mixed or in sequence with Roundup agricultural herbicide if appropriate for the weed spectrum present as part of a Roundup Ready Alfalfa weed control program.
- Report repeated non-performance to Monsanto or your local retailer.

## ROUNDUP READY ALFALFA STEWARDSHIP

All growers shall sign a Monsanto Technology/ Stewardship Agreement (MTSA) limited-use license application which provides the terms and conditions for the authorized use of the product. Due to special circumstances, alfalfa growers in the Imperial Valley of California will also sign an Imperial Valley Use Agreement (IVUA) with specific stewardship commitments.

Both the MTSA or IVUA explicitly prohibit all forms of commercial seed harvest on the stand. Every alfalfa grower producing seed of Roundup Ready Alfalfa must possess an additional, separate, and distinct seed grower contract to produce Roundup Ready Alfalfa seed.

When deregulated, Roundup Ready Alfalfa seed is for sale and distribution by authorized Seed Companies or their dealers for use in the United States only. Roundup Ready Alfalfa seed may not be planted outside of the United States, or for the production of seed or sprouts. Any product produced from a Roundup Ready Alfalfa crop or seed, including hay and hay products, may only be used, exported to, processed, or sold in countries where regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted.

*Roundup Ready® Alfalfa*



**Grow the Feed,
Not the Weeds.**

### ROUNDUP READY ALFALFA STEWARDSHIP

Pursuant to a Court Order issued on May 3, 2007, Roundup Ready® Alfalfa growers must adhere to the following requirements of the Court until the USDA completes its regulatory process:

• Pollinators shall not be added to Roundup Ready Alfalfa fields grown only for hay production.
• Farm equipment used in Roundup Ready Alfalfa production shall be properly cleaned after use.
  – Cleaning procedures for harvesters, tractors and tillage equipment shall be submitted to and approved by APHIS prior to implementation.
  – Cleaning procedures shall be designed to minimize the risk of Roundup Ready Alfalfa seed and hay movement from authorized production site.

– All equipment shall be cleaned in accordance with the approved procedures before it leaves the farm on which it came in contact with Roundup Ready Alfalfa.
• Roundup Ready Alfalfa shall be handled and clearly identified to minimize commingling after harvest. Immediately after harvest, growers or seed producers shall store Roundup Ready Alfalfa in specifically designated and clearly labeled containers.'

Monsanto Company and Forage Genetics International will issue further guidance on the implementation of these requirements.

### WEED CONTROL RECOMMENDATIONS

In established stands, to preserve the quality potential of forage and hay, applications should be made after weeds have emerged but before alfalfa re-growth interferes with application spray coverage of the target weeds.

| PROGRAM | INSTRUCTIONS AND USE RATES | ADDITIONAL INFORMATION |
|---|---|---|
| Established Stands | After the first harvest of a newly established stand, up to 44 oz/A of Roundup WeatherMAX® herbicide per cutting may be applied up to 5 days before each subsequent cutting. The combined total per year for all in-crop applications in established stands must not exceed 132 oz/A (4.1 qt/A) of Roundup WeatherMAX. | Applications between cuttings may be applied as a single application or in multiple applications (e.g. 2 applications of 22 oz/A).<br><br>Sequential applications should be at least 7 days apart. |
| Weeds Controlled | For specific application rates and instructions for control of various annual and perennial weeds, refer to the Roundup WeatherMAX herbicide label booklet. Some weeds with multiple germination times or suppressed (stunted) weeds may require a second application of Roundup WeatherMAX herbicide for complete control. For some perennial weeds, repeated applications may be required to eliminate crop competition throughout the growing season. | In addition to those weeds listed in the Roundup WeatherMAX label booklets, this product will suppress or control the parasitic weed, dodder (Cuscuta spp.) in Roundup Ready Alfalfa. Repeat applications may be necessary for complete control.<br><br>For tough-to-control weeds or weeds not controlled by Roundup® agricultural herbicides use labeled rates of other herbicides, alone or in tank-mixtures, with Roundup agricultural herbicides. |
| Maximum Use Rates | **In-Crop:**<br>• 44 oz/A per single application.<br><br>• Established Stand Total: 44 oz/A per cutting up to 5 days before harvest. | **Total Per Year:**<br>The combined total per year for all in-crop applications in established stands must not exceed 132 oz/A (4.1 qt/A) of Roundup WeatherMAX. |

*If using another Roundup agricultural herbicide, you must refer to the label booklet or separately published Roundup Ready Alfalfa supplemental label for that brand to determine appropriate use rates. If using Roundup Original MAX®, application rates are the same as for Roundup WeatherMAX.

In certain areas, populations of ryegrass, marestail, common ragweed, giant ragweed and waterhemp are known to be resistant to glyphosate. For control recommendations for resistant biotypes of these weeds, refer to www.weedresistancemanagement.com or call 1-800-ROUNDUP. When approved, supplemental labeling for specific herbicide products can also be viewed on www.cdms.net or www.greenbook.net.

## Roundup Ready Spring Canola



### PRODUCT DESCRIPTION

Roundup Ready Spring Canola varieties contain in-plant tolerance to Roundup agricultural herbicides, enabling growers to apply Roundup agricultural herbicides over the top of Roundup Ready Spring Canola anytime from emergence through the 6-leaf stage of development. The introduction of the Roundup Ready trait into leading spring canola hybrids and varieties gives growers the opportunity for unsurpassed weed control, proven crop safety, and maximum profit potential. With Roundup Ready Spring Canola, growers have the weed management tool necessary to improve spring canola profitability, while providing a viable rotational crop to help break pest and disease cycles in cereal-growing areas.

### ROUNDUP AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Herbicide products sold by Monsanto for use over the top of Roundup Ready Spring Canola for the 2008 crop season are as follows:

• Roundup WeatherMAX
• Roundup Original MAX®

*For complete information about the use of Roundup agricultural herbicides over the top of Roundup Ready Spring Canola, refer to the appropriate product's label booklet.*

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready Spring Canola, and the product and the use label for Roundup Ready Spring Canola have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE OVER ROUNDUP READY SPRING CANOLA. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY SPRING CANOLA. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

### WEED RESISTANCE MANAGEMENT GUIDELINES

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready Spring Canola System:

• Scout fields before and after each burndown and in-crop application.
• Start clean with a burndown herbicide or tillage.
• In-crop, apply Roundup WeatherMAX herbicide before weeds exceed 3".

• A sequential application of Roundup WeatherMAX herbicide may be needed.
• Clean equipment before moving from field to field to minimize the spread of weed seed.
• Report repeated non-performance to Monsanto or your local retailer.

## Roundup Ready® Spring Canola



### WEED CONTROL RECOMMENDATIONS (SPRING-SEEDED)

| PROGRAM | INSTRUCTIONS ON USE RATES | ADDITIONAL INFORMATION |
|---|---|---|
| **Two-Pass Program– For Annual and Perennial Weed Control** | For broad-spectrum control of annual and perennial weeds, use an initial application of 11 oz/A of Roundup WeatherMAX®, in 5 to 10 gal/A water volume. No surfactant is required.<br><br>Make a second application of 11 oz/A of Roundup WeatherMAX no less than 10 days after initial application up to the 6-leaf stage (prebolting).<br><br>Do not exceed 11 oz/A per application. | Spray when canola is at the 0- to 6-leaf stage of growth. To maximize yield potential, spray Roundup Ready® Spring Canola at the 1- to 3-leaf stage to eliminate competing weeds. Short-term yellowing may occur with later applications, with little effect on crop growth, maturity, or yield.<br><br>Wait a minimum of 10 days between applications. Two applications of Roundup WeatherMAX will:<br>· Control late flushes of annual weeds such as foxtail, pigweed, and wild mustard.<br>· Provide season-long control of Canada thistle, quackgrass, and perennial sow thistle.<br>· Provide better yields by eliminating competition from both annuals and hard-to-control perennials. |
| **Single Application–For Annual Weed Control** | For broad-spectrum control of annual and easy-to-control perennial weeds, make a single application of 16 oz/A of Roundup WeatherMAX. | For best results, spray Roundup Ready Spring Canola at the 2- to 3-leaf stage. Can be applied up to 6-leaf stage; yellowing may occur with later application with little effect on crop growth, maturity, or yield.<br><br>No additional over-the-top applications can be made. |
| **Maximum Use Rate For Roundup WeatherMAX** | Two over-the-top applications: Do not exceed 11 oz/A per application.<br><br>Single over-the-top applications: Do not exceed 16 oz/A. No additional application can be made. | |

*If using another Roundup® agricultural herbicide, you must refer to the label booklet or separately published Roundup Ready Alfalfa supplemental label for that brand to determine appropriate use rates. If using Roundup Original MAX®, application rates are the same as for Roundup WeatherMAX.

### PURCHASING AND PROTECTING ROUNDUP READY SPRING CANOLA TECHNOLOGY

Using Roundup Ready technology can improve weed control, increase profits, and help maximize your efficiency and productivity. Growers must comply with the Canola Use Agreement (CUA) and MTSA.

As with other Monsanto trait technologies, growers must sign an MTSA before purchasing Roundup Ready Spring Canola. Growers may then purchase a CUA to plant this patented technology. The CUA defines the number of Roundup Ready Spring Canola acres a grower plans to grow and is available only through Monsanto Authorized Retailers. By signing the CUA, a grower also agrees to meet certain conditions.

To purchase Roundup Ready Spring Canola, a grower must follow these steps:

**• Sign an MTSA.**
This agreement allows growers to purchase all current and new Roundup Ready technologies. Growers who sign agreements receive a Technology Card and Monsanto Technology I.D. number.

**• Sign up for Roundup Ready Spring Canola acres.**
This requires growers to purchase a CUA (as described in the previous section). Growers may sign a "2-Application System CUA", a "Spring System CUA" or a "Non-Roundup Option CUA". The "2-Application System CUA" and "Spring System CUA" include Roundup WeatherMAX for use in Roundup Ready Spring Canola.

**• Purchase the seed.**
To purchase Roundup Ready Spring Canola seed, growers must provide a copy of their CUA to their seed dealer in order to receive seed.

**• Reconcile actual seeded acres.**
A Monsanto Authorized Retailer will visit each farm and complete the legal description of the final planted acres on the CUA form. Monsanto randomly audits retailers for compliance with this reconciliation requirement through on-farm visits by a Canola Stewardship Representative.

*Roundup Ready Winter Canola*



## PRODUCT DESCRIPTION

Roundup Ready Winter Canola varieties have been developed for seeding in the fall and harvesting the following spring/summer. Roundup Ready Winter Canola varieties contain in-plant tolerance to Roundup® agricultural herbicides, enabling growers to apply Roundup agricultural herbicides over the top of Roundup Ready Winter Canola anytime from emergence to canopy closure or prior to bolting in the spring. The introduction of the Roundup Ready trait into winter canola varieties assures growers of unsurpassed weed control, crop safety, and maximum yield potential. Roundup Ready Winter Canola offers growers an important option as a rotational crop in traditional monoculture winter wheat production areas. Introducing crop rotation is an important factor in reducing pest cycles, including weed and disease problems.

## ROUNDUP AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Herbicide products sold by Monsanto for use over the top of Roundup Ready Winter Canola for the 2008 crop season are as follows:

• Roundup WeatherMAX
• Roundup Original MAX®

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready Winter Canola, and the product and the use label for Roundup Ready Winter Canola have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESEN-TATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES WHICH ARE LABELED FOR USE OVER ROUNDUP READY WINTER CANOLA. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY WINTER CANOLA. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION. For complete information about the use of Roundup agricultural herbicide brands over the top of Roundup Ready Winter Canola, refer to the appropriate product's labeling.

## WEED RESISTANCE MANAGEMENT GUIDELINES

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready Winter Canola system:

• Scout fields before and after each burndown and in-crop application.
• Start clean with a burndown herbicide or tillage.
• In-crop, apply Roundup WeatherMAX herbicide at labeled rate before weeds exceed 3".

• A sequential application of Roundup WeatherMAX herbicide at labeled rate may be needed.
• Clean equipment before moving from field to field to minimize the spread of weed seed.
• Report repeated non-performance to Monsanto or your local retailer.

*Roundup Ready® Winter Canola*



## WEED CONTROL RECOMMENDATIONS (WINTER-SEEDED)

| PROGRAM | INSTRUCTIONS AND USE RATES | ADDITIONAL INFORMATION |
|---|---|---|
| **Sequential Applications** | The two-pass program gives the greatest flexibility in controlling late emerging weeds. For broad-spectrum weed control, apply 11 to 22 oz/A of Roundup WeatherMAX®* herbicide to 2-leaf or larger Roundup Ready® Winter Canola in the fall. Use 5 to 10 gallons/A water volume. Do not add surfactants.<br><br>Apply a second application of Roundup WeatherMAX* at 11 to 22 oz/A at a minimum interval of 60 days after the first application and before bolting in the spring.<br><br>Do not exceed 22 oz/A per application. | Spray when Roundup Ready® Winter Canola is at the 2-3 leaf stage of growth. Early applications can eliminate competing weeds and improve yield potential.<br><br>Two applications of Roundup WeatherMAX will provide control of early emerging annual weeds and winter emerging weeds such as downy brome, cheat, and jointed goatgrass. |
| **Single Application** | For broad-spectrum control of annual and easy-to-control perennial weeds, make a single application of 16 to 22 oz/A of Roundup WeatherMAX, preferably in the fall. | For best results, spray Roundup Ready Winter Canola at the 2-3 leaf stage and when weeds are small and actively growing. Applications must be made prior to bolting. Use the higher rate in the range when weed densities are high, when weeds have over-wintered or when weeds become large and well established. |
| **Maximum Use Rate for Roundup WeatherMAX** | Any single over-the-top application of Roundup WeatherMAX* should not exceed 22 oz/A. No more than two over-the-top applications may be made from crop emergence to canopy closure prior to bolting in the spring. | Applications of greater than 16 fluid ounces/A prior to the 6-leaf stage may result in temporary yellowing and/or growth reduction. |

*If using another Roundup® brand herbicide, you must refer to the label booklet or Roundup Ready Winter Canola supplemental label for that brand to determine appropriate use rates. If using Roundup Original MAX®, application rates are the same as for Roundup WeatherMAX.

## GRAZING

It is recommended that Roundup Ready Winter Canola not be grazed. While Roundup Ready Winter Canola may provide growers additional opportunity as a forage for grazing livestock, at the present time insufficient information exists to allow safe and proper grazing recommendations. Preliminary data suggest that excessive grazing can significantly reduce grain yield, and that careful nitrate management is critical in managing Roundup Ready Winter Canola as a forage to limit the risk of livestock nitrate poisoning. State universities are assessing the potential and the instructions for grazing Roundup Ready Winter Canola and they will provide grazing management guidelines when their research is completed.

## PURCHASING AND PROTECTING ROUNDUP READY WINTER CANOLA TECHNOLOGY

As with other Monsanto trait technologies, growers must sign an MTSA before purchasing Roundup Ready Winter Canola. It is available only through Monsanto Authorized Retailers. Growers who observe, respect, and support the MTSA are protecting their own interests by helping maintain a "level playing field" for all users of the technology. This enables research and development to continue so that new technologies which further boost efficiency and productivity can be brought to market.

## Roundup Ready Sugarbeets



### PRODUCT DESCRIPTION

Roundup Ready Sugarbeet varieties have in-plant tolerance to Roundup® agricultural herbicides, enabling growers to apply labeled Roundup agricultural herbicides from planting through 30 days prior to harvest for unsurpassed weed control, excellent crop safety, and preservation of yield potential.

### ROUNDUP AGRICULTURAL OVER-THE-TOP HERBICIDE PRODUCTS

Herbicide products sold by Monsanto for use over the top of Roundup Ready Sugarbeets for the 2008 crop season are as follows:

• Roundup WeatherMAX
• Roundup Original MAX®
• Other labeled Roundup branded
  agricultural herbicides

Certain Roundup agricultural herbicides referred to above may not be labeled for this application in your specific state. Please contact the manufacturer of this product, the local retailer, or the local extension agent for confirmation that this is an approved application.

For complete information about the use of Roundup agricultural herbicides over the top of Roundup Ready Sugarbeets, refer to the appropriate Monsanto product label booklet, or to supplemental labeling or fact sheets published separately by Monsanto. To learn more about applicable supplemental labels or fact sheets, call 1-800-ROUNDUP.

Tank-mixtures of Roundup agricultural herbicides with insecticides, fungicides, micronutrients or foliar fertilizers are not recommended as they may result in reduced weed control, crop injury, reduced pest control or antagonism. Refer to the Roundup agricultural herbicide product label, supplemental labeling, or fact sheets published separately by Monsanto for tank-mix recommendations.

Sugarbeets are very sensitive to herbicide injury from phenoxy and other classes of herbicides. It is important to follow recommendations found on the herbicide product labels for cleaning spray tanks prior to adding Roundup agricultural herbicides to them.

You may use another glyphosate herbicide, but only if it has federally approved label instructions for use over Roundup Ready Sugarbeets, and the product and the use label for Roundup Ready Sugarbeets have been approved by your specific state. Contact the product manufacturers, the local retailers, or the local extension agents for confirmation that the products carry EPA and state approved labeling for this use. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES THAT ARE LABELED FOR USE OVER ROUNDUP READY SUGARBEETS. MONSANTO SPECIFICALLY DENIES ALL RESPONSIBILITY AND DISCLAIMS ANY LIABILITY FOR ANY DAMAGE FROM THE USE OF THESE PRODUCTS IN ROUNDUP READY SUGARBEETS. ALL QUESTIONS AND COMPLAINTS CAUSED BY THE USE OF GLYPHOSATE PRODUCTS SUPPLIED BY OTHER COMPANIES SHOULD BE DIRECTED TO THE SUPPLIER OF THE PRODUCT IN QUESTION.

### MANAGEMENT PRACTICES

Sugarbeets are extremely sensitive to weed competition for light, nutrients and soil moisture. Research on sugarbeet weed control suggests that sugarbeets need to be kept weed-free for the first eight weeks of growth to protect yield potential. Therefore, weeds must be controlled when they are small and before they compete with Roundup Ready Sugarbeets, that is 2" to 4" in height, to preserve sugarbeet yield potential. *More than one in-crop herbicide application will be required* to control weed infestations to protect yield potential as Roundup agricultural herbicides have no soil residual activity. Bolting sugarbeets must be rogued or topped in Roundup Ready Sugarbeet fields.

Roundup Ready Sugarbeet varieties have excellent tolerance to over-the-top applications of labeled Roundup agricultural herbicides. A postemergence weed control program using Roundup WeatherMAX or Roundup Original MAX will provide excellent weed control in most situations. A residual herbicide labeled for use in sugarbeet may also be applied preemergence, preplant, or postemergence in Roundup Ready Sugarbeets. Contact a Monsanto Representative, local crop advisor, or extension specialist to determine the best option for your situation.

*Roundup Ready® Sugarbeets*



### WEED RESISTANCE MANAGEMENT FOR ROUNDUP READY SUGARBEETS

Follow the guidelines below to minimize the risk of developing glyphosate-resistant weed populations in a Roundup Ready® Sugarbeet system.

- Start clean with tillage and follow up with a burndown herbicide, such as Roundup® agricultural herbicides, if needed prior to planting.
- Early season weed control is critical to protect sugarbeet yield potential. Apply the first in-crop application of Roundup WeatherMAX® at a minimum of 22 oz/acre while weeds are less than 2" in height.
- Follow with additional postemergence in-crop application of Roundup WeatherMAX at a minimum of 22 oz/acre for additional weed flushes before they exceed 4" in height.

- Always add spray grade ammonium sulfate at a rate of 17 lbs/100 gallons of spray solution with Roundup agricultural herbicides to maximize product performance.
- Use mechanical weed control/cultivation and/or residual herbicides where appropriate in your Roundup Ready Sugarbeets.
- Use additional herbicide modes of action/residual herbicides and/or mechanical weed control in other Roundup Ready crops you rotate with Roundup Ready Sugarbeets.
- Report repeated non-performance of Roundup agricultural herbicides to Monsanto or your local retailer.

### AGRONOMIC PRINCIPLES IN SUGARBEETS

Sugarbeet yield is very sensitive to early season weed competition. It is important to select the appropriate herbicide product, application rate and timing to minimize weed competition to protect yields. The Roundup Ready Sugarbeet system provides a mechanism to control weeds at planting and once Roundup Ready Sugarbeets emerge. Failure to control weeds with the right rate, at the right time, and with the right product, can lead to increased weed competition, weed escapes, and the potential for decreased yields. Tank-mixtures of Roundup agricultural herbicides with fungicides, insecticides, micronutrients or foliar fertilizers may result in crop injury and reduced pest control or antagonism and are not recommended.



In certain areas, populations of ryegrass, marestail, common ragweed, giant ragweed and waterhemp are known to be resistant to glyphosate. For control recommendations for resistant biotypes of these weeds, refer to www.weedresistancemanagement.com or call 1-800-ROUNDUP. When approved, supplemental labeling for specific herbicide products can also be viewed on www.cdms.net or www.greenbook.net.

*Roundup Ready Sugarbeets*



WEED CONTROL RECOMMENDATIONS

| PROGRAM | INSTRUCTIONS AND USE RATES | ADDITIONAL INFORMATION |
|---|---|---|
| **Preplant Burndown** | After preplant tillage or bedding operations have been completed, a preplant burndown application of Roundup WeatherMAX at 22 to 44 oz/acre may be applied to control weeds that have germinated after tillage and prior to planting.<br><br>See the label for appropriate rates by weed species and weed size. | Always utilize tillage to start with a weed-free field. |
| **Over-The-Top Applications up to eight-leaf Roundup Ready Sugarbeet** | Up to two applications of Roundup agricultural herbicides may be made prior to the 8-leaf stage of Roundup Ready Sugarbeets.<br><br>The first application of 22 to 32 oz/acre of Roundup WeatherMAX should be made when weeds are less than 2" in height to protect yield potential.<br><br>Make an additional application of 22 to 32 oz/acre of Roundup WeatherMAX before weeds exceed 4" in height.<br><br>Maximum in-crop Roundup WeatherMAX prior to 8-leaf stage *must not exceed 56 oz/acre.* | Sugarbeets are sensitive to weed competition and can lose yield rapidly if weeds are not controlled early. More than one in-crop Roundup WeatherMAX application will be required to control weed infestations to protect yield potential as Roundup agricultural herbicides have no soil residual activity.<br><br>Always add ammonium sulfate at a rate of 17 lbs/100 gallons of spray solution with Roundup agricultural herbicides to maximize product performance. Tank-mixtures of Roundup agricultural herbicides with fungicides, insecticides, micronutrients or foliar fertilizers are not recommended.<br><br>Sequential applications should be at least 7 days apart. |
| **Over-The-Top Applications to greater than eight-leaf Roundup Ready Sugarbeets** | Up to two additional applications of 22 oz/acre of Roundup WeatherMAX can be made after the eight-leaf stage up to 30 days prior to harvest.<br><br>Maximum in-crop Roundup WeatherMAX from 8-leaf stage up until 30 days prior to harvest must not exceed 44 oz/acre. | Always add ammonium sulfate at a rate of 17 lbs/100 gallons of spray solution with Roundup agricultural herbicides to maximize product performance. Tank-mixtures of Roundup agricultural herbicides with fungicides, insecticides, micronutrients or foliar fertilizers are not recommended.<br><br>Sequential applications should be at least 7 days apart. |
| **Maximum Use Rates** | In-Crop:<br>· Two applications of Roundup WeatherMAX prior to the 8-leaf stage of Roundup Ready Sugarbeets<br>  - 32 oz/acre per single application up to the 8-leaf stage.<br>  - Combined maximum of 56 oz/acre in-crop prior to the 8-leaf stage<br>· Two applications of Roundup WeatherMAX after the 8-leaf stage up to 30 days prior to harvest<br>  - 22 oz/acre per single application after the 8-leaf stage.<br>  - Combined maximum of 44 oz/acre in-crop after the 8-leaf stage until 30 days prior to harvest | Total Per Year:<br>The combined total per year for all Roundup WeatherMAX applications including pre-plant must not exceed 5.3 qt/acre.<br><br>Total in-crop application must not exceed 3 qt/acre.<br><br>Always add ammonium sulfate at a rate of 17 lbs/100 gallons of spray solution with Roundup agricultural herbicides to maximize product performance. Tank-mixtures of Roundup agricultural herbicides with fungicides, insecticides, micronutrients or foliar fertilizers are not recommended. |

*If using another Roundup agricultural herbicide, you must refer to the label booklet or separately published Roundup Ready Sugarbeets supplemental label for that brand to determine appropriate use rates. If using Roundup Original MAX*, application rates are the same as for Roundup WeatherMAX.

# AUTHORIZED DEALERS AND RETAILERS

Authorized Dealers and Retailers are growers' primary source of information on Roundup Ready®, YieldGard® and Bollgard® crops.

Any questions about Monsanto products should be directed to a seed company, Authorized Dealer/Retailer or Monsanto at 1-800-ROUNDUP.

Not all products are registered in all states and counties. Check the product registration status in your area.

The licensed U.S. patents include: for YieldGard® Corn Borer corn –5,352,605; 5,424,412; 5,484,956; 5,593,874; 5,859,347; 6,180,774; 6,331,665; 7,064,248; for YieldGard® Corn Rootworm corn – 5,023,179; 5,110,732; 5,352,605; 5,484,956; 6,063,597; 6,174,724; 6,331,665; 6,501,009; 6,642,030; 7,064,248; for YieldGard® Plus corn – 5,023,179; 5,110,732; 5,352,605; 5,424,412; 5,484,956; 5,593,874; 5,859,347; 6,063,597; 6,174,724; 6,180,774; 6,331,665; 6,501,009; 6,642,030; 7,064,248; for Roundup Ready® Corn 2 – 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,083,878; 6,825,400; RE39247; for Roundup Ready® corn – 5,554,798; 5,641,876; 5,717,084; 5,728,925; 6,025,545; 6,040,497; 6,083,878; for YieldGard® Corn Borer with Roundup Ready® Corn –5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,083,878; 6,331,665; 7,064,248; RE39247; for Roundup Ready® Soybeans 5,352,605; 5,530,196; 5,717,084; 5,728,925; 5,804,425; RE39247; for Roundup Ready® cotton – 5,004,863; 5,159,135; 5,352,605; 5,378,619; 5,530,196; 5,717,084; 5,728,925; 5,804,425, 6,018,100; 6,051,753, 6,083,878; 6,174,724; 6,753,463; RE39247; for Bollgard® cotton –5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,530,196; 5,880,275; 6,174,724; 6,943,282; for Bollgard® with Roundup Ready® cotton – 5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,362,865; 5,378,619; 5,530,196; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,018,100; 6,051,753; 6,083,878; 6,174,724; 6,489,542; 6,753,463; 6,943,282; 7,064,249; RE39247; for Bollgard II® cotton –5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,338,544; 5,352,605; 5,359,142; 5,362,865; 5,530,196; 5,659,122; 5,717,084; 5,728,925; 5,880,275; 6,174,724; 6,489,542; 6,943,282; 7,064,249; for Bollgard II® with Roundup Ready® cotton – 5,004,863; 5,159,135; 5,164,316; 5,188,642; 5,196,525; 5,322,938; 5,338,544; 5,352,605; 5,359,142; 5,362,865; 5,378,619; 5,530,196; 5,659,122; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,018,100; 6,051,753; 6,083,878; 6,174,724; 6,489,542; 6,753,463; 6,943,282; 7,064,249; RE39247; for Roundup Ready® Canola –5,188,958; 5,378,619; 5,463,174; 5,463,175; 5,717,084; 5,728,925; 5,750,871; 5,804,425; 6,018,100; 6,051,753; 6,083,878; RE38825; RE39247; for Roundup Ready® Sugarbeets – 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,463,175; 5,530,196; 5,717,084; 5,728,925; 5,804,425; 6,018,100; 6,051,753; 6,083,878; 6,174,724; RE38825; RE39247; for Roundup Ready® Alfalfa –5,362,865; 5,378,619; 5,659,122; 5,717,084; 5,728,925; 5,804,425; 6,018,100; 6,051,753; RE39247; for Roundup Ready® Flex Cotton – 5,004,863; 5,159,135; 5,717,084; 5,728,925; 5,804,425; 6,051,753; 6,083,878; 6,660,011; 6,753,463; 6,949,696; 7,112,725; 7,141,722; RE39247; for Bollgard® with Roundup Ready® Flex Cotton – 5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,530,196; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,051,753; 6,083,878; 6,174,724; 6,660,911; 6,753,463; 6,943,282; 6,949,696; 7,112,725; 7,141,722; RE39247; for Bollgard II® with Roundup Ready® Flex Cotton – 5,004,863; 5,159,135; 5,164,316; 5,196,525; 5,322,938; 5,338,544; 5,352,605; 5,359,142; 5,362,865; 5,530,196; 5,659,122; 5,717,084; 5,728,925; 5,804,425; 5,880,275; 6,051,753; 6,083,878; 6,174,724; 6,489,542; 6,660,911; 6,753,463; 6,943,282; 6,949,696; 7,064,249; 7,112,725; 7,141,722; RE39247; for YieldGard® Plus with Roundup Ready® Corn 2 – 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,063,597; 6,083,878; 6,174,724; 6,180,774; 6,331,665; 6,501,009; 6,642,030; 6,825,400; 7,064,248; RE39247; for YieldGard® Corn Borer with Roundup Ready® Corn 2 – 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,083,878; 6,180,774; 6,331,665; 6,825,400; 7,064,248; RE39247; for YieldGard® Rootworm with Roundup Ready® Corn 2 – 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,063,597; 6,083,878; 6,174,724; 6,331,665; 6,501,009; 6,642,030; 6,825,400; 7,064,248; RE39247; for YieldGard® VT Rootworm/RR2 –5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,554,798; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 6,025,545; 6,063,597; 6,083,878; 6,331,665; 6,642,030; RE39247; for YieldGard® VT Pro – 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,424,412; 6,018,100; 6,051,753; 6,174,724; 6,331,665; 6,489,542; 7,064,249; for YieldGard® VT Pro/RR2 – 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,424,412; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,018,100; 6,025,545; 6,051,753; 6,083,878; 6,174,724; 6,331,665; 6,489,542; 6,825,400; 7,064,249; RE39247; for YieldGard® VT Triple – 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,424,412; 5,484,956; 5,554,798; 5,593,874; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 5,859,347; 6,025,545; 6,063,597; 6,083,878; 6,180,774; 6,331,665; 6,642,030; 7,064,248; RE39247; for YieldGard® VT Triple Pro – 5,023,179; 5,110,732; 5,164,316; 5,196,525; 5,322,938; 5,352,605; 5,359,142; 5,378,619; 5,424,412; 5,554,798; 5,641,876; 5,717,084; 5,728,925; 5,804,425; 6,018,100; 6,025,545; 6,051,753; 6,063,597; 6,083,878; 6,174,724; 6,331,665; 6,489,542; 6,642,030; 7,064,249; RE39247; for Mavera® high value corn with lysine – 6,329,574; for tank mix – 6,239,072

For the most current listing of licensed patents, refer to the 2008 Monsanto Technology/Stewardship Agreement (MTSA).

When deregulated, Roundup Ready® Alfalfa is for sale and distribution by authorized Seed Companies or their dealers in the United States only. Roundup Ready® Alfalfa seed may not be planted outside of the United States, or for the production of seed or sprouts. Any product produced from a Roundup Ready® Alfalfa crop or seed, including forage, hay and hay products, may only be used, exported to, processed or sold in countries where regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Roundup WeatherMAX® and Roundup Original MAX® herbicides are approved in all states for use over-the-top with Roundup Ready® Alfalfa for forage and hay production.



Before opening a bag of seed, be sure to read and understand the stewardship requirements, including applicable refuge requirements for insect resistance management, for the biotechnology traits expressed in the seed as set forth in the Monsanto Technology Agreement that you sign. By opening and using a bag of seed, you are reaffirming your obligation to comply with those stewardship requirements.



Grain harvested from products that bear this mark is fully approved for food and feed use in the United States and Japan, but is not approved in the European Union. You must find a market for this crop that will not ship this grain or its processed products to Europe. Appropriate markets for this grain include: domestic feed use or grain handlers that specifically agree to accept this grain and handle it appropriately. For more information on your grain market options, go to the American Seed Trade Association's website at www.amseed.org or call your seed supplier. MARKET CHOICES® is a registered certification mark used under license from ASTA.

**Know Before You Grow®**, an information service provided by National Corn Growers Association at www.ncga.com.

**IMPORTANT:** The following information is current as of 05/11/07: YieldGard Plus, YieldGard Rootworm with Roundup Ready Corn 2 and YieldGard Corn Borer with Roundup Ready Corn 2 are grandfathered for import and use in processed feed in the E.U. YieldGard Plus with Roundup Ready Corn 2, YieldGard VT Rootworm/RR2 and YieldGard VT Triple are neither approved nor grandfathered and there is zero tolerance for these traits in processed feed imported in the E.U. Growers of all products bearing the Market Choices mark must talk to their grain handler to confirm the handler's buying position for grain from these products. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted.

Roundup Rewards® applies only to Roundup® branded and other agricultural herbicides specified by Monsanto. Program details referenced in this publication are subject to change and should be verified by checking with your local Monsanto dealer or representative.

Gin by-products of cotton containing Monsanto's biotech traits, including cottonseed for feed uses, are fully approved for export to Canada, Japan, Mexico, and South Korea. Cottonseed containing Monsanto traits may not be exported for the purpose of planting without a license from Monsanto.

YieldGard corn products are not yet registered in all states. Check with your Monsanto representative for the registration status in your state.

Always Read and Follow Pesticide Label Directions. Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® agricultural herbicides. Growers should be sure that the glyphosate product used over Roundup Ready® Flex cotton has been tested for that use so as to reduce the risk of leaf damage. See the Roundup Ready® Flex Technical Use Guide for details. Roundup® agricultural herbicides will kill crops that are not tolerant to glyphosate. Bullet®, Degree®, Degree Xtra®, Field Master™, Harness®, INTRRO®, Lariat®, and Micro-Tech® are restricted use pesticides and are not registered in all states. The distribution, sale or use of an unregistered pesticide is a violation of federal and/or state law and is strictly prohibited. Check with your local Monsanto dealer or Monsanto representative for the product registration status in your state. Bollgard®, Bollgard II®, Bullet®, Degree®, Degree Xtra®, Field Master®, Harness®, INTRRO®, Lariat®, Micro-Tech®, Respect the Refuge®, Roundup®, Roundup Original MAX®, Roundup Ready®, Roundup Rewards®, Roundup WeatherMAX®, YieldGard®, YieldGard VT™ and Design, YieldGard VT Rootworm/RR2™, YieldGard VT Triple™, and Monsanto imagine®, and the vine symbol are trademarks of Monsanto Technology LLC. All other trademarks are the property of their respective owners. ©2007 Monsanto Company. [16603Apgd] 5A-9Y-07-22G1

**Growers should refer to Monsanto's Technology Use Guide for information on crop stewardship regarding the potential movement of pollen to neighboring crops.** ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS. Know Before You Grow® is a service mark of National Corn Growers Association. For more information call 1-866-SELL-CORN.



M O N S A N T O
imagine

Exhibit F

# Roundup Ready® Sugarbeet Technical Bulletin



Roundup Ready Sugarbeet varieties have in-plant tolerance to Roundup® agricultural herbicides, enabling growers to apply labeled Roundup agricultural herbicides from planting through 30 days prior to harvest for unsurpassed weed control, excellent crop safety, and preservation of yield potential.

## Agronomic Principles For Roundup Ready Sugarbeet

Sugarbeet seedlings are extremely sensitive to weed competition for light, nutrients and soil moisture. Research on sugarbeet weed control suggests that sugarbeets need to be kept weed free for the first eight weeks of growth to protect yield potential.  Therefore, control weeds when they are small (2 to 4 inches in height) to minimize weed competition and preserve yield potential.

It is important to select the appropriate herbicide product, application rate and timing to minimize weed competition to protect yield. The Roundup Ready Sugarbeet system provides a mechanism to control weeds at planting and once Roundup Ready Sugarbeet emerges. Failure to control weeds with the right rate, at the right time, and with the right product, can lead to increased weed competition, weed escapes, and the potential for decreased yield.

## Weed Control Guidelines For Roundup Ready Sugarbeet

- Utilize tillage to start with a weed-free field.
- More than one in-crop Roundup WeatherMAX application will be required to control weed infestations to protect yield potential as Roundup agricultural herbicides have no soil residual activity.
- Early season weed control is critical to protect sugarbeet yield potential. Apply the first in-crop application of Roundup WeatherMAX® at a minimum of 22 oz/acre while weeds are less than 2 inches in height. Weed height should not exceed sugarbeet height.
- Follow with additional postemergence in-crop applications of Roundup WeatherMAX at a minimum of 22 oz/acre for additional weed flushes before they exceed 4 inches in height.
- Always add spray grade ammonium sulfate (AMS) at a rate of 17 lbs/100 gallons of spray solution with Roundup agricultural herbicides to maximize product performance. Add AMS to spray solution before adding Roundup agricultural herbicide.
- Use mechanical weed control/cultivation and/or residual herbicides where appropriate in your Roundup Ready Sugarbeet crop.
- Tank mixtures of Roundup agricultural herbicides with fungicides, insecticides, micronutrients or foliar fertilizers are not recommended as they may result in reduced weed control, crop injury or reduced pest control.
- Report repeated non-performance of Roundup agricultural herbicides to Monsanto or your local retailer.

For complete information about the use of Roundup agricultural herbicides over the top of Roundup Ready Sugarbeet, refer to the appropriate Monsanto product label booklet, or to supplemental labeling or fact sheets published separately by Monsanto. To learn more about applicable supplemental labels or fact sheets, call 1-800-ROUNDUP.

| ROUNDUP WEATHERMAX*<br>INSTRUCTIONS AND USE RATES | ADDITIONAL INFORMATION |
|---|---|
| **Maximum In-Crop Applications:**<br>○ Two applications for Roundup WeatherMAX prior to the 8 leaf stage of Roundup Ready S ugarbeet<br>　• Maximum single application rate up to 8-leaf stage - 32 oz/acre<br>　• Combined maximum in-crop rate prior to the 8-leaf stage - 56 oz/acre<br>○ Two applications of Roundup WeatherMAX after the 8 leaf stage up to 30 days prior to harvest<br>　• Maximum single application rate after the 8-leaf stage - 22 oz/acre.<br>　• Combined maximum in-crop rate after the 8-leaf stage until 30 days prior to harvest - of 44 oz/acre<br><br>See the label for appropriate rates by weed species and weed size. | **Total Per Year:**<br>The combined total per year for all applications including pre-plant must not exceed 5.3 qt/acre.<br><br>Total of in-crop applications must not exceed 96 oz/acre.<br><br>Always add ammonium sulfate at a rate of 17 lbs/100 gallons of spray solution with Roundup agricultural herbicides to maximize product performance. Tank mixtures of Roundup agricultural herbicides with fungicides, insecticides, micronutrients or foliar fertilizers are not recommended.<br><br>Sequential applications should be at least 7 days apart. |

\* If using another Roundup agricultural herbicide, you must refer to the label booklet or separately published Roundup Ready Sugarbeet supplemental label for that brand to determine appropriate use rates. If using Roundup PowerMAX™ or Roundup Original MAX®, application rates are the same as for Roundup WeatherMAX.

## Additional Management Practices and Recommendations

♦ Where environmental conditions result in sugarbeet bolting in production fields, bolting plants must be rogued or topped in Roundup Ready Sugarbeet fields before they produce pollen or seeds.

♦ Sugarbeets are very sensitive to herbicide injury from phenoxy and other classes of herbicides. It is important to follow recommendations found on the herbicide product labels for cleaning spray tanks prior to adding Roundup agricultural herbicides to them.

♦ A residual herbicide labeled for use in sugarbeet may also be applied preemergence, preplant, or postemergence in Roundup Ready Sugarbeet and may be tank mixed with Roundup agricultural herbicides. Tank mixtures of Roundup agricultural herbicides with other herbicides may result in temporary crop injury. Contact a Monsanto Representative, local crop advisor, or extension specialist to determine the best option for your situation.

Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup agricultural herbicides. Roundup agricultural herbicides will kill crops that do not contain Roundup Ready® genes. Roundup Ready® Sugarbeet is for sale and distribution by authorized Seed Companies or their dealers in the United States and Canada. Any product produced from a Roundup Ready® Sugarbeet crop or seed, including sugar and by-products, may only be used, exported to, processed or sold in countries where necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted.

Always read and follow pesticide label directions. Roundup Ready®, Roundup WeatherMAX®, Roundup Power MAX™ and Roundup Original MAX® are registered trademarks of Monsanto Technology LLC. © 2007 Monsanto Company

November 2007