Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending*)
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Defendants,<br><br>vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**DECLARATION OF ERVIN SCHLEMMER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE:** June 6, 2008<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** 2, 17th Floor<br>**JUDGE:** Hon. Jeffrey S. White |

# DECLARATION OF ERVIN SCHLEMMER

I, Ervin Schlemmer, declare as follows:

1. I reside at 51 Leslie Road, Joliet, MT 59041. I am a member of the Mountain State Sugar Beet Growers Association and I have been farming sugarbeets since 1974. The Association has approximately 150 members and farms approximately 18,000 acres of sugarbeets annually. The Association and I, individually, are members of the American Sugarbeet Growers Association which is a national trade association that represents the interests of growers like me. I farm approximately 1000 acres of which about 250 acres are planted in sugarbeets. In addition to sugarbeets, I also farm multi-barley, corn and pinto beans. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below.

2. I am a shareholder in the Western Sugar Cooperative ("Western"). In 2002, over 1,000 sugarbeet growers in Montana as well as in Colorado, Nebraska and Wyoming purchased Western and its five sugar refineries from Tate & Lyle. I paid $185 per share for 200 shares of Western and I am required to produce 200 acres of sugar beets annually to Western for processing. By contract with Western, I am subject to an economic penalty of $380 per acre if my annual share of sugarbeets is not delivered to Western. In 2007, Western levied fines on its grower-shareholders of up to $380 per acre for idle acres.

3. Roundup Ready sugarbeet seed first became available to me for commercial order in December 2007. I ordered 100% roundup Roundup Ready sugarbeet seed for 2008 and I project completing planting that seed for the 2008 growing season by April 19, 2008.

4. I purchased all of my sugarbeet seed in Roundup Ready this year because weed control is one of the most difficult crop management problems that I face in growing sugar beets. In my growing fields a lack of superior weed control will significantly reduce sugarbeet yield, both in tons and sugar content, and significantly reduce crop revenues. Western has projected and I anticipate that the use of Roundup will increase my yield per acre of sugar beets by between 10% and 17%. This is because Roundup is effective against a broad array of weeds that attack my sugar beet crop early in the

-2-
DECLARATION OF ERVIN SCHLEMMER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

HOWREY LLP

season including Kochia and Lambs Quarter. I am depending on this yield increase to be able to compete with other higher price commodity crops such as corn.

5. I purchase herbicides early in the growing season because it is cheaper to purchase these products at that time. Roundup has already replaced my usual suite of herbicides which include Upbeat, Beta-mix, Stinger and a grass herbicide. I understand that there will be an insufficient supply of these herbicides if Roundup Ready sugarbeet seed becomes suddenly unavailable due to this lawsuit and this would greatly impact me financially. I would experience a personal financial disaster if I had to plant conventional sugarbeet seed without an adequate supply of herbicide for my sugarbeet crop.

6. I have a substantial investment in sugarbeets. I own a harvester that I purchased in 2003 for $30,000, a defoliator that I purchased in 2005 for $20,000, a planter used exclusively for sugarbeets that I purchased for $30,000 in 2005, a dedicated sprayer for beets that I purchased in 2001 for approximately $25,000, and a cultivator that I paid $35,000 in 2002. Importantly, I also have my investment in Western that I am contractually bound to produce 200 acres of sugarbeets annually or I am subject to stiff penalties for each idle acre not farmed in sugarbeets.

7. I also rely on sugarbeets as cattle feed, and use the processed sugarbeet pulp as feed. I currently use approximately 13,000 to 15,000 tons of processed sugarbeet pulp annually as feed. On a dry ton basis, there is an $8/ton difference for replacement feed stocks. Without sugarbeets, I would have to spend an additional $125,000 a year for feed, which would make it no longer competitive in my feed lot and take me out of the cattle feeding business.

8. I have limited options and great financial risk if Roundup Ready becomes unavailable. Based upon my own familiarity with sugarbeet growers and seed producers, I am concerned that sufficient conventional seed in the varieties I need will most likely be unavailable for 2009 and 2010. Based upon my knowledge of sugarbeet growing, the parent seed that will produce the sugarbeet crop is planted approximately two years in advance. I know that for 2009 seed was planted in 2007 and seed for 2010 will be planted later this summer. I am concerned that most growers I know in the Mountain States Growers Association ordered all Roundup Ready seed, so there will be insufficient conventional seed in the varieties that I need if Roundup Ready seed becomes unavailable. If this

happens, my cattle feeding business will be in ruin, I will be greatly penalized by Western for not producing my allocated acres of sugarbeets and my investment in my equipment and in the Cooperative will suffer.

9. I have never seen a bolter in any of my sugarbeet fields. Bolters would be quite obvious because they would tower over the existing sugarbeet crop. Sugarbeets are bi-annual and only go to flower in the second year. However, sugarbeets do not over-winter Montana because of the very long and cold winters.

10. I also rotate my other crops in my growing fields. By contract with Western, I must have a two year minimum rotation of sugarbeets with my other crops, which means that I cannot grow sugarbeets in the same fields in successive years. However, I use a 3 ½ year rotation of sugarbeets with other crops. This rotation practice cuts off any potential cross-pollination with other crops. I do not farm chards or red table beets and do not know any sugarbeet grower that does.

11. I have considerable experience already with Roundup Ready crops. For the past 8 years, I have planted Roundup Ready corn. I have practiced stewardship best practices that have eliminated for me any weed resistance issues. For example, I have undergone considerable training for Roundup Ready planting with Monsanto. I have attended Western-sponsored university training sessions as well as reviewed Monsanto's materials on the use of Roundup Ready seed and on weed management practices. By example, I attended a half day training session in late February 2008 which was sponsored by Western and Monsanto. The training session was put on by professional agronomists and covered topics such as the proper application and rate of application of Roundup in connection with Roundup Ready sugarbeets. I know to use Monsanto's recommended application practices and to tank mix other herbicides for difficult weeds with Roundup during the normal Roundup application schedule. I have not used more frequent applications of Roundup than what Monsanto calls for in its instructions. I intend only two applications of Roundup in each sugarbeet growing season, one when a few leaves become visible and the other before the canopy forms.

-4-
DECLARATION OF ERVIN SCHLEMMER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

HOWREY LLP

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2  was executed on the 17th day of April, 2008 in Joliet, Montana.
3
4                                                                       _____/s/ Ervin Schlemmer_____
5                                                                       Ervin Schlemmer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-5-
DECLARATION OF ERVIN SCHLEMMER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

HOWREY LLP

1  Joanne Lichtman (State Bar No. 137300)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California 90071
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  Email: lichtmanj@howrey.com

5  Gilbert S. Keteltas  (*Pro Hac Vice pending*)
   John F. Bruce (*Pro Hac Vice pending*)
6  Christopher H. Marraro (*Pro Hac Vice pending*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610

9
   *Attorneys for Proposed Intervenor-Defendants*
10

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Defendants,<br><br>vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**ATTORNEY SIGNATURE ATTESTATION FOR DECLARATIONS FILED IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE: June 6, 2008**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 2, 17th Floor**<br>**JUDGE: Hon. Jeffrey S. White** |

**HOWREY LLP**

ATTORNEY SIGNATURE ATTESTATION

I, Joanne Lichtman, Counsel for Proposed Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, Amalgamated Sugar Company, Western Sugar Cooperative and Wyoming Sugar Company (collectively, "Grower/Processor Intervenor-Defendants), hereby attest that I have on file holograph signatures for any signatures indicated by a "conformed" signature ("/s/") filed in support of the Motion to Intervene of Grower/Processor Intervenor-Defendants.

Dated: April 17, 2008                                        /s/ Joanne Lichtman_____ _____
                                                             Joanne Lichtman

-1-
ATTORNEY SIGNATURE ATTESTATION

HOWREY LLP