LOWELL M. ROTHSCHILD (DC Bar No. 476826)
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4065; Facsimile: 202.344.8300
lmrothschild@venable.com

TIMOTHY J. GORRY  (CA SBN 143797)
CHRISTOPHER T. WILLIAMS  (CA SBN 171907)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:310.229.2299; Facsimile: 310.229.9901
tjgorry@venable.com

NANCY BRYSON (Pro Hac Vice Motion Pending)
THE BRYSON GROUP, PLLC
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4731; Facsimile: 202.344.4028
nbryson@agfoodlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, <br><br> Defendants, <br><br> and <br><br> SYNGENTA SEEDS, INC., <br><br> Proposed Defendant-Intervenor. | Case No: 3:08-cv-00484-JSW <br><br> **PROPOSED DEFENDANT-INTERVENOR SYNGENTA SEEDS, INC.'S NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT** <br><br> (Fed. R. Civ. P. 7.1) <br><br> Judge: Hon. Jeffrey S. White |

**CASE NO. 3:08-cv-00484-JSW**
**NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, proposed Defendant-Intervenor SYNGENTA SEEDS, INC. states that the following are its parent corporations or publicly held corporations which own 10% or more of its stock:

Syngenta Corporation (incorporated in Delaware)

Syngenta U.S. Holdings, Inc. (incorporated in Delaware)

Seeds JV CV B.V. (a Dutch limited partnership)

Syngenta Seeds B.V. (incorporated in the Netherlands)

Syngenta Participations AG (incorporated in Switzerland)

Syngenta AG (incorporated in Switzerland)

Respectfully submitted,

Dated:  April 17, 2008

/s/  Lowell M. Rothschild
LOWELL M. ROTHSCHILD
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004-1601
Phone: 202.344.4065; Fax: 202.344.8300
lmrothschild@venable.com

TIMOTHY J. GORRY
CHRISTOPHER T. WILLIAMS
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:310.229.9900; Facsimile: 310.229.9901
tjgorry@venable.com

_____

**CASE NO. 3:08-cv-00484-JSW**
**NONGOVERNMENT CORPORATE DISCLOSURE STATEMENT**

- 2 -

NANCY BRYSON (Pro Hac Vice Motion Pending)
THE BRYSON GROUP, PLLC
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4731; Facsimile: 202.344.4028
nbryson@agfoodlaw.com

Attorneys for Proposed Defendant-Intervenor
SYNGENTA SEEDS, INC.

---

**CASE NO. 3:08-cv-00484-JSW**
**NONGOVERNMENT CORPORATE DISCLOSURE STATEMENT**

- 3 -