1  LATHAM & WATKINS LLP
       Philip Perry (D.C. Bar No. 434278)
2      Janice M. Schneider (D.C. Bar No. 472037)
       (application for *pro hac vice* pending)
3  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C.  20004-1304
4  Telephone:  (202) 637-2200
   Facsimile:   (202) 637-2201
5  Email: phil.perry@lw.com
           janice.schneider@lw.com
6      Holly J. Tate (Ca. Bar No. 237561)
   505 Montgomery Street, Suite 1900
7  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
8  Facsimile:  (415) 395-8095
   Email: holly.tate@lw.com
9
   ARENT FOX LLP
10     Stanley H. Abramson (D.C. Bar No. 217281)
       Rachel G. Lattimore (D.C. Bar No. 450975)
11     (applications for pro·hac vice pending)
   1050 Connecticut Avenue, N.W.
12  Washington, DC 20036-5339
   Telephone: (202) 857-6000
13  Facsimile:  (202) 857-6395
   Email: abramson.stanley@arentfox.com
14
   Attorneys for Proposed Intervenor-Defendant
15  Monsanto Company

16                 UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
18

19
   CENTER FOR FOOD SAFETY,                CASE NO.  C-08-484 JSW
20
                 Plaintiff,
21                                        **DECLARATION OF RONALD W.
        v.                                SCHNEIDER, IN SUPPORT OF
22                                        MONSANTO COMPANY'S MOTION TO
   CHARLES CONNOR, Acting Secretary of    INTERVENE**
23  the United States Department of Agriculture;
   and CINDY SMITH, Administrator, Animal   Date:  June 6, 2008
24  and Plant Health Inspection Service      Time: 9:00 a.m.
                                            Place: 17th Floor, Courtroom 2
25                 and                      Judge: Hon. Jeffrey S. White

26  MONSANTO COMPANY,

27                 Proposed Intervenor-Defendant.

28

1

2

### DECLARATION OF RONALD W. SCHNEIDER, B.S., IN SUPPORT OF MONSANTO COMPANY'S MOTION TO INTERVENE

3      I, Ronald W. Schneider, B.S., declare as follows:

4      1.      I am the Regulatory Affairs Manager for Monsanto Company ("Monsanto")

5   headquartered in St. Louis, Missouri, a position I have held since 2001.   In this capacity, I was

6   directly responsible for the development and implementation of a strategy to gain United States

7   and international regulatory clearances and approvals for Roundup Ready® sugarbeets[1] —the

8   product at issue in this lawsuit.  As part of my responsibilities, I oversaw the many complex and

9   expensive studies that were carried out to obtain regulatory clearances from the United States

10  Department of Agriculture ("USDA") and the United States Food and Drug Administration

11  ("FDA"), as well as the approvals of numerous foreign countries.

12     2.      I have both a Bachelor of Science (1982) in Biology and a Bachelor of Science

13  (1982) in Chemistry received from Quincy College, Quincy, IL.

14     3.      I have 25 years of experience at Monsanto, beginning with my first position in

15  1982 as a Research Chemist.  In late 1999, I was promoted to the position of Regulatory

16  Technology Manager, at which time I began to work on regulatory approvals for Roundup Ready

17  sugarbeets.  In 2001, I became Regulatory Affairs Manager and continued my work on Roundup

18  Ready sugarbeets.  My present position is Regulatory Affairs Team Lead, Agronomic Traits -

19  Oilseeds.  A true and correct copy of my resume is attached as Exhibit A.

20     4.      I co-authored the Petition to USDA for a Determination of Nonregulated Status

21  for Roundup Ready sugarbeets approved by the USDA Animal and Plant Health Inspection

22  Service ("APHIS").  I have personal knowledge of the matters set forth herein and if necessary

23  could competently testify thereto.

24     5.      For each of the United States and international regulatory clearances and

25  approvals described below, I am familiar with the scientific research program that generated the

26  data to support the regulatory actions.  In addition, I am familiar with the scientific dossiers and

27

28  [1] ® Roundup and Roundup Ready are registered trademarks of Monsanto Technology LLC.

1

submissions necessary to obtain regulatory clearances for Roundup Ready sugarbeets in the United States.

### Monsanto's Investment in Roundup Ready Sugarbeets

6.      Monsanto is the developer and patent holder of the Roundup Ready trait, which consists of the 5-enolpyruvylshikimate-3-phosphate synthase (*epsps*) gene isolated from *Agrobacterium sp.* and the glyphosate tolerant EPSPS protein which it encodes.[2]

7.      Monsanto has invested millions of dollars in research and testing of the Roundup Ready trait to assure its effectiveness as an alternative to the use of other, more toxic herbicides and its safety to the environment.  Over and above this investment in developing and establishing the safety of the Roundup Ready trait, Monsanto has invested approximately $7,000,000 USD for regulatory studies and submissions, representing a substantial investment in financial and scientific resources to support the United States and international regulatory clearances and approvals for Roundup Ready sugarbeets.

8.      The testing performed to obtain United States regulatory clearances for Roundup Ready sugarbeets, particularly the USDA nonregulated status, was extensive.  Information submitted to the USDA was based on both laboratory experiments and field tests conducted over 10 years.  Information presented to the USDA included compositional analysis, gene expression analysis, molecular characterization of the gene and DNA sequence in Roundup Ready sugarbeet event H7-1, agronomic and phenotypic characterization, insect and disease interactions and weed resistance assessments.

9.      Besides the research needed to secure United States regulatory clearances, as noted above, Monsanto also conducted additional research and spent significant time and resources to obtain the necessary regulatory approvals in other countries.  Additional information was developed to demonstrate compliance with regulatory requirements or provided to address questions from international regulatory reviewers that arose during the review process.  This

---

[2] Monsanto and KWS SAAT AG (hereinafter "KWS") together submitted applications to United States regulatory authorities for the Roundup Ready sugarbeet event H7-1; all domestic and international regulatory approvals for use of commodities derived from Roundup Ready sugarbeets produced from this event are pursued jointly by the two companies.

DECL. OF RONALD W. SCHNEIDER IN SUPPORT
OF MONSANTO MOT. TO INTERVENE

1   included information on the nutrient content of commodities derived from Roundup Ready

2   sugarbeets, animal safety and feed performance, characterization of the genomic DNA flanking

3   the insertion sites, and development of nucleic acid and protein testing methodologies to name a

4   few.

### United States Roundup Ready Sugarbeet Regulatory Clearances

6       10.     Under the Coordinated Framework for Regulation of Biotechnology,  the FDA

7   and USDA review biotechnology-derived food crops before they are planted, sold or consumed,

8   ensuring that these crops are safe to grow and safe to eat.[3]  In addition, the United States

9   Environmental Protection Agency ("EPA") must review and approve the use of pesticide

10  products on these crops.[4]

11      11.     The Federal Food, Drug, and Cosmetic Act ("FFDCA")[5] provides for pre-market

12  review by FDA of most food additives prior to their use in food.  Food and feed crops produced

13  through biotechnology are regulated under this food additive construct.  The goal is to

14  demonstrate that the biotechnology-derived food/feed crop is as safe as its counterparts already

15  in the food/feed supply.

16      12.     FDA documented its review of Roundup Ready sugarbeets in its August 7, 2004

17  Biotechnology Consultation Note to the File, BNF No. 000090, attached as Exhibit B.[6]  FDA

18  concluded that glyphosate tolerant sugar beet "event H7-1 is not materially different in

19  composition, safety, or other relevant parameters from sugar beet now grown, marketed, and

20  consumed" and based on the data submitted, the agency considered the "consultation on

21  glyphosate tolerant sugar beet event H7-1 to be complete." *Id.* at 6.

22      13.     When an herbicide-tolerant crop, such as Roundup Ready sugarbeet, is developed,

23  allowing for a corresponding new in-crop (or "over the top") application of an agricultural

24  herbicide, EPA reviews data submitted to support the new herbicide use and determines whether

---

[3] 51 Fed. Reg. 23302 (June 26, 1986) (announcing Coordinated Framework for Regulation of Biotechnology).

[4] 7 U.S.C. §§ 136 *et seq.*

[5] 21 U.S.C. §§ 301 *et seq.*

[6] *See* http://www.cfsan.fda.gov/~rdb/bnfm090.html.

DECL. OF RONALD W. SCHNEIDER IN SUPPORT
OF MONSANTO MOT. TO INTERVENE

1  to amend the pesticide registration and approve new labeling under the Federal Insecticide,

2  Fungicide, and Rodenticide Act ("FIFRA")[7] recognizing the use of the herbicide on the new

3  herbicide-tolerant crop.

4        14.    The herbicide glyphosate, the active ingredient in Roundup pesticide, was

5  reregistered by EPA under FIFRA in 1993 based on the requisite finding that it will perform its

6  intended function without posing any unreasonable risk to health or the environment.  Following

7  EPA's review of the extensive data submitted, EPA amended the relevant registration and

8  labeling to allow for the application of glyphosate over the top of Roundup Ready sugarbeets.[8]

9  EPA granted this registration amendment under its "reduced risk pesticide" procedures.[9]

10  Expedited review was granted for this use, in part, due to glyphosate's lower toxicity and better

11  environmental profile compared to other herbicides traditionally applied to conventional

12  sugarbeet crops.[10]  Monsanto also obtained food safety "tolerances" from EPA under the FFDCA

13  for any residues of glyphosate that might be present on sugarbeets.  In order to take this action,

14  EPA found, as required, that these tolerances are safe.

15        15.    The Plant Protection Act[11] grants USDA the authority to regulate any plant that

16  could harm crops, public health or the environment.  Under this authority, USDA regulates

17  biotechnology-derived plants being field-tested under a permit and notification system to ensure

18  that these plants do not pose a plant pest risk.  USDA reviews plant safety data on

19  biotechnology-derived plants before the plants are tested in the field.  USDA reviews data

20  accumulated from years of field tests to determine whether the biotechnology-derived plant

21  poses a greater plant pest risk than conventionally-bred plants.  If the USDA makes a

22  determination that no greater risk is posed, the agency will make a "determination of non-

23  

24  ———————————
[7] 7 U.S.C. §§ 136 *et seq.*

25  [8] *See* March 31, 1999 Letter from EPA to Monsanto regarding amended label, attached here as Exhibit C.

26  [9] *See* June 16, 1998 Letter from EPA to Russell Schneider, Monsanto, regarding expedited review, attached as Exhibit D.

27  

28  [10] *See id.*

[11] 7 U.S.C. §§ 7701 *et seq.*

DECL. OF RONALD W. SCHNEIDER IN SUPPORT
OF MONSANTO MOT. TO INTERVENE

1  regulated status." Following such a determination, USDA will regulate the biotechnology-

2  derived plant no differently than any other conventionally bred plant.

3      16.    Based on extensive information and studies and independent review, on March 4,

4  2005, USDA determined that sugarbeet derived from Roundup Ready event H7-1, and any

5  progeny developed from hybridizations between H7-1 and a non-regulated or deregulated

6  sugarbeet, pose no greater plant pest risk than conventional sugar beets. In other words, USDA

7  concluded that there was no increased plant pest potential of Roundup Ready sugarbeet

8  populations and, other than the intentional change caused by the trait, the phenotype of

9  sugarbeets was not changed as a result of the introduction of the trait or the transformation

10  process. As a result, APHIS granted Roundup Ready sugar beets, and any progeny derived

11  therefrom, nonregulated status.

12                    **International Regulatory Approvals**

13      17.    Monsanto and KWS have obtained the appropriate regulatory approvals and

14  clearances to import food commodities derived from Roundup Ready sugarbeets for various uses

15  into Canada, Mexico, Japan, Republic of Korea, European Union, Australia, New Zealand,

16  Philippines, Colombia, Singapore and Russia. In addition, Canada has approved production of

17  Roundup Ready sugarbeets for food and feed uses. Roundup Ready sugar beets were approved

18  for food use in Canada by Health Canada (on August 31, 2005), the agency charged with

19  protection of human health and safety, and for animal feed use and cultivation by the Canadian

20  Food Inspection Agency (September 13, 2005), the agency charged with protection of animal

21  and plant health and safety. Production of Roundup Ready sugarbeet root and seed is permitted

22  in Canada. To date, no requests for regulatory approval have been denied.

23      18.    Five countries and regions account on average for 80% of the total metric tons of

24  food commodities derived from sugarbeets that are currently exported. Canada, Mexico, Japan,

25  European Union (EU) and Republic of Korea are the primary importers of food commodities

26  (crystalline sugar and derived food products) derived from sugarbeets, and Japan and the EU are

27  the primary importers of feed commodities derived from sugarbeets.

28

DECL. OF RONALD W. SCHNEIDER IN SUPPORT
OF MONSANTO MOT. TO INTERVENE

19.    Monsanto and KWS have provided notification to several Central American countries pursuant to those nations' requirements.   The notified countries include: El Salvador, Dominican Republic, Nicaragua, Guatemala, Panama and Honduras.  Monsanto and KWS are currently seeking regulatory approval from China for import of Roundup Ready sugarbeets in food products (feed imports would be covered by this food approval), from Colombia for feed import (approval for import in food products has already been received) and from Russia for feed products (the country just developed feed regulations, and Monsanto/KWS are in the process of preparing an application).

I declare, under penalty of perjury, that the forgoing is true and correct.

Executed this 17 day of April, 2008 in St. Louis, Missouri.

_____ /S/ Ronald W. Schneider
Ronald W. Schneider, B.S.

Attorney Signature Attestation

I, Holly J. Tate, counsel for Monsanto Company, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____ /S/ Holly J. Tate
Holly J. Tate

DECL. OF RONALD W. SCHNEIDER IN SUPPORT
OF MONSANTO MOT. TO INTERVENE

Exhibit A

# Curriculum Vitae

**Ronald W. Schneider**
Monsanto Company
800 N. Lindbergh Blvd.
St. Louis, MO 63167
(314) 694-3263

**Education:**    Quincy College, Quincy, IL, 1978 - 1982
B.S. Chemistry
B.S. Biological Sciences

**Professional Summary:**

My career at Monsanto over the past 25 years has encompassed a diversity of scientific disciplines, including seven years in Discovery-Synthetic Chemistry and Repreparative-Synthetic Chemistry, eight years in Environmental Sciences Chemistry, and nine years in Biotechnology Regulatory, where I presently reside in Biotechnology Regulatory Affairs. My current role in Biotechnology Regulatory Affairs is a Regulatory Affairs Manager holding the position of Team Lead – Agronomics Traits, leading a team that is responsible for developing global regulatory submission strategies to aggressively launch new genetically-modified traits in oilseeds biotech crop products.

**Work Experience:**

2007 to present, **Monsanto Company**, St. Louis, MO.

   **Team Lead – Agronomic Traits, Oilseeds Team**: Regulatory Affairs Manager within Biotechnology Regulatory Affairs. Responsible for leading a team that develops and coordinates global regulatory submission strategies to meet domestic and global novel food/feed submissions. Team members are directly responsible for the preparation of food, feed, and environmental submissions to U.S. EPA, FDA and USDA.

2001 to 2007, **Monsanto Company**, St. Louis, MO.

   **Regulatory Affairs Manager - Biotechnology Regulatory Affairs**: Responsible for developing and coordinating global regulatory submission strategies to meet domestic and global novel food/feed submissions. Directly responsible for the preparation of food, feed, and environmental submissions to U.S. EPA, FDA and USDA.

1999 to 2001, **Monsanto Agricultural Company**, St. Louis, MO.

   **Regulatory Technology Manager - Biotechnology Regulatory Affairs:** Responsible for the coordination of biotechnology studies and submission preparation necessary for global novel food/feed submissions to European Union, Canadian Food Inspection Agency, U.S. FDA and USDA.

1998 to 1999, **Monsanto Agricultural Company**, St. Louis, MO.

   **Project Coordinator - Biotechnology Regulatory Sciences**: Responsible for the coordination of biotechnology studies necessary for global novel food/feed submissions to European Union, Canadian Food Inspection Agency, U.S. FDA and USDA.

1990 to 1998, **Monsanto Agricultural Company**, St. Louis, MO.

**Environmental Sciences Chemist:** Conducted metabolism, residue chemistry and environmental fate studies to support the registration of agricultural products (including glyphosate, alachlor, acetochlor, and butachlor) with global regulatory agencies.

1982 to 1983 and 1984 to 1990, **Monsanto Agricultural Company**, St. Louis, MO.

**Synthetic Chemist:** Synthetically prepared and purified novel organic compounds with commercial levels of herbicidal, safener or disease control activity. Following my break in service to attend Veterinary Medicine School, I rejoined Monsanto in the Synthesis Repreparation group responsible for preparing large quantities, up to 10 kilograms, of highly active herbicide, safener, disease control agents and toxicology samples requiring a high degree of purity for advanced testing.

**Publications:**

Monsanto
- Author/co-author of 14 Monsanto reports for metabolism, residue and environmental fate studies.
- Sponsor of multiple (>50) Biotech Regulatory Sciences reports for biotech crop products.

External
- Obert, J.C., W.P. Ridley, R.W. Schneider, S.G. Riordan, M.A. Nemeth, W.A. Trujillo, M.L. Breeze, R. Sorbet, and J.D. Astwood. 2004. The composition of grain and forage from glyphosate tolerant wheat MON 71800 is equivalent to that of conventional wheat (*Triticum aestivum* L.). J. Agric. Food Chem., 52:1375-1384.

**Professional Organizations:**

American Chemical Society: 1982 - 1998

Exhibit B



# U.S. Food and Drug Administration



## CENTER FOR FOOD SAFETY AND APPLIED NUTRITION

FDA Home Page | CFSAN Home | Search/Subject Index | Q & A | Help

**CFSAN/Office of Food Additive Safety**
**August 7, 2004**

# Biotechnology Consultation Note to the File BNF No. 000090

**Date:** August 7, 2004

**Subject:** Glyphosate-tolerant sugar beet event H7-1

**Keywords:** sugar beet, *Beta vulgaris*, glyphosate, 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS), *Agrobacterium* sp. strain CP4, Roundup®, herbicide tolerant

## 1. Introduction

In a submission dated April 16, 2003, Monsanto Company (Monsanto) and KWS SAAT AG (KWS) (jointly the notifiers) submitted a safety and nutritional assessment of Roundup Ready® (glyphosate-tolerant) sugar beet event H7-1. The notifiers provided additional information in support of this safety and nutritional assessment on December 4, 2003. The notifiers concluded that food and feed derived from glyphosate-tolerant sugar beet event H7-1 are as safe and nutritious as food and feed derived from conventional varieties currently being marketed.

This current submission is in addition to a previously completed consultation for glyphosate-tolerant sugar beet event 77 in BNF 000056. Monsanto has previously completed consultations for other Roundup Ready® crops which are also tolerant to glyphosate. These other crops include bioengineered soybean (BNF 000001), canola (BNF 000020, BNF 000077), corn (BNF 000035, BNF 000051, BNF 000071), and cotton (BNF 000026).

## 2. Intended Effect

The intended effect of the genetic modification is to confer tolerance to the herbicide glyphosate [N-phosphonomethyl glycine], which is the active ingredient in Roundup®. Resistance is

conferred by the introduction of the enzyme 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) derived from *Agrobacterium* sp. strain CP4 into sugar beet. Glyphosate functions as a herbicide by inhibiting the endogenous EPSPS enzyme, which catalyzes a reaction necessary for the synthesis of aromatic amino acids. The EPSPS enzyme derived from *Agrobacterium* sp. strain CP4 that is introduced by the H7-1 transformation event has reduced affinity for glyphosate as compared with the native plant EPSPS enzyme. Therefore, the presence of the new enzyme in plant tissues prevents deleterious effects of glyphosate on aromatic amino acid synthesis in this transgenic sugar beet variety.

## 3. Genetic Modifications and Characterization

### 3.1 Parental Variety

The parental variety is a KWS proprietary multi-germ sugar beet line known as 3S0057.

### 3.2. Transformation plasmid

The notifiers constructed the double border, binary plasmid vector PV-BVGT08 for the transformation of sugar beet line 3S0057. The plasmid contains a single copy of the EPSPS expression cassette. The T-DNA region of PV-BVGT08 contains the following elements intended to be incorporated into the target sugar beet genome during the *Agrobacterium*-mediated transformation process.

| Name | Description |
|------|-------------|
| RB | Right Border Sequence derived from *Agrobacterium tumefaciens* |
| P-FMV | Modified figwort mosaic virus 35S promoter |
| *ctp2* | Chloroplast transit peptide sequence from the EPSPS gene from *Arabidopsis thaliana* |
| *cp4 epsps* | 5-enolpyruvylshikimate-3-phosphate synthase enzyme (EPSPS) gene derived from *Agrobacterium* sp. strain CP4 |
| E9 3' | Polyadenylation sequence from the *Pisum sativum rbc*S E9 gene |
| LB | Left Border Sequence derived from *Agrobacterium tumefaciens*. |

Plasmid PV-BVGT08 also contains several genes necessary for maintenance and selection of the plasmid in the intermediate host *Escherichia coli* that are not ultimately incorporated into the plant genome. Plasmid PV-BVGT08 contains both a vegetative and bacterial origin of replication that allow replication of the plasmid in both *A. tumefaciens* and *E. coli*. The plasmid contains the *aad* gene encoding the Tn7 AAD 3' adenyltransferase that provides resistance to spectinomycin and streptomycin. The plasmid also contains a sequence, known as *rop*, which represses the formation of RNA primer allowing maintenance and copy number control of the plasmid in *E. coli*.

The notifiers report that KWS sugar beet line 3S0057 was transformed with the T-DNA region

of the plasmid vector PV-BVGT08, resulting in the introduction of a single copy of the EPSPS expression cassette into the sugar beet genome. The notifiers confirmed the size of the insert as approximately 3.4 kilobase pairs. Transformed cells were selected by application of glyphosate.

### 3.3. Characterization, Stability, and Inheritance of the Introduced DNA

The notifiers used Southern blot analysis to characterize the DNA introduced in event H7-1. Genomic DNA from event H7-1 was digested with restriction enzymes and subjected to Southern blot analysis using radiolabeled DNA probes corresponding to different segments of the T-DNA and plasmid backbone. Based on this analysis, the notifiers conclude that event H7-1 contains a single copy of the EPSPS expression cassette. Components of the cassette (P-FMV, *ctp2*, *cp4 epsps*, E9 3') are intact. The notifiers also conclude that event H7-1 does not contain plasmid backbone sequences.

The notifiers used an inverse-PCR technique to identify the 5' and the 3' genomic DNA sequences that flank the integrated insert in the transformation event H7-1. This analysis showed that the integrated cassette contained a nearly complete Left Border sequence and was devoid of the Right Border sequence.

To examine the inheritance of the glyphosate tolerance trait, the notifiers conducted numerous crosses using conventional breeding techniques resulting in 27 breeding experiments over four generations. These studies indicate that the introduced trait (glyphosate tolerance) was stably inherited through generations and segregated according to the Mendelian inheritance pattern.

To ascertain whether the integrated DNA in event H7-1 was stably incorporated into the genome, the notifiers performed Southern blot analyses on genomic DNA from generational descendants (F2, F3, F4) of the original transformant. The notifiers state that these analyses demonstrate that the inserted DNA, containing the full-length EPSPS expression cassette, was stably integrated at a single locus in all progeny.

### 4. Introduced Substance - CP4 EPSPS Enzyme

#### 4.1. Identity, Function, and Characterization

The CP4 5-enolpyruvylshikimate-3-phosphate synthase expressed in sugar beet event H7-1 is a 47.6 kDa protein consisting of a single polypeptide of 455 amino acids. Native plant EPSPS enzymes are involved in the biosynthesis of aromatic amino acids that are necessary for growth and development of the plant. The CP4 EPSPS protein is similar in structure and function to native plant EPSPS enzymes, but has a much reduced affinity for glyphosate. Western blot analysis shows that CP4 EPSPS protein in event H7-1 leaf tissue and *E. coli* produced CP4 EPSPS protein are equivalent in molecular weight and are recognized by antibodies specific for the CP4 EPSPS protein.

#### 4.2. Expression Level and Exposure

Field trials were conducted at six locations in Europe in sugar beet producing regions. The event H7-1 sugar beets were treated with Roundup® herbicide. Samples of both brei (processed roots) and tops (leaves) were collected from each location and analyzed for their concentration

of CP4 EPSPS by a double-antibody sandwich ELISA using a mouse monoclonal anti-CP4 EPSPS antibody as the capture antibody and a goat polyclonal anti-CP4 EPSPS conjugated to horseradish peroxidase (HRP) as the detection antibody. The mean level of the CP4 EPSPS protein in top tissue was 161 µg/g with a range of 112-201 µg/g (fresh weight). The mean level of the CP4 EPSPS protein in brei was 181 µg/g with a range of 145-202 µg/g (fresh weight).

The notifiers conclude that the concentration of CP4 EPSPS protein in sugar beet H7-1 tissues is very low, and cite a publication documenting that refined sugar produced from sugar beets does not contain detectable levels of protein. Therefore, the notifiers have not calculated human exposure to CP4 EPSPS. The notifiers also describe the history of safe use of CP4 EPSPS expressed in other crops and the similarity between native plant EPSPS enzymes and CP4 EPSPS.

## 4.3. Assessment of Potential Toxicity

The notifiers describe an acute toxicity study conducted in mice where the mice were dosed by gavage with up to 572 mg/kg of CP4 EPSPS. The notifiers report that no adverse events were observed at any dose level.

The notifiers compared the amino acid sequence of CP4 EPSPS to protein sequences in the ALLPEPTIDES database using the FASTA algorithm. The notifiers report that no biologically relevant sequence similarities between CP4 EPSPS protein and known toxins were observed.

## 4.4 Assessment of Potential Allergenicity

The notifiers describe their assessment of the allergenic potential of CP4 EPSPS protein. The notifiers state that the CP4 EPSPS protein was derived from *Agrobacterium* sp. strain CP4 and that there have been no reports of allergy to *Agrobacterium* species. The notifiers searched the ALLERGEN3 database (compiled by Monsanto) containing sequences of known allergens and gliadin[1] for amino acid sequence homology to the CP4 EPSPS protein. The notifiers conclude that there was no immunologically significant amino acid sequence homology between the CP4 EPSPS protein and amino acid sequences of allergens in the ALLERGEN3 database.

The notifiers discuss two studies performed to assess the *in vitro* digestibility of CP4 EPSPS. In both studies, the CP4 EPSPS protein expressed in *E. coli* was used. In the first study, the CP4 EPSPS protein was exposed to simulated gastric and intestinal fluids that were prepared according to the U.S. Pharmacopoeia (1990). The degradation of the protein was assessed by western blot analysis. The half-life of the CP4 EPSPS protein was reported to be less than 15 seconds in the gastric fluid and less than ten minutes in the intestinal fluid (Harrison, et al., 1996).

In the second study, the *in vitro* digestibility of CP4 EPSPS was assessed in simulated gastric fluid (SGF) that contained a new formulation of the peptic enzyme pepsin. The degradation of CP4 EPSPS in SGF was assessed by the SDS-PAGE colloidal blue gel staining method, western blot analysis, and EPSPS enzymatic activity assay. The notifiers report that SDS-PAGE colloidal blue staining indicated that 98% of the CP4-EPSPS protein was digested within 15 seconds, with no degenerative bands observed. Western blot analysis indicated that greater than 95% of the CP4-EPSPS protein was digested within 15 seconds, and the enzymatic activity

assay indicated that the EPSPS activity was reduced to less than 10% of the initial activity within 15 seconds of exposure to SGF.

The notifiers further note that the CP4 EPSPS protein represents no more than 1.44% of the total protein in event H7-1 root samples on a dry weight basis and that sugar beet processing to refined sugar would remove all protein. The notifiers conclude that the CP4 EPSPS protein in event H7-1 is safe for human and animal consumption.

## 5. Food and Feed Uses of Sugar Beet

The main food use of sugar beet, *Beta vulgaris*, is for the extraction of sucrose from sugar beet root tissue through a process where the root tissue is extracted with water, followed by purification, evaporation, and separation of sucrose crystals by centrifugation. The final product is granular sugar. This process also yields sugar beet molasses and sugar beet pulp, which are often pelleted and used in animal feed. The leafy sugar beet "tops" are usually left in the field, but they may occasionally be fed to ruminant animals.

## 6. Compositional Analysis

To assess whether glyphosate tolerant sugar beet event H7-1 is as safe and nutritious as conventional sugar beet varieties currently consumed, the notifiers compared the composition of the hybrid lines containing event H7-1, produced through conventional breeding, to the composition of the corresponding non-transgenic, segregant control lines derived from the breeding process and eight commercial sugar beet varieties.

### 6.1. Overview of the Approach to Compositional Analysis

The notifiers collected sugar beet samples for compositional analyses from field trials conducted in 1999 at five locations in Europe in traditional sugar beet production areas (France, Germany, Italy, Spain and the United Kingdom). At each location, the hybrid plants containing event H7-1, the non-transgenic control plants, and eight commercial varieties were grown. Event H7-1 plants were treated with Roundup® herbicide during the growing season.

The notifiers analyzed tops (leaves) and brei (processed roots) using standard analytical methods or other suitable methods. These methods are briefly described in the notice. The notifiers provide analytical results as means and ranges from replicated samples from all test sites combined. The notifiers conducted the statistical analysis on the mean values to detect statistically significant differences between event H7-1 and its non-transgenic control at $p<0.05$. The notifiers also provide the mean values and ranges for the commercial varieties as well as published values. In a separate trial, the notifiers measured acid detergent fiber (ADF) and neutral detergent fiber (NDF) in brei in H7-1 and 5 non-bioengineered varieties of sugar beets.

### 6.2 Brei and Tops

The notifiers analyzed the samples of sugar beet tops and brei for the following components:

- Proximates: crude ash, crude fiber, crude fat, crude protein, dry matter and carbohydrates (by calculation)

- Amino acids
- Quality parameters (for brei only): percent sucrose (by polarization), invert sugar, sodium, potassium and alpha-amino nitrogen
- ADF and NDF

For brei, the notifiers report detecting no statistically significant differences in the mean levels of proximate components and quality parameters between event H7-1 and non-transgenic segregant controls. The notifiers did report detecting statistically significant differences between event H7-1 and non-transgenic controls in the levels of two out of eighteen amino acids analyzed, with alanine level being statistically significantly higher and glutamic acid level being statistically significantly lower in event H7-1 than the corresponding levels in non-transgenic controls. However, the notifiers note that the mean values for these two amino acids in event H7-1 fall within the ranges reported for both the non-transgenic control and commercial varieties. Therefore, the notifiers do not deem these differences to be biologically significant. In a separate trial, the notifiers measured ADF and NDF in H7-1 and 5 commercial non-bioengineered varieties of sugar beets and found that the values obtained for H7-1 were within the range of values measured in the commercial varieties. The notifiers conclude that brei from event H7-1 is compositionally equivalent to that of the non-transgenic control and other commercial sugar beet varieties.

For the top tissue, the notifiers report finding a statistically significant difference ($p<0.05$) between event H7-1 and non-transgenic controls in the levels of dry matter and four out of eighteen amino acids measured. The level of alanine in event H7-1 was statistically significantly higher and the levels of histidine, phenylalanine, and tyrosine were statistically significantly lower than the corresponding levels in non-transgenic controls. However, the notifiers note that the mean levels of dry matter and the four amino acids fall within the ranges reported for both the non-transgenic control and commercial varieties. Therefore, the notifiers do not deem these differences to be biologically significant. The notifiers conclude that the top tissue from event H7-1 is compositionally equivalent to that of the non-transgenic control and commercial sugar beet varieties.

## 6.3 Antinutrients and other components

The notifiers analyzed the root and top samples from event H7-1, the non-transgenic control, and the reference commercial varieties for saponins. Saponins are triterpenoid glycosides that occur naturally in many plant foods such as legumes, potatoes, tea and sugar beet. Saponins have a bitter taste and can act as a deterrent to foraging. The notifiers report that the saponin levels in event H7-1 tissues were not statistically significantly different from the levels in non-transgenic controls and were comparable to the levels in the tissues of the commercial reference varieties.

## 7. Conclusions

The notifiers conclude that glyphosate tolerant sugar beet event H7-1 is not materially different in composition, safety, or other relevant parameters from sugar beet now grown, marketed, and consumed. At this time, based on the notifiers' data and information, the agency considers the notifiers' consultation on glyphosate tolerant sugar beet event H7-1 to be complete.

Case 3:08-cv-00484-JSW    Document 33-3    Filed 04/17/2008    Page 8 of 8

/s/
Richard E. Bonnette

[1]Gliadin is a protein found in wheat and other grass family grains. Exposure to gliadin may cause or exacerbate celiac disease (gluten-sensitive enteropathy), an immunologically-mediated disease, in genetically predisposed persons.

Biotechnology   |   Products: Completed Consultations

CFSAN Home | CFSAN Search/Subject Index | CFSAN Disclaimers & Privacy Policy | CFSAN Accessibility/Help
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA

FDA/Center for Food Safety & Applied Nutrition
Hypertext updated by jmf/rxm September 22, 2004

Exhibit C

REC'D APR 0 1 1999



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

MAR 3 1 1999

Ms. Annette M. Kirk
Monsanto Company
600 13th Street, NW. Suite 660
Wa hington, DC 20005

OFFICE OF
PREVENTION, PESTICIDES AND
TOXIC SUBSTANCES

Dear Ms. Kirk:

Subject: Roundup Ultra Herbicide (Add Postemergence Application
to Canola and Sugar beets with the Roundup Ready Gene)
EPA Registration No. 524-475
Your Labels Submitted January 29, 1999

The labeling referred to above, submitted in connection with
r gistration under Section 3(c)(7)(B) of the Federal Insecticide,
Fungicide, and Rodenticide Act (FIFRA), is acceptable provided
that you:

1. Submit data to demonstrate that the gene will not move into
other plants. Monsanto must submit a monitoring plan to fulfill
this requirement. The plan must consist of monitoring of weed
(via scientific analysis) in the margins of treated fields to see
if they have the gene. A protocol for this plan must be submitted
by October 31, 1999.

2. Submit data to demonstrate that the amount of pesticide used
does not increase as a result of the use of canola and Sugar
b ets with the Roundup Ready Gene.

3. Submit data to demonstrate whether the uses will have an
 ffect on agricultural use practices, i.e., reduced tillage or
no-till practices.

4. Submit/cite all data required for registration/reregistration
of your product under FIFRA section 3(c)(5) or 4(a) when the
Agency requires all registrants of similar products to submit
such data.

5. Submit production information (pounds or gallons produced) for
this product for the fiscal year in which the uses on <u>canola and
Sugar beets with the Roundup Ready Gene</u> are  conditionally
registered, in accordance with FIFRA section 29. The fiscal y ar
begins October 1 and ends September 30. Production information
will be submitted to the Agency not later than November 15,
following the end of preceding fiscal year.

Thi  information  hould b   ubmitt d to



AA036571

-2-

U.S. Environmental Protection Agency
Office of Pesticide Programs (7504C)
Document Processing Desk
401 M Street SW., CM #2
Washington, DC 20460

3. Submit three(3) copies of your final printed labeling before you release the product for shipment.

If these conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA section 6 (e). Your release for shipment of this product bearing the amended labeling constitutes acceptance of these conditions.

A  tamped copy of labeling is enclosed for your records.

Sincerely,

James A. Tompkins
Product Manager 25
Herbicide Branch
Registration Division (7505C)

# SUPPLEMENTAL LABELING

READ THE ENTIRE LABEL FOR ROUNDUP ® ULTRA HERBICIDE BEFORE
PROCEEDING WITH THE USE DIRECTIONS CONTAINED IN THIS SUPPLEMENTAL
LABELING.

"Label" as used in this supplemental labeling refers to the label booklet for Roundup Ultra and
this supplement.

## ROUNDUP ® ULTRA
### Herbicide by Monsanto

### EPA Reg. No. 524-475

---

### FOR CANOLA WITH THE ROUNDUP READY® GENE

---

Keep out of reach of children.

## CAUTION!

In case of an emergency involving this product, Call Collect, day or night, 314-694-4000.

---

® Roundup and Roundup Ready are registered trademarks of Monsanto Company.

---

### DIRECTIONS FOR USE

---

It is a violation of Federal law to use this product in any manner inconsistent with its labeling.

This label must be in the possession of the user at the time of application.

See "GENERAL INFORMATION" and "MIXING" sections of the label booklet for Roundup Ultra herbicide for
essential product performance information.

## General Information

---

**MONSANTO COMPANY RECOMMENDS USE OF THIS PRODUCT
ONLY ON CANOLA WHICH CONTAINS THE ROUNDUP READY
GENE.**

~~DO NOT USE THIS PRODUCT ON CANOLA UNLESS IT CONTAINS
THE ROUNDUP READY GENE AND HAS BEEN PLANTED NORTH
OF INTERSTATE 64 AND WEST OF INTERSTATE 65.~~

<u>**DO NOT USE THIS PRODUCT ON CANOLA WITH THE ROUNDUP READY GENE PLANTED IN THE FOLLOWING STATES: ALABAMA, DELAWARE, FLORIDA, GEORGIA, KENTUCKY, MARYLAND, NEW JERSEY, NORTH CAROLINA, SOUTH CAROLINA, TENNESSEE, VIRGINIA AND WEST VIRGINIA.**</u>

- Applying this product to canola which is not designated as Roundup Ready will result in severe crop injury and yield loss. Avoid contact with foliage, green stems, or fruit of crops, or any desirable plants which do not contain the Roundup Ready gene since severe injury or destruction will result.

- The Roundup Ready designation indicates the canola contains a patented gene which provides tolerance to this herbicide. Information on Roundup Ready canola may be obtained from your seed supplier or Monsanto representative.

### USE RECOMMENDATIONS

This product will control many troublesome emerged weeds when applied preplant, preemergent and/or with over-the-top applications in Roundup Ready canola. Allow a minimum of 60 days between last application and canola harvest.

| Maximum Allowable Combined Application Quantities Per Season | |
|---|---|
| 1. Preplant and preemergence applications | 2 quarts/A |
| 2. Total in-crop application from emergence to 6 leaf | 2 quarts/A |

<u>For ground applications</u> with broadcast equipment, apply this product in 5 to 20 gallons of spray solution per acre. Carefully select proper nozzle and spray pressure to avoid spraying a fine mist. For best results with ground application equipment use flat fan nozzles. Check for even distribution of spray droplets.

<u>For aerial applications</u> apply this product in 3 to 15 gallons of water per acre.

DO NOT EXCEED A MAXIMUM RATE OF 1 QUART PER ACRE OF THIS PRODUCT WHEN MAKING APPLICATIONS BY AIR. AVOID DRIFT. EXTREME CARE MUST BE USED WHEN APPLYING THIS PRODUCT TO PREVENT INJURY TO DESIRABLE PLANTS AND CROPS WHICH DO NOT CONTAIN THE ROUNDUP READY® GENE. DO NOT APPLY DURING LOW-LEVEL INVERSION CONDITIONS, WHEN WINDS ARE GUSTY OR UNDER ANY OTHER CONDITIONS WHICH FAVOR DRIFT. DRIFT MAY CAUSE DAMAGE TO ANY VETETAION CONTACTED TO

WHICH TREATMENT IS NOT INTENDED. TO PREVENT INJURY TO ADJACENT DESIRABLE VEGETATION, APPROPRIATE BUFFER ZONES MUST BE MAINTAINED.

Do not allow the herbicide solution to mist, drip, drift or splash onto desirable vegetation since minute quantities of this product can cause severe damage or destruction to the crop, plants or other areas on which treatment was not intended. The likelihood of injury occurring from the use of this product increases when winds are gusty, as wind velocity increases, when wind direction is constantly changing or when there are other meteorological conditions that favor spray drift. When spraying, avoid combinations of pressure and nozzle type that will result in splatter or fine particles (mist) which are likely to drift. AVOID APPLYING AT EXCESSIVE SPEED OR PRESSURE.

Coarse sprays are less likely to drift; therefore, do not use nozzles or nozzle configurations which dispense spray as fine spray droplets. Do not angle nozzles forward into the airstream and do not increase spray volume by increasing nozzle pressure.

**There are no rotational crop restrictions following applications of this product.**

Sprayer Preparation: It is important that sprayer and mixing equipment be clean and free of pesticide residue before making applications of this product to Roundup Ready canola. Follow the cleaning procedures specified on the label of the product(s) previously used. Canola can be very sensitive to many herbicides at extremely low concentrations and care should be taken to thoroughly clean all equipment prior to use.

**Preplant or Preemergent applications:** This product may be applied by aerial or ground application equipment prior to planting or emergence of canola. The maximum combined application rate from all preplant and preemergent applications should not exceed 2 quarts per acre per season.

NOTE: Always plant into a weed free seedbed. In no-till and stale seedbed systems, always use a burndown treatment to control existing weeds before canola emerges. Apply a preplant burndown treatment of 16-32 fluid ounces per acre of this product.

**Over-the-top applications:** This product may be applied by aerial or ground application equipment postemergence to Roundup Ready canola from emergence through the six leaf stage of development. To maximize yield potential spray canola early to eliminate competing weeds. Any single over-the-top broadcast application should not exceed 1 quart per acre. No more

than two over-the-top broadcast applications may be made from crop
emergence through the six leaf stage of development. Sequential over-the-top
applications of this product must be at least 10 days apart.

**Weeds controlled.** For specific rates of application and instructions for
control of various annual and perennial weeds, refer to the Roundup Ultra
label booklet.

Tank mixtures with other herbicides, insecticides, or fungicides may result in
reduced weed control or crop injury and are not recommended for over-the-top
applications of this product.

Some weeds with multiple germination times or suppressed (stunted) weeds
may require sequential applications of this product for control. The second
application should be made after some regrowth has occurred and at least 10
days after a previous application of this product.

This product will control or suppress, most perennial weeds. For some
perennial weeds, repeat applications may be required to eliminate crop
competition throughout the growing season.

Read the "Limit of Warranty and Liability" in the label booklet for Roundup Ultra
herbicide before using. These terms apply to this supplemental labeling and if these
terms are not acceptable, return the product unopened at once.

© Monsanto Company 19998                              MAP

MONSANTO COMPANY
ST. LOUIS, MISSOURI 63167



ACCEPTED

MAR 3 1 1999

Under the Federal Insecticide,
Fungicide, and Rodenticide Act,
as amended, for the pesticide
registered under
EPA Reg. No 524-475



# SUPPLEMENTAL LABELING

READ THE ENTIRE LABEL FOR ROUNDUP ® ULTRA HERBICIDE BEFORE PROCEEDING WITH THE USE DIRECTIONS CONTAINED IN THIS SUPPLEMENTAL LABELING.

"Label" as used in this supplemental labeling refers to the label booklet for Roundup Ultra and this supplement.

## ROUNDUP ® ULTRA
Herbicide by Monsanto

### EPA Reg. No. 524-475

---

FOR POSTEMERGENCE APPLICATIONS TO SUGAR BEETS WITH THE ROUNDUP READY ® GENE

---

Keep out of reach of children.

## CAUTION!

In case of an emergency involving this product, Call Collect, day or night, 314-694-4000.

---

® Roundup  and Roundup Ready are registered trademarks of Monsanto Company.

---

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in any manner inconsistent with its labeling.

This label must be in the possession of the user at the time of application.

AVOID CONTACT OF HERBICIDE WITH FOLIAGE, GREEN STEMS, EXPOSED NON-WOODY ROOTS OR FRUIT OF CROPS, DESIRABLE PLANTS AND TREES, BECAUSE SEVERE INJURY OR DESTRUCTION MAY RESULT.

See "GENERAL INFORMATION" and "MIXING" sections of the label  booklet for Roundup Ultra herbicide for essential product performance information.

## GENERAL INFORMATION

MONSANTO COMPANY RECOMMENDS USE OF THIS PRODUCT ONLY ON SUGAR BEETS WHICH HAVE THE ROUNDUP READY GENE.

■ Applying this product to sugar beets which are not designated as Roundup Ready will result in severe crop injury and yield loss. Avoid contact with foliage, green stems, or fruit of crops, or any desirable plants which do not contain the Roundup Ready gene since severe injury or destruction will result.

■ The Roundup Ready designation indicates that the sugar beets contains a patented gene which provides tolerance to Monsanto's Roundup brand herbicides. Information on Roundup Ready sugar beets may be obtained from your seed supplier or Monsanto representative.

## USE RECOMMENDATIONS

For application prior to planting and emergence refer to the Roundup Ultra Label.

This product will control many troublesome emerged weeds with over-the-top applications in Roundup Ready sugar beets. Allow a minimum of 30 days between last application and sugar beet harvest.

For ground applications with broadcast equipment, apply this product in 5 to 40 gallons of spray solution per acre.. Carefully select proper nozzle and spray pressure to avoid spraying a fine mist. For best results with ground application equipment use flat fan nozzles. Check for even distribution of spray droplets.

For aerial application: Use the recommended rates of this product in 3 to 15 gallons of spray solution per acre.

DO NOT EXCEED ONE QUART OF THIS PRODUCT PER ACRE. FOR AERIAL APPLICATION IN CALIFORNIA, REFER TO THE FEDERAL SUPPLEMENTAL LABEL FOR AERIAL APPLICATION IN THAT STATE. AVOID DRIFT. EXTREME CARE MUST BE USED WHEN APPLYING THIS PRODUCT TO PREVENT INJURY TO DESIRABLE PLANTS AND CROPS WHICH DO NOT CONTAIN THE ROUNDUP READY GENE. DO NOT APPLY DURING LOW-LEVEL INVERSION CONDITIONS, WHEN WINDS ARE GUSTY OR UNDER ANY OTHER CONDITION WHICH FAVORS DRIFT. DRIFT MAY CAUSE DAMAGE TO ANY VEGETATION CONTACTED TO WHICH TREATMENT IS NOT INTENDED. TO PREVENT INJURY TO ADJACENT DESIRABLE VEGETATION, APPROPRIATE BUFFER ZONES MUST BE MAINTAINED.

Do not allow the herbicide solution to mist, drip, drift or splash onto desirable vegetation since minute quantities of this product can cause severe damage or

destruction to the crop, plants or other areas on which treatment was not intended. The likelihood of injury occurring from the use of this product increases when winds are gusty, as wind velocity increases, when wind direction is constantly changing or when there are other meteorological conditions that favor spray drift. When spraying, avoid combinations of pressure and nozzle type that will result in splatter or fine particles (mist) which are likely to drift. AVOID APPLYING AT EXCESSIVE SPEED OR PRESSURE.

Coarse sprays are less likely to drift; therefore, do not use nozzles or nozzle configurations which dispense spray as fine spray droplets. Do not angle nozzles forward into the airstream and do not increase spray volume by increasing nozzle pressure.

<u>Sprayer Preparation</u>: It is important that sprayer and mixing equipment be clean and free of pesticide residue before making applications of this product to Roundup Ready Sugar Beets. Follow the cleaning procedures specified on the label of the products(s) used. Sugar Beets can be very sensitive to many herbicides at extremely low concentrations and care should be taken to thoroughly clean all equipment prior to use.

Up to 4 sequential applications of this product may be made with at least 10 days between applications.

|  | Growth Stage | |
| --- | --- | --- |
|  | emergence to 8 leaf | 8 leaf to canopy closure |
| <u>Maximum per acre</u> Roundup Ultra Quantity (Qts) | 2.5 | 2 |
| Maximum per application Roundup Ultra Quantity (Qts) | 1.5 | 1 |

Do not apply a total of more than 2.5 quarts per acre prior to the 8 leaf stage.

Do not apply a total of more than 2 quarts per acre between the 8 leaf stage and canopy closure.

**There are no rotational crop restrictions following applications of this product. For any crop NOT listed in the label booklet (refer to the "CROPS" section of the label booklet for Roundup Ultra), applications must be at least 30 days prior to planting.**

**<u>Over-the top applications</u>: This product may be applied postemergent to Roundup Ready sugar beets from emergence to 30 days prior to harvest. To maximize yield potenti l spray sugar beets early to**

eliminate competing weeds. Sequenti l over-the-top applications of this product should be at least 10 days apart.

**Weeds controlled.** For specific rates of application and instructions for control of various annual and perennial weeds, refer to the Roundup Ultra label booklet.

Tank mixtures with other herbicides, insecticides, or fungicides may result in reduced weed control or crop injury are NOT recommended for over-the-top applications of this product.

Ammonium sulfate may be mixed with this product for applications to Roundup Ready sugar beets. Refer to the "Mixing" section of the label booklet for use instructions for ammonium sulfate.

Some weeds with multiple germination times or suppressed (stunted) weeds may require a second application of this product for complete control. The second application should be made after some regrowth has occurred and at least 10 days after a previous application of this product.

This product will control or suppress, most perennial weeds. For some perennial weeds, repeat applications may be required to eliminate crop competition throughout the growing season.

R ad the "Limit of Warranty and Liability" in the label booklet for Roundup Ultra h rbicide before using. These terms apply to this supplemental labeling and if th s t rms are not acceptable, return the product unopened at once.

© Monsanto Company 1999                                   MAP

MONSANTO COMPANY
ST. LOUIS, MISSOURI 63167



**ACCEPTED**

MAR 3 1 1999

Under the Federal Insecticide, Fungicide, and Rodenticide Act, as amended, for the pesticide registered under
EPA Reg. No 524-475



Exhibit D



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
PREVENTION, PESTICIDES
AND TOXIC SUBSTANCES

Russell Snyder
Monsanto Company
700 14th Street, NW
Suite 1100
Washington, DC, 20005

June 16, 1998

Dear Mr. Snyder

We are pleased to inform you that following your June 16, 1998 presentation, the Office of Pesticide's Reduced Risk Committee has approved Monsanto's application for expedited review of extending the registered use pattern of Roundup to include applications of Roundup Ultra to Roundup-Ready corn, canola and sugar beets.

Approving expedited review does not imply that OPP has designated this use as "low risk" in any formal regulatory context. Instead, it reflects the results of OPP's preliminary evaluation of the information you presented indicating that Roundup Ultra applied to Roundup-Ready corn, canola and sugar beets can reduce use of other, higher-risk, herbicides. The expedited review process will provide an earlier registration decision.

If you have any questions, please contact Lisa Jones of my staff at (703) 308-9424.

Sincerely,

James Tompkins
Team Leader, PM-25