LOWELL M. ROTHSCHILD (DC Bar No. 476826)
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4065; Facsimile: 202.344.8300
lmrothschild@venable.com

TIMOTHY J. GORRY  (CA SBN 143797)
CHRISTOPHER T. WILLIAMS  (CA SBN 171907)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:310.229.9922; Facsimile: 310.229.9901
tjgorry@venable.com

NANCY BRYSON (Pro Hac Vice Motion Pending)
THE BRYSON GROUP, PLLC
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4731; Facsimile: 202.344.4028
nbryson@agfoodlaw.com

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, <br><br> Defendants, <br><br> and <br><br> SYNGENTA SEEDS, INC., <br><br> Proposed Defendant-Intervenor. | Case No: 3:08-cv-00484-JSW <br><br> **PROPOSED DEFENDANT-INTERVENOR SYNGENTA SEEDS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> (Civ. L.R. 3-16) <br><br> Judge: Hon. Jeffrey S. White |

**CASE NO. 3:08-cv-00484-JSW
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Entities listed in Syngenta Seeds, Inc.'s concurrently filed Nongovernmental Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

   a. Syngenta Corporation, incorporated in Delaware (parent corporation);

   b. Syngenta U.S. Holdings, Inc., incorporated in Delaware (parent corporation);

   c. Seeds JV CV B.V., a Dutch limited partnership (parent);

   d. Syngenta Seeds B.V., incorporated in the Netherlands (parent corporation);

   e. Syngenta Participations AG, incorporated in Switzerland (parent corporation); and

   f. Syngenta AG, incorporated in Switzerland (parent corporation);

2. Monsanto Company (Roundup Ready Sugar Beet patent holder);

3. KWS (Roundup Ready Sugar Beet seed producer and distributor);

4. Betaseed, Inc. (Roundup Ready Sugar Beet seed producer and distributor);

5. ACH Seeds, Inc. (Roundup Ready Sugar Beet seed producer and distributor);

6. SESVanderHave (Roundup Ready Sugar Beet seed producer and distributor);

---

**CASE NO. 3:08-cv-00484-JSW**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

- 2 -

      a. VanderHave (U.S. brand of SESVanderHave);

7. Holly Hybrids (Roundup Ready Sugar Beet seed producer and distributor);

8. Seedex, Inc. (Roundup Ready Sugar Beet seed producer and distributor);

9. Numerous sugar beet growers and processors who intend to plant and process Roundup Ready Sugar Beets.

Dated: April 17, 2008

Respectfully submitted,

/s/ Lowell M. Rothschild
LOWELL M. ROTHSCHILD
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004-1601
Phone: 202.344.4065; Fax: 202.344.8300
lmrothschild@venable.com

TIMOTHY J. GORRY
CHRISTOPHER T. WILLIAMS
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:310.229.9922; Facsimile: 310.229.9901
tjgorry@venable.com

NANCY BRYSON (Pro Hac Vice Motion Pending)
THE BRYSON GROUP, PLLC
575 7th Street N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4731; Facsimile: 202.344.4028
nbryson@agfoodlaw.com

Attorneys for Proposed Defendant-Intervenor
SYNGENTA SEEDS, INC.

---

**CASE NO. 3:08-cv-00484-JSW**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**