Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending*)
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>    Defendants,<br><br>    vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>    Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>    Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**DECLARATION OF MARK WETTSTEIN IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE:** June 6, 2008<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** 2, 17th Floor<br>**JUDGE:** Hon. Jeffrey S. White |

HOWREY LLP    DECLARATION OF MARK WETTSTEIN IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE


**DECLARATION OF MARK WETTSTEIN**

I, Mark Wettstein, declare as follows:

1. I reside at 3680 Alameda Drive, Ontario, OR, 97914. I am Vice President of the Nyssa Nampa Beet Growers Association ("Association") and I have been farming sugarbeets since approximately 1968. My family has been sugarbeet growers since 1946. The Association has 230 members and farms approximately 31,000 acres of sugarbeets annually. The Association and I, individually, are members of the American Sugarbeet Growers Association which is a national trade association representing the interests of sugarbeet growers like me. I farm approximately 1,300 acres of which 300 acres are planted in sugarbeets. In addition to sugarbeets, I also farm onions, Roundup Ready corn and wheat. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below.

2. I am a shareholder of the Snake River Sugar Company ("Snake River") which has effective control of the Amalgamated Sugar Company LLC ("Amalgamated"). Amalgamated is a sugarbeet grower controlled cooperative that has 3 sugar refineries located in Idaho. I paid $475 per share for 300 shares of Snake River and I am required to produce 300 acres of sugarbeets annually to Amalgamated for processing. Today the value of my shares in Snake River is approximately $475 per share. By contract, if I am unable to farm sugarbeets annually in all of my 300 acres for which I own shares of Snake River, I am subject to forfeiture of my shares for those acres that I do not farm sugarbeets.

3. Roundup Ready sugarbeet seed first became available to me for commercial order in December 2007. I ordered 100% Roundup Ready sugarbeet seed for 2008 and I have completed planting seed for the 2008 growing season.

4. I purchased all of my sugarbeet seed in Roundup Ready this year because weed control is one of the most difficult crop management problems that I face in growing sugarbeets. In my growing fields a lack of superior weed control will significantly reduce sugarbeet yield, both in tons and sugar content, and significantly reduce crop revenues. Amalgamated has projected and I anticipate that the use of Roundup will increase my yield per acre of sugarbeets by 25% to 50%. I project that

even a 25% increase in yield from using Roundup Ready sugarbeet seed will increase my annual gross revenue by at least $97,000 dollars.

5. Roundup Ready is an economic necessity for me because of a special weed control issue that I face in my growing fields. The weeds Dotter and Nut-Sedge infect my sugarbeet fields. Nut Sedge creates millions of seeds and begins to grow when the sugarbeet plants are very small. Dotter looks like angel-hair and wrap themselves around sugar beet plants, effectively choking them. Dotter is prolific covering a large area in 3-4 weeks. In areas where Dotter grows, it will reduce sugarbeet yields of between 30% -80%. I averaged 40+ tons of sugar beets per acre last year but in fields that were infected with Dotter, I only averaged 25 tons/acre. Weed control is very expensive. Hand-removal is prohibitively expensive and its effectiveness is marginal. Appropriate herbicides other than Roundup don't work effectively on Dotter. However Roundup knocks Dotter flat. In my fields Roundup Ready sugarbeet seed is necessary to my financial ability to continue to farm sugarbeets.

6. I purchase herbicides early in the growing season because it is cheaper to purchase these products at this time. Roundup has already replaced my usual suite of herbicides which includes Upbeat, Progress and Stinger. I find that Roundup works more effectively in controlling weeds in my sugarbeet fields. It is much more flexible than the other herbicides that I use, meaning that it is effective in a variety of weather and moisture conditions and it does not appear to stress the sugarbeet plants. Other herbicides are most effective only in ideal conditions of just the right temperature and moisture whereas I have observed that Roundup is easy to use and effective within a greater range of temperature and moisture conditions. After application of other herbicides, the sugarbeet plants show signs of stress including a slight yellow color. I also observe that other herbicides tend to stunt the growth of the sugarbeet plant. This is not so with Roundup.

7. I have a substantial investment in sugarbeets. I have equipment and shares valued at over $250,000 that would become worthless unless I am able to productively farm sugarbeets.

8. I have limited options and great financial risk if Roundup Ready becomes unavailable. Based upon my knowledge of sugarbeet growing, the parent seed that will produce the sugarbeet crop

DECLARATION OF MARK WETTSTEIN IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

is planted approximately two years in advance. I understand that for 2009 seed was planted in 2007 and seed for 2010 will be planted later this summer. I am concerned that most growers I know in the Association ordered all Roundup Ready sugarbeet seed, so there could be insufficient conventional seed in the varieties that I need if Roundup Ready seed becomes unavailable. I cannot use any type of sugarbeet seed; I need 4 particular varieties which are bred specially to control *Rhizomania* and other infirmities. If there becomes an unavailability of the correct varieties of sugarbeet seed I need, my substantial investment in sugarbeet equipment (such as harvesters, sprayers, defoliators and planters) as well as my investment in Amalgamated will be threatened. If I cannot plant sugarbeets in 2009 or 2010 due to the unavailability of seed in my needed varieties, I would be subject to a penalty of more than $ 105,000 dollars or worse still I could be forced to forfeit all my shares in the Cooperative and lose my investment entirely.

9. Sugarbeets are bi-annual and only go to flower in the second year. However, sugarbeets do not over-winter in my area of eastern Oregon because of the cold winters. Bolters are easily recognizable because they are much taller than the sugarbeet canopy. If I ever saw a bolter, I would immediately destroy it and its root system.

10. I also rotate my other crops in my growing fields. By contract with Amalgamated, I must have a four year rotation of sugarbeets with my other crops, which means that I cannot grow sugarbeets in the same fields in successive years. This rotation practice cuts off any potential cross-pollination with other crops. Moreover, I do not grow chard or red table beets nor do I know any sugarbeet farmer that does.

11. I have considerable experience already with Roundup Ready crops. I am in my fourth year of farming Roundup Ready corn. I have practiced stewardship best practices that have eliminated for me any weed resistance issues. I have not had any weed resistance issue with Roundup in the years that I have been planting Roundup Ready crops. For example, I have undergone considerable training for Roundup Ready planting with Monsanto. I have attended Amalgamated sponsored training sessions that include Universities of Idaho and Oregon instructors as well as studied Monsanto's materials on the use of Roundup on weed management practices. I know to use Monsanto's

recommended application practices and to tank mix other herbicides for difficult weeds with Roundup during the normal Roundup Ready application schedule. I have not used more frequent applications of Roundup than what Monsanto calls for in its instructions. I intend only two applications of Roundup in each sugarbeet growing season, one when a few leaves become visible and the other before the canopy forms.

   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 17th day of April, 2008 in Ontario, OR.

                       /s/ Mark Wettstein

                       Mark Wettstein

-5-
DECLARATION OF MARK WETTSTEIN IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

HOWREY LLP

1  Joanne Lichtman (State Bar No. 137300)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California 90071
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  Email: lichtmanj@howrey.com

5  Gilbert S. Keteltas  (*Pro Hac Vice pending*)
   John F. Bruce (*Pro Hac Vice pending*)
6  Christopher H. Marraro (*Pro Hac Vice pending*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610

9  *Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Defendants,<br><br>vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**ATTORNEY SIGNATURE ATTESTATION FOR DECLARATIONS FILED IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE: June 6, 2008**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 2, 17th Floor**<br>**JUDGE: Hon. Jeffrey S. White** |

I, Joanne Lichtman, Counsel for Proposed Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, Amalgamated Sugar Company, Western Sugar Cooperative and Wyoming Sugar Company (collectively, "Grower/Processor Intervenor-Defendants), hereby attest that I have on file holograph signatures for any signatures indicated by a "conformed" signature ("/s/") filed in support of the Motion to Intervene of Grower/Processor Intervenor-Defendants.

Dated: April 17, 2008                                   /s/ Joanne Lichtman_____
                                                        Joanne Lichtman

HOWREY LLP

-1-
ATTORNEY SIGNATURE ATTESTATION