Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending*)
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>    Defendants,<br><br>    vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>    Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>    Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**DECLARATION OF DAVID BERG IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE: June 6, 2008**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 2, 17th Floor**<br>**JUDGE: Hon. Jeffrey S. White** |

**DECLARATION OF DAVID BERG**

I, David Berg, declare as follows:

1. I am the President and Chief Executive Officer of American Crystal Sugar Company. I joined American Crystal in 1987 and have held the following positions in the company: Manager of Economic Research, Manager of Marketing & Analysis, Director of Market Information, Vice President – Strategic Planning, Vice President – Business Development, Vice President – Administration, Vice President – Agriculture, and Vice President – Operations. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below.

2. American Crystal is an agricultural cooperative specializing in the production of sugar and related agri-products, including sugar, sugarbeet pulp, molasses, concentrated separated by-product (CSB), betaine and seed. American Crystal is the largest beet sugar producer in the United States and produces and sells about 20 percent of America's grown sugar. American Crystal operates sugar factories in Crookston, East Grand Forks, and Moorhead, Minnesota; Drayton and Hillsboro, North Dakota; and in Sidney Montana, through its wholly-owned subsidiary Sidney Sugars Incorporated. Together, in October 2007, these factories had 799 campaign and harvest employees and 1,367 full time employees.

3. American Crystal is owned by nearly 2,900 grower-owners who, in 2007, raised approximately 500,000 acres of sugarbeets in the Red River Valley of Minnesota and North Dakota. The harvest of our grower-owners' sugarbeet crop grown during 2006 and processed during 2007 and 2008 produced 12.5 million tons of sugarbeets, or approximately 25.4 tons per acre. The sugar content of the crop was 18.0 percent and the Company produced approximately 34 million hundredweight of sugar from the 2006 crop.

4. Each grower-owner has preferred stock in the cooperative in proportion to the grower's planted sugarbeet acreage. The preferred shares constitute a right and obligation to deliver sugarbeets to American Crystal. If an American Crystal grower-owner does not plant his acreage, the cooperative

can assess liquidated damages against that grower equivalent to the cooperative's fixed costs for the acres that should have been produced.

5. American Crystal and Sidney Sugars are members of the United States Beet Sugar Association (USBSA), a proposed intervenor in this lawsuit. I serve on USBSA's Board of Trustees along with the representatives of seven other beet sugar companies that operate 22 processing factories in nine states. Together, we produce refined sugar from sugarbeets grown by about 10,000 family farmers on approximately 1.3 million acres in eleven states. Under its articles of incorporation, USBSA's expressed purposes include the collection and distribution of authentic information concerning the sugar industry, encouraging the interchange of ideas, and promoting the honorable, economic and efficient conduct of the beet sugar industry in the United States. USBSA represents the interests of sugarbeet processors before the Legislative and Executive branches.

6. American Crystal also has a seed business. Crystal Beet Seed – an operating division of American Crystal – partners with KWS (a German seed company) and its U.S. subsidiary, Betaseed. KWS owns the basic germplasm from which new seed varieties are bred. KWS develops seed varieties in Germany.

7. Each year, our Crystal Beet Seed division and Betaseed choose from a list of newly-available varieties that are genetically distinct from any variety that has been commercially available before. The selection process has been called a draft, where Crystal and Betaseed take turns choosing individual varieties from the list. Following the selection process, KWS provides "stock seed" which is taken to West Coast Beet Seed (WCBS) – a seed multiplier in Salem, Oregon. Crystal works with WCBS to plant, grow, and do basic processing of the seed grown from the stock seed. The raw seed from WCBS is brought to American Crystal's facility in Moorhead where final processing (cleaning, sizing, coating with fungicides, and packaging for sale) is done. Crystal Beet Seed staff oversees the sales and distribution of this seed throughout the American Crystal growing area. Our grower-owners are not limited to purchasing American Crystal Beet Seed. They can select any seed that has been approved by American Crystal's Seed Committee. American Crystal's approved variety list currently contains varieties from six seed companies.

8. On December 4, 2004, American Crystal submitted comments to the U.S. Department of Agriculture's (USDA) Animal and Plant Health Inspection Service (APHIS) concerning the Petition and Environmental Assessment for Determination of Nonregulated Status for Sugar Beet Genetically Engineered for Tolerance to the Herbicide Glyphosate (Docket No. 04-075-1). American Crystal supported the deregulation of glyphosate tolerant sugarbeets in accordance with the USDA's environmental assessment and guidelines.

9. Weed control has always been a significant issue for our grower-owners and our cooperative. As we noted in our comments, 2003 weed control costs were approximately $90 an acre. Yield losses due to inadequate weed control that year amounted to approximately $18 million. Weed control with conventional sugar beets is a challenge for our growers, requiring substantial labor, excellent timing with limited herbicide application windows, and even luck so that wet weather does not wash away applied herbicides and decrease their effectiveness. Sugar beet growers typically apply 4 to 5 applications of a series of herbicides to their conventional beet fields. All growers also use row crop cultivation and rotary hoeing. All of these efforts are still not enough on a substantial percentage of sugarbeet acreage. In recent years, we estimate that 15 to 30% of the acreage had to be weeded using expensive and difficult-to-find hand labor.

10. The use of glyphosate on herbicide tolerant sugarbeet varieties would dramatically improve weed control in Minnesota and North Dakota. Benefits for our grower-owners would include: (a) greatly increased weed control efficacy; (b) substantial fuel savings by eliminating up to four trips across the field to apply herbicides; (c) environmental benefits as herbicides with greater toxicity, more frequent application, and greater persistence are replaced by two or three applications of glyphosate; (d) improved profitability for our growers as weed control costs are reduced and yields increase because of less weed competition; and (e) reduced soil erosion and increased water use efficiency.

11. In June 2007, American Crystal's Board of Directors authorized planting of biotech sugarbeets, resistant to glyphosate, for the 2008 crop year. This decision was made after years of research, and following discussions with our sugar and by-product customers.

12. Our growers have received nearly all of their sugarbeet seed for the 2008 crop year. Some of our growers are planting 100% of their fields with Roundup Ready seed in 2008. Overall, we anticipate that about half of our grower-owners' acreage will be planted in Roundup Ready seed in 2008. In 2009, we anticipate that our grower-owners will plant 90% of their fields with Roundup Ready sugarbeets. The remaining 10% will be conventional seed requiring higher levels of Rhizomania disease resistance that is not yet available with an approved Roundup Ready variety.

13. To appear on American Crystal's approved variety list, a seed variety must be entered into official American Crystal variety trials, which compare trial varieties over two years against a set of benchmark varieties using criteria for purity, yield (both in tons per acre and sugar), and disease resistance. As an example, sugarbeets are about 75% water and the amount of recoverable sugar can vary significantly by variety. Because a beet costs the same amount to process, regardless of the amount of recoverable sugar, a new variety will not be approved if its recoverable sugar does not meet or exceed the average of the benchmark varieties or otherwise demonstrate the ability to produce high revenue per acre. In addition, American Crystal's Seed Committee – which is responsible for evaluating and approving new seed varieties – focuses on the disease resistance traits required for our growing region.

14. Seed companies that participate in variety trials pay for the costs of those trials, although trials involve a significant commitment of time and money by both the seed companies and grower-owned cooperatives. Each year, our Seed Committee publishes our Sugarbeet Variety Approval System, which describes the process for entering varieties into official trials with American Crystal. Our Crystal Beet Seed division, and others who wish to sell seed to American Crystal growers, must follow this process. Over the past 3 years, at least 113 Roundup Ready varieties have been entered into variety trials with our Seed Committee. The trials involve planting under defined conditions, test plot maintenance and monitoring, and data collection. These variety trials are coded, meaning the seeds are identified only by a code number so that testing is blind. The development and approval of seed varieties requires substantial lead time because a seed crop takes two years from planting to harvest, and variety trials take at least two more years. The twelve Roundup Ready

-5-
DECLARATION OF DAVID BERG IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE
HOWREY LLP

varieties that are approved for planting by our grower-owners were included in coded variety trials beginning in 2005.

15. The cost of a typical variety trial for Roundup Ready seed is $11,000 per entry into an American Crystal trial. Crystal Beet Seed division's cost of participation in American Crystal variety trials amounts to an investment of $175,000 in Roundup Ready seed to date. Crystal Beet Seed has additional Roundup Ready varieties in their second and third years of variety trials. These trials are for seed approval for 2009, 2010 and beyond.

16. Given the industry's shift to Roundup Ready varieties after the 2005 deregulation, the majority of new seed varieties undergoing variety tests are Roundup Ready. Six out of eleven varieties entered for trials for the first time in 2007 were Roundup Ready varieties. Our experience, both in our Crystal Beet Seed division, and in the testing of seed from other seed companies, is that the focus has shifted over the past three years from developing conventional varieties to the development of Roundup Ready varieties.

17. If we were not able to sell Roundup Ready seed varieties in the next few years, our substantial investment in seed development and variety testing would be devalued. In addition, ongoing variety testing would be impaired because test results would not include a broad sampling of multiple conventional seed varieties. Furthermore, seed development efforts in conventional varieties have been slowed or stopped by most seed companies, meaning that progress in beneficial agronomic traits has been slowed or stopped for several years.

18. If Roundup Ready seed were not available to our grower-owners for the 2009 or 2010 growing seasons, we would expect a significant negative impact on most of our grower-owners and, in turn, on our cooperative. Given the focus on Roundup Ready seed development since 2005, growers would not have access to the most up to date varieties of conventional seed with the most current disease resistance traits. We also believe some of the seed available to our grower-owners would be older, warehoused seed which suffers degradation in quality and germination due to its age. Both of these factors are likely to have a significant impact on our growers' yields, both in tons and sugar content, and the potential for more acres being lost to disease. Also, we expect that the cost of the

highest yielding seed with the appropriate disease resistance packages would rise given a likely scarcity of, and competition for, the best regional seed varieties.

19. Lower yields would increase the costs of processing the beets that are grown. And given the regional nature of sugarbeet growing and processing, shortages of certain varieties could disproportionately affect an individual growing region and processing plant. In addition, either higher costs or uncertainty over seed availability could drive some of our grower-owners to other higher value crops, like wheat or corn. Sugarbeets compete with these crops for acreage. The effect of a movement to other crops – even given the possibility of liquidated damages paid by growers to the cooperative – would harm the profitability of the cooperative as a whole. The effects would ripple through the communities in which we operate.

20. The lifecycle of a sugarbeet is two years. In the first growing season, the plant produces a substantial root in which sucrose is produced and stored. Sugarbeets that are commercially grown for sugar are, and must be, harvested and processed in this first growing season. Because reproduction occurs in the second year of a sugarbeet's lifecycle, the potential for cross-pollination when a plant produces flower and seed is eliminated by the harvesting of beets.

21. Even if a beet somehow survived the harvest, two factors ensure that it would not go to flower in the second year. First, it is unlikely that a beet would survive through a Red River Valley winter where temperatures routinely go to -30° F and lower where any living sugarbeets would certainly die. Second, our grower-owners do not plant beets in the same field two years in a row and, in fact, most growers follow a three to four year rotation for sugarbeets. Our growers rotate beet crops with other crops like wheat, corn, soybeans, and edible beans. As a result, the preparation of the field for a new crop, both through tillage and the application of herbicides, would kill any sugarbeet that survived the previous year's harvest and the cold winter.

22. American Crystal grower-owners take great pride in their stewardship of the land. A major part of that stewardship is the proper application and utilization of herbicides of all kinds. American Crystal has "Gold Standards" for its grower-owners – these are a set of guidelines and

1  benchmarks for the production of a high quality sugarbeet crop using "best management practices."
2  We believe that these Gold Standards also enhance the profitability of our grower-owners.

3      23.    One of our Gold Standards concerns weed control and the timely and accurate
4  application of herbicides.  Through our website, and at meetings of our grower-owners, we provide
5  educational materials concerning the use of herbicides, including Roundup.  We offer our growers
6  substantial guidance on steps to minimize the likelihood of weed resistance.  Our grower-owners also
7  have online access to the Sugar Industry Biotech Council's online Weed Resistance Learning Module,
8  a course authored and reviewed by weed experts from the University of Wyoming, University of
9  Idaho, University of Nebraska and Michigan State University.  This learning module can be accessed
10 at www.sugarindustrybiotechcouncil.org/learning-module/index.htm.  In addition to our educational
11 programs and the SIBC program, many of our growers are certified commercial applicators – a
12 certification that requires continuing education on herbicide use, weed resistance and related topics.

13     24.    Beet sugar processing occurs in a continuous process in which the natural sugar stored
14 in the beet root is separated from the rest of the plant material. The sugar beets are washed, sliced and
15 boiled in hot water. The sugar-containing juice is purified, filtered, concentrated and dried in a series
16 of steps. Whether from biotechnology-enhanced or conventionally improved sugar crops, or, for that
17 matter, from sugar cane, testing has shown that the sugar is the same.  Multiple countries have granted
18 regulatory approval to Roundup Ready sugarbeets for food and feed uses, including Japan, Canada,
19 and Mexico, European Union, South Korea, Australia, New Zealand, Colombia, Russia, Singapore and
20 the Philippines.

21     I declare under penalty of perjury that the foregoing is true and correct and that this declaration
22 was executed on April 16, 2008, in Washington, DC.

/s/David Berg
David Berg