Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending*)
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Defendants,<br><br>vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE and WYOMING SUGAR COMPANY LLC,<br><br>Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**DECLARATION OF DUANE GRANT IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE: June 6, 2008**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 2, 17th Floor**<br>**JUDGE: Hon. Jeffrey S. White** |

## DECLARATION OF DUANE GRANT

I, Duane Grant, declare as follows:

1.  I am Vice Chair of the Board of the Snake River Sugar Company ("Snake River"), a cooperative with effective control of the Amalgamated Sugar Company LLC ("Amalgamated") which is located at 3184 Elder Street, Boise, ID, 83709. I am also on the Management Committee of Amalgamated. Amalgamated has been a sugarbeet grower-controlled cooperative since approximately 1996. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below. There are approximately 1,125 growers who control Amalgamated through ownership shares in its member companies. Amalgamated owns three sugar refineries located in the cities of Mini-Cassia, Twin Falls and Nampa Idaho. Together these refineries employ more than 1,300 full-time and 650 seasonal professional and non-professional workers in processing, packaging, shipping and transportation. In 2007, Amalgamated produced approximately 17,985,000 cwt (hundredweight) of sugar from these refineries.

2.  I have been First Vice Chairman of Snake River and on the Management Committee of Amalgamated for 3 years. Acting as a member of the Executive Committee and Board of Directors of Snake River, I review, provide guidance and approve all major corporate policy decisions of Snake River and Amalgamated including the Cooperative's decision to transition to Roundup Ready biotechnology and the Cooperative's research and educational programs for its growers. In particular, I sponsored and the Board approved requirements that all shareholders must attend and certify completion of an educational training course on the use of Roundup Ready technology before they are permitted to purchase Roundup Ready sugarbeet seed. In my position, I also regularly receive and study reports from the Vice President of Agriculture concerning sugarbeet growing statistics, sugar production yield data, sugarbeet seed availability economic forecasts for Snake River and Amalgamated. I also serve as the Chairman of the Biotech Committee, and have so served for 4 years. The Biotech Committee is charged with providing recommendations on policy regarding all aspects of modern biotechnology to the Executive Committee and to the full Board. It is the Biotech Committee that recommended to the full Board that Snake River transition to Roundup Ready

technology. In considering this matter, I conducted an extensive inquiry into the efficacy and benefits of this technology including speaking with experts, studying technical information and attending symposia.

3. I served for a five year term, from 2003 -2008, as a member of the federal Advisory Committee on Biotechnology and 21st Century Agriculture. This Committee advises the U.S. Secretary of Agriculture on issues relating to biotechnology that include Roundup Ready crops.

4. I have been a member of the Sugar Industry Biotech Council since its inception in 2001 and as such I have helped direct a national effort to transition the sugar beet and cane industry to biotech seed.

5. I am a member of the Idaho Sugarbeet Growers Association ("Association") and I have been farming sugarbeets since approximately 1980. The Association has approximately 748 members and farms approximately 140,000 acres of sugar beets annually. Annually I farm from 16,000 to 18,000 acres, of which 5,200 acres were planted to sugarbeets in 2007. In addition to sugarbeets, I also farm potatoes, Roundup Ready corn, malt barley and wheat.

6. I am also a shareholder in Snake River Sugar Company, a grower-owned cooperative. Snake River members grow sugarbeets in Idaho, Oregon and Washington. I paid between $360 and $600 per share for the shares I own in Snake River. I am required to either own or rent one share in Snake River for each of the 5200 acres of sugarbeets I annually to deliver to Amalgamated for processing. As of today, I own 4582 shares, and rent or lease 892 shares. Today the market value of my shares in Snake River is approximately $450,000, down from $1.8 million two years ago due to relative earning ability of sugarbeets as compared to alternate crops. The book value (Company net worth/shares outstanding) of my shares is approximately $4 million dollars. The Board of Snake River annually sets the planting requirement for each outstanding share. The planting requirement has typically ranged from 1 acre per share to .85 acres per share for the 2008 crop. By contract, if I am unable to farm sugarbeets in 2008 for the 5,474 shares I own or rent, I am subject to forfeiture of my shares for those acres that I do plant sugarbeets on. In 2007 planting year, 15,000 shares were forfeited

and I expect that 10,000-15,000 additional shares will be forfeited as a result of under-farming sugarbeets in the 2008 planting year.

7. Based on my 27 years of growing sugarbeets and my executive experience with Snake River and Amalgamated, I know that weed control is one of the most difficult crop management problems that Snake River and Amalgamated growers face. In our growing region, a lack of superior weed control can dramatically reduce sugarbeet yield, both in tons and sugar content, and significantly reduce crop revenues.

8. On November 19, 2003, the U.S. Department of Agriculture's (USDA) Animal and Plant Health Inspection Service (APHIS) received a petition from Monsanto and KWS SAAT AG to deregulate the use of a resistant sugarbeet gene that is tolerant to glyphosate, the active ingredient in Monsanto's Roundup herbicide treatment. Roundup is a non-persistent biodegradable herbicide that is particularly effective against weed species that compete with and attack sugarbeets in Snake River and Amalgamated's growing region.

9. On December 10, 2004, Amalgamated through its CEO, Mr. Ralph C. Burton, and Snake River through its Chairman, Mr. Terry L. Kettrling, submitted public comments to APHIS supporting the Petition and Environmental Assessment for Determination of Non-regulated Status for Sugar Beet Genetically Engineered for tolerance to the Herbicide Glyphosate (Docket No. 04-075-1) ("Petition").

10. Amalgamated is also a member of the Beet Sugar Development Foundation, which sponsors sugarbeet research and which submitted comments to APHIS supporting the Petition.

11. Amalgamated is a member of U.S. Beet Sugar Association ("USBA"), a national trade association of sugarbeet cooperatives that has represented the interests of the nation's sugarbeet processors since 1914. USBSA is a proposed Intervenor in this litigation. Currently, the USBSA's membership is comprised of eight beet sugar companies – our Amalgamated, Western Sugar Cooperative, American Crystal Sugar and its subsidiary Sidney Sugars, Southern Minnesota Beet Sugar Cooperative and its subsidiary Spreckels Sugar Company, Michigan Sugar Company, and Minn-Dak Farmers' Cooperative – which operate 22 processing factories in nine states. These firms produce

HOWREY LLP

-4-
DECLARATION OF DUANE GRANT IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

refined sugar from sugarbeets grown by about 10,000 family farmers on approximately 1.3 million acres in eleven states.

12. The ability to plant glyphosate tolerant sugarbeets will result in a significant benefit to Amalgamated and Snake River's growers because it will significantly lessen the burden of weed control. Weed control has always been time-consuming and expensive in growing sugarbeets. In our growing region, effective weed control is vital within the first few weeks of sugarbeet planting due to competition with early growing season weeds that compete with and can shade out or crowd out seedling sugarbeets. Roundup herbicide is particularly effective on weed species such as kochia, lambs quarters, nightshade, wild oats, quack grass, Canadian thistle, red root pigweed, Russian thistle, barnyard grass, downy brome, volunteer wheat and barley, volunteer potatoes, smart weed, and other less significant weeds that predominate in our region during this period. Without good initial weed control, our growers and shareholders are required to make subsequent applications of a suite of different and more environmentally persistent herbicides requiring substantial time, money, and labor resources.

13. I often purchase herbicides early in the growing season because it is cheaper to purchase these products at that time. For the 2008 season, Roundup applied post-emergence has already replaced my usual suite of herbicides which includes Roundup applied pre-emergence, Beta-mix, Upbeet, Progress, Nortron, RoNeet, Assure II, Outlook, and Stinger. I find that post-emergence Roundup works more effectively in controlling weeds in my fields. It is much more flexible than the other herbicides that I can use, meaning that it is fully effective in a wide variety of weather and moisture conditions. Based upon my personal observation, the application of Roundup to Roundup Ready sugarbeets simply does not stress the beet crop as other herbicides do. Roundup is also easy to apply, and being a general use rather than a Restricted Use pesticide, is relatively safer for my employees to work with. My other herbicides choices are effective only in near-ideal conditions of just the right temperature and moisture, and persist in a toxic state longer in the soil, restricting the choice of crops I can plant the following year. My other herbicide choices also stress the beet plant, sometimes to extreme levels that result in death of the plant. I have observed over the past 27 years

that after application of other herbicides, the sugarbeet plants show distinct signs of stress including a yellowing and purpling of leaf color, thickening and stunting of the leaves, burning of leaf margins, "sticking" of the leaves together preventing normal growth and girdling of the tap root. I have also observed that other herbicides tend to increase the susceptibility of the seedling beets to environmental stresses such as wind and frost. This is not so with Roundup.

14. Because of the run-up in the commodity price of corn, alfalfa, malt barley and wheat, sugarbeet growers in our cooperatives must be able to increase their yield per acre and the sugar content of the sugarbeets to be competitive. In 2006, Beta Seed contracted with Amalgamated to grow 250 acres of Roundup Ready sugarbeets. I participated in that study and grew 67 of the 250 acres and had access to all of the data and results. In comparison with conventional sugarbeet seed, my Roundup Ready crop yielded 5.1 tons per acre more sugarbeets and the harvest was .2% better on sugar content. Stated another way, sugarbeet varieties are often compared on the basis of Estimated Recoverable Sugar (ERS), or a calculated production of sugar derived from the root tonnage yield, root sugar content, and recoverability of the sugar through processing. The ERS of my conventional sugarbeets was 8,412 lbs sugar per acre, and the ERS of my Roundup Ready sugarbeets was 10,032 lbs sugar per acre. In dollar terms based on the 2006 sugarbeet prices, my Roundup Ready beets earned $186.83 more per acre. My improvements were typical of those found in the other acres planted in this trial. Amalgamated has estimated an overall increase of at least 10% in sugarbeet yield in our growing area. Additionally, apart from the higher yield and the higher quantity of sugar produced per acre, Roundup Ready crops were significantly less expensive to grow and required far less tillage.

15. This projected increase in sugar yield per acre of sugarbeets planted is vital for Amalgamated's survival. Not only does Amalgamated compete with eight other sugar-producing cooperatives around the nation, its members are having great difficulty procuring additional acres to grow sugarbeets due to competition with other higher priced commodity crops such as corn, malt barley, alfalfa and wheat. Further, in our region, dairy farmers have moved in and bid the ground away from sugarbeets. This means that sugarbeet growers in our cooperative must be able to compete for agricultural land with higher priced commodity crops and with the dairy farmers. Higher yield/ acre is

the way we sugarbeet growers compete and Roundup is necessary for that reason. This means that the continued availability of Roundup Ready sugarbeets is requisite to Amalgamated's economic health and survival. As a result, essentially 100% of 2008 sugarbeet plantings in Amalgamated's growing region are Roundup Ready seed and Amalgamated expects that its members will plant 100% Roundup Ready sugarbeet seed in 2009 and thereafter.

16. Roundup Ready sugarbeet seed first became available to me for commercial order in December 2007. I ordered 100% roundup Ready sugarbeet seed for 2008 and I will complete planting of 2008 sugarbeet seed by April 15th, 2008.

17. The economic dependency of Snake River on the availability of Roundup Ready sugarbeets is also startling. In 2008, Snake River projects that its growers will plant between 145,000 and 155,000 acres of sugarbeets. If fewer than 150,000 acres are planted, paying the debt service becomes so difficult that the cooperative would have to retain earnings that otherwise would flow to the sugarbeet growers. This in turn would push sugarbeet farmers to other higher priced commodity crops such as wheat, alfalfa, malt barley and corn. This would result in a death spiral for the cooperative. Roundup Ready sugarbeets can help avoid this by increasing yield and making sugarbeets more price competitive with alternate crops which can be planted in the area.

18. If Amalgamated's growers are prevented from planting Roundup Ready sugarbeets, it is unlikely that there will be a sufficient supply of conventional seed to supply our growers in our region in 2009-2010. In our growing region, there are over 20 different varieties of sugarbeet seed offered to the market. Each variety is specially bred to control a disease or parasite and respond to the growing environment that is unique to that sub-region. Based upon my substantial knowledge of and familiarity with the sugarbeet industry and Amalgamated's grower requirements for specific varieties of sugarbeet seed, it takes approximately two years to grow, harvest and process sugarbeet seed. Given the fact that Amalgamated's growers are 100% committed to Roundup Ready sugarbeet seed for the 2009 growing season, it is unclear as to whether sufficient conventional sugarbeet seed in each required variety will be available for the 2009 and 2010 growing season.

19. In Amalgamated's sugarbeet growing region there is virtually no risk that the glyphosate gene from Roundup Ready sugarbeets will spread to related crops. The reproductive biology of sugarbeets is that they only flower in their second growing season. In our growing region, sugarbeets do not have a second growing year because they do not over winter due to the cold climate. Therefore, in our growing region, sugarbeets never go to flower and cannot cross-pollinate other crops. Bolters are very detrimental to yield and I would rouge or destroy any unlikely bolters. They are easy to spot because they are much taller than the canopy.

20. I also rotate my other crops in my growing fields. Sustainable farming practices used by Snake River members require a three year rotation of sugarbeets with my other crops, which means that I do not grow sugarbeets in the same fields in successive years. I rotate sugarbeets, malt barley or wheat, corn and potatoes. This rotation practice cuts off any potential cross-pollination with other crops. Moreover, I do not grow chard or red beet nor do I know any sugarbeet farmer that does.

21. Amalgamated provides a comprehensive training program by university scientists for its grower-shareholders that assures that Roundup Ready technology is not over used. Many of our growers already have substantial experience in using the proper application of Roundup with other Roundup Ready crops such as corn. I have not reviewed any data or been apprised by Amalgamated growers of any instance of observed weed resistance associated with the use of Roundup. Further, I have attended two meetings of the National Glyphosate Resistance Task Force, and have seen nothing to indicate the presence of glyphosate resistance weeds in Idaho. There is an abundance of information from both seed and herbicide companies on the proper utilization for weed herbicides. Most of our growers are Licensed Private Applicators by their respective state, certifying to a high level of knowledge on the proper use of herbicides, including knowledge required to prevent the development or herbicide tolerance. In our growing region, all contract sugarbeet growers are required to attend training sessions on the use of herbicides and application rates. This mandatory training includes training on the proper application and application rates of Roundup. This training is provided by the Cooperative in conjunction with the university extension service.

HOWREY LLP

-8-
DECLARATION OF DUANE GRANT IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2  was executed on the 17th day of April, 2008 in Rupert, Idaho.

                                                                                            /s Duane Grant

                                                                                           Duane Grant