1 | Joanne Lichtman (SBN 137300)
HOWREY LLP
2 | 550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
3 | Telephone: (213) 892-1800
Facsimile: (213) 892-2300
4 | Email: lichtmanj@howrey.com

5 | Gilbert S. Keteltas (*Pro Hac Vice pending*)
John F. Bruce (*Pro Hac Vice pending*)
6 | Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
7 | 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
8 | Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

9 |

10 | *Attorneys for Proposed Intervenor-Defendants*

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14 | CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, ) Case No. 3:08-cv-00484-JSW
15 | )
16 | Defendants, ) **DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**
17 | vs. )
18 | CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, ) **DATE: June 6, 2008**
19 | ) **TIME: 9:00 a.m.**
20 | ) **COURTROOM: 2, 17th Floor**
21 | ) **JUDGE: Hon. Jeffrey S. White**
22 | Defendants; )
23 | AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC, )
24 | )
25 | )
26 | )
27 | Proposed Intervenor-Defendants. )

28 |

HOWREY LLP

DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

1

## DECLARATION OF MICHAEL HOFER

2

I, Michael Hofer, declare as follows:

3

1.      I am Vice President of Agriculture for Western Sugar Cooperative ("Western"), located

4

at 7555 East Hampden Avenue, Suite 600, Denver, CO 80231.  I have personal knowledge of the

5

matters referred to herein and, if called upon to testify, could and would competently testify to each of

6

the facts set forth below.  As Western's Vice President of Agriculture, I oversee and I am responsible

7

for three substantive business areas: Agronomy Services, Harvest Operations, and Co-Products (pulp

8

and molasses).  Western's Agronomy Services employs seventeen agronomists and one-full time

9

research manager.  Agronomy Services conducts all educational training programs for our grower-

10

shareholders including programs concerning weed and disease control, stewardship and best practice

11

methods, and herbicide usage and application.  In my position as Vice President of Agriculture, I also

12

oversee Western's research program which is funded jointly by Western and its grower-shareholders

13

through a "Joint Research Committee."  In 2007, under my oversight, Western conducted 18 separate

14

research projects including 4 studies concerning agricultural management of Roundup Ready sugar

15

beets.  Information and data from these studies is disseminated to our grower-shareholders through

16

University/Cooperative sponsored seminars, individual annual meetings between our staff agronomists

17

and each grower, our proprietary shareholder website and through mailings of periodic agronomy

18

reports. I also oversee Western's comprehensive GPS database on approximately 3,000 sugar beet

19

growing fields within our region that reports voluminous data on yields, sugar content, disease and

20

weed types, herbicide effectiveness and other information used by Agronomy Services to assist our

21

grower-shareholders with improving their sugar beet crop.

22

2.      Western is a distant successor to the Great Western Sugar Company incorporated in

23

1905 that was the dominant producer of Colorado, Wyoming and Nebraska beet sugar for over 60

24

years.  Each new factory of the Great Western Sugar Company became the economic hub of the

25

agricultural community in which it was built.  Western now has five sugar processing refineries located

26

at Fort Morgan, Colorado; Scottsbluff, Nebraska; Billings Montana; and Torrington and Lovell,

27

Wyoming.  Together these refineries employ more than 519 full-time and 548 seasonal professional

28

1   and non-professional workers in processing, packaging and shipping, and transportation.  Western

2   produced over 9,300,000 cwt (hundredweight) of sugar in 2007 from these refineries.

3        3.    On April 30, 2002 more than 1,000 sugar beet growers from Colorado, Montana,

4   Nebraska and Wyoming purchased the company from Tate & Lyle, creating a grower owned

5   cooperative.  Shares in Western were initially sold for $185 each, requiring every grower-shareholder

6   to raise one acre of sugar beets for each Co-op share owned.  Today, Western has more than 1,300

7   member-growers as owners of the cooperative.  In 2007, Western shareholders planted approximately

8   126,500 acres in sugarbeets.  Western's growers expect to plant about 122,000 acres in sugarbeets in

9   2008.  For the 2008 growing season, Western's growers began planting sugar beet seed in April and

10  the overwhelming majority of sugar beet seed will be planted by mid-May.

11       4.    Weed control is one of the most difficult crop management problems that Western's

12  growers face.  In Western's growing region, a lack of superior weed control can significantly reduce

13  sugarbeet yield, both in tons and sugar content, and significantly reduce crop revenues.

14       5.    On November 19, 2003, the U.S. Department of Agriculture's (USDA) Animal and

15  Plant Health Inspection Service (APHIS) received a petition from Monsanto and KWS SAAT AG to

16  deregulate the use of a resistant sugar beet gene that is tolerant to glyphosate, the active ingredient in

17  Monsanto's Roundup herbicide treatment.  Roundup is a non-persistent biodegradable herbicide that is

18  particularly effective against weed species that compete with and attack sugarbeets in Western's

19  growing region.

20       6.    On December 17, 2004, Western, through its President and CEO Inder K. Mathur,

21  submitted public comments to APHIS supporting the Petition and Environmental Assessment for

22  Determination of Nonregulated Status for Sugar Beet Genetically Engineers for Tolerance to the

23  Herbicide Glyphosate (Docket No. 04-075-1) ("Petition").

24       7.    Western is also a member of the Beet Sugar Development Foundation, which sponsors

25  sugarbeet research and which submitted comments to APHIS supporting the Petition.  I am a current

26  member of the Board of Directors of the Beet Sugar Development Foundation.

27

28

HOWREY LLP

DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

8.      Western is a member of U.S. Beet Sugar Association ("USBSA"), a national trade association of sugarbeet cooperatives that has represented the interests of the nation's sugarbeet processors since 1914.  USBSA is a proposed Intervenor in this litigation.  Currently, the USBSA's membership is comprised of eight beet sugar companies – our Western Sugar Cooperative, American Crystal Sugar and its subsidiary Sidney Sugars, Southern Minnesota Beet Sugar Cooperative and its subsidiary Spreckels Sugar Company, the Amalgamated Sugar Company, Michigan Sugar Company, and Minn-Dak Farmers' Cooperative – which operate 22 processing factories in nine states. These firms produce refined sugar from sugarbeets grown by about 10,000 family farmers on approximately 1.3 million acres in eleven states.

9.      The ability to plant glyphosate tolerant sugarbeets will result in a significant benefit to Western's grower-owners because it will significantly lessen the burden of weed control.  Weed control has always been time-consuming and expensive in growing sugar beets.  In Western's growing region, effective weed control is vital within the first few weeks of sugar beet planting due to competition with early growing season weeds that attack sugarbeets. Roundup is particularly effective on the weed species that predominate during this period. Without good initial weed control, our grower-shareholders are required to make subsequent applications of a suite of different and more environmentally persistent herbicides requiring substantial time, money and labor resources.

10.      Because of the run-up in the commodity price of corn and wheat due to favorable ethanol prices, sugar beet growers must be able to increase their yield per acre and the sugar content of the sugarbeets to be competitive. Western estimates that the use of Roundup Ready sugarbeet seed will substantially increase yields in Western's growing region of between 10-17% in Colorado, Montana, Wyoming and Nebraska.

11.      Western also projects a near identical to slightly better sugar content in sugarbeets due to the use of Roundup Ready seed.  Western confirmed this fact through Agronomy Services' sponsored studies in 2006-2007, which used test plots to examine the sugar content of sugarbeets grown from Roundup Ready sugarbeet seed.

12.     This projected increase in sugar yield per acre of sugarbeets planted is vital for Western's survival.  Not only does Western compete with eight other sugar-producing cooperatives around the nation, its grower-shareholders are having great difficulty procuring additional acres to grow sugar beets due to competition with other commodity crops.  This difficulty has driven down the value of Western's shares to zero.  This means that increased yields are a necessity to Western's economic health and survival.  As a result, 90% of 2008 sugarbeet plantings in Western's growing region are Roundup Ready seed and Western expects that its grower-shareholders will plant 100% Roundup Ready sugarbeet seed in 2009 and thereafter.

13.     If Western's growers are prevented from planting Roundup Ready sugar beets, it will be a disaster for the Cooperative. Without the availability of Roundup Ready seed, plant shut downs are probable because run-up pricing on other commodity crops will favor the planting of corn and other higher priced commodity crops assuming the continued high price of these crops and will leave Western without a sufficient supply of sugar beets.

14.     If Western's growers are prevented from planting Roundup Ready sugarbeets, it is unlikely that there will be a sufficient supply of conventional seed to supply our growers in Western's four-state region in 2009-2010.  In the four states in our growing region, there are 25 different varieties of sugarbeet seed required.  Each variety is specially bred to defeat a disease or parasite that is unique to that sub-region.  Based upon my substantial knowledge of and familiarity with the sugarbeet industry and Western's grower requirements for specific varieties of sugarbeet seed, it takes approximately two years to grow, harvest and process sugarbeet seed.  Given the fact that Western's growers are 100% committed to Roundup Ready sugarbeet seed for the 2009 growing season, it is unclear as to whether sufficient conventional sugarbeet seed in each required variety will be available for the 2009 and 2010 growing season.

15.     Western also has continuing research process for quality assurance approval for each sugarbeet seed variety that is based on a 2-3 year testing program that examines frequency of emergence, sugar/ton produced, sugar content lost to molasses and other important growing traits. Each variety is tested in both clean soils and also tested against various disease strains.  Through these

1   important continuing research trials, Western's growers can only purchase varieties that meet

2   Western's performance standards.  However, if Roundup Ready sugarbeet seed becomes unavailable

3   due to this lawsuit, it will take at least 2-3 additional years for conventional sugarbeet seed to run

4   through the gamut of trials necessary for Western's approval of each seed variety.  The unavailability

5   of test results will be disastrous for Western and its growers because it will create further uncertainty in

6   sugarbeet yield and drive farmers to plant higher price commodity crops such as corn over sugar beets.

7        16.    In Western's sugar beet growing region there is virtually no risk that the glyphosate

8   gene from Roundup Ready sugar beets will spread to related crops.  The reproductive biology of sugar

9   beets is that they only flower in their second growing season.  In Western's growing region of

10   Colorado, Montana, Nebraska and Wyoming, sugarbeets do not have a second growing year because

11   they do not over winter due to the cold climate. Therefore, in Western's growing region, sugar beets

12   never go to flower and cannot cross-pollinate other crops.  Additionally, Western's growers are

13   required by their annual shareholder grower agreement with Western to follow crop rotation practices,

14   never planting sugarbeets two years in a row in the same acreage, further cutting off any opportunity

15   for cross-pollination of crops.

16        17.    Western provides a comprehensive training program by university scientists for its

17   grower-shareholders that assures that Roundup Ready is not over used.  Many of our growers already

18   have substantial experience in using the proper application of Roundup Ready with other Roundup

19   Ready crops such as corn.  In my position of Vice President of Agriculture, I have not reviewed any

20   data or been apprised by Western's growers of any instance of observed weed resistance associated

21   with the use of Roundup Ready.  There is an abundance of information from both seed and herbicide

22   companies on the proper utilization for weed killer and depending on locality, some of our growers are

23   required to go through herbicide and pesticide training to meet state requirements.  In our experience,

24   if the proper guidelines are followed, there does not seem to be any threat of weed resistance stemming

25   from the use of Roundup Ready seed.

26

27

28

1        I declare under penalty of perjury that the foregoing is true and correct and that this declaration

2    was executed on April 17, 2008, in Denver, CO.

3

4                                                      /s/ Michael Hofer

5                                            Michael Hofer

**HOWREY LLP**

DECLARATION OF MICHAEL HOFER IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE