Clerk's Use Only

Initial for fee pd.:

Daniel M. Abuhoff
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
212.909.6381

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

Plaintiff(s),

v.

CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture, et al.

Defendant(s).

CASE NO. C 08-00484 JSW

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, DANIEL M. ABUHOFF, an active member in good standing of the bar of State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing BETASEED, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   W. Allan Edmiston, Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067; 310.282.2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/17/08

1

# PROOF OF SERVICE

I, Victoria Garza, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 17, 2008, I served a true copy of the **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** on the parties in this cause

[X]   *(VIA OVERNIGHT DELIVERY)* by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

## SEE ATTACHED SERVICE LIST

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008, at Los Angeles, California.

*/s/ Victoria Garza*
Victoria Garza

LA1760372.1
212564-10001

<u>CENTER FOR FOOD SAFETY v. CHARLES CONNOR, etc., et al.</u>
<u>U.S.D.C. Case No. C 08-00484 JSW</u>

<u>SERVICE LIST</u>

Lori Caramanian
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
(303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@ussdoj.gov

John Robert Coleman
Civil Division, USDOJ
20 Massachusetts Avenue, NW
Room 6118
Washington, DC 20530
202-514-4505
Email: John.Coleman3@usdoj.gov

Gregory C. Loarie
Earthjustice
426 Seventeenth Street
5th Floor
Oakland, CA 94612
510-550-6725
Fax: 510-550-6749
Email: gloarie@earthjustice.org

Paul Henry Achitoff
Earthjustice
223 S. King Street
Suite 400
Honolulu, Hawaii 96813-4501
808-599-2436
Email: ACHITOFF@EARTHJUSTICE.ORG

Kevin Scott Golden
The Center for Food Safety
2601 Mission Street
Suite 803
San Francisco, CA 94110
415-826-2770
Fax: 415-826-0507
Email: kgolden@icta.org

LA1760372.1
212564-10001

UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.

                  Plaintiff(s),

   v.

CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture, et al.

                  Defendant(s).

CASE NO. C 08-00484 JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

DANIEL M. ABUHOFF , an active member in good standing of the bar of State of New York whose business address and telephone number (particular court to which applicant is admitted) is

DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York, NY 10022, (212) 909-6381 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BETASEED, INC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge

1

# PROOF OF SERVICE

I, Victoria Garza, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 17, 2008, I served a true copy of the (Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** on the parties in this cause

[X]    *(VIA OVERNIGHT DELIVERY)* by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

## SEE ATTACHED SERVICE LIST

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008, at Los Angeles, California.

*/s/ Victoria Garza*
Victoria Garza

LA1760374.1
212564-10001

<u>CENTER FOR FOOD SAFETY v. CHARLES CONNOR, etc., et al.</u>
<u>U.S.D.C. Case No. C 08-00484 JSW</u>

<u>SERVICE LIST</u>

Lori Caramanian
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
(303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@ussdoj.gov


John Robert Coleman
Civil Division, USDOJ
20 Massachusetts Avenue, NW
Room 6118
Washington, DC 20530
202-514-4505
Email: John.Coleman3@usdoj.gov


Gregory C. Loarie
Earthjustice
426 Seventeenth Street
5th Floor
Oakland, CA 94612
510-550-6725
Fax: 510-550-6749
Email: gloarie@earthjustice.org


Paul Henry Achitoff
Earthjustice
223 S. King Street
Suite 400
Honolulu, Hawaii 96813-4501
808-599-2436
Email: ACHITOFF@EARTHJUSTICE.ORG


Kevin Scott Golden
The Center for Food Safety
2601 Mission Street
Suite 803
San Francisco, CA 94110
415-826-2770
Fax: 415-826-0507
Email: kgolden@icta.org

LA1760374.1
212564-10001