Clerk's Use Only

Initial for fee pd.:

_____

Harry Zirlin
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6575

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CENTER FOR FOOD SAFETY, et al.

Plaintiff(s),

**CASE NO.**

v.

CHARLES CONNOR, in his official
capacity by Acting Secretary of the United
States Department of Agriculture, et al.

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

_____ Defendant(s). _____ /

Pursuant to Civil L.R. 11-3, Harry Zirlin                         , an active member in

good standing of the bar of  State of New York                              , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Betaseed, Inc.                         in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

W. Allan Edmiston, Loeb & Loeb, 10100 Santa Monica Blvd. Los Angeles, CA
90067; 310-282-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2008

1

## PROOF OF SERVICE

I, Victoria Garza, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 17, 2008, I served a true copy of the **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** on the parties in this cause [X]   *(VIA OVERNIGHT DELIVERY)* by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

## SEE ATTACHED SERVICE LIST

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008, at Los Angeles, California.

Victoria Garza

LA1760369.1
212564-10001

1 | _CENTER FOR FOOD SAFETY v. CHARLES CONNOR, etc., et al._
2 | _U.S.D.C. Case No. C 08-00484 JSW_

3 | SERVICE LIST

4 | Lori Caramanian
U.S. Department of Justice
5 | 1961 Stout Street, 8th Floor
Denver, CO  80294
6 | (303) 844-1499
Fax:  (303) 844-1350
7 | Email:  lori.caramanian@ussdoj.gov

8 |

John Robert Coleman
9 | Civil Division, USDOJ
20 Massachusetts Avenue, NW
10 | Room 6118
Washington, DC  20530
11 | 202-514-4505
Email:  John.Coleman3@usdoj.gov

12 |

13 | Gregory C. Loarie
Earthjustice
14 | 426 Seventeenth Street
5th Floor
15 | Oakland, CA  94612
510-550-6725
16 | Fax:  510-550-6749
Email:  gloarie@earthjustice.org

17 |

18 | Paul Henry Achitoff
Earthjustice
19 | 223 S. King Street
Suite 400
20 | Honolulu, Hawaii 96813-4501
808-599-2436
21 | Email:  ACHITOFF@EARTHJUSTICE.ORG

22 |

Kevin Scott Golden
23 | The Center for Food Safety
2601 Mission Street
24 | Suite 803
San Francisco, CA  94110
25 | 415-826-2770
Fax:  415-826-0507
26 | Email:  kgolden@icta.org

27 |

28 |

LA1760369.1
212564-10001

UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.

                                Plaintiff(s),

        v.

CHARLES CONNOR, in his official
capacity by Acting Secretary of the United
States Department of Agriculture, et al.

                              Defendant(s).

_____/

**CASE NO.**

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

HARRY ZIRLIN                            , an active member in good standing of the bar of

State of New York                          whose business address and telephone number

(particular court to which applicant is admitted)

is

DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York 10022, (212) 909-6575

                                                                                     ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Betaseed, Inc.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                           _____

                                           United States District      Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1

## PROOF OF SERVICE

I, Victoria Garza, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause.  My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 17, 2008, I served a true copy of the (Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** on the parties in this cause

[X]    *(VIA OVERNIGHT DELIVERY)* by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

## SEE ATTACHED SERVICE LIST

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service.  That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008, at Los Angeles, California.

Victoria Garza

LA1760374.1
212564-10001

1

*CENTER FOR FOOD SAFETY v. CHARLES CONNOR, etc., et al.*
*U.S.D.C. Case No. C 08-00484 JSW*

2

SERVICE LIST

3

4   Lori Caramanian
    U.S. Department of Justice
5   1961 Stout Street, 8th Floor
    Denver, CO  80294
6   (303) 844-1499
    Fax:  (303) 844-1350
7   Email:  lori.caramanian@ussdoj.gov

8

    John Robert Coleman
9   Civil Division, USDOJ
    20 Massachusetts Avenue, NW
10  Room 6118
    Washington, DC  20530
11  202-514-4505
    Email:  John.Coleman3@usdoj.gov

12

13  Gregory C. Loarie
    Earthjustice
14  426 Seventeenth Street
    5th Floor
15  Oakland, CA  94612
    510-550-6725
16  Fax:  510-550-6749
    Email:  gloarie@earthjustice.org

17

18  Paul Henry Achitoff
    Earthjustice
19  223 S. King Street
    Suite 400
20  Honolulu, Hawaii 96813-4501
    808-599-2436
21  Email:  ACHITOFF@EARTHJUSTICE.ORG

22

    Kevin Scott Golden
23  The Center for Food Safety
    2601 Mission Street
24  Suite 803
    San Francisco, CA  94110
25  415-826-2770
    Fax:  415-826-0507
26  Email:  kgolden@icta.org

27

28

LA1760374.1
212564-10001