1  Joanne Lichtman (SBN 137300)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California 90071-2627
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  Email: lichtmanj@howrey.com

5  Gilbert S. Keteltas  (*Pro Hac Vice pending*)
   John F. Bruce (*Pro Hac Vice pending*)
6  Christopher H. Marraro (*Pro Hac Vice pending*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610

9  *Attorneys for Proposed Intervenor-Defendants*

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 | CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, | Case No. 3:08-cv-00484-JSW |
|---|---|
| | **DECLARATION OF JOHN SNYDER, JR. IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE** |
| Defendants, | |
| vs. | |
| CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, | **DATE: June 6, 2008**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 2, 17th Floor**<br>**JUDGE: Hon. Jeffrey S. White** |
| Defendants; | |
| AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC, | |
| Proposed Intervenor-Defendants. | |

HOWREY LLP

DECLARATION OF JOHN SNYDER, JR. IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

## DECLARATION OF JOHN SNYDER, JR.

I, John Snyder, Jr., declare as follows:

1. I am an *ex officio* member of the Board of Managers of the Wyoming Sugar Company LLC ("Wyoming"), which is located at P.O. Box 468, Worland, WY 82401. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below. I currently serve as a non-voting member of the Board as the representative of the Washakie Beet Growers Association Coop ("Association"). Wyoming has its roots in sugar production from 1916 when a group of Utah investors built a sugar refining plant in Worland. In 2002, local investors rescued the Worland plant when the Imperial Sugar Company declared bankruptcy in 2001. Wyoming is owned by individual sugarbeet growers, the Association, and other investors who include local businesses, a local bank, school teachers, and other members of the local community and surrounding counties. Wyoming's sugar refinery in Worland employs more than 60 full-time and 100 seasonal professional and non-professional workers in processing, packaging and shipping, and transportation. In 2007, Wyoming produced over 748,300 cwt (hundreds weight) of sugar from the Worland plant.

2. I am a founding member of Wyoming and have served on the Board continually since its inception in 2002. As a Board member of Wyoming, I review and approve all major corporate policy decisions of Wyoming including the Company's decision to transition to Roundup Ready biotechnology and the Company's research and educational programs for its growers. As a current Board member and investor, I remain fully involved and informed concerning the corporate financials of the Company

3. I am President and a member of the Association. The Association represents the sugarbeet growers and contracts with the growers to grow sugarbeets and then contracts with Wyoming to process those sugarbeets into sugar for commercial sale. I have been planting sugarbeets since approximately 1981. The Association and I, individually, are also members of the American Sugarbeet Growers Association which is a national trade association representing the interests of sugarbeet growers like me. The Association has approximately 70 members and plants approximately 9,500 acres of sugarbeets annually. Annually I plant about 2000 acres, of which typically I plant 600-

1 | 700 acres in sugarbeets. In 2007, I planted approximately 550 acres in sugarbeets of which I planted 90
2 | acres in Roundup Ready sugarbeets. In addition to sugar beets, I also plant Roundup Ready corn, and
3 | malt barley.

4 |     4.    I am also a stockholder in Wyoming and was one of the first 15 members to purchase
5 | stock in the Company. When I purchased the stock in 2001, it was valued at about $100/share. Today,
6 | that stock is valued at approximately $125/share.

7 |     5.    Based on my 27 years of growing sugar beets and my executive experience with
8 | Wyoming, I know that weed control is one of the most difficult crop management problems that
9 | Wyoming growers face. In our growing region, a lack of superior weed control can dramatically
10 | reduce sugar beet yield, both in tons and sugar content, and significantly reduce crop revenues.

11 |     6.    On November 19, 2003, the U.S. Department of Agriculture's (USDA) Animal and
12 | Plant Health Inspection Service (APHIS) received a petition from Monsanto and KWS SAAT AG to
13 | deregulate the use of a resistant sugar beet gene that is tolerant to glyphosate, the active ingredient in
14 | Monsanto's Roundup herbicide treatment. Roundup is a non-persistent biodegradable herbicide that is
15 | particularly effective against weed species that compete with and attack sugar beets in Wyoming's
16 | growing region.

17 |     7.    On December 10, 2004, Wyoming through its CEO, Mr. Calvin K. Jones, submitted
18 | public comments to APHIS supporting the Petition and Environmental Assessment for Determination
19 | of Non-regulated Status for Sugar Beet Genetically Engineered for tolerance to the Herbicide
20 | Glyphosate (Docket No. 04-075-1) ("Petition").

21 |     8.    The ability to plant glyphosate tolerant sugarbeets will result in a significant benefit to
22 | Wyoming's growers because it will significantly lessen the burden of weed control. Weed control has
23 | always been time-consuming and expensive in growing sugar beets. In our growing region, effective
24 | weed control is vital within the first few weeks of sugar beet planting due to competition with early
25 | growing season weeds that attack sugar beets. Without good initial weed control, our growers are
26 | required to make subsequent applications of a suite of different and more environmentally persistent
27 | herbicides requiring substantial time, money, and labor resources.
28 |

9. I often purchase herbicides early in the growing season because it is cheaper to purchase these products at that time. For the 2007 and 2008 season, Roundup applied post emergence has replaced my usual suite of herbicides which included, Beta-mix, Upbeet, Stinger, and Select II. Only two Roundup applications will replace all of these other herbicide applications. Roundup is also safer than my suite of other herbicides and allows my employees and me to re-enter the growing fields much sooner than the application of other herbicides would allow. Roundup works more effectively in controlling weeds in my fields. It is much more flexible than the other herbicides that I can use, meaning that it is fully effective in a wide variety of weather and moisture conditions. Based upon my personal observation, the application of Roundup to Roundup Ready beets simply does not stress the beet crop as other herbicides do. Roundup is also easy to apply. My other herbicides choices are effective only in near ideal conditions of just the right temperature and moisture, and persist in a toxic state longer in the soil, restricting the choice of crops I can plant the following year. My other herbicide choices also stress the beet plant. I have observed over the past 27 years that after application of other herbicides, the sugarbeet plants show distinct signs of stress including a yellowing and purpling of leaf color. This is not so with Roundup.

10. Because of the run-up in the commodity price of corn, and other commodity crops, sugarbeet growers in our cooperative must be able to increase their yield per acre and the sugar content of the sugarbeets to be competitive. Wyoming has estimated an overall increase of at least 2 tons/acre in sugarbeet yield in our growing area. Additionally, apart from the higher yield and the higher quantity of sugar produced per acre, Roundup Ready crops are significantly less expensive to grow and reduce tillage dramatically on my acres.

11. Roundup Ready sugarbeet seed first became available to me in 2007. In that yea,r the Association and I grew a commercial crop of Roundup Ready sugarbeets in a limited launch commercial planting. I planted 90 acres of Roundup Ready sugarbeets for commercial yield. The Association planted approximately 2,200 acres in Roundup Ready sugarbeets for commercial yield in 2007. I did not see any bolting or occurrence of weed resistance in my 2007 sugarbeet crop. I ordered 60%-70% Roundup Ready sugarbeet seed for 2008 and I will complete planting of 2008 beets by May 1, 2008.

12. If Wyoming's growers are prevented from planting Roundup Ready sugarbeets, it is unlikely that there will be a sufficient supply of conventional seed to supply our growers in our region in 2009-2010. In our growing region, there are about 15 different varieties of sugarbeet seed offered to the market. Each variety is specially bred to control a disease and respond to the environment that is unique to that sub-region. Based upon my substantial knowledge of and familiarity with the sugarbeet industry and Wyoming's grower requirements for specific varieties of sugarbeet seed, it takes at approximately two years to grow, harvest and process sugarbeet seed. Given the fact that Wyoming's growers are nearly 80% committed to Roundup Ready sugarbeet seed for 2008 and 90-100% committed to Roundup Ready sugarbeet seed for the 2009 growing season, it is unlikely as to whether sufficient conventional sugarbeet seed in each required variety would be available for the 2009 and 2010 growing season. If there is not enough sugarbeet seed to plant in 2009 and 2010, Wyoming would likely fail which would translate to financial harm to the 6,000 person community of Worland and the four surrounding counties of Big Horn, Fremont, Hot Springs and Washakie.

13. In Wyoming's sugarbeet growing region there is virtually no risk that the glyphosate gene from Roundup Ready sugarbeets will spread to related crops. The reproductive biology of sugarbeets is that they only flower in their second growing season. In our growing region, sugarbeets do not have a second growing year because they do not over winter due to the cold climate. Therefore, in our growing region, sugarbeets never go to flower and cannot cross-pollinate other crops. From my 27 years of planting sugarbeets, I know that bolters are very detrimental to yield and sugar content and I would rogue or destroy any unlikely bolters. They are easy to spot because they are much taller than the canopy.

14. I also rotate my other crops in my growing fields. I have a 3 year rotation of sugarbeets with my other crops, which means that I do not grow sugar beets in the same fields in successive years. I rotate sugarbeets, malt barley, and corn. This rotation practice cuts off any potential cross-pollination with other crops. Moreover, I do not grow chard or red beet nor do I know any sugarbeet farmer that does.

15. Wyoming promulgated rules that required all growers to attend and to certify completion of an educational training program on the use and management of Roundup Ready

1  technology before the growers were permitted to purchase Roundup Ready sugarbeet seed. These
2  mandatory training programs occurred in February 2007 and included presentations by and course
3  materials from University of Wyoming scientists, professional agronomists from the cooperative and
4  Wyoming, Monsanto, Beta-Seed and Syngenta. The program covered all aspects of the proper
5  application and application rates of Roundup for its growers to assure that Roundup is properly
6  applied. Many of our growers already had substantial experience in using the proper application of
7  Roundup Ready with other Roundup Ready crops such as corn. I have not reviewed any data or been
8  apprised by any Wyoming grower of any instance of observed weed resistance associated with the use
9  of Roundup. There is an abundance of information from both seed and herbicide companies on the
10 proper utilization for weed herbicides. I declare under penalty of perjury that the foregoing is true and
11 correct and that this declaration was executed on the 17 of April, 2008 at Worland, WY.

                                              /s/ John Snyder, Jr.

                                              John Snyder, Jr.

HOWREY LLP

-6-
DECLARATION OF JOHN SNYDER, JR. IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE