Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending*)
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Defendants,<br><br>vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR SUGARBEET GROWERS AND PROCESSORS** |

HOWREY LLP

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR SUGARBEET GROWERS AND PROCESSORS

Pursuant to Northern District Civil L.R. 3-16, the undersigned certifies that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parents corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Southern Minnesota Beet Sugar Cooperative is a member organization of the United States Beet Sugar Association ("USBSA"), a Proposed-Intervenor in this action, and has a financial interest in the outcome of this litigation;

- The Amalgamated Sugar Company LLC is a member organization of the USBSA, a Proposed-Intervenor in this action, and has a financial interest in the outcome of this litigation;

- Sidney Sugars is a member organization of the USBSA, a Proposed-Intervenor in this action, and has a financial interest in the outcome of this litigation;

- Michigan Sugar Company is a member organization of the USBSA, a Proposed-Intervenor in this action, and has a financial interest in the outcome of this litigation;

- Minn-Dak Farmers Cooperative is a member organization of the USBSA, a Proposed-Intervenor in this action, and has a financial interest in the outcome of this litigation;

- Spreckels Sugar Company is a member organization of the USBSA, a Proposed-Intervenor in this action, and has a financial interest in the outcome of this litigation; and

- In addition to the individual farmers named in this action, there are thousands of farmers that are represented by the American Sugar Growers Association that have a financial interest in the outcome of this litigation.

| | |
|---|---|
| Dated: April 17, 2008 | Respectfully submitted, |
| | HOWREY LLP |
| | |
| | By: /s/ Joanne Lichtman |
| | Joanne Lichtman |
| | Attorneys for Proposed Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC |

-2-
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR SUGARBEET GROWERS AND PROCESSORS

HOWREY LLP