1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  CENTER FOR FOOD SAFETY, et al., | Case No.  C 08-00484 JSW |
| 13            Plaintiffs, | **[PROPOSED] ORDER GRANTING BETASEED, INC.'S MOTION TO INTERVENE** |
| 14       v. | |
| 15  CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture, and CINDY SMITH, in her official capacity as Administrator of the Animal and Plan Health Inspection Service, | |
| 19            Defendants, | |
| 20  and | |
| 21  BETASEED, INC., | |
| 22            Intervenor-Defendant. | |

27
28

LA1760389.1
212564-10001

PROPOSED ORDER GRANTING BETASEED,
INC.'S MOTION TO INTERVENE

1     The Court has reviewed the motion to intervene filed by Betaseed, Inc.
2 ("Betaseed"). Upon consideration of this motion, supporting argument, and
3 opposition thereto, Betaseed's motion to intervene under Rule 24 of the Federal
4 Rules of Civil Procedure is GRANTED as to all claims in the above-captioned
5 matter.

7     **IT IS SO ORDERED.**

9 Dated: _____       _____
                                                       Honorable Jeffrey S. White
                                                       United States District Judge