1  Joanne Lichtman (SBN 137300)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California 90071-2627
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  Email: lichtmanj@howrey.com

5  Gilbert S. Keteltas  (*Pro Hac Vice pending*)
   John F. Bruce (*Pro Hac Vice pending*)
6  Christopher H. Marraro (*Pro Hac Vice pending*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9
   *Attorneys for Proposed Intervenor-Defendants*
10
                     UNITED STATES DISTRICT COURT
11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 | CENTER FOR FOOD SAFETY, ORGANIC             ) Case No. 3:08-cv-00484-JSW
   | SEED ALLIANCE, SIERRA CLUB, and HIGH        )
14 | MOWING ORGANIC SEEDS,                       ) **NON-GOVERNMENTAL CORPORATE**
   |                                             ) **DISCLOSURE STATEMENT OF**
15 |              Defendants,                    ) **SUGARBEET GROWER/PROCESSORS**
   |                                             )
16 |       vs.                                   )
   |                                             )
17 | CHARLES CONNOR, in his official              )
   | capacity as Acting Secretary of the United States )
18 | Department of Agriculture; and CINDY SMITH,  )
   | in her official capacity as Administrator of the  )
19 | Animal and Plant Health Inspection Service,  )
   |                                             )
20 |              Defendants;                     )
   |                                             )
21 | AMERICAN SUGARBEET GROWERS                   )
   | ASSOCIATION; ERVIN SCHLEMMER;                )
22 | MARK WETTSTEIN; DUANE GRANT; JOHN            )
   | SNYDER; UNITED STATES BEET SUGAR             )
23 | ASSOCIATION; AMERICAN CRYSTAL                )
   | SUGAR COMPANY; THE AMALGAMATED               )
24 | SUGAR COMPANY LLC; WESTERN SUGAR             )
   | COOPERATIVE; and WYOMING SUGAR               )
25 | COMPANY, LLC,                                )
   |                                             )
26 |       Proposed Intervenor-Defendants.        )
   |                                             )
27 |                                             )

28

HOWREY LLP

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Grower/Processor Intervenor-Defendants state as follows: There is no parent corporation or publicly held corporation that owns 10% or more of the American Sugarbeet Growers Association, the United States Beet Sugar Association, American Crystal Sugar Company, the Amalgamated Sugar Company LLC, or Western Sugar Cooperative. The Washakie Beet Growers Cooperative owns just over 10% of Wyoming Sugar Company LLC.

Dated: April 17, 2008

Respectfully submitted,

HOWREY LLP

By: /s/ Joanne Lichtman
    Joanne Lichtman
Attorneys for Proposed Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC