Joanne Lichtman (State Bar No. 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (*Pro Hac Vice pending*)
John F. Bruce (*Pro Hac Vice pending*)
Christopher H. Marraro (*Pro Hac Vice pending*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

*Attorneys for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>  Defendants,<br><br>  vs.<br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>  Defendants;<br><br>AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR COOPERATIVE; and WYOMING SUGAR COMPANY, LLC,<br><br>  Proposed Intervenor-Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**ATTORNEY SIGNATURE ATTESTATION FOR DECLARATIONS FILED IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE**<br><br>**DATE: June 6, 2008**<br>**TIME: 9:00 a.m.**<br>**COURTROOM: 2, 17th Floor**<br>**JUDGE: Hon. Jeffrey S. White** |

HOWREY LLP

ATTORNEY SIGNATURE ATTESTATION IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

I, Joanne Lichtman, Counsel for Proposed Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, Amalgamated Sugar Company, Western Sugar Cooperative and Wyoming Sugar Company (collectively, "Grower/Processor Intervenor-Defendants), hereby attest that I have on file holograph signatures for any signatures indicated by a "conformed" signature ("/s/") filed in support of the Motion to Intervene of Grower/Processor Intervenor-Defendants.

Dated: April 17, 2008                             /s/ Joanne Lichtman_____ _____
                                                  Joanne Lichtman

-1-
ATTORNEY SIGNATURE ATTESTATION IN SUPPORT OF GROWER/PROCESSOR MOTION TO INTERVENE

HOWREY LLP