IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

v.

CHARLES CONNOR, et al.

    Defendants.

No. C 08-00484 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on June 6, 2008 on the motions to intervene filed by Syngenta Seeds, Inc. ("Syngenta"), Monsanto Company ("Monsanto"), American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Synder, Jr. United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative, and Wyoming Sugar Company LLC (the "growers" and "processors"), Betaseed, Incorporated ("Betaseed") (collectively, "Proposed Intervenor-Defendants"). The Court HEREBY ORDERS that any opposition to these motions shall be filed by no later than May 2, 2008 and Proposed Intervenor-Defendants' reply briefs, if any, shall be filed by no later than May 9, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

///

///

///

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 18, 2008

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE