Clear Form

UNITED STATES DISTRICT COURT

Northern District of California

Center for Food Safety,
Organic Seed Alliance, Sierra
Club, and High Mowing Organic Seed

                Plaintiff(s),

v.

Charles Connor, in his official capacity as acting Secretary of the United States Department of Agriculture

                Defendant(s).

CASE NO. 3:08-cv-00484-JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nancy S. Bryson , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

    The Bryson Group, PLLC    (202) 344-4731
    575 7th Street, N.W.
    Washington, DC 20004

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor Syngenta Seeds, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 18 2008

                                            Hon. Jeffrey S. White
                                            United States District Judge