UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.

                    Plaintiff(s),

    v.

CHARLES CONNOR, in his official capacity by Acting Secretary of the United States Department of Agriculture, et al.

                    Defendant(s).

CASE NO.

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

HARRY ZIRLIN, an active member in good standing of the bar of State of New York whose business address and telephone number (particular court to which applicant is admitted) is

DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York 10022, (212) 909-6575

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Betaseed, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 2 2 2008

                                 /s/ Jeffrey White
                                 United States District Judge