Case 3:08-cv-00484-JSW    Document 42-2    Filed 04/17/2008    Page 1 of 3

UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.

CASE NO. C 08-00484 JSW

Plaintiff(s),

v.

CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture, et al.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

DANIEL M. ABUHOFF , an active member in good standing of the bar of State of New York whose business address and telephone number (particular court to which applicant is admitted) is

DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York, NY 10022, (212) 909-6381

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BETASEED, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge

1