UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.,

                              Plaintiff(s),

v.

CHARLES CONNOR, et al.

                              Defendant(s).

CASE NO. C 08-0484 JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JOHN F. BRUCE, an active member in good standing of the bar of DISTRICT OF COLUMBIA whose business address and telephone number (particular court to which applicant is admitted) is

Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004-2402, Tel: (202) 783-0800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the parties identified on Attachment A.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 2 ... 2008

                                                           Hon. Jeffrey S. White
                                                           United States ~~Magistrate~~ Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

ORIGINAL