UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.,

Plaintiff(s),

v.

CHARLES CONNOR, et al.

Defendant(s).

CASE NO. C 08-0484 JSW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

CHRISTOPHER H. MARRARO, an active member in good standing of the bar of DISTRICT OF COLUMBIA and NEW JERSEY (particular court to which applicant is admitted) whose business address and telephone number is Howrey LLP, 1299 Pennsylvania Avenue, N.W. Washington, DC 20004-2402 Tel: (202) 783-0800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the parties identified on Attachment A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 2008

Hon. Jeffrey S. White
United States ~~Magistrate~~ Judge

ORIGINAL