UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.,

CASE NO.  C 08-0484 JSW

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

CHARLES CONNOR, et al.

Defendant(s).
_____/

GILBERT S. KETELTAS _____, an active member in good standing of the bar of

DISTRICT OF COLUMBIA _____ whose business address and telephone number

(particular court to which applicant is admitted)

is

Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004-2402,
Tel: (202) 783-0800

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing the parties identified on Attachment A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Hon. Jeffrey S. White
United States ~~Magistrate~~ Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

ORIGINAL