UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.,

CASE NO. 3:08-cv-00484-JSW

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture et al.,

Defendant(s).

Janice M. Schneider ☒ , an active member in good standing of the bar of

District of Columbia ☒ whose business address and telephone number

(particular court to which applicant is admitted)

is

Latham & Watkins LLP
555 Eleventh Street. N.W. Suite 1000, Washington, D.C. 20004-1304
Telephone: 202-637-2261

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor-Defendant Monsanto Company. ☒

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge