UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.

            CASE NO. 3:08-cv-00484-JSW

            (Proposed)
    Plaintiff(s),      ORDER GRANTING APPLICATION
  v.             FOR ADMISSION OF ATTORNEY
            *PRO HAC VICE*
CHARLES CONNOR, in his official
capacity as Acting Secretary of the United
States Department of Agriculture et al.,

    Defendant(s).
_____/

Rachel G. Lattimore        , an active member in good standing of the bar of

the District of Columbia        whose business address and telephone number

(particular court to which applicant is admitted)

is

1050 Connecticut Avenue, NW
Washington, D.C. 20036-5339
Telephone: (202) 857-6000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Intervenor-Defendant Monsanto Company.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                       _____
                        United States District  Judge