UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.

CASE NO. 3:08-cv-00484-JSW

Plaintiff(s),
v.

CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture et al.,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Stanley H. Abramson, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

1050 Connecticut Avenue, NW
Washington, D.C. 20036-5339
Telephone: (202) 857-6000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor-Defendant Monsanto Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 25 2008

_____
United States ~~Magistrate~~ Judge