KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER, *et al.*,<br><br>Defendants.<br><br>and<br><br>MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*, and BETASEED, INC.,<br><br>Proposed Defendant-Intervenors | Case No.: 3:08-cv-00484-JSW<br><br>ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZE BRIEF<br><br>Date: June 6, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2<br>Judge: Hon. Jeffrey S. White |

1. Pursuant to Civil Local Rule 7-11, plaintiffs Center for Food Safety *et al.*, by and through their undersigned attorney of record, hereby respectfully request that the Court grant them leave to file a single, joint brief totaling 18 pages in response to the four separate motions to intervene in this case filed on April 17, 2008. This Court's standing order generally requires that plaintiffs limit their response to 15 pages

Plaintiffs' Opposition to Motions to Intervene, submitted herewith, responds to four separate motions to intervene totaling 55 pages. In the interest of efficiency and judicial economy, plaintiffs seek leave to file a single, slightly oversized opposition rather than four separate oppositions.

Respectfully submitted,

Dated: May 2, 2008

   /s/  Kevin Golden
KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

1   KEVIN GOLDEN, State Bar No. 233378
    Center for Food Safety
2   2601 Mission St., Suite 803
    San Francisco, CA 94110
3   T: (415) 826-2770 / F: (415) 826-0507
    Email: kgolden@icta.org
4
    PAUL H. ACHITOFF (Pro Hac Vice)
5   Earthjustice
    223 South King Street, Suite 400
6   Honolulu, Hawai'i 96813
    T: (808) 599-2436 / F: (808) 521-6841
7   Email: achitoff@earthjustice.org

8   GREGORY C. LOARIE, State Bar No. 215859
    Earthjustice
9   426 17th Street, 5th Floor
    Oakland, CA 94612
10  T: (510) 550-6725 / F: (510) 550-6749
    Email: gloarie@earthjustice.org
11

12
    *Counsel for Plaintiffs*
13

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER, *et al.*,<br><br>Defendants.<br><br>and<br><br>MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*, and BETASEED, INC.,<br><br>Proposed Defendant-Intervenors | Case No.: 3:08-cv-00484-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZE OPPOSITION TO MOTIONS TO INTERVENE**<br><br>Date:   June 6, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 2<br>Judge: Hon. Jeffrey S. White |

Having considered Plaintiffs' Motion for Leave to File Oversize Opposition to Motions to Intervene, IT IS HEREBY ORDERED that Plaintiffs motion to exceed page limits is granted.

Dated:_____

_____
Hon. Jeffery S. White
United States District Court Judge