UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY

       Plaintiff(s),                          No. C 08-00484 JSW

  v.                                        **CLERK'S NOTICE**

CHARLES CONNOR

       Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on June 6, 2008, at 9:00 a.m., immediately following the hearing on the pending motions, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** May 9, 2008 , in this matter.   The joint case management statement shall be due on or before May 30, 2008.

                                       Richard W. Wieking
                                       Clerk, United States District Court

                                       By:_____
                                       Jennifer Ottolini, Deputy Clerk
                                       Honorable Jeffrey S. White
                                       (415) 522-4173

Dated:  May 5, 2008