KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>EDWARD T. SCHAFER, *et al.*,<br><br>　　　　Defendants.<br><br>　and<br><br>MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*, and BETASEED, INC.,<br><br>　　　　Proposed Defendant-Intervenors | Case No.: 3:08-cv-00484-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZE OPPOSITION TO MOTIONS TO INTERVENE**<br><br>Date: June 6, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2<br>Judge: Hon. Jeffrey S. White |

Having considered Plaintiffs' Motion for Leave to File Oversize Opposition to Motions to Intervene, IT IS HEREBY ORDERED that Plaintiffs motion to exceed page limits is granted.

Dated: May 5, 2008

_____
Hon. Jeffery S. White
United States District Court Judge