RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
415-436-7180
Fax: 415-436-6748
Email: Charles.OConnor@usdoj.gov

ATTORNEYS FOR UNITED STATES

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB AND HIGH MOWING ORGANIC SEEDS,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER[1], in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants. | Civil Action No 08-0484<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSITION TO MOTIONS TO INTERVENE**<br><br>Date: June 6, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2<br>Judge: Hon. Jeffrey S. White |

---

[1] Pursuant to Fed. R. Civ. P. Edward T. Schafer substitutes for Charles Conner.

Civil Action No. 3:08-00484 (JSW) – Fed. Def. Response to Plaintiffs' Opposition to Motions to Intervene

On May 2, 2008, Plaintiffs filed their opposition to the several pending motions to intervene. Federal Defendants file this response for the limited purpose of addressing two points in Plaintiffs' brief. First, Plaintiffs suggest that, if the Court permits intervention, it should order the proposed Intervenors to "coordinate with the government to avoid undue duplication." Plfs. Br. at 18. While Federal Defendants agree that the parties should attempt to avoid duplicative efforts, it would not be appropriate for the Court to order intervenors to coordinate with the United States. As a sovereign entity and regulator, the federal government has different interests than the proposed intervenors, and ordering the coordination could compromise those interests.

Second, Plaintiffs state, without citation, that "defendants have admitted [that] "Roundup Ready" sugar beets are likely to cross-pollinate and otherwise contaminate sugar beet and related crops (such as chard) that are not genetically engineered." Plfs. Br. at 1. Defendants made no such admission. Rather, as Plaintiffs concede later in their brief, what we averred in our answer was that it is "'possible for sugar beets genetically engineered to be resistant to glyphosate to cross-pollinate with chard and table beets.'" Plfs. Br. at 13, quoting Federal Defendants' Answer at ¶ 2.

Respectfully submitted May 9, 2008.

          Respectfully submitted,

          RONALD J. TENPAS
          Assistant Attorney General
          Environment and Natural Resources Division

          /s/ *Lori Caramanian*
          LORI CARAMANIAN
          Environment & Natural Resources Division
          U.S. Department of Justice
          1961 Stout Street, 8th Floor
          Denver, Colorado 80294
          Telephone: (303) 844-1499
          Fax: (303) 844-1350
          Email: lori.caramanian@usdoj.gov