LOWELL M. ROTHSCHILD
VENABLE LLP
575 7th St. N.W.
Washington, D.C. 20004-1601
Telephone: 202.344.4065; Facsimile: 202.344.8300
lmrothschild@venable.com

TIMOTHY J. GORRY (CA SBN 143797)
CHRISTOPHER T. WILLIAMS (CA SBN 171907)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310.229.9922; Facsimile: 310.229.9901
tjgorry@venable.com

NANCY S. BRYSON (Pro Hac Vice)
THE BRYSON GROUP, PLLC
575 7th St. N.W.
Washington, D.C. 20004-1607
Telephone: 202.344.4731; Facsimile: 202.344.4028
nbryson@agfoodlaw.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, <br><br>　　　　Defendants <br><br>　　　　and <br><br>SYNGENTA SEEDS, INC. <br><br>　　　　Proposed Defendant-Intervenor. | Case No.: No. 3:08-cv-00484-JSW <br><br>**NOTICE OF APPEARANCE OF NANCY S. BRYSON ON BEHALF OF PROPOSED DEFENDANT-INTERVENOR SYNGENTA SEEDS, INC** |

**CASE No. 3:08-cv-00484-JSW**
**NOTICE OF APPEARANCE OF NANCY BRYSON**　　　1

TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nancy S. Bryson of The Bryson Group, PLLC hereby enters her appearance on behalf of proposed defendant-intervenor Syngenta Seeds, Inc. in *Center for Food Safety v. Connor*, No. 3:08-cv-00484-JSW (N.D. Cal.) and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served in accordance with the Court's Electronic Case Filing system to nbryson@agfoodlaw.com.

DATED: May 21, 2008

/s/ Nancy Bryson
NANCY S. BRYSON (Pro Hac Vice)
THE BRYSON GROUP, PLLC
575 7th Street N.W.
Washington, D.C. 20004-1607
Telephone: 202.344.4731; Facsimile: 202.344.4028
nbryson@agfoodlaw.com

LOWELL M. ROTHSCHILD
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004-1601
Phone: 202.344.4065; Facsimile: 202.344.8300
lmrothschild@venable.com

TIMOTHY J. GORRY
CHRISTOPHER T. WILLIAMS
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310.229.9900; Facsimile: 310.229.9901
tjgorry@venable.com

Attorneys for Proposed Defendant-Intervenor
SYNGENTA SEEDS, INC