KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| EDWARD T. SCHAFER, *et al.*, | |
| Defendants. | |

Decl. of Lori Ann Burd in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW    1

I, Lori Ann Burd, do hereby declare as follows:

1. I have personal knowledge of the following and could competently testify if called as a witness.

2. I have been a member of the Center for Food Safety since August of 2007. As a member, I regularly take action on issues concerning genetically engineered ("GE") crops through the True Food Network. A resident of Portland, Oregon, I live on the northern tip of the Willamette Valley, a vital agricultural area where a substantial amount of GE sugar beet seed is currently being produced.

3. The deregulation of GE sugar beets injures me as a consumer. I avoid GE foods to protect my health and the environment. Since most corn in this country is GE, I seek out foods sweetened with sugar rather than corn syrup. The deregulation of GE sugar beets injures me by significantly decreasing the number of GE-free foods available to me. Because there is no labeling of GE foods in the U.S., I now must avoid all foods containing non-organic sugar.

4. I purchase a significant portion of my food at the farmers market during the spring, summer, and fall. This food comes from organic and conventional farms in the Willamette Valley. It is a high priority for me to consume as much local food as possible. I regularly purchase and eat chard and table beets. It is important to me that these foods are GE-free. There is a new risk that GE material from sugar beets will contaminate chard and table beets, and the chard and table beet seeds produced in the Willamette Valley.

5. GE sugar beet seeds grown in the Willamette Valley require sufficient isolation distances from other related *Beta vulgaris* crops in order to prevent their contamination. However, there are no required isolation distances to protect *Beta vulgaris* crops such as chard and table beets. Thus production of GE sugar beet seed in the Willamette Valley will contaminate chard and table beet seed and decrease the diversity of foods from the *Beta vulgaris* family which are currently available to me as a consumer.

6. The deregulation of GE sugar beets will harm my aesthetic and recreational interests. Increased usage of GE crops has already caused increases in the number of Roundup-

resistant weeds. I hike several times a year at Silver Falls State Park, a park in the Willamette Valley. I enjoy identifying native plants and their historic uses. I worry that GE sugar beets will lead to herbicide-tolerant weeds growing in Silver Falls, choking out native plant life.

7. The presence of Roundup resistant weeds could also lead to the use of stronger and potentially more toxic herbicides in Silver Falls State park, an ecologically sensitive waterfall park. Increased use of herbicides more toxic than glyphosate could harm fish and wildlife which I enjoy observing during my visits to the park.

8. Roundup resistant weeds, caused by increased use of glyphosate, also threaten my health. Ragweed and giant ragweed, confirmed to have developed tolerance to glyphosate in some areas, are serious allergens for much of the population. These weeds cause me allergic reactions. Deregulation of GE sugar beets will lead to increased use of glyphosate, increased weedy tolerance to glyphosate, and thus will create a health hazard during ragweed season. In addition to generally feeling sick from allergies, any increase in ragweed populations would prevent me from being able to visit area "U-Pick" farms during ragweed season. I preserve many foods I pick at these farms for year round use. The deregulation of GE sugar beets thus increases the risk that I will not be able to visit these farms during ragweed season at all.

9. For my interests to be protected, the USDA should conduct further study, culminating in an Environmental Impact Statement ("EIS") which considers issues such as genetic contamination of table beets and chard and how this would impact farmers and consumers, especially in the Willamette Valley. Further exploration of these issues is necessary to determine the true risk posed by GE sugar beets.

10. Pending completion of an EIS, halting the planting and sale of GE sugar beets is necessary to protect my interests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May ____, 2008 in Portland, OR                    _____

                                                                                          Lori Ann Burd

1 resistant weeds. I hike several times a year at Silver Falls State Park, a park in the Willamette
2 Valley. I enjoy identifying native plants and their historic uses. I worry that GE sugar beets will
3 lead to herbicide-tolerant weeds growing in Silver Falls, choking out native plant life.

4     7.    The presence of Roundup resistant weeds could also lead to the use of stronger
5 and potentially more toxic herbicides in Silver Falls State park, an ecologically sensitive
6 waterfall park. Increased use of herbicides more toxic than glyphosate could harm fish and
7 wildlife which I enjoy observing during my visits to the park.

8     8.    Roundup resistant weeds, caused by increased use of glyphosate, also threaten my
9 health. Ragweed and giant ragweed, confirmed to have developed tolerance to glyphosate in
10 some areas, are serious allergens for much of the population. These weeds cause me allergic
11 reactions. Deregulation of GE sugar beets will lead to increased use of glyphosate, increased
12 weedy tolerance to glyphosate, and thus will create a health hazard during ragweed season. In
13 addition to generally feeling sick from allergies, any increase in ragweed populations would
14 prevent me from being able to visit area "U-Pick" farms during ragweed season. I preserve
15 many foods I pick at these farms for year round use. The deregulation of GE sugar beets thus
16 increases the risk that I will not be able to visit these farms during ragweed season at all.

17     9.    For my interests to be protected, the USDA should conduct further study,
18 culminating in an Environmental Impact Statement ("EIS") which considers issues such as
19 genetic contamination of table beets and chard and how this would impact farmers and
20 consumers, especially in the Willamette Valley. Further exploration of these issues is necessary
21 to determine the true risk posed by GE sugar beets.

22     10.    Pending completion of an EIS, halting the planting and sale of GE sugar beets is
23 necessary to protect my interests.

24

25 I declare under penalty of perjury that the foregoing is true and correct.
26 Executed May 30, 2008 in Portland, OR

                                                                                               Lori Ann Burd

Decl. of Lori Ann Burd in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW    3