KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>       Plaintiffs,<br><br>   vs.<br><br>EDWARD T. SCHAFER, *et al.*,<br><br>       Defendants. | Case No.: 3:08-cv-00484-JSW<br><br>DECLARATION OF MATHEW DILLON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

I, Mathew Dillon, do hereby declare as follows:

1.    I have personal knowledge of the following and could competently testify if called as a witness.

2.    I am the founding director of Organic Seed Alliance ("OSA") and currently serve as Director of Advocacy.  OSA is a nonprofit research and education organization originally founded as Abundant Life Seed Foundation in 1975.  Our mission is to support the ethical development and stewardship of the genetic resources of agricultural seed.  We accomplish our goals through collaborative education, advisory services, and research programs with organic farmers and other seed professionals.

3.    OSA is guided by a vision of seed as a common cultural heritage and a living natural resource fundamental to the sustainability of food production.  Recognizing that seed knowledge is being lost even more quickly than genetic diversity, OSA trains farmers in basic on-farm seed saving, crop improvement, and plant breeding.  The work of OSA goes beyond conservation to increase genetic diversity through participatory seed projects with these farmers. Beyond the benefit of increased seed security, these regional networks of farmers also result in quality of life improvement for farmers and their rural communities.  Farmers are involved with all aspects of the seed system, including production (or seed saving), assessment of crops' genetic potential, basic selection for improvement, advanced breeding for new varietals, and distribution/ownership of products to other farmers and gardeners.

4.    OSA's current program areas include education, advocacy, research, and the World Seed Fund.  OSA projects often integrate more than one program area.  Education includes field days, workshops, and publications.  Advocacy addresses bigger picture issues and concerns in the world of seed such as genetic contamination, industry consolidation, and natural resource management strategies.  Research primarily consists of participatory plant breeding projects in vegetable crops for localized adaptation and to fill gaps created by a consolidated seed industry.  World Seed Fund provides seed and seed saving information to people in need, such as those at prison gardens, refugee camps, and emerging farmer cooperatives in

1  economically and/or politically challenged regions (both domestic and foreign).  OSA also hosts

2  a Seed Growers Conference which brings together farmers, university researchers, seed

3  companies, advocates and activists.

4      5.    Improvements in plant genetics have historically taken place through a process

5  where each generation of farmers and breeders makes use of the efforts of past generations.

6  Over the last 75 years a drastic shift has occurred in ownership and approaches to crop

7  improvement, which can be seen in the increasingly restrictive patent laws, the intensely

8  consolidated seed industry, and seed technologies such as genetic engineering that either

9  marginalize or completely remove farmer involvement.  Furthermore, the vast majority of

10  commercial seed development has focused on proprietary varieties such as Roundup Ready with

11  traits to serve narrowly concentrated areas of industrial agricultural production.  OSA aims to

12  cultivate and preserve traditional processes for development, preservation and cultivation of seed

13  stocks free from genetic engineering and other proprietary traits.

14      6.    OSA has been working with seed producers in Oregon for over thirty years, first

15  as Abundant Life Seed Foundation contracting for a commercial seed production catalog, and

16  then as OSA contracting with partnering seed farmers for breeding projects and providing seed

17  education outreach.  As such, we have historical interests, partnerships, and constituents that are

18  endangered by potential contamination from the Roundup Ready sugar beet deregulated by

19  USDA-APHIS.

20      7.    Oregon is a key state for OSA's seed outreach, with the highest numbers of

21  participating farmers at field events of any state in which we work; Oregon is also the home of

22  our Organic Seed Growers Conference.  In the summers of 2006 and 2007 we hosted a total of

23  five seed field days in Oregon that drew over 110 participating farmers.  Organic seed crops are a

24  high value crop, grossing up to $16,000/acre.  Participants at these educational events hope to

25  add seed skills that will enhance the overall economic viability of their farm.  While only a

26  minority of these farmers go on to develop commercial contracts for organic seed production, the

27  vast majority practice seed saving for their own on-farm usage, a practice that should not be

28

discounted because it does not result in a direct payment to farmers.  On-farm seed saving remains an important tool in the success of a farm, providing farmers with savings in seed costs, and more importantly allowing them to adapt plant genetics to their specific environmental conditions through generations of selection.  Seed saving is a time-honored tradition and is a foundational safety net upon which all of agriculture relies.  The commercial seed sector has existed for little more than a century, whereas we rely on over 10,000 years of farmer-saved seed.

8.    In addition to educational outreach in this area, many of our organic breeding field sites are located in Oregon's Willamette Valley, including breeding projects for *Beta vulgaris* crops.  One OSA partner farmer, Frank Morton of Wild Garden Seed, is currently producing a population of the *Beta vulgaris* variety Magenta Chard for us as a breeding project. This variety will eventually be released via the Family Farmer Seed Cooperative, a cooperative seed company that OSA manages.  This variety will provide organic farmers with organic seed of a variety adapted to their agronomic and market conditions.  A breeding project of this type has a projected long term cost of $56,000 ($8,000/yr for 7 years total) with potential sales revenue in the hundreds of thousands of dollars to the farmers who develop these varieties and produce the seed for the cooperative.

9.    OSA's farmer partnerships are structured in several ways.  We subcontract with farmers for their skills and usage of their farm to fulfill contracts we have from the USDA and private grants as well as commercial seed industry contracts.  Risk of contamination from genetically engineered ("GE") Roundup Ready sugar beet will damage future breeding contracts for OSA, particularly from the private seed industry, which in turn will result in fewer opportunities for farmers to develop locally adapted seed lines through such subcontracts.  In addition to Frank Morton, we have contracted with over a dozen other producers for crop improvement, including farmers such as Don Tipping and Maud Powell from the Siskiyou region of Oregon.  Mr. Tipping and Mrs. Powell's farms are both in an excellent location for beet and chard growing, but we have refrained from *Beta* projects due to concerns that the parent lines of

the Roundup Ready sugar beet are being produced in this area.  We have witnessed what appear to be experimental sugar beet seed plots in this area since May of 2004.  Because the industry does not disclose the sites of GE production, we have not been able to confirm if parent lines are being produced in the region.

10.    At present, organic agriculture is lacking seeds specifically adapted to the field conditions of organic agriculture, including differing fertility issues, pest and disease pressures, and market demands.  The USDA has recognized this, and in the 2007 Farm Bill's Organic Research and Extension Initiative it has specifically called for the development of organic varieties to meet this need.  Contamination of *Beta vulgaris* breeding lines would be a major loss not only to our farmer partners in terms of the loss of income from breeding and seed sales, but also to organic farmers across the country for whom we work to breed new organic varieties in the public domain.  Given the lack of industry information on placement of GE sugar beet experimental, parent line, and commercial seed fields, and given the nature of *Beta vulgaris* plants to disperse large amounts of pollen broadly, we have no recourse in avoiding contamination of our *Beta* lines other than to simply not produce or breed *Beta* seed in Oregon. The threat of contamination alone, prior even to the actual event, curtails OSA's work on *Beta* crops, and slows research progress for organic agriculture.

11.    *Beta vulgaris* crops are promiscuous by nature, relying on wide out-crossing, large quantities of pollen, and a wide range of pollen dispersal.  Seed industry standards for isolation distances were created with only the concern of a red beet crossing with a gold beet, or a chard with a table beet.  Outcrossing with Roundup Ready genetics is much more serious, causing a loss of marketability for an organic seed crop, loss of utility for on-farm saved seed, and destruction of innovation for developing breeding stock.  In the case of an outcross for differing colors of beets, such as a gold beet cross-pollinating with a red beet, a breeder can select unwanted gold color out of the desired beet population by simple field observation and selection.  However, there is no simple method to observe and remove the Roundup Ready genetics from an organic breeding population because it is invisible.  The only way to detect

1  Roundup Ready genetics is through costly testing.

2      12.    Organic seed producers to whom OSA provides technical assistance and training

3  cannot expect to receive an organic premium price on their seed crops if contamination occurs

4  with even the slightest detectable trace of GE pollen.  The farmers who expect to purchase this

5  seed each year, who rely on seed consistency and integrity to execute their plantings, are

6  therefore also threatened by contamination.  Food security demands seed integrity, and the

7  release of Roundup Ready sugar beet threatens that integrity.  Finally, the Willamette Valley is a

8  world class *Beta vulgaris* seed production region.  The release of Roundup Ready sugar beet,

9  with the seed for it produced in the Willamette Valley, will threaten this reputation and, as such,

10  damage the livelihoods of all *Beta vulgaris* seed producers.

11      13.    If the risk of contamination of *Beta vulgaris* seed varieties of chard and table

12  beets becomes too high or if contamination becomes evident at any level in these seed crops,

13  OSA and its farmer partners will cease efforts to produce and breed organic *Beta vulgaris* seed

14  varieties, threatening the right of farmers and consumers to have access to organic chard and

15  table beet seed varieties developed in the Willamette Valley.

16      14.    Washington and Oregon are strategically important areas in *Beta* seed production.

17  According to both Washington State University and industry numbers, together they comprise

18  more than 80% of U.S. chard and beet seed production, and 50% of world chard and beet seed

19  production.  An estimated 300 acres of non-genetically engineered chard and beet seed are

20  grown in the Willamette Valley alone with an annual gross value of $1.75-2.25 million.  These

21  seed crops are grown by about a dozen family seed farms that have been producing in the

22  Willamette Valley for generations.

23      15.    Without seed free from GE contamination, organic farmers' right to compete in a

24  fair market is at risk.  The release of Roundup Ready sugar beets poses a serious threat to organic

25  seed integrity and to the integrity of organics as a whole.  The organic market has proven its

26  viability as it continues to grow at a rate of 20% annually and is projected to comprise 4% of the

27  U.S. retail market by the end of 2008. It needs protection from negative "neighborhood effects"

28

such as transgenic contamination. We believe that USDA-APHIS should properly assess the impact of Roundup Ready sugar beets on organic *Beta vulgaris* seed lines.

16.    Furthermore, I am personally harmed by the commercialization and planting of GE sugar beet seed in the Willamette Valley. I regularly grow and eat organic chard and table beets, and choose to eat such foods without genetic engineering. The planting of GE sugar beets in *Beta vulgaris* seed growing regions such as the Willamette Valley greatly increases the risk that the chard and table beets that I eat will become contaminated by GE sugar beets. If the threat of contamination becomes too great, or if contamination in fact occurs, OSA will cease its breeding programs with *Beta vulgaris* varieties. Other breeders, including private companies, will also likely reduce investments in *Beta* genetics for organics, which will in turn result in a reduction in the diversity of *Beta vulgaris* seed varieties available, reducing my options to consume chard and table beets free from genetic contamination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2008 in Port Townsend, WA          _____

                                                                                               Mathew Dillon

1    such as transgenic contamination.  We believe that the USDA-APHIS should properly assess the

2    impact of Roundup Ready sugar beets on organic *Beta vulgaris* seed lines.

3        16.        Furthermore, I am personally harmed by the commercialization and planting of

4    GE sugar beet seed in the Willamette Valley.  I regularly grow and eat organic chard and table

5    beets, and choose to eat such foods without genetic engineering.  The planting of GE sugar beets

6    in *Beta vulgaris* seed growing regions such as the Willamette Valley greatly increases the risk

7    that the chard and table beets that I eat will become contaminated by GE sugar beets.  If the

8    threat of contamination becomes too great, or if contamination in fact occurs, OSA will cease its

9    breeding programs with *Beta vulgaris* varieties. Other breeders, including private companies,

10   will also likely reduce investments in *Beta* genetics for organics, which will in turn result in a

11   reduction in the diversity of *Beta vulgaris* seed varieties available, reducing my options to

12   consume chard and table beets free from genetic contamination.

13

14   I declare under penalty of perjury that the foregoing is true and correct.

15

16   Executed on May 29, 2008 in Port Townsend, WA

17                                                                                    Mathew Dillon

18

19

20

21

22

23

24

25

26

27

28