KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD T. SHAFER, *et al.*, <br><br> Defendants. | Case No.: 3:08-cv-00484-JSW <br><br> DECLARATION OF DONNA HOFFMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

I, Donna Hoffman, do hereby declare as follows:

1. I have personal knowledge of the following and could competently testify if called as a witness.

2. I have been a member of the Sierra Club since 2004.

3. I have a Bachelor of Science degree in communications from the University of Texas at Austin, graduating in 1984. I currently reside in Austin, Texas.

4. The Sierra Club's interest in protecting the environment extends to genetic engineering and industrial agriculture. The Sierra Club's particular interest in this case stems from the deregulation of genetically engineered ("GE") Roundup Ready sugar beets.

5. I am adversely affected by the lack of information available about the environmental effects of Roundup Ready sugar beets such as the certain genetic contamination of the closely related beet food varieties (red beets and chard). For many years, I have mainly consumed certified organic foods from the local food stores in Austin, Texas and from various organic food sources when traveling. In addition, I have grown various organic food plants and herbs in my home garden for several years, including organic table beets and organic chard which I am currently growing this season. My ability and choice to grow organic table beets and organic chard in my home garden for my personal consumption is at risk of being eliminated. Roundup Ready sugar beets will contaminate the organic table beets and organic chard seed that are grown in the same seed growing regions as Roundup Ready sugar beet seed. I regularly eat organic red beets and Swiss chard cooked or added to foods such as salad greens because I want the extra iron and other nutrition in my daily diet. But there is inadequate information about the long-term effects of GE crops like Roundup Ready sugar beets on human health.

6. With Roundup Ready sugar beets in commercial production and entering the U.S. food supply, I am also adversely affected because I eat products containing sugar. As the sugar beet industry converts to using GE sugar beets, I will not be able to choose products without sugar derived from GE sugar beets because there are no labeling requirements on food products derived from GE crops. I am harmed because I do not want to consume foods that contain sugar

from GE sugar beets because the human health effects are unknown and poorly studied.  I am also ethically and morally opposed to the use of genetic engineering and want to maintain my choice not to eat foods derived from such crops.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May ____, 2008, in Austin, Texas.                    _____

                                                                                                              Donna Hoffman

1 | from GE sugar beets because the human health effects are unknown and poorly studied. I am
2 | also ethically and morally opposed to the use of genetic engineering and want to maintain my
3 | choice not to eat foods derived from such crops.
4 |
5 | I declare under penalty of perjury that the foregoing is true and correct.
6 |
7 | Executed on May 30, 2008, in Austin, Texas.            *[signature]*
8 |                                                         Donna Hoffman

Decl. of Donna Hoffman in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW          3