KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | DECLARATION OF ANDREW KIMBRELL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| EDWARD T. SCHAFER, *et al.*, | |
| Defendants. | |

I, Andrew Kimbrell, do hereby declare as follows:

1. I am the Executive Director of the Center for Food Safety ("CFS") and serve on the CFS Board of Directors. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. CFS is a tax-exempt, non-profit, membership organization with offices in Washington, DC and San Francisco, California. Since the organization's founding in 1997, the activities of CFS have been centered in several areas, including the environmental, health, and economic impacts of the development and commercialization of agriculture and food processing technologies. Principal among these activities are analyses and actions to mitigate the impact of genetically engineered agricultural products on human health and the environment.

3. In 1997, I founded CFS. Since its inception, I have served as a member of the CFS' Board of Directors and helped create its organizational purpose and goals.

4. In creating CFS, I sought to establish a non-profit organization that addressed many of my personal interests in, *inter alia*, protecting the environment from harmful food production technologies. Chief among my concerns were the negative environmental impacts of industrial agriculture technologies: pollution from chemical pesticides, water and air contamination from factory farming, and biological pollution from genetically engineered crops and animals. In addition, CFS was created to protect the interests of its staff and its 65,000-member True Food Network ("TFN") in the environmental and health safety of food and agriculture, including the protection of the natural habitats and wildlife that these members enjoy.

5. CFS provides oversight of governmental activities surrounding genetically engineered products. As a result, CFS develops and disseminates a wide array of educational and informational materials that address the environmental impacts of genetically engineered agricultural products to CFS members, policymakers, local, state and federal government personnel, international governmental officials, non-profit organizations, and interested members of the general public. These educational and informational materials include, but are not limited

to, reprints of news articles, policy reports, legal briefs, press releases, newsletters, action alerts, and fact sheets. Through these materials, CFS seeks to provide its members with a means of identifying genetically engineered foods on the market and to encourage full public participation in defining the issues presented by genetically engineered crops. CFS sends out action alerts to its True Food Network members, who submit letters to governmental officials on issues related to genetic engineering and other issues affecting a sustainable food system. CFS also engages in litigation strategies to ensure that our nation's environmental laws are enforced with respect to food and agriculture; in particular, that genetically engineered organisms are strictly regulated.

6. CFS monitors organic standards to ensure that foods labeled as organic are produced in an environmentally friendly manner free from genetic engineering. Among the ideals that CFS was built upon is the promotion of sustainable agriculture, in which farming practices and the natural world co-exist in a mutually beneficial way, resulting in the protection of natural habitat and wildlife.

7. CFS has worked on multiple campaigns that aim to mitigate the effects of unsound agricultural practices that harm the environment, including initiatives opposing the use of chemical pesticides and toxic sludge in agriculture.

8. CFS also serves in an advocacy function to, *inter alia*, protect the environment from the impacts and risks raised by the use of genetically engineered foods. For example, CFS has worked to prevent the use of genetically engineered biopharmaceutical crops, due to their potentially harmful effects on wildlife and endangered species. CFS also successfully sued the United States Department of Agriculture ("USDA") for violation of the National Environmental Policy Act ("NEPA") for failure to prepare an environmental impact statement ("EIS") to analyze the environmental impacts of deregulating genetically engineered alfalfa. *Geertson Seed Farms v. Johanns*, No. 06-01075, 2007 WL 518624 (N.D. Cal. 2007 Feb. 13, 2007).

9. Concerning genetically engineered ("GE") sugar beets, CFS sued the USDA because it failed to analyze critical environmental impacts when it failed to prepare an EIS prior to deregulating GE sugar beets from the Plant Protection Act ("PPA"). The USDA also violated

the PPA by deregulating GE sugar beets as a "plant pest" without first ensuring that U.S. farmers and consumers will not be harmed by the commercialization of the new GE crop. The deregulation of Roundup Ready sugar beets will lead to uncontrolled biological contamination of non-GE sugar beets and *Beta vulgaris* related chard and table beets with novel and possibly hazardous genetic material. Over half the sugar in our processed foods comes from sugar beets (the rest is supplied through sugar cane), and since ingredients from GE crops are not labeled in the U.S., once food producers start using GE beet sugar in their candies, cereals, breads, baby foods and other products, there will be no way for our members to know if they are eating GE beet sugar. Since many TFN members and I actively avoid eating GE foods, the deregulation of GE sugar beets poses a great risk to this choice. To date, over 11,000 TFN members have signed petitions urging top sugar-using companies not to use sugar from GE sugar beets in their products.

10. Furthermore, many TFN members and I choose to eat organic chard and table beets. Because most chard seed and much of the table beet seed grown in the U.S. is grown in the Willamette Valley of Oregon, where most of the U.S. sugar beet seed is grown, there is a very high risk that organic and conventional chard and table beets will be contaminated with the Roundup Ready sugar beet genes through cross-pollination and inadvertent seed mixing. This creates a new risk that TFN members and I will eat chard and table beets that are contaminated by GE sugar beets. This increases the possibility that TFN members and I will no longer be able to choose to eat chard and table beets because of this contamination risk.

11. There are farmer and gardener TFN members who choose not to plant GE seed or grow GE crops. The risk of contamination of chard and table beets is a new risk that threatens their choice to grow non-GE plants. Additionally, the commercialization of Roundup Ready sugar beets will increase the amount of glyphosate sprayed on GE sugar beet fields, which will in turn increase the number of weeds resistant to Roundup. TFN members and I are concerned that the increased use of Roundup will directly harm the environment and that the increased number of Roundup resistant weeds will harm U.S. agriculture and adversely affect natural areas. For

example, where farmers use Roundup to control weeds in sugar beet fields, or where land managers use Roundup to control invasive species near sugar beet fields, Roundup resistant weeds will force farmers and land managers to use much more toxic alternative herbicides to kill Roundup resistant weeds.

12. The USDA must analyze these environmental impacts in an EIS and give TFN members and the public an opportunity to understand these impacts and provide public comment regarding these impacts prior to commercialization of the GE sugar beet.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May ____, 2008 in Washington, D.C.                    _____

                                                                                                                              Andrew Kimbrell

1  example, where farmers use Roundup to control weeds in sugar beet fields, or where land
2  managers use Roundup to control invasive species near sugar beet fields, Roundup resistant
3  weeds will force farmers and land managers to use much more toxic alternative herbicides to kill
4  Roundup resistant weeds.

5      12.    The USDA must analyze these environmental impacts in an EIS and give TFN
6  members and the public an opportunity to understand these impacts and provide public comment
7  regarding these impacts prior to commercialization of the GE sugar beet.

9  I declare under penalty of perjury that the foregoing is true and correct.

11  Executed May 29, 2008 in Washington, D.C.

                                                                        Andrew Kimbrell

Decl. of Andrew Kimbrell in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW    5