KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER, *et al.*,<br><br>Defendants. | Case No.: 3:08-cv-00484-JSW<br><br>DECLARATION OF BERNARD C. MACDONALD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

I, Bernard C. Macdonald, do hereby declare as follows:

1. I have personal knowledge of the following and could competently testify if called as a witness.

2. My principal place of residence is in Albion, California, 95410-0069. Albion is a small town in Mendocino County.

3. My Sierra Club membership is currently in good standing. My original Sierra Club membership dates back to 1999.

4. I have a Bachelor of Science degree in industrial technology, graduating in 1970 from Northeastern University, and possess a California Community College Credential (No. 217963).

5. As a member of the Sierra Club, I am adversely affected by the USDA's failure to comply with environmental laws regarding the deregulation of Roundup Ready sugar beets because of the lack of information available about their environmental effects, such as the certain genetic contamination of the closely related beet food varieties (table beets and chard). For many years, I have mainly consumed certified organic foods from local food stores in Mendocino and Fort Bragg, California.

6. In addition, I have grown many organic food plants and herbs in the Caspar, CA community garden for three years, including organic table beets and organic chard. I am growing organic table beets and chard this year. My choice and ability to grow food in the Caspar community garden for personal consumption such as organic table beets and organic chard is threatened by Roundup Ready sugar beets because this will contaminate the organic table beets and organic chard. This is very likely because Oregon's Willamette Valley is the prime location for *Beta vulgris* seed production, including sugar beets, chard and table beets.

7. Because I grow vegetables in Caspar, CA, which is in Mendocino County, I am further harmed because growing any genetically modified organisms is prohibited by county law. (Prohibition on the Propagation, Cultivation, Raising and Growing of Genetically Modified Organisms in Mendocino County, Mendocino County, Cal., Code tit. 10A, ch. 15, (2004))

(Attached herein as Exhibit A is a true and correct copy of Mendocino County, Cal., Code tit. 10A, ch. 15, (2004)). If I knowingly or unknowingly plant chard or table beet seed that is genetically modified because it has been cross-contaminated with genetically engineered ("GE") sugar beets, I will be in violation of this ban. Under the Mendocino County law, if I plant such a GE crop, my crop shall be "confiscated and destroyed" by the Agricultural Commissioner. (*Id*. at § 040(D)). Also, I will be subject to a "monetary penalty." (*Id*. at § 040(E)).

8.   Roundup Ready sugar beets pose a threat to my organic food diet because they are a new crop source that will contaminate the organically grown red beets and Swiss chard that I consume on a weekly basis. With Roundup Ready sugar beets in commercial production and entering the U.S. food supply, I am also adversely affected because I eat products containing sugar. As the sugar beet industry converts to using GE sugar beets, I will not be able to choose products without sugar derived from GE sugar beets because there are no labeling requirements on food products derived from GE crops. I am concerned about consuming products tainted with sugar from GE sugar beets because the human health effects are unknown and poorly studied. I am also ethically and morally opposed to the use of genetic engineering and want to maintain my choice not to eat foods derived from such crops.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May ___, 2008, in Albion, California.    _____

Bernard C. Macdonald



1  (Attached herein as Exhibit A is a true and correct copy of Mendocino County, Cal., Code tit.
2  10A, ch. 15, (2004)). If I knowingly or unknowingly plant chard or table beet seed that is
3  genetically modified because it has been cross-contaminated with genetically engineered ("GE")
4  sugar beets, I will be in violation of this ban. Under the Mendocino County law, if I plant such a
5  GE crop, my crop shall be "confiscated and destroyed" by the Agricultural Commissioner. (*Id.*
6  at § 040(D)). Also, I will be subject to a "monetary penalty." (*Id.* at § 040(E)).

7      8.   Roundup Ready sugar beets pose a threat to my organic food diet because they are
8  a new crop source that will contaminate the organically grown red beets and Swiss chard that I
9  consume on a weekly basis. With Roundup Ready sugar beets in commercial production and
10 entering the U.S. food supply, I am also adversely affected because I eat products containing
11 sugar. As the sugar beet industry converts to using GE sugar beets, I will not be able to choose
12 products without sugar derived from GE sugar beets because there are no labeling requirements
13 on food products derived from GE crops. I am concerned about consuming products tainted with
14 sugar from GE sugar beets because the human health effects are unknown and poorly studied. I
15 am also ethically and morally opposed to the use of genetic engineering and want to maintain my
16 choice not to eat foods derived from such crops.

17

18 I declare under penalty of perjury that the foregoing is true and correct.

19

20 Executed on May 30, 2008, in Albion, California.

21                                                                      Bernard C. Macdonald

Decl. of Bernard C. Macdonald in Supp. of Pls.' Mot. for Summ. J. – No. 3:08-cv-00484-JSW    3

# EXHIBIT A

**CHAPTER 10A.15 PROHIBITION ON THE PROPAGATION, CULTIVATION, RAISING AND GROWING OF GENETICALLY MODIFIED ORGANISMS IN MENDOCINO COUNTY**

**Sec. 10A.15.010 Finding.**

The people of Mendocino County wish to protect the County's agriculture, environment, economy, and private property from genetic pollution by genetically modified organisms. (Measure H-2004, passed March 2, 2004.)

**Sec. 10A.15.020 Prohibition.**

It shall be unlawful for any person, firm, or corporation to propagate, cultivate, raise, or grow genetically modified organisms in Mendocino County. (Measure H-2004, passed March 2, 2004.)

**Sec. 10A.15.030 Definitions.**

(A) "Agricultural Commissioner" means the Agricultural Commissioner of Mendocino County.
(B) "DNA" or "deoxyribonucleic acid" means a complex protein that is present in every cell of an organism and is the "blueprint" for the organism's development.
(C) "Genetically modified organisms" means specific organisms whose native intrinsic DNA has been intentionally altered or amended with non-species specific DNA. For purposes of this Chapter, genetic modification does not include organisms created by traditional breeding or hybridization, or to microorganisms created by moving genes or gene segments between unrelated bacteria.
(D) "Organism" means any living thing.
(Measure H-2004, passed March 2, 2004.)

**Sec. 10A.15.040 Penalties.**

(A) The Agricultural Commissioner shall notify any person, firm, or corporation that may be in violation of Section 10A.15.020 of this Chapter, that any organisms in violation of this Chapter are subject to confiscation and destruction.
(B) Any person, firm, or corporation that receives notification under subsection (A) shall have five (5) days to respond to such notification with evidence that such organisms are not in violation of this Chapter.
(C) Upon receipt of any evidence under subsection (B), the Agricultural Commissioner shall consider such evidence and any other evidence that is presented or which is relevant to a determination of such violation. The Agricultural Commissioner shall make such determination as soon as possible, but at least before any genetic pollution may occur.
(D) Upon making a determination that a violation of this Chapter exists, the Agricultural Commissioner shall cause to be confiscated and destroyed any such organisms that are in violation of this Chapter before any genetic pollution may occur.
(E) If the Agricultural Commissioner determines there has been a violation of this

Chapter, in addition to confiscation and destruction of any organisms that are found to be in violation, the Agricultural Commissioner shall impose a monetary penalty on the person, firm, or corporation responsible for the violation, taking into account the amount of damage, any potential damage, and the willfulness of the person, firm, or corporation. (Measure H-2004, passed March 2, 2004.)