KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | DECLARATION OF MARK DES MARETS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| EDWARD T. SCHAFER, *et al.*, | |
| Defendants. | |

Decl. of Mark Des Marets in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW    1

I, Mark Des Marets, do hereby declare as follows:

1. I have personal knowledge of the following and could competently testify if called as a witness.

2. I reside in Portland, Oregon.

3. I am a member of the Center for Food Safety's True Food Network (TFN) and have been a member in good standing since June 2005. With TFN I have consistently taken action on genetic engineering issues through this network.

4. I have a B.S. in Environmental Studies from the Evergreen State College which included coursework in ecological agriculture systems, soil chemistry, botany and fungal mycorrhizal plant associations and symbioses. I have been farming and gardening since I was five years old, using only open-pollinated varieties of seeds and I have always saved seeds from the plants I grow, selecting for varieties and characteristics that suit the climate and environmental conditions in which I grow them.

5. I attempt to eat only food that does not contain genetically engineered ("GE") ingredients. This is difficult, however, because my right to know what I am eating is not protected as the federal government does not require the labeling of any GE products.

6. I regularly eat chard that I know is not genetically engineered nor contaminated by genes from GE *Beta vulgaris* crops. However, my choice to eat such non-GE chard is going to be harmed if Roundup Ready sugar beets are allowed to be broadly commercialized. The USDA's deregulation of GE sugar beets will harm me by decreasing the amount of chard that is not contaminated from cross-pollination of non-GE chard varieties with pollen from GE Roundup Ready sugar beet seed grown in the Willamette Valley.

7. As a gardener/farmer who grows multiple varieties of open-pollinated organic table beets and chard for eating as well as for seed production, I will be harmed by the contamination of my organic *Beta vulgaris* crops from GE Roundup Ready sugar beet pollen or seeds. I live in the northern end of the Willamette Valley in Oregon where the majority of sugar beet seed is produced and would therefore have a high likelihood of potential contamination due

to pollen drift. If my crops were to be contaminated with Roundup Ready sugar beet pollen, I would be unable to sell them as non-GE crops and I would be unable to save seed for replanting, causing me to have to buy seed and lose my years of work selecting seed based on the growing conditions in my geographic location.

8. I conduct two seed swaps per year where I freely distribute the open-pollinated seeds I have saved. If Roundup Ready sugar beets are allowed to be continually grown without restriction in the Willamette Valley, I will be harmed as I will be unable to ensure my open-pollinated *Beta vulgaris* varieties have not been contaminated with the patented genes inserted into the Roundup Ready sugar beet seeds. My choice to produce these pure lines is at risk, as it will become much harder, if not impossible, to produce pure lines as GE contamination becomes widespread.

9. I also run the risk of being sued by the producers of these patented Roundup Ready sugar beet seeds as thousands of other farmers around the U.S. and Canada have been due to their crops being contaminated by GE crops through no fault of their own.

10. Weed resistance to Roundup is of great concern to me even though I do not use Roundup in the production of my crops. I take hikes all over the Willamette Valley and the surrounding forests and visit many farms where there are already huge problems with invasive weed species. Generally, federal land managers use Roundup to control invasive species. If weed resistance to Roundup develops in weeds found in sugar beet fields, due to the increased used of Roundup on Roundup Ready sugar beets, these land managers will be forced to use much more toxic alternative herbicides to kill Roundup resistant weeds causing me to be exposed to greater levels of more toxic herbicides.

11. I will be adversely affected by the introduction of GE Roundup Ready sugar beets as I only eat non-GE chard. I do not want to eat any GE products and have made it a point to seek out non-GE products and food since the introduction of the first GE crops.

12. I also avoid the use of products with high fructose corn syrup or corn derivatives due to the use of GE corn for their production. I therefore have been seeking out non-GE

1 sweeteners, sugar beet sugar being one of my options.  I am injured by introduction of sugar
2 derived from Roundup Ready sugar beets because there is no federal requirement for the labeling
3 of GE ingredients so it would be impossible for me to avoid products containing sugar derived
4 from GE Roundup Ready sugar beets.  I do not believe GE foods and crops are a part of a
5 sustainable food supply system and have made a conscious choice to eat only non-GE foods.

6      13.    To protect my interests, the USDA should prepare an Environmental Impact
7 Study ("EIS") to address the environmental impacts of deregulating Roundup Ready sugar beets.
8 This EIS should include studies on the impacts to consumers, farmers, biodiversity, and the
9 genetic contamination of all *Beta vulgaris* crops that can cross pollinate with Roundup Ready
10 sugar beets.

12 I declare under penalty of perjury that the foregoing is true and correct.

14 Executed May ____, 2008 in Portland, OR    _____
15                                              Mark Des Marets


1  sweeteners, sugar beet sugar being one of my options. I am injured by introduction of sugar
2  derived from Roundup Ready sugar beets because there is no federal requirement for the labeling
3  of GE ingredients so it would be impossible for me to avoid products containing sugar derived
4  from GE Roundup Ready sugar beets. I do not believe GE foods and crops are a part of a
5  sustainable food supply system and have made a conscious choice to eat only non-GE foods.

6      13. To protect my interests, the USDA should prepare an Environmental Impact
7  Study ("EIS") to address the environmental impacts of deregulating Roundup Ready sugar beets.
8  This EIS should include studies on the impacts to consumers, farmers, biodiversity, and the
9  genetic contamination of all *Beta vulgaris* crops that can cross pollinate with Roundup Ready
10  sugar beets.

12  I declare under penalty of perjury that the foregoing is true and correct.

14  Executed May 30th, 2008 in Portland, OR

                                                  Mark Des Marets