KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER, *et al.*,<br><br>Defendants. | Case No.: 3:08-cv-00484-JSW<br><br>DECLARATION OF ERICA MARTENSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

I, Erica Martenson, do hereby declare as follows:

1. I have personal knowledge of the following and could competently testify if called as a witness.

2. My principal place of residence is in Napa, California.

3. My Sierra Club membership is currently in good standing. My original Sierra Club membership dates back to 2007.

4. I have a Bachelor of Arts degree in History from the University of California at Berkeley, graduating in 1990, and a Masters of Counseling from Sonoma State University, graduating in 2001. I currently work as a middle school counselor.

5. The Sierra Club's interest in protecting the environment extends to endangered species, habitat protection, pollution, genetic engineering, and industrial agriculture. The Sierra Club's particular interest in this case stems from the deregulation of Roundup Ready genetically engineered ("GE") sugar beets, which have been engineered to tolerate glyphosate herbicides.

6. As a member of Sierra Club, I am adversely affected by the lack of information available about the environmental effects of Roundup Ready sugar beets, such as the certain genetic contamination of the closely related beet food varieties-- table beets and chard. For many years, I have mainly consumed organically grown produce from local food stores and farmers in or near Napa, California. In addition, I have grown organic produce in my garden at my Napa residence for several years, including organic table beets and chard, which I am currently growing this season. Roundup Ready sugar beets pose a threat to my organic food diet, and may eliminate my choice to grow, buy, and eat organic table beets and chard. There is inadequate information about the short and long-term effects of genetically engineered crops like Roundup Ready sugar beets on human health. With Roundup Ready sugar beets in commercial production and entering the U.S. food supply, I am also adversely affected, because I eat products containing refined sugar. As the sugar beet industry converts to using GE sugar beets, and since there are no labeling requirements on food products derived from GE crops, I will be unable to choose products without sugar derived from GE sugar beets. I am harmed by the commercialization of

1  GE sugar beets, because I do not want to eat products containing GE beet sugar, because the
2  human health effects are unknown and poorly studied, and because I am ethically and morally
3  opposed to the use of genetic engineering and want to maintain my choice not to eat foods
4  derived from such crops.

6  I declare under penalty of perjury that the foregoing is true and correct.

8  Executed on May 30, 2008 in Napa, California             _____
9                                                                                                       Erica Martenson

Decl. of Erica Martenson in Supp. of Pls.' Mot. for Summ. J. – No. 3:08-cv-00484-JSW    3

1  GE sugar beets, because I do not want to eat products containing GE beet sugar, because the
2  human health effects are unknown and poorly studied, and because I am ethically and morally
3  opposed to the use of genetic engineering and want to maintain my choice not to eat foods
4  derived from such crops.

6  I declare under penalty of perjury that the foregoing is true and correct.

8  Executed on May 30, 2008 in Napa, California          *Erica Martenson*

9                                                              Erica Martenson