KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD T. SCHAFER, *et al.*, <br><br> Defendants. | Case No.: 3:08-cv-00484-JSW <br><br> DECLARATION OF FRANK MORTON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

Decl. of Frank Morton in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW     1

I, Frank Morton, do hereby declare as follows:

1.     I have personal knowledge of the following and could competently testify if called as a witness.

2.     I reside and farm in Philomath, Oregon, in the heart of the Willamette Valley. I have been an organic farmer since 1980, and have saved my own seed for replanting since 1982. I began plant breeding and genetic selection on the farm for my own use in 1984. In 1994 my wife and I began our farm-based seed business, Wild Garden Seed, which specializes in organic seed varieties for salad greens, many of which are our own farm-originated varieties. In particular, we grow *Beta vulgaris* seed crops, including chard and table beets.

3.     I am a member in good standing of the Center for Food Safety ("CFS"). As a member, I regularly take action concerning genetically engineered ("GE") crop issues through the True Food Network. I joined CFS because CFS represents my interests as an organic farmer by working to protect organic seeds from genetic contamination and working to keep the organic standards strong.

4.     I am on the Board of Directors of the non-profit organization Organic Seed Alliance ("OSA") and have been a farmer partner of OSA since 1994, when OSA was known as Abundant Life Seed Foundation. I have taught workshops in seed saving, breeding, and commercial production of organic seed as a part of OSA's educational outreach program since 1999. As an OSA farmer partner, I also participate in seed research and collaborative plant breeding projects with other farmers, seed companies, and Land Grant University plant breeders, and I regularly act as a spokesperson with news reporters and informational media on behalf of OSA and farmer's seed interests.

5.     I am on the Board of Directors of the Specialty Seed Growers of Western Oregon

Decl. of Frank Morton in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW     2

(SSGWO), a non-profit association of seed farmers involved in our regional specialty seed industry. I am the President of the Board of the Organic Seed Growers and Trade Association (OSGATA), a national business organization of organic seed farmers, seed companies, and seed consumers (such as organic farmers, gardeners, and food related businesses). I am also a member of the Willamette Valley Specialty Seed Association (WVSSA), which seeks to foster a superior seed production environment through voluntary membership of seed growing companies, and adherence to Pollen Isolation Guidelines and Rules, which are intended to smooth out conflicts between competing commercial interests. I am also a sitting member of the WVSSA Pinning Rules and Isolation Guidelines committee.

6. Wild Garden Seed produces organic seed for sale to the catalog trade, including but not limited to: High Mowing Seed, Seeds of Change, Johnny's Selected Seeds, Fedco Seeds, Territorial Seeds, Burpees, Cooks Garden, Kitchen Garden Seeds, Abundant Life Seeds, Nichols Nursery, JL Hudson, Renee's Garden, and West Coast Seeds. In total, these catalogs supply organic seed to most of the certified organic farmers in the U.S. and Canada. We also have our own catalog and website (www.wildgardenseed.com) for making direct sales to farmers and gardeners in the U.S., Canada, Europe, Australia, New Zealand, and Asia.

7. We sell 155 varieties of seed from 35 crop species. Our seed sales are increasing annually and totaled $151,000 in our last accounting year, and our seed acreage averages a crop value of around $16,500 per acre. My farming region is known for this type of specialty seed production as well as crop diversity. Of the 35 crop species we grow, *Beta vulgaris* alone composes approximately 10% of our seed sales ($15,000), and covers about 20% of our production area each year. 80% of our *Beta vulgaris* crop is Swiss chard, and 20% is table beets, often used for salad greens production ("beet greens").

8. The Willamette Valley is a world-class place to grow seed. Seed companies come here from all parts of the world to produce seed for vegetables and flowers, grass and forage crops. For example, most of the sugar beet seed sown in the United States is grown in the Willamette Valley. About half of U.S. chard seed (300-400 acres) is also grown in the Willamette Valley, as well a smaller amount of table beet seed. The balance of U.S. *Beta vulgaris* seed production is grown in western Washington State.

9. The Willamette Valley is outstanding as a specialty seed production area for several reasons related to geography, climate and history. Good soils, ample water, 45-degree latitude, mild wet winters, moderate dry summers, and a reliable dry harvest window make this location especially ideal for biennial seed crops like the onion, cabbage, and *Beta vulgaris* seed crops including sugar beets, table beets and chard. Because agriculture has such a short history here, and none of these crops are native to this continent, these crops have no endemic diseases in the Willamette Valley, which allows freedom from serious sources of seed-borne disease contamination. This alone is enough to give seed production in the Willamette Valley an advantage over other locations in Europe and Asia.

10. The Willamette Valley is approximately 250 miles long and 60 miles wide. Summer winds from the northwest are a consistent part of daily weather patterns. This needs to be accounted for when considering isolation distances for windblown pollen seed crops like *Beta vulgaris*. The vast majority of Willamette Valley farmland is suited to grass seed growing only, and is too poorly drained in winter to grow specialty seed crops, especially biennials like *Beta vulgaris*, which must over-winter in the field to produce seed the following summer. Specialty seed pinning maps show the clustering of specialty seed growers on better, well-drained soils, and illustrate the tight competition for seed crop isolations, especially for wind-blown species

like beets and spinach. Approximately 200-250 specialty seed growers must share the confines of these preferred areas and coordinate pollen isolation zones around each grower's fields, ranging in radius from one to five miles each, depending on the crops requiring separation.

11. The deregulation of GE sugar beets will cause me and my organic seed farming business grave harm because of the very high probability of biological contamination from *Beta vulgaris* GE sugar beet to my *Beta vulgaris* chard and table beet seed crop. This contamination will harm my choice to grow organic chard and table beet seed. This contamination causes me economic harm because it affects my ability to sell my seed crops as organic. Additionally, it harms me economically because it puts the burden of testing my organic seed crops to ensure that they are GE-free, at a high cost. As I discuss below, the entrance of GE sugar beets into the Willamette Valley, known as a haven for organic vegetable seed production, could prevent organic growers from successfully growing *Beta vulgaris* seed stocks such as chard and beets free of genetic contamination.

12. *Beta vulgaris* crops, including sugar beets, chard and table beets, are open-pollinated, meaning they reproduce by transferring pollen from one plant to another for flower fertilization and seed development. *Beta vulgaris* crops are primarily wind-pollinated and produce a tremendous amount of very fine pollen particles that can travel long distances. Thus, establishing isolation distances between crops between which we want to prevent cross-pollination, such as between GE sugar beets and related chard or table beets, is necessary to protect farmers like me from biological contamination.

13. Like many seed production areas, the Willamette Valley has an association of seed production companies that keeps communication channels open between different interests. The Willamette Valley Specialty Seed Association (WVSSA) was created to provide guidelines

for companies and their growers about proper pollen isolation distance standards to ensure quality and genetic integrity of seed crops coming from the Valley.  Membership in the WVSSA is entirely voluntary, and rules governing the use of the association's isolation pinning maps and isolation guidelines are not enforceable by law or administrative rule.  Neither Oregon's Department of Agriculture nor the USDA-APHIS plays a role in the creation or enforcement of isolation rules to prevent genetic cross-contamination of commercial seed crops.

14.     I am a member of the WVSSA and I sit on the Pinning Rules Committee.  I was active in the rewriting of pinning rules and genetic isolation guidelines during January and February of 2007.  "Pinning" is the process by which a grower, who has a seed production contract, establishes a recognized seed crop isolation area, thereby preventing others from planting a crop that can cross-pollinate within a certain distance of the "pinned" field.  The intent is to assure that the first farmer to receive a growing contract for a crop will not have the crop's genetic purity threatened by another grower who elects to plant a variety of the same species at a later date.  Isolations are maintained through a seniority system, and loss of isolation seniority (by temporary loss of production contract, for example) can mean a loss of many years of seed production opportunity for a farmer.  The rules were being revisited for several reasons, including the clarification of language, correction of botanical classifications, creation of new crop species standards, discussion of isolation seniority, and some changes in isolation distance standards for *Beta vulgaris* crops (sugar beets, Swiss chard, table beets, and fodder beets).

15.     In December 2006, as the Pinning Rules Committee was being formed and its function discussed, the question of isolation distances for sugar beets was a controversial issue because of the new possible direction of the sugar beets seed industry to begin using GE sugar beet technology.  While five miles was the established isolation distance at the time, some

Decl. of Frank Morton in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW     6

argued that six miles was the necessary isolation distance to protect the non-GE sugar beet seed growers.

16. During the January 2007 meeting of the WVSSA Pinning Rules Committee, the topic of isolation distances for conventional sugar beets and Swiss chard once again became an issue. After heated debate between chard-growing and sugar beet-growing interests, there was a decision to establish new standards permitting four miles between open pollinated Swiss chard and conventional hybrid sugar beets (reduced from the old standard of five miles), and three miles between GE beets and conventional beets or hybrid chard (where no standard had existed before). (Attached as Exhibit A is a true and correct copy of "WVSSA Specialty seed Production Isolation Guidelines," July 2007.)

17. The isolation distance controversy is particularly important because of the limited land area in this prime agricultural valley that is being divided up between the various seed growing interests. The land area limitation is especially acute for *Beta vulgaris*, where there are multiple unique varieties (sugar beet, table beet and chard) which are sexually compatible through cross-pollination, and which are pollinated (and therefore exchange genetic information) by wind blown pollen. Sugar beet seed growers have the most senior isolations in the valley because their industry has been here since World War II. On the other hand, I and other Swiss chard growers are experiencing an increased demand for seed because it is used in the popular baby salad greens industry in California. With the entrance of GE sugar beet seeds, isolating sugar beet seed growers has become more important than ever, creating greater competition for a limited number of prime seed growing acres.

18. I believe that ten miles is the isolation distance necessary for genetic isolation of GE beets. For organic seed growers like me whose buyers have zero-tolerance for GE

contamination, isolation distances less than ten miles threaten our very survival as organic seed growers. However, the new 2007 WVSSA rules only require a three mile isolation distance, failing to protect me. As far as I know, the USDA did not even consider the threat to our industry when it deregulated GE sugar beets.

19. With so many of the sugar beet seed growers converting to GE sugar beet seed production, I believe that the Willamette Valley will not be able to accommodate all the current farming interests at the isolation distances necessary to prevent biological contamination from GE sugar beets to non-GE chard and other non-GE *Beta* seed crops, such as my own. This is further exacerbated by the fact that the demand for Swiss chard seed, organic Swiss chard seed in particular, is growing rapidly. Genetic contamination will harm me and other farmers by damaging the marketability of our seed in sensitive markets like the Pacific Rim, Europe, and in my case, to organic seed buyers, contractors, farmers, and gardeners. Additionally, genetic contamination will damage the reputation of the Valley as a premier location from which to purchase organic *Beta vulgaris* vegetable seed.

20. Contamination from GE sugar beets into my *Beta* crops will render them valueless in my marketplace. The organic standards do not allow for the presence of GE traits (like glyphosate resistance or Bt proteins). Once my *Beta vulgaris* seed lines become contaminated with GE DNA, I can no longer knowingly sell the seed as USDA certified organic.

21. At the current three mile isolation distance set by the WVSSA, it is inevitable that cross contamination between GE-sugar beets and Swiss chard and table beets will occur at detectable levels. If this occurs to my organic crops (and to those of other organic seed growers), we will not be able to fulfill seed contracts with organic seed companies like High Mowing Seeds, Seeds of Change, and Fedco Seeds because they have zero tolerance for the presence of

GE contamination. Currently, the loss of organic *Beta vulgaris* crops due to biological contamination from GE sugar beets would cost me $15,000 per year, and potentially much more, because demand for these varieties is increasing each year and I am breeding new varieties which have strong new market potential.

22.   Fedco Seed Company and High Mowing seed contracts require company notification if GE varieties of my contracted crop species are grown within ten miles of my fields. If GE sugar beets are grown within ten miles, I have to test my seed by Polymerase Chain Reaction (PCR) screening for the presence of GE DNA, which costs up to $300 per seed lot. I often grow three or four separate *Beta vulgaris* seed lots per year, plus a breeder plot. Thus, I would need to spend at least $1,200 annually just to test my seed crops.

23.   The USDA-APHIS should be required to conduct an environmental review in an environmental impact statement which analyzes and addresses the harms addressed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 2, 2008 in Philomath, OR   _____

Frank Morton

GE contamination. Currently, the loss of organic *Beta vulgaris* crops due to biological contamination from GE sugar beets would cost me $15,000 per year, and potentially much more, because demand for these varieties is increasing each year and I am breeding new varieties which have strong new market potential.

22. Fedco Seed Company and High Mowing seed contracts require company notification if GE varieties of my contracted crop species are grown within ten miles of my fields. If GE sugar beets are grown within ten miles, I have to test my seed by Polymerase Chain Reaction (PCR) screening for the presence of GE DNA, which costs up to $300 per seed lot. I often grow three or four separate *Beta vulgaris* seed lots per year, plus a breeder plot. Thus, I would need to spend at least $1,200 annually just to test my seed crops.

23. The USDA-APHIS should be required to conduct an environmental review in an environmental impact statement which analyzes and addresses the harms addressed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 2, 2008 in Philomath, OR

                                                                         Frank Morton

Decl. of Frank Morton in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW     9

# EXHIBIT A

Version 04, 7/2007

# WVSSA
# Specialty seed Production
# Isolation Guidelines

**Beta species (Beets and Swiss chard)**
    **Four Separate Groups: Sugar beets, Table beets, Fodder beets, Swiss chard**

| | |
|---|---|
| Between one O.P. and another of the same color and group | 1 mile |
| Between Hybrid of the same color and group | 1 mile |
| Between Hybrid and O.P. of the same color and group | 2 mile |
| Between different colors within a group | 3 mile |
| Between stock-seed and a Hybrid within a group | 2 mile |
| Between stock-seed and O.P. within a group | 3 mile |
| Between Hybrids of different groups | 3 mile |
| Between Hybrid and O.P. of different groups | 4 mile |
| Between GMO's and any other Beta species no closer than | 3 mile |

    (And is excluded from exception to lessen this distance)

**Brassica species (Fall types – 9 chromosomes)**
    Includes; Cabbage, Kale, Kohlrabi, Brussel Sprouts, etc.

| | |
|---|---|
| Between O.P. of the same color and group | 1 mile |
| Between O.P. of different color | 2 mile |
| Between O.P. cabbage and non-heading cultivars | 2 mile |

    (Savoy, Kale, Brussel Sprouts, Collards and Cauliflower)

| | |
|---|---|
| Between Hybrids and Hybrids and O.P. of the same color and group | 2 mile |
| Between Hybrids and O.P. of different colors or group | 3 mile |
| Between Hybrid cabbage and non-heading cultivars | 3 mile |

**Brassica species (Spring types – 6 groups)**

1 Turnip types – 10 chromosomes (Japanese type, purple top, strap leaf, Shogoin)
2 Chinese Mustard types – 10 chromosomes (komatsuna, mizuna, mibuna, tatsoi)
3 Chinese Cabbage types – 10 chromosomes (heading, semi-heading, non-heading)
4 Pak Choi types – 10 chromosomes
5 Choi Sum types – 10 chromosomes
6 Indian Mustard types – 18 chromosomes (Florida broadleaf, southern giant curled,
    red mustard, Chinese mustard, leaf mustard)

SPECIAL ATTENTION MUST BE PAID TO THESE CROPS AS THERE IS A VERY WIDE RANGE OF PHENOTYPES THAT CAN CROSS. IF THERE IS <u>ANY DOUBT,</u> CHECK WITH THE OTHER COMPANY REP. BEFORE PINNING & PLANTING.

| | |
|---|---|
| Between any 10 chromosome and any 18 chromosome types | Physical separation |
| Between O.P. of the same group | 1 mile |
| Between O.P. of different groups | 1.5 mile |
| Between Hybrids or Hybrids and O.P. of same group and phenotype | 2 mile |
| Between Hybrids of different groups or phenotype | 2.5 mile |
| Between Hybrids and O.P. of different groups or phenotype | 3 mile |

1

Version 04, 7/2007

2

**Brassica species Canola**

Must be grown under permit from Oregon Department of Agriculture
GMO type Canola or Rapeseed is not allowed to be grown.

| | |
|---|---|
| Between any other specialty seed crops | 3 mile |

**Allium cepa species (Onion)**
     Male parent used to pin hybrids

**Onion Hybrid**
| | |
|---|---|
| Between Hybrid and O.P. of different color | 3 mile |
| Between Hybrid and O.P. of same color, different shape | 2 mile |
| Between Hybrid and O.P. of same color, shape and type | 2 mile |
| Between Hybrid of same color, shape and type | 1 mile |

**Onions Open Pollinated**
| | |
|---|---|
| Between Hybrid and O.P. of different color or shape | 3 mile |
| Between O.P. of different color | 3 mile |
| Between O.P. of same color, but different shape | 2 mile |
| Between Hybrid of same color and shape | 2 mile |
| Between O.P. of same color, type and shape | 1 mile |

**Allium fistulosum species (Bunching Onions)**

| | |
|---|---|
| Between another variety of fistulosum | 1 mile |

**Allium porrum or ampleoprasum species (Leek)**

| | |
|---|---|
| Between another variety of Leek | 2 mile |

**Allium other species (Chives)**      no distance

**Umbelliferous other species (Parsley, Dill, Parsnips, etc.)**

| | |
|---|---|
| Between same types | 1 mile |
| Between Hybrid and O.P. of similar types | 2 mile |
| Between different types | 3 mile |

**Rhaphanus sativus species (Radish)**

| | |
|---|---|
| Between O.P. varieties of same color and or shape | 1 mile |
| Between Hybrids or Hybrid and O.P. type | 2 mile |
| Between Hybrid and O.P. of different colors and or shape | 3 mile |
| Between Red globes or from White tip type | 1 mile |
| Between Long Red from any other Red type | 2 mile |
| Between Any Red from any other White type | 3 mile |

Version 04, 7/2007

**Spinacia species (Spinach)**
    Male parent used to pin hybrids

| | |
|---|---|
| Between O.P. of the same leaf shape type | 1 mile |
| Between O.P. of different leaf shape type | 3 mile |
| Between Hybrid and O.P. type | 3 mile |

**Cichorium intybus (Chicory)**
    **Includes: raddichio, chicory, whitloof, fodder, root**

| | |
|---|---|
| Between O.P. type or endiva species | 1 mile |
| Between Hybrids or Hybrid and O.P. type | 2 mile |

**Cichorium endiva (Endive)**
    **Includes: endive, escarole, frizze**

| | |
|---|---|
| Between O.P. type or intybus species | 1 mile |

**Cucumis sativus (Cucumber)**
    **Types: Slicer, Pickle, White spine, Black spine, Beta alpha.**

| | |
|---|---|
| Between O.P. of the same type | 1 mile |
| Between O.P. of different type or spine color | 2 mile |
| Between Hybrid and O.P. type | 3 mile |
| Between Hybrid of different type or spine color | 3 mile |

**Cucurbita species (Squash)**
    **Includes: pepo, moshchata, mixta, maxima**

| | |
|---|---|
| Between Similar types, shape and color | 1 mile |
| Between Same or Different species | 1 mile |
| Between another Hybrid of similar variety | 1 mile |
| Between Hybrid and O.P. of similar type and shape | 1.5 mile |
| Between O.P. or Hybrid of different type, shape or color | 2 mile |

**Flowers**

  All Flowers need to be pinned
  Between ones that cross pollinate                           1 mile
    Includes: Chrysanthemums, Sunflowers, Helianthus, Poppies, etc.
  Multiple non-crossing flowers at one location can be pinned with one pin denoting flowers
    Consult company representatives on general pinned flower locations

**All other seed crops need to be pinned.**

  For isolation distances consult company representatives

3