1
2
3
4

KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

5
6
7
8

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

9
10
11
12

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

13

*Counsel for Plaintiffs*

14
15

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

16

CENTER FOR FOOD SAFETY, *et al*.,

17

Plaintiffs,

18

vs.

19

EDWARD T. SCHAFER, *et al*.,

20

Defendants.

21
22
23
24
25
26
27
28

Case No.: 3:08-cv-00484-JSW

DECLARATION OF TOM STEARNS IN
SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT

1   I, Tom Stearns, do hereby declare as follows:

2       1.      I have personal knowledge of the following and could competently testify if

3   called as a witness.

4       2.      I am the founder and current president of High Mowing Organic Seeds Company

5   ("HMS"), located in Vermont 05680.  HMS, a Vermont-based corporation, is a premier organic

6   seed company in the U.S., primarily supplying commercial growers with 100% certified organic

7   vegetable, flower and herb seeds.  HMS has expanded greatly since its founding in 1996 to meet

8   the growing demand for high quality organic seed.

9       3.      HMS sources its seed from three categories: a) the HMS farm located in Vermont,

10  b) individual organic seed growers from across the United States, and c) other seed companies.

11      4.      HMS is different from most other seed companies in several key ways: a) it offers

12  only 100% certified organic seeds, b) it works directly with its seed growers to ensure genetic

13  purity and highest quality seed, and c) it is involved in all aspects of the seed industry from

14  breeding, research and seed production, to seed cleaning, testing and distribution.  Through this

15  rigorous level of oversight and industry involvement, HMS is able to offer the highest quality

16  seed available.

17      5.      HMS has been opposed to the genetic engineering of seeds for the past ten years.

18  HMS believes that organic and other conventional crop farmers have the right to farm the way

19  that they want to without the risk of being polluted by pollen that would cause a loss of the

20  genetic integrity of their crop.  HMS believes, similarly, that consumers deserve the right to eat

21  what they choose without the risk of putting something into their bodies that they don't want to

22  consume.

23      6.      In 2000, I started the Safe Seed Pledge.  With the support of six other seed

24  companies, we drafted a statement about our stance on genetic engineering, which states:

25

26          Agriculture and seeds provide the basis upon which our lives depend.  We must
            protect this foundation as a safe and genetically stable source for future generations.  For
            the benefit of all farmers, gardeners and consumers who want an alternative, we pledge
27          that we do not knowingly buy or sell genetically engineered seeds or plants.  The

28

Decl. of Tom Stearns in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW        2

mechanical transfer of genetic material outside of natural reproductive methods and between genera, families or kingdoms poses great biological risks, as well as economic, political and cultural threats. We feel that genetically engineered varieties have been insufficiently tested prior to public release. More research and testing is necessary to further assess the potential risks of genetically engineered seeds. Further, we wish to support agricultural progress that leads to healthier soils, genetically diverse agricultural ecosystems and ultimately healthy people and communities.

Since I first started the Safe Seed Pledge, over 150 seed companies have signed the Pledge, which represents over 50% of the seed companies in the United States.

7.    HMS distributes nine varieties of organic table beet seed and five varieties of organic chard seed. HMS has eight lots of organic chard seed, valued at $18,781, and two lots of organic table beet seed, valued at $8,128, grown in the Willamette Valley each year.

8.    Contamination from genetically engineered ("GE") sugar beets threatens the purity of these seed lines and the status of these seed varieties as organic. The USDA's decision to deregulate Roundup Ready sugar beets will fundamentally change the nature of the beet and chard seed industry. *Beta vulgaris* species, including sugar beets, chard and table beets, are all sexually compatible, meaning that they can cross-pollinate and swap genetic information. *Beta vulgaris* species are wind-pollinated and the pollen can travel long distances. The Willamette Valley Specialty Seed Association ("WVSSA") has established an isolation distance of 4 miles between GE sugar beet seed fields and other *Beta vulgaris* species including chard and table beet seed. However, this isolation distance does not prevent contamination, it merely reduces it. A larger isolation distance is required to prevent contamination. However, further study is necessary to establish the correct isolation distance to prevent contamination from GE sugar beets. GE sugar beets are grown in the Willamette Valley, in the same small growing region where several of our organic table beet and chard seed varieties are grown. Thus, there is a significant risk that GE sugar beets will cross pollinate and contaminate the organic table beet and chard seed varieties that we have grown in the Willamette Valley.

9.    Because GE sugar beets are being grown in the same region that our organic chard and table beets are grown, HMS must now test for GE contamination. The cost of testing is approximately $250 per seed lot. With two lots of organic table beet seed and eight lots of

1   organic chard seed grown near the newly planted GE sugar beets, HMS must incur the new cost

2   of $2,500 annually to test for genetic purity.

3         10.      If our organic chard and table beet seeds test positive for GE contamination, HMS

4   will not be able to sell this seed, causing economic and aesthetic injury.  The financial impact to

5   HMS due to contamination of beet and Swiss chard seed lots from the Willamette Valley in

6   Oregon is $34,167, not including greater expenses that will be incurred if HMS is required to

7   conduct recall of product, replacement of product, or handle losses from our customers due to

8   contamination.

9

10   I declare under penalty of perjury that the foregoing is true and correct.

11

12   Executed on May ___, 2008 in Wolcott, VT                    _____

13                                                                              Tom Stearns

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  organic chard seed grown near the newly planted GE sugar beets, HMS must incur the new cost

2  of $2,500 annually to test for genetic purity.

3       10.    If our organic chard and table beet seeds test positive for GE contamination, HMS

4  will not be able to sell this seed, causing economic and aesthetic injury.  The financial impact to

5  HMS due to contamination of beet and Swiss chard seed lots from the Willamette Valley in

6  Oregon is $34,167, not including greater expenses that will be incurred if HMS is required to

7  conduct recall of product, replacement of product, or handle losses from our customers due to

8  contamination.

9

10  I declare under penalty of perjury that the foregoing is true and correct.

11

12  Executed on May 30, 2008 in Wolcott, VT

13                                                                   Tom Stearns

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Tom Stearns in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW          4