KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD T. SCHAFER, *et al.*, <br><br> Defendants. | Case No.: 3:08-cv-00484-JSW <br><br> DECLARATION OF DON TIPPING IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

Decl. of Don Tipping in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW          1

I, Don Tipping, do hereby declare as follows:

1. I have personal knowledge of the following and could competently testify if called as a witness.

2. I own and operate Seven Seeds Farm in the Williams Mountain Valley within the Rogue River Valley of southwestern Oregon, in Josephine County. I am a farmer who regularly produces United States Department of Agriculture ("USDA") certified organic Swiss chard and beet seed. Swiss chard, table beets, and sugar beets all share the same genus and species, *Beta vulgaris*. As a consequence of the USDA's deregulation of genetically engineered ("GE") sugar beets, I am harmed by the increased risk of GE sugar beet pollen contaminating my Swiss chard and table beet crops.

3. I have been an active participant in the Organic Seed Alliance ("OSA") as a partner in the education and outreach programs for the past four years. The OSA is a non-profit research organization that supports the ethical development and stewardship of the genetic resources of agricultural seed. The OSA seeks to accomplish its goals through collaborative education, advisory services, and research programs with organic farmers and other seed professionals. As an OSA partner, I have hosted OSA events at my farm on five separate occasions. I have also presented at OSA conferences in 2006 and 2008, and regularly consult with OSA employees about seed related matters.

4. I am a co-founder of the Siskiyou Sustainable Cooperative, founded in 2002, which markets organic seed and vegetables regionally. My current role is providing technical oversight to members of the Cooperative. In this capacity I have helped to mentor and consult with new seed growers to help them determine appropriate seed growing systems. For instance, one of my jobs is to inform organic farmers about proper isolation distances to prevent contamination from conventional and GE crops. Through this experience I have become well-versed in the isolation distances necessary to prevent genetic contamination of vegetable seed crops. My experience in maintaining purity in vegetable seed crops has also been honed by twelve years of commercial organic seed production on my farm and leased fields.

5. While the Willamette Valley has historically been the prime region for growing sugar beet seed and organic vegetable seed, the Rogue River Valley, which is approximately 100 miles south, also has a rich agricultural history, and is fast becoming a prime region for growing *Beta vulgaris* seed. The Rogue River Valley has narrow mountain valleys that provide excellent environments for seed growing and genetic isolation. The organic vegetable seed industry is in the process of reinvigorating the agricultural economy of the Rogue River Valley through rapid growth of organic vegetable seed production. Since founding the Siskiyou Seed Cooperative in the Rogue River Valley, organic vegetable seed production and *Beta vulgaris* seed production (including chard and table beets) have grown rapidly. Five years ago, the Cooperative grossed $30,000 in seed sales from this Valley, while this year the Cooperative will gross $150,000 in seed sales. As the Rogue River Valley has been recognized as a prime growing region for seeds, including *Beta vulgaris* seed, sugar beet growers have also begun to grow sugar beet seed there. I know for a fact that at least one sugar beet seed grower has sugar beets seed fields within six miles of my farm. Thus, the conversion of sugar beets to GE sugar beets directly threatens my fast-growing organic *Beta vulgaris* seed industry.

6. Sugar beets are primarily a wind-pollinated crop, as opposed to insect-pollinated. Because of the year-round strong wind currents in the Rogue River Valley, beet pollen carried by wind can travel farther than pollen from insect-pollinated crops. On a hot summer day in the Rogue River Valley, it is not unusual for winds to reach 15-20 miles per hour.

7. The currently accepted standard voluntary isolation distance between beets and chard is five miles. However, in corn, which, like sugar beets is a wind-pollinated crop, contamination from GE varieties has occurred over distances longer than five miles. This leads me to believe that a five mile isolation distance is inadequate to protect my crops from unwanted GE contamination. Based on my experience growing *Beta vulgaris* seed crops in the Rogue River Valley, a ten-mile isolation distance is necessary to protect my crops from genetic contamination.

8. There is a direct, increased risk of contamination to my crops by GE sugar beets

Decl. of Don Tipping in Supp. of Pls.' Mot. for Summ. J. - No. 3:08-cv-00484-JSW    3

because there is a sugar beet seed farmer who maintains sugar beets fields in the Williams Valley, six miles from my fields, and the Applegate valley, nine miles from my fields (both the Williams and Applegate valleys are in the Rogue River Valley). I have no way of knowing whether this farmer is growing GE sugar beets in his plots, as this information is not made public. However, with the planned expansion of GE sugar beet seed to compose the majority of the sugar beet seed stocks, it is very likely that these nearby fields will be planted with GE sugar beet seed in the near future, if they are not already.

9. My reputation as an organic seed grower, growing GE-free seed, and my livelihood is at risk, because GE sugar beet pollen will likely contaminate at least one of my seed lots. Even if just one seed lot were rejected for containing GE sugar beets, my customers will question the purity of not just our *Beta vulgaris* seed lines, but all of our other seed lots. Seed companies do business with the Siskiyou Sustainable Cooperative because where we grow seed has historically been a safe haven from GE crops; for example, there is no GE corn in the entire Valley where I farm. A single incidence of contamination would permanently compromise my reputation for producing GE-free seed.

10. The cost of having a laboratory test to determine that our seeds are GE-free is approximately $200 per sample tested. One positive test for the presence of GE-contamination may precipitate our farm being required to perform these tests indefinitely into the future and possibly for a wider variety of crops, dramatically increasing costs.

11. Currently our gross sale of organic seeds is approximately $45,000 per year; of this total, *Beta vulgaris* constitutes about $3,000.

12. I estimate the collective total gross sales of the Siskiyou Sustainable Cooperative's six members to be around $150,000 this year, *Beta vulgaris* constituting about $20,000.

13. The good name of my farm and the Cooperative members' farms in the organic seed industry will be irreversibly damaged by an incident of GE contamination. Also, considering that I was instrumental in helping to develop a cooperative of organic seed growers

1  in our region, seed companies would likely shun doing business with our growers if GE
2  contamination became an issue in this region.
3
4  I declare under penalty of perjury that the foregoing is true and correct.
5
6  Executed on May ___, 2008 in Williams, OR                    _____
7                                                                                     Don Tipping

in our region, seed companies would likely shun doing business with our growers if GE contamination became an issue in this region.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2008 in Williams, OR

Don Tipping