| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Philip Perry (Ca. Bar No. 148696 - admitted) |
| 2 |    Janice M. Schneider (D.C. Bar No. 472037 - admitted *pro hac vice*) |
| 3 | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004-1304 |
| 4 | Telephone: (202) 637-2200 |
| | Facsimile: (202) 637-2201 |
| 5 | Email: phil.perry@lw.com |
| | Email: janice.schneider@lw.com |
| 6 |    Holly J. Tate (Ca. Bar No. 237561) |
| | 505 Montgomery Street, Suite 1900 |
| 7 | San Francisco, California 94111-2562 |
| | Telephone: (415) 391-0600 |
| 8 | Facsimile: (415) 395-8095 |
| | Email: holly.tate@lw.com |
| 9 | |
| | ARENT FOX LLP |
| 10 |    Stanley H. Abramson (D.C. Bar No. 217281 – admitted *pro hac vice*) |
| 11 |    Rachel G. Lattimore (D.C. Bar No. 450975 – admitted *pro hac vice*) |
| 12 | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5339 |
| 13 | Telephone: (202) 857-6000 |
| | Facsimile: (202) 857-6395 |
| 14 | Email: abramson.stanley@arentfox.com |
| | Email: lattimore.rachel@arentfox.com |
| 15 | |
| | Attorneys for Proposed Intervenor-Defendant |
| 16 | Monsanto Company |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 19 | CENTER FOR FOOD SAFETY, *et al.*, | CASE NO. C-08-484 JSW |
| 20 |    Plaintiffs, | |
| 21 | v. | **NOTICE OF APPEARANCE OF PHILIP J. PERRY AS COUNSEL FOR PROPOSED INTERVENOR-DEFENDANT MONSANTO COMPANY** |
| 22 | CHARLES CONNOR, *et al.*, | |
| 23 |    Defendants, | Judge: Hon. Jeffrey S. White |
| 24 | and | |
| 25 | MONSANTO COMPANY, | |
| 26 |    Proposed Intervenor-Defendant. | |

# NOTICE OF APPEARANCE OF PHILIP J. PERRY
## AS COUNSEL FOR
### PROPOSED INTERVENOR-DEFENDANT MONSANTO COMPANY

Philip J. Perry (CA Bar No. 148696), of the law firm Latham & Watkins LLP, hereby gives notice of his appearance as counsel for Proposed Intervenor-Defendant Monsanto Company in the above-referenced matter.

Dated:  June 4, 2008                                     Respectfully submitted,

                                                              /S/ Philip J. Perry

HOLLY J. TATE (Ca. Bar No. 237561)                PHILIP J. PERRY (Ca. Bar No. 148696)
LATHAM & WATKINS LLP                              LATHAM & WATKINS LLP
505 Montgomery Street, Suite 1900                 555 11th Street, N.W. Suite 1000
San Francisco, California  94111-2562             Washington, D.C. 20004
Telephone:  (415) 391-0600                         Telephone: (202) 637-2200
Facsimile:   (415) 395-8095                        Facsimile:   (202) 637-2201
Email: holly.tate@lw.com                           Email:  phil.perry@lw.com

JANICE M. SCHNEIDER (D.C. Bar No.                *Attorneys for Proposed Intervenor-*
472037 – admitted *pro hac vice*)                 *Defendant Monsanto Company*
LATHAM & WATKINS LLP
555 11th Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile:   (202) 637-2201
Email:  janice.schneider@lw.com

STANLEY H. ABRAMSON (D.C. Bar No.
217281 – admitted *pro hac vice*)
RACHEL G. LATTIMORE (D.C. Bar No.
450975 – admitted *pro hac vice*)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile:  (202) 857-6395
Email: abramson.stanley@arentfox.com
Email: lattimore.rachel@arentfox.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE OF PHILIP J. PERRY with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.

I HEREBY CERTIFY that the foregoing was served on June 4, 2008 on the following individuals via the court's electronic filing system:

Kevin Golden
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, California 94110
Telephone: (415) 826-2770
Fax: (415) 826-0507
Email: kgolden@icta.org

Paul H. Achitoff
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 599-2436
Fax: (808) 521-6841
Email: achitoff@earthjustice.org

Gregory C. Loarie
Earthjustice
426 17th Street, 5th Floor
Oakland, California 94612
Telephone: (510) 550-6725
Fax: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

Lori Caramanian
Environmental & Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

John R. Coleman
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Counsel for Defendants*

NOTICE OF APPEARANCE OF PHILIP J. PERRY; No. C-08-484 JSW

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated: June 4, 2008 | Respectfully submitted, |
| 3 | |    /S/ Philp J. Perry |
| 4 | HOLLY J. TATE (Ca. Bar No. 237561)<br>505 Montgomery Street, Suite 1900 | Philip J. Perry (CA Bar No. 148696)<br>LATHAM & WATKINS LLP |
| | San Francisco, California  94111-2562 | 555 11th Street, N.W. Suite 1000 |
| 5 | Telephone:  (415) 391-0600 | Washington, D.C. 20004 |
| | Facsimile:   (415) 395-8095 | Telephone: (202) 637-2200 |
| 6 | Email: holly.tate@lw.com | Facsimile: (202) 637-2201 |
| | | Email:  phil.perry@lw.com |
| 7 | JANICE M. SCHNEIDER (D.C. Bar No. | |
| | 472037 – admitted *pro hac vice*) | *Attorneys for Proposed Intervenor-* |
| 8 | LATHAM & WATKINS LLP | *Defendant Monsanto Company* |
| | 555 11th Street, N.W. Suite 1000 | |
| 9 | Washington, D.C. 20004 | |
| | Telephone: (202) 637-2200 | |
| 10 | Facsimile: (202) 637-2201 | |
| | Email:  phil.perry@lw.com | |
| 11 | Email:  janice.schneider@lw.com | |
| 12 | STANLEY H. ABRAMSON (D.C. Bar No. | |
| | 217281 – admitted *pro hac vice*) | |
| 13 | RACHEL G. LATTIMORE (D.C. Bar No. | |
| | 450975 – admitted *pro hac vice*) | |
| 14 | ARENT FOX LLP | |
| | 1050 Connecticut Avenue, NW | |
| 15 | Washington, D.C. 20036-5339 | |
| | Telephone: (202) 857-6000 | |
| 16 | Facsimile:  (202) 857-6395 | |
| | Email: abramson.stanley@arentfox.com | |
| 17 | Email: lattimore.rachel@arentfox.com | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |