1  DANIEL M. ABUHOFF (*Pro Hac Vice*)
   dabuhoff@debevoise.com
2  HARRY ZIRLIN (*Pro Hac Vice*)
   hzirlin@debevoise.com
3  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
4  New York, New York 10022
   Telephone:    212.909.6381
5  Facsimile:    212.909.6836

6  DANIEL MURPHY (SBN 141006)
   dmurphy@loeb.com
7  W. ALLAN EDMISTON (SBN 228246)
   aedmiston@loeb.com
8  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
9  Los Angeles, California 90067
   Telephone:    310-282-2000
10 Facsimile:    310-282-2200

11 Attorneys for Proposed Intervenor-Defendant
   Betaseed, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | |
| Plaintiffs, | Case No. C 08-00484 JSW |
| vs. | |
| CHARLES CONNOR, et al., | |
| Defendants. | **NOTICE OF APPEARANCE OF DANIEL M. ABUHOFF FOR PROPOSED INTERVENOR-DEFENDANT BETASEED, INC.** |
| and | |
| BETASEED, INC., | |
| Proposed Intervenor-Defendant. | Judge: The Honorable Jeffrey S. White |

**NOTICE OF APPEARANCE OF DANIEL M. ABUHOFF
AS COUNSEL FOR
PROPOSED INTERVENOR-DEFENDANT BETASEED, INC.**

Daniel M. Abuhoff, of the law firm Debevoise & Plimpton LLP, hereby gives notice of his appearance as counsel for proposed intervenor-defendant Betaseed, Inc. in the above-referenced matter.

Dated: June 4, 2008                              Respectfully Submitted,

                                                 DEBEVOISE & PLIMPTON LLP

                                                 By: /s/ Daniel M. Abuhoff
LOEB & LOEB LLP                                  Daniel M. Abuhoff (*Pro Hac Vice*)
Daniel G. Murphy (SBN 141006)
W. Allan Edmiston (SBN 228246)                   *Attorneys for Proposed Intervenor-
                                                 Defendant Betaseed, Inc.*
DEBEVOISE & PLIMPTON LLP
Harry Zirlin (*Pro Hac Vice*)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2008, I electronically filed the foregoing NOTICE OF APPEARANCE OF DANIEL M. ABUHOFF with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.

I HEREBY CERTIFY that the foregoing was served on June 4, 2008 on the following individuals via the Court's electronic filing system:

Kevin Golden
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, California 94110
Telephone: (415) 826-2770
Fax: (415) 826-0507
Email: kgolden@icta.org

Paul H. Achitoff
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 599-2436
Fax: (808) 521-6841
Email: achitoff@earthjustice.org

Gregory C. Loarie
Earthjustice
426 17th Street, 5th Floor
Oakland, California 94612
Telephone: (510) 550-6725
Fax: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

Lori Caramanian
Environmental & Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

John R. Coleman
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Counsel for Defendants*

NOTICE OF APPEARANCE OF DANIEL M. ABUHOFF; Case No. C 08-00484 JSW

| | |
|---|---|
| 1   Dated: June 4, 2008 | Respectfully Submitted, |
| 2 | DEBEVOISE & PLIMPTON LLP |
| 3 | By: /s/ Daniel M. Abuhoff |
|     LOEB & LOEB LLP | Daniel M. Abuhoff (*Pro Hac Vice*) |
| 4   Daniel G. Murphy (SBN 141006) | |
|     W. Allan Edmiston (SBN 228246) | *Attorneys for Proposed Intervenor-* |
| 5 | *Defendant Betaseed, Inc.* |
|     DEBEVOISE & PLIMPTON LLP | |
| 6   Harry Zirlin (*Pro Hac Vice*) | |

NOTICE OF APPEARANCE OF DANIEL M. ABUHOFF; Case No. C 08-00484 JSW