United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

  v.

CHARLES CONNOR, et al.

    Defendants.

No. C 08-00484 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND NOTICE OF QUESTIONS FOR HEARING**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON JUNE 6, 2008 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with reference to pin cites and without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The parties shall each have 15 minutes to address the following questions:

(1) In their opposition to the motions to intervene, Plaintiffs do not address whether the proposed intervenors meet the threshold requirements for permissive intervention that

the Court have an independent basis for jurisdiction and that the proposed intervenors' claims or defenses share a common question of law or fact with the main action. Do Plaintiffs concede that the proposed intervenors satisfy these threshold requirements?

(2) The proposed intervenors rely on *Protect Lake Pleasant, LLC v. Johnson*, 2007 WL 1108916 (D. Az. April 13, 2007) and *Stevens County v. United States Department of Interior*, 2006 U.S. Dist. LEXIS 74730 (E.D. Wash. Oct. 3, 2006) for the proposition that the independent jurisdiction requirement is akin to standing. However, in those cases, standing was either directly or indirectly challenged. If the test for determining whether the proposed intervenors have an independent basis for jurisdiction is separate from standing, what is the test the Court should apply and do the proposed intervenors satisfy this test?

(3) Do the parties have anything further they wish to address?

The Court HEREBY CONTINUES the Case Management Conference in this matter to August 8, 2008 at 1:30 p.m. The parties shall propose a briefing schedule and hearing date for the pending motion for summary judgment in their revised Joint Case Management Statement which shall be filed by August 1, 2008.

**IT IS SO ORDERED.**

Dated: June 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2