KEVIN Z. GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | |
| vs. | NOTICE OF ADDITIONAL AUTHORITY |
| EDWARD T. SCHAFER, *et al.*, | |
| Defendants, | Date: June 6, 2008 |
| and | Time: 9:00 a.m. |
| | Place: Courtroom 2 |
| MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*, and BETASEED, INC., | Judge: Hon. Jeffrey S. White |
| Proposed Defendant-Intervenors. | |

Notice of Additional Authority – No. 3:08-cv-00484-JSW

# NOTICE OF ADDITIONAL AUTHORITY

Pursuant to the Court's June 5, 2008 Order Continuing Case Management Conference and Notice of Questions for Hearing (Doc. 103), plaintiffs Center for Food Safety *et al.* notify the Court and opposing counsel that they intend to rely on the following authority not cited in their briefing at the June 6, 2008 hearing on the pending motions to intervene.

- *Sweetheart Plastics, Inc. v. Detroit Forming, Inc.*, 743 F.2d 1039, 1046 (4th Cir. 1984)

Respectfully submitted,

Dated: June 5, 2008

 /s/ Gregory C. Loarie
GREGORY C. LOARIE
PAUL H. ACHITOFF
Earthjustice

KEVIN Z. GOLDEN
Center for Food Safety

*Counsel for Plaintiffs*