IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 6, 2008                        **Court Reporter:** Sahar McVickar


**CASE NO.: C-08-484 JSW**

**TITLE:** Center for Food Safety, et al., v. Charles Connor et al.,


**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Paul Achitoff                                          Gilbert Keteltas
                                                       Philip Perry
                                                       Daniel Abuhoff
                                                       Nancy Bryson
                                                       Lori Caramanian


**PROCEEDINGS:**   1) Motion to Intervene by Monsanto Company

2) Motion to Intervene filed by Syngenta Seeds, Inc.

3) Motion to Intervene filed by American Sugarbeet Growers Assn., et al.,

4) Motion to Intervene filed by Betaseed, Inc.,

5) Initial CMC

**RESULTS:**   The Court heard argument from counsel.
The Initial CMC is continued to 8-8-08 at 1:30 p.m.
Joint CMC Statement due: 8-1-08

The motions to intervene are taken under submission.
A written ruling shall issue.