UNITED STATES DISTRICT COURT

Northern District of California

CENTER FOR FOOD SAFETY, et al.

                 Plaintiff(s),

    v.

CHARLES CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture et al.,

                 Defendant(s).

CASE NO. 3:08-cv-00484-JSW

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

J. Thomas Carrato, an active member in good standing of the bar of California, Missouri and Washington (particular court to which applicant is admitted) whose business address and telephone number is

Monsanto Company, Mail Zone E1NH
800 N. Lindbergh Blvd., St. Louis, MO 63167-0001
Telephone: 314-694-8086; Email: j.thomas.carrato@monsanto.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor Defendant Monsanto Company

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 1 0 2008

                                                              *Jeffrey S. White*
                                                    United States District Judge