KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

RONALD J. TENPAS
Assistant Attorney General
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
415-436-7180
Fax: 415-436-6748
Email: Charles.OConnor@usdoj.gov

GREGORY G. KATSAS
Assistant Attorney General
JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530

Telephone: (202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD T. SCHAFER, in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, <br><br> Defendants. | Civil Action No. 4:08-00484-JSW <br><br> **JOINT STIPULATION** <br><br> and <br><br> **[PROPOSED] ORDER** |

Pursuant to this Court's Order of June 5, 2008 (Doc. #103), plaintiffs Center for Food Safety, Organic Seed Alliance, Sierra Club, and High Mowing Organic Seeds, and Defendants Edward T. Schafer and Cindy Smith, in their official capacities, by counsel, hereby agree and stipulate as follows:

1. By Order dated June 5, 2008, the Court continued "the Case Management Conference in this matter to August 8, 2008 at 1:30 p.m.," and directed the parties to "propose a briefing schedule and hearing date for the pending motion for summary judgment in [a] revised Joint Case Management Statement which shall be filed by August 1, 2008."

2. Pending before the Court are the motions to intervene filed by Syngenta Seeds, Inc. ("Syngenta"), Monsanto Company ("Monsanto"), American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Synder, Jr. United States

Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative, and Wyoming Sugar Company LLC (the "growers" and "processors"), and Betaseed, Inc. ("Betaseed") (collectively, "Proposed Intervenor-Defendants").

3. In the interest of judicial economy, the parties respectfully request that the Court continue the Case Management Conference in this matter, and the associated deadline for the parties' submission of a revised Joint Case Management Statement, to dates selected by the Court that will follow the Court's ruling on the pending motions to intervene. The parties agree that a Case Management Conference would likely be more productive after the Court has issued its ruling on the pending motions seeking intervention.

Respectfully submitted,

Dated: August 1, 2008

*/s Lori Caramanian*
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado  80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email:  lori.caramanian@usdoj.gov

Dated: August 1, 2008

*/s John R. Coleman*
JOHN R. COLEMAN (Va. Bar # 70908)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Attorneys for Defendants*

KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email:  kgolden@icta.org

Civil Action No. 3:08-00484 (JSW) – Joint Stipulation and Proposed Order

|   |   |
|---|---|
|   | GREGORY C. LOARIE, State Bar No. 215859<br>Earthjustice<br>426 17th Street, 5th Floor<br>Oakland, CA 94612<br>T: (510) 550-6725 / F: (510) 550-6749<br>Email: gloarie@earthjustice.org |
| Dated: August 1, 2008 | */s Paul H. Achitoff*_____<br>PAUL H. ACHITOFF (admitted pro hac vice)<br>Earthjustice<br>223 South King Street, Suite 400<br>Honolulu, Hawai'i 96813<br>T: (808) 599-2436<br>F: (808) 521-6841<br>Email: achitoff@earthjustice.org |
|   | *Attorneys for Plaintiffs* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                Hon. Jeffrey Steven White
                                United States District Judge