RONALD J. TENPAS
Assistant Attorney General
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
T: (303) 844-1499 / F: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
T: 415-436-7180 / F: 415-436-6748
Email: Charles.OConnor@usdoj.gov

GREGORY G. KATSAS
Assistant Attorney General
JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
T: (202) 514-4505 / F: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> CHARLES CONNOR, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:08-00484-JSW <br><br> **DEFENDANTS' MOTION TO CONTINUE HEARING DATE** |

Civil Action No. 3:08-00484 (JSW) – Defendants' Motion to Continue Hearing Date

Pursuant to Civil L.R. 7-11, defendants hereby move the Court for an order formally continuing the hearing on the pending motion for summary judgment filed by plaintiffs in the above-captioned case. Plaintiffs filed their motion for summary judgment on June 2, 2008, noticing the motion for a hearing on September 19, 2008. By Order dated June 5, 2008, the Court continued the Case Management Conference in this matter to August 8, 2008 and directed the parties to "propose a briefing schedule and hearing date for the pending motion for summary judgment in [a] revised Joint Case Management Statement which shall be filed by August 1, 2008."

On August 1, 2008, the parties submitted a Joint Stipulation requesting "that the Court continue the Case Management Conference in this matter, and the associated deadline for the parties' submission of a revised Joint Case Management Statement, to dates selected by the Court that will follow the Court's ruling on the pending motions to intervene." The Joint Stipulation was submitted based on the parties' agreement that "a Case Management Conference would likely be more productive after the Court has issued its ruling on the pending motions seeking intervention."

For the same reasons, defendants respectfully request that the Court formally continue the hearing date for plaintiffs' motion for summary judgment, currently set for September 19, to a future date to be determined at a Case Management Conference after the Court has ruled on the pending motions to intervene, and the parties have submitted a Revised Case Management Statement. Counsel for defendants has conferred with counsel for plaintiffs, who does not oppose this request.

DATED: August 1, 2008                    Respectfully submitted,

                                         RONALD J. TENPAS
                                         Assistant Attorney General
                                         Environment and Natural Resources Division
                                         LORI CARAMANIAN
                                         Environment & Natural Resources Division
                                         U.S. Department of Justice

Civil Action No. 3:08-00484 (JSW) – Defendants' Motion to Continue Hearing Date

1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
415-436-7180
Fax: 415-436-6748
Email: Charles.OConnor@usdoj.gov

GREGORY G. KATSAS
Assistant Attorney General
JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch

*/s/ John R. Coleman*
JOHN R. COLEMAN
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Civil Action No. 3:08-00484 (JSW) – Defendants' Motion to Continue Hearing Date

I hereby certify on this 1st day of August, 2008, that a true and correct copy of Defendants' Motion to Continue Hearing Date was served via the Electronic Case Filing System of the Northern District of California on the following individuals:

KEVIN GOLDEN
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
Telephone: (415) 826-2770
Facsimile: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (Applicant for Admission Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 599-2436
Facsimile: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE (State Bar No. 215859)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Fascimile: (510) 550-6749
Email: gloarie@earthjustice.org

/s/ *John R. Coleman*
John R. Coleman
Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch

Civil Action No. 3:08-00484 (JSW) – Defendants' Motion to Continue Hearing Date

1  RONALD J. TENPAS
   Assistant Attorney General
2  LORI CARAMANIAN
   Environment & Natural Resources Division
3  U.S. Department of Justice
   1961 Stout Street, 8th Floor
4  Denver, Colorado 80294
   T: (303) 844-1499 / F: (303) 844-1350
5  Email: lori.caramanian@usdoj.gov

6  CHARLES MICHAEL O'CONNOR
   Office of the US Attorney
7  Civil Division - ENR
   450 Golden Gate Ave, 10th Floor
8  PO Box 36055
   San Francisco, CA 94102-3495
9  T: 415-436-7180 / F: 415-436-6748
   Email: Charles.OConnor@usdoj.gov
10
   GREGORY G. KATSAS
11 Assistant Attorney General
   JAMES J. GILLIGAN
12 Assistant Director, Federal Programs Branch
   JOHN R. COLEMAN (Va. Bar # 70908)
13 Trial Attorney, U.S. Department of Justice
   Civil Division, Federal Programs Branch
14 20 Massachusetts Ave., N.W., Room 6118
   Washington, D.C. 20530
15 T: (202) 514-4505 / F: (202) 616-8460
   Email: john.coleman3@usdoj.gov
16
   *Counsel for Defendants*
17

18
                    **UNITED STATES DISTRICT COURT**
19              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
20  _____
                                              )
21  CENTER FOR FOOD SAFETY, et al.            )
                                              )  Civil Action No. 4:08-00484-JSW
22                 Plaintiffs,                )
                                              )  **[PROPOSED] ORDER**
23                                            )  **GRANTING DEFENDANTS'**
                  v.                          )  **MOTION TO CONTINUE**
24                                            )  **HEARING DATE**
    CHARLES CONNOR, et al.                    )
25                                            )
                  Defendants.                 )
26  _____)

27

28  _____
    Civil Action No. 3:08-00484 (JSW) – Proposed Order Granting Defendants' Motion to Continue Hearing Date

1    The Court has reviewed defendants' motion to continue the hearing date regarding
2  plaintiffs' motion for summary judgment, currently scheduled for September 19, 2008.  Upon
3  consideration of this motion, and plaintiffs' lack of opposition thereto, defendants' motion to
4  continue the hearing date is GRANTED.  A revised hearing date will be set by the Court at a
5  future date.

7  IT IS SO ORDERED.

9  Dated: _____      _____
                                   Hon. Jeffrey Steven White
10                                 United States District Judge

28   Civil Action No. 3:08-00484 (JSW) – Proposed Order Granting Defendants' Motion to Continue Hearing Date