RONALD J. TENPAS
Assistant Attorney General
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
T: (303) 844-1499 / F: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
T: 415-436-7180 / F: 415-436-6748
Email: Charles.OConnor@usdoj.gov

GREGORY G. KATSAS
Assistant Attorney General
JAMES J. GILLIGAN
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
T: (202) 514-4505 / F: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al. | Civil Action No. 4:08-00484-JSW |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE HEARING DATE** |
| CHARLES CONNOR, et al. | |
| Defendants. | |

Civil Action No. 3:08-00484 (JSW) – ~~Proposed~~ Order Granting Defendants' Motion to Continue Hearing Date

1       The Court has reviewed defendants' motion to continue the hearing date regarding
2 plaintiffs' motion for summary judgment, currently scheduled for September 19, 2008.  Upon
3 consideration of this motion, and plaintiffs' lack of opposition thereto, defendants' motion to
4 continue the hearing date is GRANTED.  A revised hearing date will be set by the Court at a
5 future date.

7 IT IS SO ORDERED.

9 Dated: August 4, 2008                                 _____
10                                                     Hon. Jeffrey Steven White
                                                    United States District Judge

28 Civil Action No. 3:08-00484 (JSW) – ~~Proposed~~ Order Granting Defendants' Motion to Continue Hearing Date