1  KEVIN GOLDEN, State Bar No. 233378
   Center for Food Safety
2  2601 Mission St., Suite 803
   San Francisco, CA 94110
3  T: (415) 826-2770 / F: (415) 826-0507
   Email: kgolden@icta.org
4
   PAUL H. ACHITOFF (Admitted Pro Hac Vice)
5  Earthjustice
   223 South King Street, Suite 400
6  Honolulu, Hawai'i 96813
   T: (808) 599-2436 / F: (808) 521-6841
7  Email: achitoff@earthjustice.org

8  GREGORY C. LOARIE, State Bar No. 215859
   Earthjustice
9  426 17th Street, 5th Floor
   Oakland, CA 94612
10 T: (510) 550-6725 / F: (510) 550-6749
   Email: gloarie@earthjustice.org
11
   *Counsel for Plaintiffs*
12
   RONALD J. TENPAS
13 Assistant Attorney General
   LORI CARAMANIAN
14 Environment & Natural Resources Division
   U.S. Department of Justice
15 1961 Stout Street, 8th Floor
   Denver, Colorado 80294
16 Telephone: (303) 844-1499
   Fax: (303) 844-1350
17 Email: lori.caramanian@usdoj.gov

18 CHARLES MICHAEL O'CONNOR
   Office of the US Attorney
19 Civil Division - ENR
   450 Golden Gate Ave, 10th Floor
20 PO Box 36055
   San Francisco, CA 94102-3495
21 415-436-7180
   Fax: 415-436-6748
22 Email: Charles.OConnor@usdoj.gov

23 GREGORY G. KATSAS
   Assistant Attorney General
24 JAMES J. GILLIGAN
   Assistant Director, Federal Programs Branch
25 JOHN R. COLEMAN (Va. Bar # 70908)
   Trial Attorney, U.S. Department of Justice
26 Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 6118
27 Washington, D.C. 20530

28          Civil Action No. 3:08-00484 (JSW) – Joint Stipulation and Proposed Order

Telephone: (202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD T. SCHAFER, in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service, <br><br> Defendants. | Civil Action No. 4:08-00484-JSW <br><br> **JOINT STIPULATION** <br><br> and <br><br> **[PROPOSED] ORDER** |

    Pursuant to this Court's Order of June 5, 2008 (Doc. #103), plaintiffs Center for Food Safety, Organic Seed Alliance, Sierra Club, and High Mowing Organic Seeds, and Defendants Edward T. Schafer and Cindy Smith, in their official capacities, by counsel, hereby agree and stipulate as follows:

    1.    By Order dated June 5, 2008, the Court continued "the Case Management Conference in this matter to August 8, 2008 at 1:30 p.m.," and directed the parties to "propose a briefing schedule and hearing date for the pending motion for summary judgment in [a] revised Joint Case Management Statement which shall be filed by August 1, 2008."

    2.    Pending before the Court are the motions to intervene filed by Syngenta Seeds, Inc. ("Syngenta"), Monsanto Company ("Monsanto"), American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Synder, Jr. United States

1  Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company
2  LLC, Western Sugar Cooperative, and Wyoming Sugar Company LLC (the "growers" and
3  "processors"), and Betaseed, Inc. ("Betaseed") (collectively, "Proposed Intervenor-Defendants").
4      3.    In the interest of judicial economy, the parties respectfully request that the Court
5  continue the Case Management Conference in this matter, and the associated deadline for the
6  parties' submission of a revised Joint Case Management Statement, to dates selected by the
7  Court that will follow the Court's ruling on the pending motions to intervene. The parties agree
8  that a Case Management Conference would likely be more productive after the Court has issued
9  its ruling on the pending motions seeking intervention.

                                                               Respectfully submitted,

Dated: August 1, 2008                                  */s Lori Caramanian*
                                                               LORI CARAMANIAN
                                                               Environment & Natural Resources Division
                                                               U.S. Department of Justice
                                                               1961 Stout Street, 8th Floor
                                                               Denver, Colorado   80294
                                                               Telephone: (303) 844-1499
                                                               Fax: (303) 844-1350
                                                               Email:  lori.caramanian@usdoj.gov

Dated: August 1, 2008                                  */s John R. Coleman*
                                                               JOHN R. COLEMAN (Va. Bar # 70908)
                                                               Civil Division, Federal Programs Branch
                                                              U.S. Department of Justice
                                                              20 Massachusetts Ave., N.W., Room 6118
                                                              Washington, D.C. 20530
                                                              Telephone: (202) 514-4505
                                                              Fax: (202) 616-8460
                                                              Email: john.coleman3@usdoj.gov

                                                              *Attorneys for Defendants*

                                                              KEVIN GOLDEN, State Bar No. 233378
                                                              Center for Food Safety
                                                              2601 Mission St., Suite 803
                                                              San Francisco, CA 94110
                                                              T: (415) 826-2770 / F: (415) 826-0507
                                                              Email:  kgolden@icta.org

Civil Action No. 3:08-00484 (JSW) – Joint Stipulation and Proposed Order

|   |   |
|---|---|
|   | GREGORY C. LOARIE, State Bar No. 215859<br>Earthjustice<br>426 17th Street, 5th Floor<br>Oakland, CA 94612<br>T: (510) 550-6725 / F: (510) 550-6749<br>Email: gloarie@earthjustice.org |
| Dated: August 1, 2008 | */s Paul H. Achitoff*<br>PAUL H. ACHITOFF (admitted pro hac vice)<br>Earthjustice<br>223 South King Street, Suite 400<br>Honolulu, Hawai'i 96813<br>T: (808) 599-2436<br>F: (808) 521-6841<br>Email: achitoff@earthjustice.org |
|   | *Attorneys for Plaintiffs* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2008

_____
Hon. Jeffrey Steven White
United States District Judge