1  Joanne Lichtman (Ca. Bar No. 137300)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California 90071-2627
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  Email: lichtmanj@howrey.com

5  Gilbert S. Keteltas (admitted pro hac vice)
   John F. Bruce (admitted pro hac vice)
6  Christopher H. Marraro (admitted pro hac vice)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2402
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610

9

   *Attorneys for American Sugarbeet Growers Association,*
10 *Ervin Schlemmer, Mark Wettstein, Duane Grant, John*
   *Snyder, Jr., United States Beet Sugar Association,*
11 *American Crystal Sugar Company, The Amalgamated*
   *Sugar Company LLC, Western Sugar Cooperative and*
12 *Wyoming Sugar Company LLC*

13 [Complete list of Parties and Intervenors on signature page]

14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | CASE NO. C-08-484 JSW |
| Plaintiffs, | **JOINT STIPULATION FOR LEAVE TO APPEAR AS *AMICI CURIAE* IN MERITS PROCEEDINGS** |
| v. | |
| EDWARD T. SCHAFER, *et al.*, | **AND** |
| Defendants, | **[PROPOSED] ORDER** |
| and | Judge: Hon. Jeffrey S. White |
| MONSANTO COMPANY *et al.*, | |
| Proposed *Amici Curiae* | |

1    Whereas by motion Monsanto Company, American Sugarbeet Growers Association, Ervin
2 Schlemmer, Mark Wettstein, John Snyder, and Duane Grant, American Crystal Sugar Company, the
3 Amalgamated Sugar Company, Western Sugar Cooperative, Wyoming Sugar Company, LLC, United
4 States Beet Sugar Association, Betaseed, Inc., and Syngenta Seeds, Inc. (hereinafter "Intervenors")
5 sought to intervene either as of right or permissively in this matter in both the merits and the remedies
6 phase, if any, of this case;

7    Whereas by Order dated August 15, 2008, the Court granted the motions of Intervenors to
8 intervene in the remedies phase, if any, of this case;

9    Whereas, the Court indicated "it would be amenable to the Proposed Intervenors seeking to
10 appear as *amicus curiae*" in the merits phase of this case "provided that all of the Proposed Intervenors
11 demonstrate a willingness to coordinate in order to reduce duplication of arguments and, to the extent
12 feasible, submit joint briefs";

13    Whereas Intervenors have agreed to coordinate and file a single brief concerning the merits of
14 the parties' claims and defenses;

15    Whereas the parties and Intervenors met and conferred, as ordered by the Court, to determine
16 whether all parties and entitites can stipulate regarding Intervenors' appearance as *amici*;

17    Absent further stipulation of the parties, or leave of Court for good cause shown, Plaintiffs,
18 Defendants, and Intervenors[1] stipulate that Intervenors shall appear as *amici curiae* in the merits phase
19 of this litigation only as follows:

20    (1) *Amici* will coordinate and file a single joint brief of no more than 35 pages on claims,
21 defenses, and issues raised by the parties relevant to the merits in the complaint, answer, and/or
22 summary judgment papers; and

23    (2) *Amici* will file their joint brief within 7 days of the United States' opposition to, and/or
24 cross motion for, summary judgment in the merits phase of this litigation.

---

[1] By so stipulating, Intervenors do not waive any rights to appeal the Court's order denying intervention in the merits of this litigation.

| | |
|---|---|
| 1  Dated: September 4, 2008 | Respectfully submitted, |
| 2 | KEVIN GOLDEN, (Ca. Bar No. 233378)<br>Center for Food Safety |
| 3 | 2601 Mission St., Suite 803<br>San Francisco, CA 94110 |
| 4 | Telephone: (415) 826-2770<br>Facsimile: (415) 826-0507 |
| 5 | Email: kgolden@icta.org |
| 6 | GREGORY C. LOARIE, (Ca. Bar No. 215859)<br>Earthjustice |
| 7 | 426 17th Street, 5th Floor<br>Oakland, CA 94612 |
| 8 | Telephone: (510) 550-6725<br>Facsimile: (510) 550-6749 |
| 9 | Email: gloarie@earthjustice.org |
| 10 | By: /s *Paul H. Achitoff*<br>PAUL H. ACHITOFF (admitted pro hac vice) |
| 11 | Earthjustice<br>223 South King Street, Suite 400 |
| 12 | Honolulu, Hawai'i 96813<br>Telephone: (808) 599-2436 |
| 13 | Facsimile: (808) 521-6841<br>Email: achitoff@earthjustice.org |
| 14 | |
| 15 | *Counsel for Plaintiffs* |
| 16 | By: /s *Lori Caramanian*<br>LORI CARAMANIAN |
| 17 | Environment & Natural Resources Division<br>U.S. Department of Justice |
| 18 | 1961 Stout Street, 8th Floor<br>Denver, Colorado 80294 |
| 19 | Telephone: (303) 844-1499<br>Facsimile: (303) 844-1350 |
| 20 | Email: lori.caramanian@usdoj.gov |
| 21 | JOHN R. COLEMAN (Va. Bar No. 70908)<br>Civil Division, Federal Programs Branch |
| 22 | U.S. Department of Justice<br>20 Massachusetts Ave., N.W., Room 6118 |
| 23 | Washington, D.C. 20530<br>Telephone: (202) 514-4505 |
| 24 | Facsimile: (202) 616-8460<br>Email: john.coleman3@usdoj.gov |
| 25 | Attorneys for Plaintiffs |
| 26 | *Counsel for Federal Defendants* |
| 27 | |
| 28 | |

-2-  CASE NO. C-08-484 JSW
STIP. FOR LEAVE TO APPEAR AS *AMICI CURIAE*
AND [PROPOSED] ORDER

```
 1  PHILIP J. PERRY (Ca. Bar No. 148696)
    JANICE M. SCHNEIDER (D.C. Bar No. 472037)
 2  (admitted pro hac vice)
    LATHAM & WATKINS LLP
 3  555 11th Street, N.W. Suite 1000
    Washington, D.C. 20004
 4  Telephone: (202) 637-2200
    Facsimile: (202) 637-2201
 5  Email:  phil.perry@lw.com
    Email:  janice.schneider@lw.com
 6
    By: /s Holly J. Tate
 7  HOLLY J. TATE (Ca. Bar No. 237561)
    LATHAM & WATKINS LLP
 8  505 Montgomery Street, Suite 1900
    San Francisco, California  94111-2562
 9  Telephone:  (415) 391-0600
    Facsimile:  (415) 395-8095
10  Email: holly.tate@lw.com

11  STANLEY H. ABRAMSON (D.C. Bar No. 217281)
    (pro hac vice granted)
12  RACHEL G. LATTIMORE (D.C. Bar No. 450975)
    (pro hac vice granted)
13  ARENT FOX LLP
    1050 Connecticut Avenue, N.W.
14  Washington, D.C. 20036-5339
    Telephone: (202) 857-6000
15  Facsimile:  (202) 857-6395
    Email: abramson.stanley@arentfox.com
16  Email: lattimore.rachel@arentfox.com

17  *Attorneys for Monsanto Company*

18
    By: /s Lowell M. Rothschild
19  LOWELL M. ROTHSCHILD
    VENABLE LLP
20  575 7th Street N.W.
    Washington, D.C. 20004-1601
21  Phone: 202.344.4065; Fax: 202.344.8300
    lmrothschild@venable.com
22
    TIMOTHY J. GORRY (Ca. Bar No. 143797)
23  CHRISTOPHER T. WILLIAMS (Ca. Bar No. 171907)
24  VENABLE LLP
    2049 Century Park East, Suite 2100
25  Los Angeles, CA 90067
    Telephone:310.229.9922; Facsimile: 310.229.9901
26  tjgorry@venable.com

27

28
```

-3-   CASE NO. C-08-484 JSW
STIP. FOR LEAVE TO APPEAR AS *AMICI CURIAE*
AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | NANCY BRYSON (admitted pro hac vice) |
|  | THE BRYSON GROUP, PLLC |
| 2 | 575 7th Street N.W. |
|  | Washington, D.C. 20004-1601 |
| 3 | Telephone: 202.344.4731 |
|  | Facsimile: 202.344.4028 |
| 4 | nbryson@agfoodlaw.com |

*Attorneys for Syngenta Seeds, Inc.*

By: /s *Joanne Lichtman*
Joanne Lichtman (Ca. Bar No. 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (admitted pro hac vice)
John F. Bruce (admitted pro hac vice)
Christopher H. Marraro (admitted pro hac vice)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC*

-4-

CASE NO. C-08-484 JSW
STIP. FOR LEAVE TO APPEAR AS *AMICI CURIAE*
*AND [PROPOSED] ORDER*

| | |
|---|---|
| 1 | DANIEL M. ABUHOFF |
| 2 | HARRY ZIRLIN (admitted pro hac vice)<br>DEBEVOISE & PLIMPTON LLP |
| 3 | 919 Third Avenue<br>New York, NY 10022 |
| 4 | Telephone: (212) 909-6381<br>Facsimile: (212) 909-6836 |
| 5 | Email: dabuhoff@debevoise.com<br>Email: hzirlin@debevoise.com |

By: /s *Daniel G. Murphy*_____
DANIEL G. MURPHY (Ca. Bar No. 141006)
W. ALLAN EDMISTON (Ca. Bar No. 228246)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: dmurphy@loeb.com
Email: aedminston@loeb.com

*Attorneys for Betaseed, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____       _____
                                    Hon. Jeffrey Steven White
                                    United States District Judge

-5-

CASE NO. C-08-484 JSW
STIP. FOR LEAVE TO APPEAR AS *AMICI CURIAE*
*AND [PROPOSED] ORDER*

Attorney Attestation for Conformed Signatures

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

      By: /s *Joanne Lichtman*
Joanne Lichtman (Ca. Bar No. 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (admitted pro hac vice)
John F. Bruce (admitted pro hac vice)
Christopher H. Marraro (admitted pro hac vice)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC*