Joanne Lichtman (Ca. Bar No. 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

Gilbert S. Keteltas (admitted pro hac vice)
John F. Bruce (admitted pro hac vice)
Christopher H. Marraro (admitted pro hac vice)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC*

[Complete list of Parties and Intervenors on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | CASE NO. C-08-484 JSW |
| Plaintiffs, | **JOINT STIPULATION FOR LEAVE TO APPEAR AS *AMICI CURIAE* IN MERITS PROCEEDINGS** |
| v. | |
| EDWARD T. SCHAFER, *et al.*, | **AND** |
| Defendants, | **[PROPOSED] ORDER** |
| and | Judge: Hon. Jeffrey S. White |
| MONSANTO COMPANY *et al.*, | |
| Proposed *Amici Curiae* | |

**HOWREY LLP**

CASE NO. C-08-484 JSW
STIP. FOR LEAVE TO APPEAR AS *AMICI CURIAE*
AND [PROPOSED] ORDER

1   Whereas by motion Monsanto Company, American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, John Snyder, and Duane Grant, American Crystal Sugar Company, the Amalgamated Sugar Company, Western Sugar Cooperative, Wyoming Sugar Company, LLC, United States Beet Sugar Association, Betaseed, Inc., and Syngenta Seeds, Inc. (hereinafter "Intervenors") sought to intervene either as of right or permissively in this matter in both the merits and the remedies phase, if any, of this case;

Whereas by Order dated August 15, 2008, the Court granted the motions of Intervenors to intervene in the remedies phase, if any, of this case;

Whereas, the Court indicated "it would be amenable to the Proposed Intervenors seeking to appear as *amicus curiae*" in the merits phase of this case "provided that all of the Proposed Intervenors demonstrate a willingness to coordinate in order to reduce duplication of arguments and, to the extent feasible, submit joint briefs";

Whereas Intervenors have agreed to coordinate and file a single brief concerning the merits of the parties' claims and defenses;

Whereas the parties and Intervenors met and conferred, as ordered by the Court, to determine whether all parties and entitites can stipulate regarding Intervenors' appearance as *amici*;

Absent further stipulation of the parties, or leave of Court for good cause shown, Plaintiffs, Defendants, and Intervenors[1] stipulate that Intervenors shall appear as *amici curiae* in the merits phase of this litigation only as follows:

(1) *Amici* will coordinate and file a single joint brief of no more than 35 pages on claims, defenses, and issues raised by the parties relevant to the merits in the complaint, answer, and/or summary judgment papers; and

(2) *Amici* will file their joint brief within 7 days of the United States' opposition to, and/or cross motion for, summary judgment in the merits phase of this litigation.

---

[1] By so stipulating, Intervenors do not waive any rights to appeal the Court's order denying intervention in the merits of this litigation.

| | | |
|---|---|---|
| 1 | Dated: September 4, 2008 | Respectfully submitted, |
| 2 | | KEVIN GOLDEN, (Ca. Bar No. 233378) |
| | | Center for Food Safety |
| 3 | | 2601 Mission St., Suite 803 |
| | | San Francisco, CA 94110 |
| 4 | | Telephone: (415) 826-2770 |
| | | Facsimile: (415) 826-0507 |
| 5 | | Email: kgolden@icta.org |
| 6 | | GREGORY C. LOARIE, (Ca. Bar No. 215859) |
| | | Earthjustice |
| 7 | | 426 17th Street, 5th Floor |
| | | Oakland, CA 94612 |
| 8 | | Telephone: (510) 550-6725 |
| | | Facsimile: (510) 550-6749 |
| 9 | | Email: gloarie@earthjustice.org |
| 10 | | By: /s *Paul H. Achitoff* |
| | | PAUL H. ACHITOFF (admitted pro hac vice) |
| 11 | | Earthjustice |
| | | 223 South King Street, Suite 400 |
| 12 | | Honolulu, Hawai'i 96813 |
| | | Telephone: (808) 599-2436 |
| 13 | | Facsimile: (808) 521-6841 |
| | | Email: achitoff@earthjustice.org |
| 14 | | |
| | | *Counsel for Plaintiffs* |
| 15 | | |
| 16 | | By: /s *Lori Caramanian* |
| | | LORI CARAMANIAN |
| 17 | | Environment & Natural Resources Division |
| | | U.S. Department of Justice |
| 18 | | 1961 Stout Street, 8th Floor |
| | | Denver, Colorado 80294 |
| 19 | | Telephone: (303) 844-1499 |
| | | Facsimile: (303) 844-1350 |
| 20 | | Email: lori.caramanian@usdoj.gov |
| 21 | | JOHN R. COLEMAN (Va. Bar No. 70908) |
| | | Civil Division, Federal Programs Branch |
| 22 | | U.S. Department of Justice |
| | | 20 Massachusetts Ave., N.W., Room 6118 |
| 23 | | Washington, D.C. 20530 |
| | | Telephone: (202) 514-4505 |
| 24 | | Facsimile: (202) 616-8460 |
| | | Email: john.coleman3@usdoj.gov |
| 25 | | Attorneys for Plaintiffs |
| 26 | | *Counsel for Federal Defendants* |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | PHILIP J. PERRY (Ca. Bar No. 148696) |
| 2 | JANICE M. SCHNEIDER (D.C. Bar No. 472037)<br>(admitted pro hac vice)<br>LATHAM & WATKINS LLP |
| 3 | 555 11th Street, N.W. Suite 1000<br>Washington, D.C. 20004 |
| 4 | Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 |
| 5 | Email: phil.perry@lw.com<br>Email: janice.schneider@lw.com |
| 6 | |
| 7 | By: /s *Holly J. Tate*<br>HOLLY J. TATE (Ca. Bar No. 237561)<br>LATHAM & WATKINS LLP |
| 8 | 505 Montgomery Street, Suite 1900<br>San Francisco, California 94111-2562 |
| 9 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 10 | Email: holly.tate@lw.com |
| 11 | STANLEY H. ABRAMSON (D.C. Bar No. 217281)<br>(pro hac vice granted) |
| 12 | RACHEL G. LATTIMORE (D.C. Bar No. 450975)<br>(pro hac vice granted) |
| 13 | ARENT FOX LLP<br>1050 Connecticut Avenue, N.W. |
| 14 | Washington, D.C. 20036-5339<br>Telephone: (202) 857-6000 |
| 15 | Facsimile: (202) 857-6395<br>Email: abramson.stanley@arentfox.com |
| 16 | Email: lattimore.rachel@arentfox.com |
| 17 | *Attorneys for Monsanto Company* |
| 18 | |
| 19 | By: /s *Lowell M. Rothschild*<br>LOWELL M. ROTHSCHILD<br>VENABLE LLP |
| 20 | 575 7th Street N.W.<br>Washington, D.C. 20004-1601 |
| 21 | Phone: 202.344.4065; Fax: 202.344.8300<br>lmrothschild@venable.com |
| 22 | |
| 23 | TIMOTHY J. GORRY (Ca. Bar No. 143797)<br>CHRISTOPHER T. WILLIAMS (Ca. Bar No. 171907) |
| 24 | VENABLE LLP |
| 25 | 2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| 26 | Telephone:310.229.9922; Facsimile: 310.229.9901<br>tjgorry@venable.com |
| 27 | |
| 28 | |

-3-   CASE NO. C-08-484 JSW
STIP. FOR LEAVE TO APPEAR AS *AMICI CURIAE*
AND [PROPOSED] ORDER

```
 1  NANCY BRYSON (admitted pro hac vice)
    THE BRYSON GROUP, PLLC
 2  575 7th Street N.W.
    Washington, D.C. 20004-1601
 3  Telephone: 202.344.4731
    Facsimile: 202.344.4028
 4  nbryson@agfoodlaw.com

 5  Attorneys for Syngenta Seeds, Inc.

 6
    By: /s Joanne Lichtman
 7  Joanne Lichtman (Ca. Bar No. 137300)
    HOWREY LLP
 8  550 South Hope Street, Suite 1100
    Los Angeles, California 90071-2627
 9  Telephone: (213) 892-1800
    Facsimile: (213) 892-2300
10  Email: lichtmanj@howrey.com

11  Gilbert S. Keteltas (admitted pro hac vice)
    John F. Bruce (admitted pro hac vice)
12  Christopher H. Marraro (admitted pro hac vice)
    HOWREY LLP
13  1299 Pennsylvania Avenue, N.W.
    Washington, DC 20004-2402
14  Telephone: (202) 783-0800
    Facsimile: (202) 383-6610
15
    Attorneys for American Sugarbeet Growers
16  Association, Ervin Schlemmer, Mark Wettstein, Duane
    Grant, John Snyder, Jr., United States Beet Sugar
17  Association, American Crystal Sugar Company, The
    Amalgamated Sugar Company LLC, Western Sugar
18  Cooperative and Wyoming Sugar Company LLC
```

```
                                        DANIEL M. ABUHOFF
                                        HARRY ZIRLIN (admitted pro hac vice)
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, NY 10022
                                        Telephone: (212) 909-6381
                                        Facsimile: (212) 909-6836
                                        Email: dabuhoff@debevoise.com
                                        Email: hzirlin@debevoise.com

                                        By: /s Daniel G. Murphy
                                        DANIEL G. MURPHY (Ca. Bar No. 141006)
                                        W. ALLAN EDMISTON (Ca. Bar No. 228246)
                                        LOEB & LOEB LLP
                                        10100 Santa Monica Boulevard, Suite 2200
                                        Los Angeles, CA 90067-4120
                                        Telephone: (310) 282-2000
                                        Facsimile: (310) 282-2200
                                        Email: dmurphy@loeb.com
                                        Email: aedminston@loeb.com

                                        Attorneys for Betaseed, Inc.
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 16, 2008          _____
                                   Hon. Jeffrey Steven White
                                   United States District Judge