KEVIN Z. GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD T. SCHAFER, *et al.*, <br><br> Defendants. | Case No.: 3:08-cv-00484-JSW <br><br> **JOINT STATUS REPORT** <br><br> and <br><br> **[PROPOSED] ORDER RE: BRIEFING SCHEDULE** |

Plaintiffs Center for Food Safety *et al.* and federal defendants Edward T. Schafer *et al.*, by and through their undersigned counsel of record, respectfully submit this joint status report and proposed scheduling order.

Plaintiffs brought this action challenging the federal defendants' decision to deregulate genetically engineered sugar beets on January 21, 2008. On April 9, 2008, the parties filed a joint case management statement and proposed briefing schedule (Document 16), pursuant to which plaintiffs on June 2, 2008 filed their opening brief in support of summary judgment and noticed a hearing for September 19, 2008 (Document 89).

By Order dated August 4, 2008 (Document 111), the Court continued the September 19, 2008 hearing on plaintiffs' motion for summary judgment pending the resolution of several motions to intervene. On August 15, 2008, the Court issued its order on the motions to intervene, in which it directed the parties to consider whether the intervenor-applicants should be allowed to appear as *amici curiae* in the liability phase of this litigation (Document 113 at 5). Pursuant to the stipulation of the parties, the Court granted the intervenor-applicants status as *amici* on September 16, 2008 (Document 115).

The parties anticipate that the federal defendants' liability in this administrative record review litigation will be resolved through motions for summary judgment. Accordingly, because all issues relating to the intervenor-applicants' involvement in this case have now been resolved, the parties have agreed upon and respectfully request that the Court adopt the following schedule for the continuation of briefing in this case:

| | |
|---|---|
| December 12, 2008: | Federal defendants file their opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment. |
| December 19, 2008: | Amici file their brief pursuant to the Court's September 16, 2008 Order (Document 115). |
| February 2, 2009: | Plaintiffs file their reply in support of summary judgment and opposition to defendants' cross-motion for summary judgment. |
| February 27, 2009: | Federal defendants file their reply in support of their cross-motion for summary judgment. |

The parties request that the Court schedule a hearing on the parties' motions for summary judgment on March 27, 2009, or as soon thereafter as is convenient for the Court and parties.

Respectfully submitted,

KEVIN Z. GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

Dated:  October 31, 2008      /s/ Gregory C. Loarie
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

RONALD J. TENPAS
Assistant Attorney General

Dated:  October 31, 2008       /s/ Lori Caramanian  (as authorized 10/30/08)
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
T: (303) 844-1499 / F: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
T: (415) 436-7180 / F: (415) 436-6748

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
T: (202) 514-4505 / F: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Counsel for Defendants*

**[PROPOSED] ORDER**

Pursuant to the forgoing stipulation of the parties, IT IS SO ORDERED. Federal defendants shall file their opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment on or before December 12, 2008. Pursuant to the Court's September 16, 2008 Order, *amici* shall file their brief within seven days after federal defendants file their cross-motion for summary judgment. Plaintiffs shall file their reply in support of summary judgment and opposition to defendants' cross-motion for summary judgment on or before February 2, 2009. Federal defendants shall file their reply in support of their cross motion for summary judgment on or before February 27, 2009. A hearing on the parties motions for summary judgment is scheduled for  April 3, 2009  at  9:00 a.m. .

Dated: November 3, 2008

*Jeffrey S. White*
HON. JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE