KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: kgolden@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER, in his capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,,<br><br>Defendants. | Case No.: 3:08-cv-0484-JSW<br><br>**DECLARATION OF NICK TICHININ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Tichinin Declaration
No. 3:08-cv-0484-JSW

I, Nick Tichinin, do hereby declare as follows:

1. I have personal knowledge of the following and could competently testify if called as a witness.

2. I reside, farm, and operate a seed company that produces Beta species, in Oregon, in the heart of the Willamette Valley. I have owned and operated a vegetable seed production company, Universal Seed Company, in the Willamette Valley for 20 years. My company produces numerous species of vegetable seeds, including Beta species. We sell literally throughout the world and are well known in the international trade as a producer of high quality, hybrid seeds for the professional grower market. We are essentially a production specialist to the world wide vegetable seed trade. In this role we are the primary on-the-ground growers of vegetable seeds, supplying some of the largest and best known seed companies in the world.

3. I have a Bachelor's degree in Agriculture from Cal Poly San Luis Obispo. Immediately upon graduation I entered the vegetable seed business and have dedicated my entire 30 year career to the production of vegetable seeds. Prior to starting my own company, I worked for several renown seed companies as a production specialist, overseeing the production of a very wide range of vegetable seeds throughout the world. Immediately prior to starting my company I was the Vice President of world-wide seed production for Sunseeds, a California-based company. As such I can unequivocally state that I am an experienced seed production specialist, recognized by my peers throughout the world.

4. I am on the Board of the Willamette Valley Specialty Seeds Association and am currently the isolation pinning board chairman. I belong to numerous seed associations throughout the world.

5. As described above I have 30 years, and ongoing, experience in seed production.

Tichinin Declaration
No. 3:08-cv-0484-JSW

As a primary supplier to the worldwide trade I am an expert in the isolation requirements for nearly all species of vegetable seed, not only from an academic standpoint, but more importantly from the standpoint of in-depth knowledge of the accepted standards in use today.

6. Oregon State University's ("OSU's") Crop Seed Certification Program has created the OSU Seed Certification Standards. However, vegetable seed growers, including sugar beet, chard, and table beet seed growers very rarely use this seed certification program. Nor do they otherwise adhere to the isolation standards suggested therein. Although Oregon law gives OSU authority to create and implement these standards, these certification standards are entirely voluntary and compliance with the program is not enforceable by law. Although vegetable seed growers, such as sugar beet seed or other specialty seed growers could in theory be certified through OSU Seed Certification Program, this does not often occur in practice. Industry standards are far more stringent than the certification standards set out by OSU. Therefore, the OSU certification standards are irrelevant in the trade, and have no value between customers. In fact, OSU's own 2008 Seed Certification Summary shows that no sugar beet seed was certified in 2008. (Attached as Exhibit A is a true and correct copy of Oregon Seed Certification Service, Oregon Certification Activity Summary, 2008, p. 16). In 30 years of practice I have never been asked to certify a vegetable seed crop through, or even with, the OSU standards, nor do I have an personal knowledge of any vegetable seed company or grower using this system. Although it is used in the production of some field seed crops it has no authority in the vegetable seed trade. It would appear to be an academic program.

7. The OSU standards for all beta species specifically, and vegetable crops generally, are significantly less than the actual accepted distances in use today. As stated previously, this is why they are irrelevant and not in use. I can surmise, by looking at the

distances suggested by OSU that they derived these distances from standards that were utilized in the 1940's. Since then, with the predominance of hybrid seeds, the acceptable isolation distances have increased markedly. Furthermore, with improved testing methods, and considerably higher quality standards, the isolation distances suggested by OSU are simply out of date. Any seed producer who attempted to follow these standards would promptly be stopped by the trade as he would be directly interfering with the financial livelihoods of all involved.

8. The Willamette Valley Specialty Seed Association (WVSSA) was created more than 28 years ago to, among other things, provide guidelines for companies and their growers about proper pollen isolation distance standards to ensure quality and genetic integrity of seed crops coming from the Valley. Membership in the WVSSA is entirely voluntary, and rules governing the use of the association's isolation pinning maps and isolation guidelines are not enforceable by law or administrative rule. (Attached as Exhibit B is a true and correct copy of WVSSA Specialty seed Production Pinning Rules, July 2007.) Neither Oregon State University, Oregon's Department of Agriculture, nor APHIS plays a role in the creation or enforcement of isolation rules to prevent genetic cross-contamination of commercial specialty seed crops. The isolation standards utilized by the WVSSA are a best effort attempt to utilize reasonable and prudent distances to avoid cross contamination of seed fields. The distances are not meant to ensure a 0% outcross outcome, and in fact, despite best efforts, outcrossing can, and occasionally does occur. The success of the Association, and the standards it utilizes, is based strictly on the concept of voluntary cooperation in the spirit of mutual financial survival. The standards set down by the Association are the same as, or similar to, the standards utilized in the other production areas of the world. In order to remain competitive as an industry we agree to comply with these standards.

Tichinin Declaration
No. 3:08-cv-0484-JSW

9. By rules of the WVSSA, no one can use the WVSSA pinning map who is not a member. WVSSA membership is entirely voluntary. "Pinning" is the process by which a grower, who has a seed production contract, establishes a recognized seed crop isolation area, which should (through voluntary adherence to pinning rules and guidelines) prevent others from planting a crop that can cross-pollinate within a certain distance of the "pinned" field. The intent is to assure that the first farmer to receive a growing contract to plant a crop will not have that crop's genetic purity threatened by another grower who elects to plant a variety of the same species at a later date. In addition, the rules provide a mechanism whereby growers cannot have their established seed production "isolation" unduly and unfairly infringed upon.

10. Despite the best efforts of the Association, participation is voluntary and there is no legal authority, short of civil suit, to control a party who chooses not to participate. Nor is there any easy way to guarantee that willing, participating parties are entirely diligent. Therefore outcrossing events, that result in the non-marketability of crops, do occur. There have been several such events in the Willamette Valley in my experience over the last 20 years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 1 , 2009 in Monmouth, OR.       _____/s/_____
                                                                              Nick Tichinin

**I, Kevin Golden, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.**

Tichinin Declaration
No. 3:08-cv-0484-JSW