IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

  v.

CHARLES CONNOR, et al.

    Defendants.

No. C 08-00484 JSW

**ORDER (1) DIRECTING UNITED STATES TO FILE FURTHER RESPONSE AND (2) CONTINUING HEARING**

In light of the change in the administration, the Court DIRECTS the United States to review the briefs filed in support of the pending cross-motions for summary judgment and file a statement by no later than March 26, 2009 advising the Court as to whether the United States' position has changed in any respect since any of the briefs were filed. The Court FURTHER ORDERS that the hearing on the parties' cross-motions for summary judgment is CONTINUED to April 10, 2009 at 9:00 a.m. If the United States' position has changed, the Court will consider whether additional briefing and a further continuation is necessary.

**IT IS SO ORDERED.**

Dated: March 18, 2009

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE