UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR FOOD SAFETY et al.

    Plaintiffs,

vs.

CHARLES CONNOR et al.

    Defendants.

Case No.: 3:08-cv-0484-JSW

[PROPOSED] ORDER TO CHANGE HEARING TIME

Pursuant to the parties' March 19, 2009 Joint Stipulation to Change Hearing Time, the hearing previously continued to April 10, 2009 at 9:00 am is rescheduled for May 22, 2009 [~~Friday April 17, 2009~~] [~~Friday April 24, 2009~~] at 9:00 am.

IT IS SO ORDERED.

Dated: __March 20, 2009__.

_____
Jeffrey Steven White
United States District Judge

[~~Proposed~~] Order to Change Hearing Time
No. 3:08-cv-0484-JSW

1