JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

CHARLES MICHAEL O'CONNOR
Office of the US Attorney
Civil Division - ENR
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
415-436-7180
Fax: 415-436-6748
Email: Charles.OConnor@usdoj.gov

MICHAEL F. HERTZ
Acting Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

ATTORNEYS FOR UNITED STATES

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB AND HIGH MOWING ORGANIC SEEDS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THOMAS J. VILSACK,[1] in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>　　　　Defendants. | Civil Action No 08-0484-JSW<br><br>**FEDERAL DEFENDANTS' STATEMENT OF POSITION**<br><br>Date: May 22, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 2<br>Judge: Hon. Jeffrey S. White |

---

[1] Thomas J. Vilsack substitutes as defendant pursuant to Fed.R.Civ.P. 25(d).

On March 18, 2009, this Court issued an order directing the United States to file a statement no later the March 26, 2009 advising the Court whether the United States' position had changed in any respect in light of the change in administration. The United States hereby states that its position has not changed.

Respectfully submitted March 25, 2009.

>*/s/ Lori Caramanian*
>LORI CARAMANIAN
>Environment & Natural Resources Division
>U.S. Department of Justice
>1961 Stout Street, 8th Floor
>Denver, Colorado 80294
>Telephone: (303) 844-1499
>Fax: (303) 844-1350
>Email: lori.caramanian@usdoj.gov
>
>*/s/ John R. Coleman*
>JOHN R. COLEMAN
>Trial Attorney, U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 6118
>Washington, D.C. 20530
>Telephone: (202) 514-4505
>Facsimile: (202) 616-8460
>Email: John.Coleman3@usdoj.gov
>
>ATTORNEYS FOR DEFENDANTS