IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

v.

THOMAS J. VILSACK,[1] et al.

    Defendants.

No. C 08-00484 JSW

**ORDER VACATING HEARING**

The cross-motions for summary judgment are currently set for hearing on Friday, May 22, 2009 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for May 22, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: May 20, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Thomas J. Vilsack is substituted in pursuant to Federal Rule of Civil Procedure 25(d)(1).