David J. Lazerwitz (State Bar No. 221349)
dlazerwitz@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480

Nancy S. Bryson (Pro Hac Vice)
nbryson@hollandhart.com
HOLLAND & HART LLP
975 F Street, N.W. Suite 900
Washington, D.C. 20004
Telephone: 202.654.6921
Facsimile: 202.747.6567

Attorneys for Amicus Curiae
SYNGENTA SEEDS, INC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER, in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants. | Case No. 3:08-cv-00484-JSW<br><br>**SUBSTITUTION OF CO-COUNSEL** |

**TO ALL COUNSEL AND PARTIES OF RECORD:**

NOTICE IS HEREBY GIVEN that Amicus Curiae SYNGENTA SEEDS, INC. hereby substitutes the law firm of Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94014, in the place of the law firm of Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, CA 90067, and 575 7th Street, N.W., Washington, D.C. 20004, as its co-

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

SUBSTITUTION OF CO-COUNSEL
CASE NO. 3:08-CV-00484-JSW

- 1 -

24362\1889725.1

counsel of record in the above-captioned proceedings. All further pleadings, correspondence and communications should be directed to Farella Braun + Martel LLP, attention: David J. Lazerwitz, Esq. (dlazerwitz@fbm.com), in addition to existing and remaining co-counsel Holland & Hart LLP, attention: Nancy S. Bryson, Esq. (nbryson@hollandhart.com).

This Substitution Is Hereby Acknowledged And Agreed To:

DATED: March 12, 2009                   VENABLE LLP

                                        By: /s/ Lowell M. Rothschild
                                            Lowell M. Rothschild

Consent To This Substitution Is Hereby Given:

DATED: March 12, 2009                   SYNGENTA SEEDS, INC.

                                        By: /s/ Edward Resler
                                            Edward Resler

This Substitution Is Hereby Accepted:

DATED: March 12, 2009                   FARELLA BRAUN + MARTEL LLP

                                        By: /s/ David J. Lazerwitz
                                            David J. Lazerwitz

## ORDER

Amicus Curiae SYNGENTA SEEDS, INC.'s application for Substitution of Co-Counsel is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: October 15, 2009                 _____
                                        HONORABLE JEFFREY S. WHITE
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

SUBSTITUTION OF CO-COUNSEL
CASE NO. 3:08-CV-00484-JSW                    - 2 -                    24362\1889725.1