JOHN C. CRUDEN
Acting Assistant Attorney General
BEVERLY F. LI (WSBA No. 33267)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 305-0506
Beverly.Li@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY., et al. ) | Case No. C-08-00484 JSW |
| ) | |
| Plaintiffs, ) | **[PROPOSED]** |
| ) | **ORDER GRANTING  DENYING** |
| v. ) | **DEFENDANTS' MOTION FOR LEAVE** |
| ) | **TO APPEAR TELEPHONICALLY AT** |
| THOMAS J. VILSACK, et al., ) | **CASE MANAGEMENT CONFERENCE** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

Good cause having shown, it is HEREBY ORDERED THAT:

1. Federal Defendants' Motion for Leave to Appear Telephonically at the case management conference set for October 30, 2009 at 1:30 p.m. is ~~GRANTED; and~~

~~2. Lead counsel for Federal Defendants is authorized to participate in the October 30, 2009 Case Management Conference by telephone.~~ DENIED.

IT IS SO ORDERED.

Dated this 16 day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

[P~~ROPOSED~~] ORDER GRANTING FED. DEFS.' MOT. FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONF. - 2