United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

v.

CHARLES CONNOR, et al.

    Defendants.

No. C 08-00484 JSW

**ORDER (1) DENYING MOTION TO SHORTEN TIME AND (2) CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court HEREBY DENIES the proposed intervenor's motion to hear the motion to intervene on shortened time. The Court ORDERS that any opposition to the motion shall be filed by no later than November 5, 2009 and a reply brief, if any, shall be filed by no later than November 12, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    The Court FURTHER ORDERS that the case management conference scheduled for October 30, 2009 is CONTINUED to December 4, 2009, immediately following the hearing on

///

///

///

///

1  the pending motion to intervene.  If the Court vacates the hearing on the motion to intervene,

2  the case management conference will be held at 1:30 p.m. on December 4, 2009.

3  **IT IS SO ORDERED.**

5  Dated: October 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE