UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TOM VILSACK*, in his official capacity as Secretary of the United States Department of Agriculture, and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>　　　　　　Defendants. | Case No.: 3:08-cv-0484-JSW<br><br>PLAINTIFFS' [PROPOSED] ORDER ON CASE MANAGEMENT |

\* Thomas J. Vilsack is substituted pursuant to Federal Rules of Civil Procedure 259d)(1)
No. 3:08-cv-0484-JSW

PLAINTIFFS' [PROPOSED]
ORDER ON CASE MANAGEMENT

The Court having reviewed the Parties' Joint Case Management Statement, hereby ADOPTS the schedule proposed by Plaintiffs regarding the remedies phase in the above-captioned matter. The Court hereby ORDERS as follows:

1. Plaintiffs' opening remedies brief shall be filed on December 30, 2009;

2. Defendants and Defendant-Intervenors' remedies briefs shall be filed on February, 4, 2010;

3. Plaintiffs' reply brief on remedies shall be due March 1, 2010;

4. Oral argument on remedies shall be heard on March __, 2010;

5. Defendant-Intervenors' remedies briefs shall be consolidated into a single brief.

Respectfully submitted,

KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

Plaintiffs' [Proposed] Order
No. 3:08-cv-0484-JSW

| | |
|---|---|
| 1   Dated: November 25, 2009 | /s/ Paul H. Achitoff |
| | PAUL H. ACHITOFF (admitted *pro hac vice*) |
| | Earthjustice |
| | 223 South King Street, Suite 400 |
| | Honolulu, Hawai'i 96813 |
| | T: (808) 599-2436 |
| | F: (808) 521-6841 |
| | Email: achitoff@earthjustice.org |
| | |
| | Attorneys for Plaintiffs |

IT IS SO ORDERED.

Dated:_____          _____
                                         Jeffery Steven White
                                         United States District Judge

Plaintiffs' [Proposed] Order
No. 3:08-cv-0484-JSW