UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,

    Plaintiffs,

v.

THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,

    Defendants.

Case No.: 3:08-cv-0484-JSW

DEFENDANTS' AND DEFENDANT-INTERVENORS' [PROPOSED] ORDER ON CASE MANAGEMENT

DEFENDANTS' AND DEFENDANT-INTERVENORS'
PROPOSED ORDER ON CASE MANAGEMENT

The Court, having reviewed the Parties Joint Case Management Statement, hereby ADOPTS the schedule proposed by Defendants and Defendant-Intervenors regarding the remedies phase in the above-captioned matter. The Court hereby ORDERS as follows:

1. The Parties are to mediate the issue of remedy with the assistance of a United States Magistrate Judge and are directed to make necessary arrangements for such proceedings in accordance with the applicable ADR procedures.

2. In the event the Parties are unable to agree on a proposed remedy with the assistance of a United States Magistrate Judge or otherwise negotiate a settlement, the following schedule for resolution of the remedies issues before this Court shall apply:

    a. Plaintiffs' opening brief providing proposed remedies, list of proposed witnesses for an evidentiary hearing, and expert reports are to be filed on February 19, 2010;

    b. Defendants' and Defendant-Intervenors' opening briefs providing proposed remedies, list of proposed witnesses for an evidentiary hearing, and expert reports are to be filed on March 23, 2010;

    c. Limited discovery by the Parties, as described above in Section 8 of the Parties' Joint Case Management Statement, is to be held for 45 days thereafter, to close on May 7, 2010;

    d. The Parties' concurrent pre-hearing briefs on remedies are to be filed on June 7, 2010;

    e. A three-day evidentiary hearing shall be scheduled on June __, 2010; and

    f. Parties' concurrent proposed findings of fact and conclusions of law to be filed 30 days after receipt of the transcripts for the evidentiary hearing.

Dated: November 25, 2009

Respectfully submitted,

/s/
BEVERLY F. LI
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044
Telephone: (202) 353-9213
Fax: (202) 305-0506
Email: beverly.li@usdoj.gov

JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: john.coleman3@usdoj.gov

Attorneys for Defendants

/s/
PHILIP J. PERRY (CA Bar No. 148696 – admitted)
JANICE M. SCHNEIDER (DC Bar No. 472037) (*pro hac vice* granted)
LATHAM & WATKINS LLP
555 11th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: phil.perry@lw.com
Email: janice.schneider@lw.com

HOLLY J. TATE (Ca. Bar No. 237561)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: holly.tate@lw.com

STANLEY H. ABRAMSON (DC Bar No. 217281)
(*pro hac vice* granted)
RACHEL G. LATTIMORE (DC Bar No.450975)
(*pro hac vice* granted)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: abramson.stanley@arentfox.com
Email: lattimore.rachel@arentfox.com

Attorneys for Intervenor-Defendant Monsanto Company

| | |
|---|---|
| JOANNE LICHTMAN (Ca. Bar No. 137300) | GILBERT S. KETELTAS (DC Bar No. 421236) |
| HOWREY LLP | (*pro hac vice* granted) |
| 550 South Hope Street, Suite 1100 | JOHN F. BRUCE (DC Bar No. 1578) (*pro hac vice* granted) |
| Los Angeles, California 90071-2627 | CHRISTOPHER H. MARRARO (DC Bar No. 395152) (*pro hac vice* granted) |
| Telephone: (213) 892-1800 | HOWREY LLP |
| Facsimile: (213) 892-2300 | 1299 Pennsylvania Avenue, N.W. |
| Email: lichtmanj@howrey.com | Washington, D.C. 20004-2402 |
| | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| | Email: keteltasg@howrey.com |
| | Email: brucej@howrey.com |
| | Email: marraroc@howrey.com |

Attorneys for Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC

| | |
|---|---|
| DAVID J. LAZERWITZ (Cal. Bar. No. 221349 – admitted) | NANCY BRYSON (DC Bar No. 913673) (*pro hac vice* granted) |
| FARELLA BRAUN + MARTEL LLP | HOLLAND & HART LLP |
| 235 Montgomery Street, 17th Floor | 975 F Street, N.W., Suite 900 |
| San Francisco, CA 94104 | Washington, D.C. 20004 |
| Telephone: (415) 954-4400 | Telephone: (202) 654-6921 |
| Facsimile: (415) 954-4480 | Facsimile: (202) 747-6567 |
| Email: dlazerwitz@fbm.com | Email: nbryson@hollandhart.com |

Attorneys for Intervenor-Defendant Syngenta Seeds, Inc.

| | |
|---|---|
| DANIEL M. ABUHOFF (NY Bar No. 1227057) (*pro hac vice* granted) | DANIEL MURPHY (Ca. Bar No. 141006) |
| HARRY ZIRLIN (NY Bar No. 2315737) (*pro hac vice* granted) | W. ALLAN EDMISTON (Ca. Bar No. 228246) |
| DEBEVOISE & PLIMPTON LLP | LOEB & LOEB LLP |
| 919 Third Avenue | 10100 Santa Monica Blvd., 22nd Floor |
| New York, NY 10022 | Los Angeles, California 90067 |
| Telephone: (212) 909-6000 | Telephone: (310) 282-2000 |
| | Facsimile: (310) 282-2200 |

Facsimile:  (212) 909-6836  
Email:  dmabuhof@debevoise.com  
Email:  hzirlin@debevoise.com  

Email:  dmurphy@loeb.com  
Email:  aedmiston@loeb.com  

Attorneys for Intervenor-Defendant Betaseed, Inc.

IT IS SO ORDERED.

Dated: _____.        _____  
                                                                Jeffrey Steven White  
                                                                United States District Judge