UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY

    Plaintiff(s),                        No. C 08-00484 JSW

  v.                                 **CLERK'S NOTICE**

CHARLES CONNOR

    Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on December 4, 2009 at 1:30 p.m., in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** 9:00 a.m. , in this matter.

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                 By:_____
                                            Jennifer Ottolini, Deputy Clerk
                                            Honorable Jeffrey S. White
                                            (415) 522-4173

Dated: December 3, 2009

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.