# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  December 4, 2009                **Court Reporter**: Sahar McVickar

**CASE NO. C-08-484  JSW**

**TITLE:**  Center for Food Safety, et al., v. Charles Conner, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Paul Atchitoff | Philip Perry |
| Kevin Golden | Nancy Bryson |
| Gregory Loarie | Daniel Bukovak |
|  | Gilbert Keteltas |
|  | Harry Zirlin |
|  | Beverly Li |

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   The Court will allow the parties to engage in limited discovery regarding remedies.  Each side will be permitted to conduct eight depositions and may be allowed to conduct further depositions upon a showing of good cause.  Each side is also be permitted to propound requests for production of documents.

The Court ordered the parties to participate in a settlement conference with a randomly assigned Magistrate Judge.  Such settlement conference shall be completed by 2-4-10, if possible for the assigned Magistrate Judge.

The parties should be prepared to present their evidence in documentary form and to proceed without an evidentiary hearing.  In their briefs on the remedies, the parties shall present their arguments for and against having an evidentiary hearing

Plaintiffs' opening brief regarding proposed remedies shall be filed by March 12, 2010.
Defendants' and Defendant-Intervenors' opening and opposition briefs regarding remedies shall be filed by shall be filed by April 9, 2010.
All Defendant-Intervenors, including SESVanderHave shall file one brief.  Defendants and Defendant-Intervenors shall meet and confer to avoid duplicative briefing on overlapping issues.
Plaintiffs shall file their opposition and reply brief by May 7, 2010.
Defendants' and Defendant-Intervenors' shall file their replies by May 21, 2010.
**The Court will hold a hearing on the proposed remedies on June 11, 2010 at 9:00 a.m.**
If the Court determines that an evidentiary hearing, the Court will issue an order resetting the hearing.

cc:  Wings Hom