IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

  v.

THOMAS J. VILSACK, et al.

    Defendants.

                                      /

No. C 08-00484 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for resolution of all discovery disputes.

**IT IS SO ORDERED.**

Dated: December 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom