**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al. | |
| Plaintiffs, | No. C 08-00484 JSW |
| v. | |
| THOMAS J. VILSACK, et al. | **AMENDED ORDER OF REFERRAL TO MAGISTRATE JUDGE TIMOTHY J. BOMMER FOR SETTLEMENT CONFERENCE** |
| Defendants. | |

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to Magistrate Judge Timothy J. Bommer to conduct a settlement conference. The parties are ORDERED to appear before Magistrate Judge Bommer on December 21, 2009, at 1:00 p.m., or on another date that week to be determined by Judge Bommer. The parties shall be contacted by the assigned magistrate judge's chambers regarding procedural requirements for the conference.

**IT IS SO ORDERED.**

Dated: December 8, 2009

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom