1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   CENTER FOR FOOD SAFETY et al.)
                                   )
12           Plaintiff(s),         )        No. C08-0484 JSW (BZ)
                                   )
13       v.                        )
                                   )        **NOTICE OF RECUSAL**
14                                 )
     CHARLES CONNOR, et al.,       )
15                                 )
             Defendant(s).         )
16                                 )
                                   )
17                                 )
     _____   )
18

19           I hereby recuse myself in the above action.

20
     Dated: December 10, 2009
21

22                                  _____
                                           Bernard Zimmerman
                                    United States Magistrate Judge
23

24   G:\BZALL\-BZCASES\MISC\recusal for center for food safety.wpd

25

26

27

28
                                    1