IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, et al.,<br><br>    Defendants. | No. C 08-484 JSW (TJB)<br><br>**ORDER GRANTING INTERVENOR-DEFENDANTS' REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

Having considered the request to be excused from personal appearance at the settlement conference on December 21, 2009, by Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative, and Wyoming Sugar Company, the Court hereby GRANTS the request to allow a single grower representative and a single processor representative to appear on behalf of those Intervenor-Defendants who shall be authorized to act on behalf of their clients. Each Intervenor-Defendant named above and/or an authorized representative shall be available by telephone to address any issue not otherwise included in this Court's Order Setting Settlement Conference entered on December 9, 2009.

**IT IS SO ORDERED.**

Dated: December 17, 2009

TIMOTHY J BOMMER
United States Magistrate Judge