IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, et al.,<br><br>Defendants. | No. C 08-484 JSW (TJB)<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

Having considered the request to be excused from personal appearance at the settlement conference on December 21, 2009, by Plaintiffs, the Court hereby GRANTS Plaintiffs' request to allow counsel of record to represent all Plaintiffs, pursuant to the letter dated December 17, 2009, stating that counsel of record has full and final authority to settle this matter, with the exception of the Sierra Club, which requires approval by its litigation committee. An authorized representative of each Plaintiff, and each member of the Sierra Club's litigation committee, shall be available by telephone to address any issue not otherwise included in this Court's Order Setting Settlement Conference entered on December 9, 2009.

**IT IS SO ORDERED.**

Dated: December 18, 2009

_____
TIMOTHY J BOMMER
United States Magistrate Judge