KEVIN Z. GOLDEN, State Bar No. 233378
Center for Food Safety
2610 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: pachitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Plaintiffs,<br><br>vs.<br><br>TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants. | Case No.: 3:08-cv-0484-JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Motion for Preliminary Injunction filed by plaintiffs Center for Food Safety, Organic Seed Alliance, High Mowing Organic Seeds and the Sierra Club came on for hearing on _____ ___, 2010, at __:00 _.m., before this Court, the Honorable Jeffrey S. White presiding.  After considering the motion, the papers submitted in support of and in opposition to the motion, and the arguments of counsel, the Court finds that plaintiffs have shown they have prevailed on the merits of their legal claim, they are likely to be irreparably harmed if a preliminary injunction does not issue, the balance of equities favors issuing a preliminary injunction, and issuance of a preliminary injunction is in the public interest.

Accordingly, IT IS HEREBY ORDERED THAT PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION IS GRANTED, and defendants and defendant-intervenors, and each of them, and their agents and all others acting on their behalf or under their direction or control are hereby enjoined from any and all further planting, cultivation, processing, or other use of Roundup Ready sugar beets or Roundup Ready sugar beet seeds, including but not limited to allowing any Roundup Ready sugar beet seed crop to flower, until the environmental impact statement ("EIS") has been completed and finally approved as required by the National Environmental Policy Act ("NEPA"), or until further order of this Court.

Dated: _____                             _____
                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE


Respectfully submitted,

KEVIN Z. GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: zeliggolden@icta.org

1 | Dated: January 20, 2010     /s/ Paul H. Achitoff
PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org
*Counsel for Plaintiffs*