IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHARLES CONNOR, et al.<br><br>　　　　Defendants.<br>_____ / | No. C 08-00484 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION FOR PRELIMINARY INJUNCTION** |

　　　This matter is set for a hearing on March 5, 2010 on Plaintiffs' motion for preliminary injunction. The Court HEREBY ORDERS that any opposition to these motions shall be filed by no later than February 3, 2010 and Plaintiffs' reply, if any, shall be filed by no later than February 10, 2010.

　　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　　**IT IS SO ORDERED.**

Dated: January 20, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE