UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Thomas J. Vilsack, *et al.*,<br><br>  Defendants. | CASE NO. C-08-0484 JSW |

### [~~PROPOSED~~] ORDER GRANTING REQUESTED MODIFICATION OF TIME FOR BRIEFING BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Court has reviewed the parties' Stipulation Regarding Briefing On Plaintiffs' Motion For Preliminary Injunction (the "Stipulation").  Upon consideration of the Stipulation, the Court hereby GRANTS the requested modification of time for briefing on Plaintiffs' Motion for Preliminary Injunction sought in the Stipulation, as follows:

1. Federal Defendants' and Intervenor-Defendants' Oppositions to Plaintiffs' Motion for Preliminary Injunction shall be submitted by February 10, 2010.

2. Plaintiffs' Reply in support of their Motion for Preliminary Injunction shall be submitted by February 17, 2010.

3. No further depositions shall occur prior to February 22, 2010, other than those depositions already noticed.

4. Hearing on Plaintiffs' Motion for Preliminary Injunction shall remain set for March 5, 2010.

IT IS SO ORDERED.

Dated: January 26, _____, 2010

_____
Honorable Jeffrey S. White

LATHAM&WATKINS LLP   SF\736901.1
ATTORNEYS AT LAW
SAN FRANCISCO