| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Holly J. Tate (Bar No. 237561) |
| 2 |    holly.tate@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-2562 |
| | Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
| 5 | LATHAM & WATKINS LLP |
| |    Philip J. Perry (Bar No. 148696) |
| 6 |    philip.perry@lw.com |
| |    Janice M. Schneider (DC Bar No. 472037) (*pro* |
| 7 |    *hac vice* granted) |
| |    janice.schneider@lw.com |
| 8 | 555 11th Street, N.W., Suite 1000 |
| | Washington, D.C. 20004 |
| 9 | Telephone: (202) 637-2200 |
| | Facsimile: (202) 637-2201 |
| 10 | |
| | ARENT FOX LLP |
| 11 |    Stanley H. Abramson (DC Bar No. 217281) (*pro* |
| |    *hac vice* granted) |
| 12 |    abramson.stanley@arentfox.com |
| |    Rachel G. Lattimore (DC Bar No. 450975) (*pro* |
| 13 |    *hac vice* granted) |
| |    lattimore.rachel@arentfox.com |
| 14 | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5339 |
| 15 | Telephone: (202) 857-6000 |
| | Facsimile: (202) 857-6395 |
| 16 | |
| 17 | Attorneys for Intervenor-Defendant Monsanto Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*, | CASE NO. C-08-0484 JSW |
|     Plaintiffs, | |
| v. | **JOINT MOTION TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITIONS THERETO** |
| Thomas J. Vilsack, *et al.,* | |
|     Defendants. | |

Pursuant to Civil L.R. 7-11, Plaintiffs, Intervenor-Defendants and Federal Defendants hereby jointly move the Court for leave permitting Plaintiffs to file an opening memorandum in support of their Motion For Preliminary Injunction, and permitting Federal Defendants and Intervenor-Defendants to file memoranda in opposition to Plaintiffs' Motion for Preliminary Injunction ("PI Motion"), that each exceed the applicable page limitation set forth in the Court's Civil Standing Orders ¶ 6 by seven pages, to a total length of not more than twenty-two (22) pages for each such memorandum. (Plaintiffs' opening memorandum in support of their Motion For Preliminary Injunction was filed on January 19, 2010.) The parties have conferred and agree that while this Court's standing Order generally requires that memoranda of law and opposition briefs be limited to fifteen (15) pages, an opening memorandum and opposition memoranda of twenty-two (22) pages in length are appropriate and necessary to address the issues in this case, and the parties will not object to the submission of an opening memorandum and opposition memoranda of that length.

Intervenor-Defendants have conferred and, subject to granting of the requested enlargement of the page limit, will agree to submit a single consolidated brief, separately from the Federal Defendants.

Dated: February 2, 2010            Respectfully submitted,

| | |
|---|---|
| PHILIP J. PERRY (CA Bar No. 148696 – admitted)<br>JANICE M. SCHNEIDER (DC Bar No. 472037) (*pro hac vice* granted)<br>LATHAM & WATKINS LLP<br>555 11th Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: phil.perry@lw.com<br>Email: janice.schneider@lw.com | /s/ Holly J. Tate_____<br>HOLLY J. TATE (Ca. Bar No. 237561)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 1900<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: holly.tate@lw.com |

STANLEY H. ABRAMSON (DC Bar No. 217281)
(*pro hac vice* granted)
RACHEL G. LATTIMORE (DC Bar No.450975)
(*pro hac vice* granted)

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

DC\1273464.1

1

JOINT MOTION TO ENLARGE PAGE LIMITS
Case No. C-08-0484 JSW

| | |
|---|---|
| ARENT FOX LLP | |
| 1050 Connecticut Avenue, N.W. | |
| Washington, D.C. 20036-5339 | |
| Telephone: (202) 857-6000 | |
| Facsimile: (202) 857-6395 | |
| Email: abramson.stanley@arentfox.com | |
| Email: lattimore.rachel@arentfox.com | |

Attorneys for Intervenor-Defendant Monsanto Company

| | |
|---|---|
| | /s/ Gilbert S. Keteltas_____ |
| JOANNE LICHTMAN (Ca. Bar No. 137300) | GILBERT S. KETELTAS (DC Bar No. 421236) |
| HOWREY LLP | (*pro hac vice* granted) |
| 550 South Hope Street, Suite 1100 | JOHN F. BRUCE (DC Bar No. 1578) (*pro hac vice* granted) |
| Los Angeles, California 90071-2627 | CHRISTOPHER H. MARRARO (DC Bar No. 395152) (*pro hac vice* granted) |
| Telephone: (213) 892-1800 | HOWREY LLP |
| Facsimile: (213) 892-2300 | 1299 Pennsylvania Avenue, N.W. |
| Email: lichtmanj@howrey.com | Washington, D.C. 20004-2402 |
| | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| | Email: keteltasg@howrey.com |
| | Email: brucej@howrey.com |
| | Email: marraroc@howrey.com |

Attorneys for Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative
and Wyoming Sugar Company LLC

| | |
|---|---|
| | /s/ Nancy Bryson_____ |
| DAVID J. LAZERWITZ (Cal. Bar. No. 221349 – admitted) | NANCY BRYSON (DC Bar No. 913673) (*pro hac vice* granted) |
| FARELLA BRAUN + MARTEL LLP | HOLLAND & HART LLP |
| 235 Montgomery Street, 17th Floor | 975 F Street, N.W., Suite 900 |
| San Francisco, CA 94104 | Washington, D.C.  20004 |
| Telephone: (415) 954-4400 | Telephone:  (202) 654-6921 |
| Facsimile: (415) 954-4480 | Facsimile:  (202) 747-6567 |
| Email: dlazerwitz@fbm.com | Email:  nbryson@hollandhart.com |

Attorneys for Intervenor-Defendant Syngenta Seeds, Inc.

| | |
|---|---|
| | /s/ Daniel Murphy_____ |
| DANIEL M. ABUHOFF (NY Bar No. 1227057) (*pro hac vice* granted) | DANIEL MURPHY (Ca. Bar No. 141006) |
| HARRY ZIRLIN (NY Bar No. 2315737) (*pro hac vice* granted) | W. ALLAN EDMISTON (Ca. Bar No. 228246) |
| DEBEVOISE & PLIMPTON LLP | LOEB & LOEB LLP |
| 919 Third Avenue | 10100 Santa Monica Blvd., 22nd Floor |
| New York, NY  10022 | Los Angeles, California  90067 |
| Telephone:  (212) 909-6000 | Telephone:  (310) 282-2000 |
| Facsimile:  (212) 909-6836 | Facsimile:  (310) 282-2200 |
| | Email:  dmurphy@loeb.com |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

DC\1273464.1

2

JOINT MOTION TO ENLARGE PAGE LIMITS
Case No. C-08-0484 JSW

| | | |
|---|---|---|
| 1 | Email: dmabuhof@debevoise.com | Email: aedmiston@loeb.com |
| | Email: hzirlin@debevoise.com | |

Attorneys for Intervenor-Defendant Betaseed, Inc.

|  |  |
|---|---|
|  | /s/ Sarah G. Flanagan |
| DANIEL BUKOVAC (Mo. Bar No. 33456) | SARAH G. FLANAGAN (CA Bar No. 70845 – admitted) |
| (*pro hac vice* granted) | |
| STINSON MORRISON HECKER LLP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 1201 Walnut Street, Suite 2900 | |
| Kansas City, Missouri 64106 | 50 Fremont Street |
| Telephone: (816) 842-8600 | P.O. Box 7880 |
| Facsimile: (816) 412-1051 | San Francisco, CA 94120-7880 |
| Email: dbukovac@stinson.com | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| | Email: sarah.flanagan@pillsburylaw.com |

Attorneys for Intervenor-Defendant SESVanderHave USA, Inc.

| | |
|---|---|
| TONY WEST | IGNACIA S. MORENO |
| Assistant Attorney General | Assistant Attorney General |
| JOHN R. GRIFFITHS | |
| Assistant Director, Federal Programs Branch | /s/   Beverly F. Li |
| JOHN R. COLEMAN (Va. Bar # 70908) | BEVERLY F. LI (WSBA No. 33267) |
| Trial Attorney, U.S. Department of Justice | Trial Attorney |
| Civil Division, Federal Programs Branch | U.S. Department of Justice |
| 20 Massachusetts Ave., N.W., Room 6118 | Environment and Natural Resources Division |
| Washington, D.C. 20530 | Natural Resources Section |
| Telephone: (202) 514-4505 | P.O. Box 663 |
| Facsimile: (202) 616-8460 | Washington, D.C. 20044-0663 |
| Email: John.Coleman3@usdoj.gov | Tel.: (202) 353-9213 |
| | Facsimile: (202) 305-0506 |
| | Email: Beverly.Li@usdoj.gov |

Attorneys for Federal Defendants

| | |
|---|---|
| | /s/ Paul H. Achitoff |
| KEVIN GOLDEN, State Bar No. 233378 | PAUL H. ACHITOFF (Pro Hac Vice) |
| Center for Food Safety | Earthjustice |
| 2601 Mission St., Suite 803 | 223 South King Street, Suite 400 |
| San Francisco, CA 94110 | Honolulu, Hawai‘i 96813 |
| T: (415) 826-2770 / F: (415) 826-0507 | T: (808) 599-2436 / F: (808) 521-6841 |
| Email: kgolden@icta.org | Email: achitoff@earthjustice.org |
| | |
| GREGORY C. LOARIE, State Bar No. 215859 | |
| Earthjustice | |
| 426 17th Street, 5th Floor | |
| Oakland, CA 94612 | |
| T: (510) 550-6725 / F: (510) 550-6749 | |
| Email: gloarie@earthjustice.org | |

Counsel for Plaintiffs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DC\1273464.1

JOINT MOTION TO ENLARGE PAGE LIMITS
Case No. C-08-0484 JSW

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Thomas J. Vilsack, *et al.*,<br><br>    Defendants. | CASE NO. C-08-0484 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITIONS THERETO** |

The Court has reviewed the parties' Joint Motion To Enlarge Page Limits For Plaintiffs' Memorandum in Support of Motion For Preliminary Injunction and Oppositions Thereto (the "Motion"). Upon consideration of the Motion, the Court hereby GRANTS the requested enlargement of page limits as follows:

1. Plaintiffs are permitted not more than twenty-two (22) pages for the opening memorandum in support of their Motion for Preliminary Injunction.

2. Intervenor-Defendants shall be permitted not more than twenty-two (22) pages for a consolidated Opposition to Plaintiffs' Motion for Preliminary Injunction.

3. Federal Defendants shall be permitted not more than twenty-two (22) pages for their Opposition to Plaintiffs' Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated:_____, 2010

_____
Honorable Jeffrey S. White

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING MOTION TO
ENLARGE PAGE LIMITS
Case No. C-08-0484 JSW