UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas J. Vilsack, *et al.*, <br><br> Defendants. | CASE NO. C-08-0484 JSW <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO ENLARGE PAGE LIMITS FOR PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITIONS THERETO** |

The Court has reviewed the parties' Joint Motion To Enlarge Page Limits For Plaintiffs' Memorandum in Support of Motion For Preliminary Injunction and Oppositions Thereto (the "Motion"). Upon consideration of the Motion, the Court hereby GRANTS the requested enlargement of page limits as follows:

1. Plaintiffs are permitted not more than twenty-two (22) pages for the opening memorandum in support of their Motion for Preliminary Injunction.

2. Intervenor-Defendants shall be permitted not more than twenty-two (22) pages for a consolidated Opposition to Plaintiffs' Motion for Preliminary Injunction.

3. Federal Defendants shall be permitted not more than twenty-two (22) pages for their Opposition to Plaintiffs' Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated: February 4 , 2010

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING MOTION TO
ENLARGE PAGE LIMITS
Case No. C-08-0484 JSW