IGNACIA S. MORENO
Assistant Attorney General
BEVERLY F. LI (WSBA No. 33267)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 305-0506
Beverly.Li@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Attorneys for Federal Defendants

[Complete list of Parties on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>Thomas J. Vilsack, *et al.,*<br><br>      Defendants. | CASE NO. C-08-0484 JSW<br><br>**STIPULATION REGARDING BRIEFING AND PAGE LIMITS ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1     Pursuant to Local Rule 6-2 and this Court's Order Setting Briefing Schedule Regarding
2  Motion For Preliminary Injunction dated January 20, 2010 (the "Briefing Order") permitting
3  stipulation of the parties to modify the existing briefing schedule for Plaintiffs' Motion for
4  Preliminary Injunction (the "PI Motion"), the parties hereby so stipulate to modification of the
5  briefing schedule set forth in the Briefing Order as follows:  Federal Defendants shall submit
6  their Opposition to Plaintiffs' PI Motion on or before February 12, 2010, and Plaintiffs shall
7  submit their consolidated Reply to Federal Defendants' and Defendant-Intervenors' Oppositions
8  to Plaintiffs' PI Motion on or before February 19, 2010.  The remaining deadlines in the Parties'
9  stipulation that was approved by the Court on January 26, 2010 (Dkt. No. 226) shall remain in
10 place.
11    The parties further stipulate that Plaintiffs shall be permitted to filed a consolidated Reply
12 that exceeds the applicable page limitation set forth in the Court's Civil Standing Orders ¶ 6 by
13 ten pages, to a total length of not more than twenty-five (25) pages.
14     The parties submit that this Stipulation is for good cause, and in support of this
15 Stipulation state as follows.
16    1.     On January 19, 2010, Plaintiffs filed their PI Motion, together with a
17 memorandum of law, 20 declarations and 19 exhibits in support, totaling 676 pages of materials.
18 Plaintiffs noticed their PI Motion for hearing on March 5, 2010.
19    2.     On January 20, 2010, the Court issued the Briefing Order, requiring any
20 oppositions to the PI Motion to be filed by February 3, 2010, and any reply in support of the PI
21 Motion to be filed by February 10, 2010.  The Briefing Order further states that "[i]f the parties
22 wish to modify this schedule, they may submit for the Court's consideration a stipulation and
23 proposed order demonstrating good cause for any modification requested."  On January 25,
24 2010, the Parties filed a stipulation to revise the Court's Briefing Order.  Dkt. No. 225.  The
25 Court approved the Parties' stipulation on January 26, 2010.  Under the current briefing
26 schedule, Federal Defendants' and Defendant-Intervenors Oppositions to Plaintiffs' PI Motion
27 are due February 10, 2010.
28    3.     On February 4, 2010, the Court approved the parties' joint motion to enlarge page

1 limits, which permitted Plaintiffs to file an opening brief in support of their PI Motion that was
2 22 pages in length, and allowed Federal Defendants and Defendant-Intervenors to file
3 Opposition to the PI Motion that are 22 pages in length. Dkt. No. 228. The parties did not jointly
4 move, and the Court did not address, the issue of an enlargement of page limits for Plaintiffs'
5 Reply.

6     4.    On February 5-6, 2010, the Washington, D.C. metropolitan area experienced a
7 record-breaking amount of snowfall. As a consequence of the severely adverse weather
8 conditions, the Federal Government in the D.C. area was closed on February 8-9, 2010. A
9 subsequent snowstorm is anticipated to begin on February 9, 2010. Because the Federal
10 Government has been closed for two business days and because individual Federal Government
11 personnel lack sufficient resources outside of their offices to finalize documents needed for
12 Federal Defendants' Opposition to PI Motion, Federal Defendants require additional time
13 beyond the February 10, 2010 deadline to respond to the PI Motion.

14     5.    Defendant-Intervenors expect to file their Opposition to Plaintiffs' PI Motion by
15 February 10, 2010.

16     6.    Beyond the extension of the due dates for briefs set forth in this Stipulation, the
17 parties do not believe the requested time modification would otherwise affect the schedule for
18 this case.

19     7.    Pursuant to Local Rule 6-2(a)(2), the parties state that the following time
20 modifications have occurred in this case:

- On August 4, 2008, the Court continued the hearing date on Plaintiffs' motion for summary judgment pursuant to Defendants' motion, and continued the date for submission of the case management statement, and the date for the case management conference pursuant to stipulation of the parties.
- On June 5, 2008, the Court continued the case management conference to August 8, 2008, *sua sponte*.
- On November 3, 2008, pursuant to the parties' joint status report, the Court set the hearing on Plaintiffs' Plaintiffs' summary judgment motion for April 3, 2009, and ordered the briefing therefore.
- On March 18, 2009, the Court continued the hearing on the parties' cross-motions for summary judgment to April 10, 2009 *sua sponte*.

- On March 20, 2009, pursuant to the parties' joint stipulation, the Court continued the hearing on the parties' cross-motions for summary judgment to May 22, 2009. On May 20, 2009, the Court vacated the hearing.

- On January 26, 2010, the Court approved the parties' stipulation to revise the deadlines in the Briefing Order for the parties' briefing on Plaintiffs' PI Motion.

For the foregoing reasons, the parties stipulate that the Federal Defendants' Opposition to the PI Motion shall be submitted by February 12, 2010, and that Plaintiffs' Reply in support of the PI Motion shall be submitted by February 19, 2010. The remaining deadlines approved by the Court on January 26, 2010 (Dkt. No. 226) shall remain in place. The parties further stipulate that Plaintiffs shall have up to twenty-five (25) pages for their consolidated Reply in support of the PI Motion.

Dated: February 9, 2010                                      Respectfully submitted,

TONY WEST                                                    IGNACIA S. MORENO
Assistant Attorney General                                   Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch                  /s/   Beverly F. Li
JOHN R. COLEMAN (Va. Bar # 70908)                            BEVERLY F. LI (WSBA No. 33267)
Trial Attorney, U.S. Department of Justice                   Trial Attorney
Civil Division, Federal Programs Branch                      U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 6118                       Environment and Natural Resources Division
Washington, D.C. 20530                                       Natural Resources Section
Telephone: (202) 514-4505                                    P.O. Box 663
Facsimile: (202) 616-8460                                    Washington, D.C.  20044-0663
Email: John.Coleman3@usdoj.gov                               Tel.: (202) 353-9213
                                                             Facsimile: (202) 305-0506
                                                             Beverly.Li@usdoj.gov

                         Attorneys for Federal Defendants

                                                             /s/ Philip J. Perry
HOLLY J. TATE (Ca. Bar No. 237561)                           PHILIP J. PERRY (CA Bar No. 148696 –
LATHAM & WATKINS LLP                                         admitted)
505 Montgomery Street, Suite 1900                            JANICE M. SCHNEIDER (DC Bar No.
San Francisco, California 94111-2562                         472037) (*pro hac vice* granted)
Telephone: (415) 391-0600                                    LATHAM & WATKINS LLP
Facsimile: (415) 395-8095                                    555 11th Street, N.W., Suite 1000
Email: holly.tate@lw.com                                     Washington, D.C. 20004
                                                             Telephone: (202) 637-2200
                                                             Facsimile: (202) 637-2201
                                                             Email: phil.perry@lw.com
                                                             Email: janice.schneider@lw.com

| | |
|---|---|
| 1 | STANLEY H. ABRAMSON (DC Bar No. 217281) |
| | (*pro hac vice* granted) |
| 2 | RACHEL G. LATTIMORE (DC Bar No.450975) |
| | (*pro hac vice* granted) |
| 3 | ARENT FOX LLP |
| | 1050 Connecticut Avenue, N.W. |
| 4 | Washington, D.C. 20036-5339 |
| | Telephone: (202) 857-6000 |
| 5 | Facsimile: (202) 857-6395 |
| | Email: abramson.stanley@arentfox.com |
| 6 | Email: lattimore.rachel@arentfox.com |

Attorneys for Intervenor-Defendant Monsanto Company

/s/ Gilbert S. Keteltas_____

| | |
|---|---|
| JOANNE LICHTMAN (Ca. Bar No. 137300) | GILBERT S. KETELTAS (DC Bar No. 421236) |
| HOWREY LLP | (*pro hac vice* granted) |
| 550 South Hope Street, Suite 1100 | JOHN F. BRUCE (DC Bar No. 1578) (*pro hac vice* granted) |
| Los Angeles, California 90071-2627 | CHRISTOPHER H. MARRARO (DC Bar No. 395152) (*pro hac vice* granted) |
| Telephone: (213) 892-1800 | HOWREY LLP |
| Facsimile: (213) 892-2300 | 1299 Pennsylvania Avenue, N.W. |
| Email: lichtmanj@howrey.com | Washington, D.C. 20004-2402 |
| | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| | Email: keteltasg@howrey.com |
| | Email: brucej@howrey.com |
| | Email: marraroc@howrey.com |

Attorneys for Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative
and Wyoming Sugar Company LLC

/s/ Nancy Bryson_____

| | |
|---|---|
| DAVID J. LAZERWITZ (Cal. Bar. No. 221349 – admitted) | NANCY BRYSON (DC Bar No. 913673) (*pro hac vice* granted) |
| FARELLA BRAUN + MARTEL LLP | HOLLAND & HART LLP |
| 235 Montgomery Street, 17th Floor | 975 F Street, N.W., Suite 900 |
| San Francisco, CA 94104 | Washington, D.C. 20004 |
| Telephone: (415) 954-4400 | Telephone: (202) 654-6921 |
| Facsimile: (415) 954-4480 | Facsimile: (202) 747-6567 |
| Email: dlazerwitz@fbm.com | Email: nbryson@hollandhart.com |

Attorneys for Intervenor-Defendant Syngenta Seeds, Inc.

/s/ Daniel Murphy_____

| | |
|---|---|
| DANIEL M. ABUHOFF (NY Bar No. 1227057) (*pro hac vice* granted) | DANIEL MURPHY (Ca. Bar No. 141006) |
| HARRY ZIRLIN (NY Bar No. 2315737) (*pro hac vice* granted) | W. ALLAN EDMISTON (Ca. Bar No. 228246) |
| DEBEVOISE & PLIMPTON LLP | LOEB & LOEB LLP |
| | 10100 Santa Monica Blvd., 22nd Floor |

| | |
|---|---|
| 919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>Email: dmabuhof@debevoise.com<br>Email: hzirlin@debevoise.com | Los Angeles, California 90067<br>Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200<br>Email: dmurphy@loeb.com<br>Email: aedmiston@loeb.com |

Attorneys for Intervenor-Defendant Betaseed, Inc.

| | |
|---|---|
| | /s/ Sarah G. Flanagan |
| DANIEL BUKOVAC (Mo. Bar No. 33456)<br>(*pro hac vice* granted)<br>STINSON MORRISON HECKER LLP<br>1201 Walnut Street, Suite 2900<br>Kansas City, Missouri 64106<br>Telephone: (816) 842-8600<br>Facsimile: (816) 412-1051<br>Email: dbukovac@stinson.com | SARAH G. FLANAGAN (CA Bar No. 70845 – admitted)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: sarah.flanagan@pillsburylaw.com |

Attorneys for Intervenor-Defendant SESVanderHave USA, Inc.

| | |
|---|---|
| | /s/ Paul H. Achitoff |
| KEVIN GOLDEN, State Bar No. 233378<br>Center for Food Safety<br>2601 Mission St., Suite 803<br>San Francisco, CA 94110<br>T: (415) 826-2770 / F: (415) 826-0507<br>Email: kgolden@icta.org | PAUL H. ACHITOFF (Pro Hac Vice)<br>Earthjustice<br>223 South King Street, Suite 400<br>Honolulu, Hawai‘i 96813<br>T: (808) 599-2436 / F: (808) 521-6841<br>Email: achitoff@earthjustice.org |
| GREGORY C. LOARIE, State Bar No. 215859<br>Earthjustice<br>426 17th Street, 5th Floor<br>Oakland, CA 94612<br>T: (510) 550-6725 / F: (510) 550-6749<br>Email: gloarie@earthjustice.org | |

Counsel for Plaintiffs

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

Center for Food Safety, *et al.*,

    Plaintiffs,

  v.

Thomas J. Vilsack, *et al.*,

    Defendants.

CASE NO. C-08-0484 JSW

**[PROPOSED] ORDER GRANTING REQUESTED MODIFICATION OF BRIEFING SCHEDULE AND PAGE LIMITS ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Court has reviewed the parties' Stipulation Regarding Briefing On Plaintiffs' Motion For Preliminary Injunction (the "Stipulation"). Upon consideration of the Stipulation, the Court hereby GRANTS the requested modification of time for briefing on Plaintiffs' Motion for Preliminary Injunction sought in the Stipulation, as follows:

1. Intervenor-Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be submitted by February 10, 2010.

2. Federal Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be submitted by February 12, 2010 by 4:00 p.m.

3. Plaintiffs' Consolidated Reply to Federal Defendants' and Intervenor-Defendants' Oppositions to Plaintiffs' Motion for Preliminary Injunction shall be submitted by February 19, 2010 by 4:00 p.m.

4. Plaintiffs shall have up to twenty-five (25) pages for their Consolidated Reply to Federal Defendants' and Intervenor-Defendants' Oppositions to Plaintiffs' Motion for Preliminary Injunction.

5. No further depositions shall occur prior to February 22, 2010, other than those depositions already noticed.

6. Hearing on Plaintiffs' Motion for Preliminary Injunction shall remain set for

March 5, 2010.

IT IS SO ORDERED.

Dated: February 10, 2010

_____
Honorable Jeffrey S. White