| | |
|---|---|
| 1 | Joanne Lichtman (SBN 137300) |
|   | HOWREY LLP |
| 2 | 550 South Hope Street, Suite 1100 |
|   | Los Angeles, California 90071-2627 |
| 3 | Telephone: (213) 892-1800 |
|   | Facsimile: (213) 892-2300 |
| 4 | Email:lichtmanj@howrey.com |

Gilbert S. Keteltas  (*Pro Hac Vice*)
John F. Bruce (*Pro Hac Vice*)
Christopher H. Marraro (*Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

*Attorneys for Defendant-Intervenors*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*, | CASE NO. C-08-0484 JSW |
| Plaintiffs, | **DECLARATION OF GILBERT S. KETELTAS IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF THE DECLARATIONS OF SUSAN HENLEY MANNING, PH.D., RICHARD J. SEXTON, DAVID BERG, RICHARD GERSTENBERGER, DUANE GRANT, MICHAEL HOFER, RUSSELL MAUCH, MICHAEL PETERSEN, AND JOHN SNYDER, IN SUPPORT OF DEFENDANT INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Thomas J. Vilsack, *et al.,* | |
| Defendants. | |
| | **(The Honorable Jeffrey S. White)** |

HOWREY LLP

KETELTAS DECL. ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MANNING, SEXTON, BERG, GERSTENBERGER, GRANT, HOFER, MAUCH, PETERSEN AND SNYDER DECLARATIONS
CASE NO. 08-0484 JSW

I, Gilbert S. Keteltas, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner with the law firm of Howrey LLP, counsel of record for Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC Monsanto Company in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendant-Intervenors' Administrative Request to File Under Seal Portions of the Declarations of Susan Henley Manning, Ph.D., Richard J. Sexton, David Berg, Richard Gerstenberger, Duane Grant, Michael Hofer, Russell Mauch, Michael Petersen, and John Snyder in support of Defendant-Intervenors' Opposition to Plaintiffs' Motion for Preliminary Injunction.

3. The Declarations of Susan Henley Manning, Ph.D., Richard J. Sexton, David Berg, Richard Gerstenberger, Duane Grant, Michael Hofer, Russell Mauch, Michael Petersen, and John Snyder in support of Defendant-Intervenors' Opposition to Plaintiffs' Motion for Preliminary Injunction contain information that has been designated as "Confidential Restricted Attorneys' Eyes Only."

4. Dr. Manning's declaration reports on and lists highly sensitive business confidential information. First, it provides confidential business information on seed inventories for each of the four seed companies (Syngenta, Betaseed, SES VanderHave and American Crystal) which is information that those seed companies do not want shared between them because they are competitors. Second, it reports on the seed shortages of each individual Processor, which again is highly confidential business information in that each of the processors compete against each other for market share and this information might provide a competitive advantage to some Processors.

5. Dr. Sexton's declaration also reports on and lists confidential business

HOWREY LLP

1

KETELTAS DECL. ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MANNING, SEXTON, BERG, GERSTENBERGER, GRANT, HOFER, MAUCH, PETERSEN AND SNYDER DECLARATIONS
CASE NO. 08-0484 JSW

information. First, Dr. Sexton lists confidential business information from the Manning Declaration as he relies in part on that information for his analysis. Dr. Sexton also reports on and lists other highly sensitive confidential business information for each Processor including variable operating costs and gross profit margins. Again, each of the Processors is a competitor of the others and this information, if made public, might provide a competitive advantage to some Processors.

6. The individual grower and processor declarations of David Berg, Richard Gerstenberger, Duane Grant, Michael Hofer, Russell Mauch, Michael Petersen, and John Snyder, Jr., also contain processor-specific information regarding seed shortages which is highly confidential business information in that each of the processors compete against each other for market share and this information might provide a competitive advantage to some Processors.

7. Our request to file under seal is limited to specific paragraphs of the declarations that contain sealable material.

8. This information is subject to the provisions of the Stipulated Protective Order entered on February 9, 2010. A true and correct copy of the Stipulated Protective Order is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct and that this declaration was executed on February 10, 2010 in Bethesda, MD.

/s/
Gilbert S. Keteltas
HOWREY LLP

2

KETELTAS DECL. ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MANNING, SEXTON, BERG, GERSTENBERGER, GRANT, HOFER, MAUCH, PETERSEN AND SNYDER DECLARATIONS
CASE NO. 08-0484 JSW