**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

HOWREY LLP
    Joanne Lichtman (SBN 137300)
    lichtmanj@howrey.com
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

HOWREY LLP
    Gilbert S. Keteltas  (*Pro Hac Vice* granted)
    KeteltasG@howrey.com
    John F. Bruce (*Pro Hac Vice* granted)
    BruceJ@howrey.com
    Christopher H. Marraro (*Pro Hac Vice* granted)
    MarraroC@howrey.com
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Intervenor-Defendants American Sugarbeet Growers, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative, and Wyoming Sugar Company, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>THOMAS J. VILSACK, et al.<br><br>        Defendants. | **DECLARATION OF MICHAEL HOFER**<br><br>No. C 08-00484 JSW<br>Judge Jeffrey S. White |

**HOWREY LLP**

DECLARATION OF MICHAEL HOFER
IN SUPPORT OF INTERVENORS' OPPOSITION TO
PL. PRELIMINARY INJUNCTION MOTION

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

### DECLARATION OF MICHAEL HOFER

I, Michael Hofer declare as follows:

1. I am Vice President of Agriculture for Western Sugar Cooperative ("Western"), located at 7555 East Hampden Avenue, Suite 600, Denver, CO 80231. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below. As Western's Vice President of Agriculture, I oversee and I am responsible for three substantive business areas: Agronomy Services, Harvest Operations, and Co-Products (pulp and molasses). Western's Agronomy Services employs seventeen agronomists and one-full time research manager. Agronomy Services conducts all educational training programs for our grower-shareholders including programs concerning weed and disease control, stewardship and best practice methods, and herbicide usage and application. In my position as Vice President of Agriculture, I also oversee Western's research program which is funded jointly by Western and its grower-shareholders through a "Joint Research Committee." In 2007, under my oversight, Western conducted 18 separate research projects including 4 studies concerning agricultural management of Roundup Ready sugar beets. Information and data from these studies is disseminated to our grower-shareholders through University/Cooperative sponsored seminars, individual annual meetings between our staff agronomists and each grower, our proprietary shareholder website and through mailings of periodic agronomy reports. I also oversee Western's comprehensive GPS database on approximately 3,000 sugar beet growing fields within our region that reports voluminous data on yields, sugar content, disease and weed types, herbicide effectiveness and other information used by Agronomy Services to assist our grower-shareholders with improving their sugar beet crop.

2. Western is a distant successor to the Great Western Sugar Company incorporated in 1905 that was the dominant producer of Colorado, Wyoming and Nebraska beet sugar for over 60 years. Each new factory of the Great Western Sugar Company became the economic hub of the agricultural community in which it was built. Western now has five sugar processing refineries located at Fort Morgan, Colorado; Scottsbluff, Nebraska; Billings Montana;

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

and Torrington and Lovell, Wyoming. Together these refineries employ more than 519 full-time and 548 seasonal professional and non-professional workers in processing, packaging and shipping, and transportation. Western produced approximately 9,000,000 cwt (hundredweight) of sugar in 2009 from these refineries.

3. On April 30, 2002 more than 1,000 sugar beet growers from Colorado, Montana, Nebraska and Wyoming purchased the company from Tate & Lyle, creating a grower owned cooperative. Shares in Western were initially sold for $185 each, requiring every grower-shareholder to raise one acre of sugar beets for each co-op share owned. Today, Western has approximately 1,300 member-growers as owners of the cooperative. In 2009, Western shareholders planted approximately 135,140 acres in sugarbeets. Western's growers expect to plant about 123,000 acres in sugarbeets in 2010. For the 2010 growing season, Western's growers begin planting sugar beet seed in April and the overwhelming majority of sugar beet seed will be planted by mid-May. This seed is 99% Roundup Ready.

4. Western is also a member of the Beet Sugar Development Foundation, which sponsors sugarbeet research and which submitted comments to APHIS supporting the Petition. I am a current member of the Board of Directors of the Beet Sugar Development Foundation.

5. Western is a member of U.S. Beet Sugar Association ("USBSA"), a national trade association of sugarbeet cooperatives that has represented the interests of the nation's sugarbeet processors since 1914. Currently, the USBSA's membership is comprised of eight beet sugar companies – our Western Sugar Cooperative, American Crystal Sugar and its subsidiary Sidney Sugars, Southern Minnesota Beet Sugar Cooperative and its subsidiary Spreckels Sugar Company, the Amalgamated Sugar Company, Michigan Sugar Company, and Minn-Dak Farmers' Cooperative – which, in total, operate 22 processing factories in nine states. These firms produce refined sugar from sugarbeets grown by about 10,000 family farmers on approximately 1.3 million acres in eleven states.

6. I have been a shareholder in Western since 2006. I currently own 485 shares that are valued at between $300 to $325 each, and I am required to produce 485 acres of

sugar beets annually to Western for processing. By contract, I am subject to an economic penalty of $350 per share if my annual share of sugarbeets is not delivered to Western for processing. Western has enforced this penalty against growers in the past.

7. In 2008, when Roundup Ready seed was first available to plant, I planted 100% of my acres with the Roundup Ready seed. In 2009, I used 100% Roundup Ready and I have already ordered and paid for 100% Roundup Ready seed for the 2010 growing season.

8. Prior to planting Roundup Ready sugar beet, my herbicide regimen for conventional beet seed was complicated and labor intensive. Pre-emergence, I sprayed Nortron in a 10 inch wide band over the planting furrow. Post-emergence, I used a combination of BetaMix, Stinger, UpBeet, Cropoil (and, at times, Select to control grasses). I sprayed this mixture approximately four times. Even after spraying several times, there were still weeds and I then needed to hire manual labor to hoe and pull out the weeds. In 2007 using conventional sugarbeet seed, my fields were so weedy that I had to pay $90/acre for labor to pull the weeds out of 20% of my acres.

9. Using Roundup Ready seed, I have had to apply only Roundup and now spray much less frequently, on an average of only 3 times per growing season. I did not need to use any manual labor to destroy weeds. I have not experienced any weeds that the prescribed rate of Roundup has not killed. In the event that I ever encountered one, I would simply use a different herbicide to kill the weed. In no event would I exceed the recommended dosage of Roundup.

10. At this point in the growing season, only a few months before planting, I have already purchased about 80% of my Roundup for the 2010 season. This is the only herbicide I have purchased for my sugarbeet fields. If I am prevented from planting Roundup Ready sugarbeet seed this season, it is likely that I will be unable to get enough herbicides for use with conventional seed.

11. The use of Roundup Ready sugarbeet seed has increased yields in Western's growing region of between 10 and 15%.

12. Aside from the seed and herbicide that I have already purchased for the

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

year, I have a substantial investment in the value of my shares of Western. I use these shares to secure a $550,000 line of credit.

13. Western has a continuing research process for quality assurance approval for each sugarbeet seed variety. This is based on a 2-3 year testing program that examines frequency of emergence, sugar/ton produced, sugar content lost to molasses and other important growing traits. Each variety is tested in both clean soils and also tested against various disease strains. Through these important continuing research trials, Western's growers can only purchase varieties that meet Western's variety performance standards. If Roundup Ready sugarbeet seed becomes unavailable due to this lawsuit, it will take at least 2-3 additional years for conventional sugarbeet seed to run through the gamut of trials necessary for Western's approval of each seed variety.

14. Western has grown millions of sugarbeet plants in its variety trials. For 2009, we grew about 700,000 sugarbeet plants in the variety trials. In 2008, we also grew approximately 700,000 sugarbeet plants in the variety trials. In 2007, we grew about 1,000,000 sugarbeet plants in our variety trials. Although, we grew more than 2.4 million sugarbeet plants in our variety trials since 2007, we did not observe any chard or red beet off types.

15. In the four states in our growing region, there are 35 different varieties of sugarbeet seed required. Each variety is specially bred to defeat a disease or parasite that is unique to that sub-region. Growers that grow sugarbeets for Western are allowed to plant only varieties approved in that year. For 2010 all but four varieties that were in Western's variety trials were Roundup Ready varieties. The four varieties are of very limited supply as they are grown only on Boulder, CO county owned land. Based upon my substantial knowledge of and familiarity with the sugarbeet industry and Western's grower requirements for specific varieties of sugarbeet seed, I know it takes approximately two years to grow, harvest and process sugarbeet seed.

16. In Western's sugar beet growing region there is virtually no risk that the glyphosate gene from Roundup Ready sugar beets will spread to related crops. The reproductive biology of sugar beets is that they only flower in their second growing season. In Western's

growing region of Colorado, Montana, Nebraska and Wyoming, sugarbeets do not have a second growing year because they do not over winter due to the cold climate. Therefore, in Western's growing region, sugar beets never go to flower and cannot cross-pollinate other crops. Additionally, Western's growers are required by their annual shareholder grower agreement with Western to follow crop rotation practices, never planting sugarbeets two years in a row in the same acreage, further cutting off any opportunity for cross-pollination of crops.

17. I have never seen a bolter in any of my sugarbeet fields. Bolters are quite obvious because they are much taller than the rest of the sugarbeet crop. If I ever saw a bolter, I would immediately destroy it.

18. Western provides a comprehensive training program by university scientists for its grower-shareholders that assures that Roundup Ready is not overused. Many of our growers already have substantial experience in using the proper application of Roundup Ready with other Roundup Ready crops such as corn. In my position of Vice President of Agriculture, I have not reviewed any data or been apprised by Western's growers of any instance of observed weed resistance associated with the use of Roundup Ready. There is an abundance of information from both seed and herbicide companies on the proper utilization for weed killer and, depending on locality, some of our growers are required to go through herbicide and pesticide training to meet state requirements. In our experience, if the proper guidelines are followed, there does not seem to be any threat of weed resistance stemming from the use of Roundup Ready seed.

19. Based upon my knowledge of sugarbeet growing, the parent seed that will produce the sugarbeet crop is planted approximately two years in advance. I know that for 2010 the seed was planted in 2008, the seed for 2011 was planted in 2009 and the seed for 2012 will be planted later this summer. If Roundup Ready seed becomes unavailable and there is insufficient conventional seed in the varieties that I need, I expect to be penalized by Western for not producing my allocated acres of sugarbeets and my investment in the Cooperative will suffer.

20. If I could not plant Roundup Ready sugarbeet seed (and were not able to plant conventional seed), my alternative would be to plant corn. Especially for this growing

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

season, corn is only marginally profitable, and I would be lucky to break even. Currently, sugarbeets are the single most profitable crop choice that I have. My sugar beet crop represents approximately 60-70% of my yearly farm income.

21. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 8, 2010, in Denver, CO.

_____/S/_____

Michael Hofer

Attorney Signature Attestation

I, Christopher H. Marraro, counsel for Intervenor Defendants Growers and Processors hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____/S/_____

Christopher H. Marraro