1  LATHAM & WATKINS LLP
       Holly J. Tate (Bar No. 237561)
2        holly.tate@lw.com
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095

5  LATHAM & WATKINS LLP
       Philip J. Perry (Bar No. 148696)
6      philip.perry@lw.com
       Janice Schneider (DC Bar No. 472037) (*Pro Hac*
7      *Vice granted*)
       janice.schneider@lw.com
8  555 11th Street, N.W., Suite 1000
   Washington, D.C.  20004
9  Telephone:  (202) 637-2200
   Facsimile:  (202) 637-2201

10

11 ARENT FOX LLP
       Stanley H. Abramson (DC Bar No. 217281) (*Pro
12     Hac Vice* granted)
       abramson.stanley@arentfox.com
13     Rachel G. Lattimore (DC Bar No. 450975) (*Pro
       Hac Vice granted*)
14     lattimore.rachel@arentfox.com
   1050 Connecticut Avenue, N.W.
15 Washington, D.C.  20036-5339
   Telephone:  (202) 857-6000
16 Facsimile:  (202) 857-6395

17 Attorneys for Intervenor-Defendant Monsanto
   Company

18
                    UNITED STATES DISTRICT COURT
19                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
20

21 CENTER FOR FOOD SAFETY, et al.

22              Plaintiffs,                **DECLARATION OF ANDREW R. KNISS,
                                           Ph.D.**
23        v.
                                           No. C 08-00484 JSW
24 THOMAS J. VILSACK, et al.               Judge Jeffrey S. White

25              Defendants.

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

### DECLARATION OF ANDREW R. KNISS, Ph.D.

I, Andrew R. Kniss, Ph.D., declare as follows:

1.      I am an Assistant Professor of Weed Ecology at the University of Wyoming in Laramie, Wyoming.  I hold a Ph.D. in Agronomy from the University of Wyoming, with specializations in weed science and statistics.  I also hold an M.S. in Agronomy from the University of Nebraska-Lincoln, also with a specialization in weed science.  I received my Bachelor of Science in Agroecology from the University of Wyoming, Department of Plant Sciences.  A true and correct copy of my curriculum vitae is attached to this declaration as Exhibit A.

2.      As part of my responsibilities at the University of Wyoming, I teach courses in Weed Science and Technology and the Ecology of Plant Protection.  I also advise Masters and Ph.D. candidates on their thesis and dissertation topics, one of which relates to the response of weed populations to long-term glyphosate use and another of which relates to the effect of glyphosate on certain diseases found in glyphosate-resistant sugarbeet crops.

3.      I assumed my current position as an Assistant Professor in August 2007.  Prior to that, I worked extensively in the field of weed science research, first as a graduate research assistant at the University of Nebraska from June 2001 through May 2003.  This research culminated in my masters thesis:  *Weed Control, Economics, and Environmental Impacts of Glyphosate-Tolerant Sugarbeet*.  After receiving my masters degree, I worked first as a graduate research assistant and then as an assistant research scientist at the University of Wyoming from June 2003 through August 2007.  This research led to my doctoral dissertation: *Tolerance of Common Lambsquarters (*Chenopodium album L.*) to Glyphosate*.

4.      As reflected in my CV, I am a recognized expert in weed resistance, generally, glypohsate resistance, and sugarbeet agriculture.  I am a member of the American Society of Sugar Beet Technologists, the Weed Science Society of America, the North Central Weed Science Society, and the Western Society of Weed Science.  I also participate in a multi-state research project, WERA077 – Invasive Weeds in Wheat.

5.      I am a peer reviewer for *Weed Technology*, the Journal of the Weed

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF ANDREW R. KNISS, Ph.D. IN
SUPPORT OF INTERVENORS' OPPOSITION TO PL.
PRELIMINARY INJUNCTION MOTION

1   Science Society of America, *Crop Protection*, the Official Journal of the International

2   Association for the Plant Protection Sciences, and *Weed Research*, the Official Journal of the

3   European Weed Research Society.

4       6.      I also have written extensively on issues of herbicide tolerance, including

5   glyphosate tolerance, and sugarbeet cultivation.  I have published twelve peer-reviewed articles

6   on these subjects over the last six years, and another five peer-reviewed articles are in various

7   stages of preparation.  In addition to these peer-reviewed works, I have authored more than forty

8   works on the topics of weed resistance management, glyphosate resistance technology, and

9   cultural practices for sugarbeets.  I also lecture frequently on issues of weed resistance and

10  stewardship practices in glyphosate-resistant (GR) cropping systems, including sugarbeets.  In

11  the last four years I have given more than twenty presentations on these topics.

12      7.      I have reviewed Plaintiffs' Motion for Preliminary Injunction related to

13  weed resistance, and the declarations of Dr. Charles Benbrook, Dr. Doug Gurian-Sherman, and

14  Jay Feldman related to weed resistance issues.  I understand that the Motion for Preliminary

15  Injunction is scheduled to be heard by the Court on or about March 5, 2010 and that another

16  hearing on permanent injunctive relief, if any, is currently scheduled for June 11, 2010.

17      8.      I have personal knowledge of the matters referred to herein and if called

18  upon to testify could and would testify truthfully thereto.

19  **<u>Importance of Crop Rotation</u>**

20      9.      It is highly unlikely that the use of glyphosate in connection with GR

21  sugarbeet will result in the same conditions that have led to GR weeds in other GR crops,

22  particularly over the relatively short time frame of the next 3 to 5 years.  This is because

23  sugarbeet growing practices are fundamentally different than other cropping systems and

24  because weed resistance takes multiple generations to manifest if it is going to occur.  To date,

25  there have been nine GR weeds confirmed in the U.S.  Of these nine species, two (hairy fleabane

26  and rigid ryegrass) evolved where there was no GR crop use (roadsides, vineyards, and tree

27  crops).  The fact that GR weeds have evolved in fields without a history of GR crops is evidence

28  that GR weed development is not an inherent problem with GR-crop technology, but rather a

1  function of the long-term weed management practices utilized on a particular field.

2  10.  As a general rule of thumb, cropping systems that are less diverse

3  naturally will select more rapidly for herbicide resistant weeds.  More diverse cropping systems

4  such as are used in sugarbeets, are less likely to result in weed resistance issues.  Of the seven

5  species that have evolved resistance to glyphosate in GR cropping systems, six of these species

6  evolved in continuous cropping systems where no crop rotation was utilized.  Only one species,

7  common waterhemp, has arisen from a cropping system where multiple crops were used, in this

8  case corn and soybean in a two-year rotation.  In no case has a GR weed evolved where GR

9  crops were grown in a three crop rotation, as is typical in sugarbeet cultivation.  Although GR

10  sugarbeet has been widely used commercially since 2008, there currently are no documented

11  cases of GR weeds in sugarbeet fields in the United States.

12  11.  GR sugarbeet production systems are inherently different from other GR

13  crops, in part because multiple year crop rotations are an integral component of effective weed

14  and pest management programs for the sugarbeet crop in all sugarbeet growing regions.

15  Continuous sugarbeet production (no crop rotation) is in nearly all cases not an economic option

16  (as opposed to corn, soybean, or cotton).  This is because the sugarbeet crop is susceptible to

17  many diseases, nematodes, and insects which require crop rotations to limit the economic impact

18  of these pests.  Sugarbeet production grower agreements with sugar processors typically prohibit

19  growers from planting a sugarbeet crop in consecutive years.  This is a key difference between

20  sugarbeet production and that of other GR crops such as cotton, corn, and soybean, where

21  continuous production of a single crop is common.  This diversification of crops grown in a field

22  over time decreases the selection pressure for GR weeds compared to continuous cropping

23  systems.

24  12.  Sugarbeets are generally grown on a three- to four-year rotation.  In some

25  sugarbeet growing regions (including Oregon, Washington, Idaho) sugarbeet will be the only GR

26  crop grown in the rotation.  In other growing regions (Colorado, Montana, Wyoming, Nebraska,

27  Northern North Dakota, and Northern Minnesota) there will always be at least one non-GR crop

28  in the rotation.  Southern Minnesota and Michigan may have several GR crops in rotation;

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECLARATION OF ANDREW R. KNISS, Ph.D. IN
SUPPORT OF INTERVENORS' OPPOSITION TO PL.
PRELIMINARY INJUNCTION MOTION

however the crop rotation in itself will reduce the potential for herbicide resistant weed development due to changing cultural practices between crops (such as planting date, harvest date, tillage practices, etc.).

13.   The development of herbicide resistance requires multiple generations of herbicide selection pressure. In my opinion, it will take at least 5 generations for a herbicide-resistant weed population to potentially develop in a given field, generally speaking. This is supported by several peer-reviewed research articles that have shown that even under poor management practices (e.g., complete reliance on a single herbicide in continuous cropping systems) it takes at least 5 years for a herbicide-resistant weed to manifest itself within the weed population. (Beckie 2006; Neve 2008; Werth et al. 2008). Diversified weed management systems that utilize crop rotations and multiple herbicide modes of action over time, as is the case with sugarbeet, reduce the potential for herbicide resistant weed development. Sugarbeet growers currently implement diversified management practices, and will continue to do so because they are required by contract to do so and they benefit economically from this practice.

## Herbicide Mode of Action

14.   Just as not all herbicides are equally effective at controlling all weeds, not all herbicides select for resistant weed biotypes equally. At least two peer-reviewed research articles have classified various herbicide families according to their risk of resistant weed development. Beckie (2006) lists acetolactate synthase ("ALS") and acetyl CoA carboxylase ("ACCase") inhibiting herbicide groups as "High" risk for resistance development. These two groups of herbicides are commonly used in conventional sugarbeet production, and weeds resistant to these two herbicide groups are widely distributed across sugarbeet growing regions of the U.S. Kochia resistant to ALS inhibitors has been noted repeatedly as one of the most troublesome weeds to control with the conventional sugarbeet herbicide "cocktail". On the other hand, Beckie (2006) lists glyphosate as a "Low" risk herbicide for the development of herbicide resistant weeds. Use of GR sugarbeet has effectively reduced the potential for herbicide resistant weed development by allowing growers to avoid using ALS-inhibitor herbicides in the sugarbeet crop. For example, glyphosate use in GR sugarbeet provides growers an excellent tool to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECLARATION OF ANDREW R. KNISS, Ph.D. IN
SUPPORT OF INTERVENORS' OPPOSITION TO PL.
PRELIMINARY INJUNCTION MOTION

1   manage kochia populations, as well as other herbicide-resistant weeds.

2                  **Weed Management In Sugarbeets**

3         15.     Contrary to the statements of plaintiffs' declarants, GR weeds will not

4   cause the harm that plaintiffs assert. In the event that a GR weed population ever emerges, it will

5   make control slightly more expensive in GR sugarbeet, but it will still be less costly when

6   compared to non-glyphosate weed control systems.

7         16.     I personally have conducted field research trials to measure the economic

8   differences between GR and conventional sugarbeet. One of these studies was published in the

9   peer-reviewed journal *Weed Technology*. A true and correct copy of this research article is

10   attached as Exhibit B. This research concluded that sugarbeet growers could afford to pay over

11   $150-per-acre more for GR seed compared to conventional sugarbeet seed before the economics

12   of the two systems were equal. On average, growers typically pay between a $50- to $65-per-

13   acre price premium on GR sugarbeet seed depending on the number of seeds they plant per acre,

14   and therefore the cost of the GR weed control system would have to increase by another $85- to

15   $100-per-acre before it is less economical than the conventional sugarbeet herbicide "cocktail".

16   The additional cost to control a GR weed in the sugarbeet crop, should it arise, could range from

17   $17- to $65-per-acre**,** depending on the weed species. Therefore, in my opinion, Dr. Benbrook's

18   estimates with respect to the cost of weed control in soybean crops, *see* Benbrook Decl. ¶¶ 19-

19   20, does not apply to sugarbeet.

20         17.     I conducted a second study in 2007 to compare the farm-scale economic

21   differences between GR and conventional sugarbeet in the year of commercial introduction. A

22   manuscript describing this research was submitted recently to the *Journal of Sugar Beet*

23   *Research* and is currently undergoing peer-review. Approximately 2,000 acres of GR sugarbeet

24   were planted commercially in Wyoming in 2007. Thirty sugarbeet fields (15 each of GR and

25   conventional cultivars) were selected early in the growing season and all field operations and

26   sugarbeet yields were recorded. Tillage operations and herbicide applications were both lower in

27   GR sugarbeet fields compared to conventional sugarbeet. Sucrose production was over 900 lbs.-

28   per-acre greater in GR sugarbeet compared to conventional sugarbeet. Differences in net

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECLARATION OF ANDREW R. KNISS, Ph.D. IN
SUPPORT OF INTERVENORS' OPPOSITION TO PL.
PRELIMINARY INJUNCTION MOTION

1  economic return between GR and conventional sugarbeet production is dependent on the selling

2  price of sugar; at a sugar price of $0.27 per pound, GR technology resulted in a net economic

3  gain of $226 per acre compared to conventional sugarbeet.

4        18.    The plaintiffs' claim that once GR weeds develop, control will require the

5  use of ever-more toxic herbicides.  However, they fail to notice that those more toxic herbicides

6  are the very herbicides that have been replaced by glyphosate with the adoption of GR crops.  If

7  the use of GR sugarbeet is prohibited, the transition to these "more toxic chemicals" will be

8  immediate, as they are required for weed control in non-GR sugarbeet.

9        19.    Plaintiffs' declarant, Dr. Benbrook, implies that the use of GR sugarbeets,

10  and an increase in glyphosate use, inevitably will cause the emergence of GR weeds.  Dr.

11  Benbrook inappropriately relies upon a report he prepared related to cotton, corn, and soybean

12  crops.  I disagree with his opinion.  Sugarbeet cropping systems rely upon completely different

13  cultural practices than cotton, corn, and soybeans.  Sugarbeet growers employ diverse weed

14  management practices, such as crop rotations and the use of herbicides with alternative modes of

15  action, that will decrease the risk that GR weed populations will develop.  Additionally,

16  sugarbeet cropping systems involve different planting dates, harvest dates, crop competitiveness,

17  late-season defoliation, and sometimes irrigation, all of which affect weed management.  Dr.

18  Benbrook himself has previously written that herbicide resistant weeds are not an inherent flaw

19  in herbicide-tolerant technology.   (McCullum and Benbrook et al. 2003) ("Problems with

20  resistance and weed shifts are an adverse impact triggered by how HT technology is used and do

21  not reflect an inherent flaw in the technology.").

22        20.    As explained above, the use of the technology in sugarbeet production will

23  be substantially different from other GR crops.  It is not appropriate to generalize experiences

24  with other GR crops to GR sugarbeet.  Sugarbeet growers use a variety of weed management

25  technologies, including crop rotation and other herbicide modes of action.

26        21.    Dr. Benbrook also implies that use of the herbicides 2,4-D, dicamba, and

27  paraquat would be required after the development of GR weeds.  *See* Benbrook Decl. ¶ 16.  All

28  three of these herbicides are lethal to sugarbeets, and thus they are not used in the sugarbeet crop.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DECLARATION OF ANDREW R. KNISS, Ph.D. IN
SUPPORT OF INTERVENORS' OPPOSITION TO PL.
PRELIMINARY INJUNCTION MOTION

22.     Additionally, contrary to Dr. Benbrook's claim that "HT crops permit more frequent and indiscriminate application of the herbicide to which the GE crop is tolerant," Benbrook Decl. ¶ 5, herbicide label restrictions prohibit "indiscriminate application of the herbicide."   All herbicides are regulated by the EPA and applicators must follow directions on the label.   A maximum of 96 fluid ounces may be applied in GR sugarbeet.   The phrase "indiscriminate application" is misleading at best.

23.     Although the plaintiffs have made claims about the damaging effects of GR weeds, it is important to view the issue of GR weeds in the broader context of herbicide resistant weeds.   There is nothing more or less detrimental about resistance to glyphosate than that of other important herbicides.   Herbicide resistant weeds have been and will continue to be an important topic in sugarbeet production.   Glyphosate use in GR sugarbeet has proven to be an excellent tool to combat herbicide resistant weeds such as kochia resistant to ALS-inhibitors and wild oats resistant to ACCase-inhibitors.   If the planting of GR sugarbeet is enjoined, a valuable tool for herbicide resistant weed management will be taken from sugarbeet growers, and the impact of weeds resistant to other herbicides will increase.

24.     Dr. Benbrook also cites a paper by Todd Gaines et al. (2009) in the Proceedings of the National Academy of Sciences to imply an "unequivocal admission of serious problems with glyphosate-based HT cropping systems."   Benbrooke Decl. ¶ 21.   Although *Amaranthus palmeri* (Palmer amaranth), the weed described in the paper, is an issue in cotton, it presents no similar issues for sugarbeet.   Palmer amaranth is not recognized as a problem weed in sugarbeets.

25.     As Gaines et al (2009) also acknowledge, Palmer amaranth also has evolved resistance to three other herbicide families (photosystem II inhibitors, ALS-inhibitors, and dinitroanilines).   Herbicide resistance is not limited to GR crops, and part of the reason GR crops have become so successful is that the technology allows for management of weeds that have become resistant to other types of herbicides.

26.     Additionally, while Dr. Gurian-Sherman speculates that redroot pigweed "may have a high propensity" to become a problem, he acknowledges that the available data

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DECLARATION OF ANDREW R. KNISS, Ph.D. IN
SUPPORT OF INTERVENORS' OPPOSITION TO PL.
PRELIMINARY INJUNCTION MOTION

1   does not support this.   Gurian-Sherman Decl. ¶ 14.   In any event, sugarbeet growers have

2   multiple alternative herbicides available to deal with redroot pigweed, such as Nortron and

3   Progress.

4            I declare, under penalty of perjury, that the forgoing is true and correct.

5   Executed this 6th day of February 2010 in Laramie, WY.

6

7                                                    _____/S/_____

8                                                    Andrew R. Kniss, Ph.D.

9

10   **Literature Consulted**

11   Beckie, H.J.   2006.   Herbicide-Resistant Weeds:   Management Tactics and Practices.   Weed

12   Technol.  20:  793-814.

13   Gaines, T.A., W. Zhangb, D. Wangc, B. Bukuna, S.T. Chisholma, D.L. Shanerd, S.J. Nissena,
     W.L. Patzoldte, P.J. Tranele, A.S. Culpepperf, T.L. Greyf, T.M. Websterg, W.K. Vencillh, R.D.

14   Sammonsc, J. Jiangb, C. Prestoni, J.E. Leacha, and P. Westraa.   2009.   Gene amplification
     confers glyphosate resistance in Amaranthus palmeri.   Proc. National Academy of Sciences.

15   107: 1029-1034.

16   Gustafson D.I.   2008.   Sustainable use of glyphosate in North American cropping systems.   Pest
     Manag. Sci.  64: 409-416.

17
     Neve, P.   2008.   Simulation modelling to understand the evolution and management of
18   glyphosate resistance in weeds.  Pest Manag. Sci.  64: 392-401.

19   Kniss, A.R., R.G. Wilson, A.R. Martin, P.A. Burgener, and D.M.Feuz.   2004.   Economic
20   Evaluation of Glyphosate-Resistant and Conventional Sugar Beet.  Weed Technol. 18: 388–396.

21   McCullum, C., C. Benbrook, L. Knowles, S. Roberts, T. Schryver.   2003.   Application of
     Modern Biotechnology to Food & Agriculture:   Food Systems Perspective. J. Education and

22   Behavior.  35: 319-332.

23   Werth, J.A., C. Preston, I.N. Taylor, G.W. Charles, G.N. Roberts, and J. Baker.   2008.
     Managing the risk of glyphosate resistance in Australian glyphosate-resistant cotton production

24   systems. Pest Manag. Sci.  64: 417-421.

25   //

26   //

27   //

28            Attorney Signature Attestation

8        DECLARATION OF ANDREW R. KNISS, Ph.D. IN
         SUPPORT OF INTERVENORS' OPPOSITION TO PL.
         PRELIMINARY INJUNCTION MOTION

1    I, Holly J. Tate, counsel for Monsanto Company, hereby attest that I have on file

2  all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this

3  efiled document.

4

5                                    _____/S/_____

6                                    Holly J. Tate

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DECLARATION OF ANDREW R. KNISS, Ph.D. IN
SUPPORT OF INTERVENORS' OPPOSITION TO PL.
PRELIMINARY INJUNCTION MOTION