**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

HOWREY LLP
   Joanne Lichtman (SBN 137300)
   lichtmanj@howrey.com
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

HOWREY LLP
   Gilbert S. Keteltas  (*Pro Hac Vice* granted)
   KeteltasG@howrey.com
   John F. Bruce (*Pro Hac Vice* granted)
   BruceJ@howrey.com
   Christopher H. Marraro (*Pro Hac Vice* granted)
   MarraroC@howrey.com
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

Attorneys for Intervenor-Defendants American Sugarbeet Growers, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative, and Wyoming Sugar Company, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>THOMAS J. VILSACK, et al.<br><br>      Defendants. | **DECLARATION OF SUSAN HENLEY MANNING, Ph.D.**<br><br>No. C 08-00484 JSW<br>Judge Jeffrey S. White |

# FILED UNDER SEAL

**HOWREY LLP**

DECLARATION OF SUSAN HENLEY MANNING,
Ph.D. IN SUPPORT OF INTERVENORS'
OPPOSITION TO PL. PRELIMINARY INJUNCTION

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

## DECLARATION OF SUSAN HENLEY MANNING, Ph.D.

I, Susan Henley Manning, Ph.D. declare as follows:

### Background and Qualifications

1. I am Senior Vice President and Managing Director of the Washington, D.C. office of Compass Lexecon, an economics, financial, and regulatory consulting services company. Compass Lexecon maintains offices in Washington, DC; San Francisco, CA; Oakland, CA; Los Angeles, CA; Chicago, IL; and Cambridge, MA.

2. I have a Ph.D. in economics from George Mason University with a specialty in industrial organization. Industrial organization is the branch of economics that involves the study of firms, industries, consumer behavior and pricing. I also have over 25 years of economic consulting experience, including expertise in antitrust, mergers and acquisitions, international trade, and regulatory policy analysis. I have provided economic analyses in support of mergers and acquisitions filed under the Hart-Scott-Rodino Act before the Department of Justice, the Federal Trade Commission, and the European Commission in a broad range of industries. These industries include food and agriculture, heavy construction equipment, medium and heavy duty truck components, wholesale book distribution, computer components, industrial software, storage media, bread, carbonated soft drinks, pet food, and other industrial and consumer products.

3. I have wide-ranging experience involving firms in the food and agricultural sector, including sugarbeets and sugar cane. I provided expert testimony in support of extending the antidumping orders on sugar from Belgium, France, Germany and Canada, and countervailing duty order on sugar from the European Union. I have been engaged by beet sugar processors to perform confidential economic analyses of various mergers and acquisitions. I also provided economic analysis in support of Monsanto's acquisition of DPL involving genetically-modified cotton seed. In addition, I also provided economic analysis on behalf of plaintiffs in Northland Cranberries, Inc et al v. Ocean Spray Cranberries, Inc., a case involving the member composition of agricultural cooperatives under the Calper-Volstead Act and monopolization antitrust claims. A copy of my curriculum vitae is at Exhibit A to this declaration.

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

4. I have personal knowledge of the matters referred to herein and if call on to testify could and would testify truthfully thereto.

### Assignment

5. I have been engaged by Intervenor-Defendants in Center for Food Safety, et al., v. Tom Vilsack, et al., Civil Action No. 3:08-cv-00484, to estimate the supply of suitable conventional sugarbeet seed for crop years 2010 and 2011.

### Methodology

6. Conventional sugarbeet seed availability is a complex issue that requires an assessment of sugarbeet seed demand, conventional seed inventories, and the seed suitability requirements for each growing region in terms of seed genetics, including those related to protection against diseases and pests that attack sugarbeets. In carrying out my assignment, I gathered relevant information from each of the sugarbeet seed producing companies and from each of the eight sugarbeet processing companies. From the seed producing companies, I gathered information on conventional seed inventories and on the seed genetics of such inventories. From the processing companies, I obtained information on the 2009 sugarbeet demand in each processing region, and the required seed genetics and other suitability factors (i.e. seed size) for each processing company.

7. I gathered information to estimate sugarbeet seed demand for 2010 and 2011 from each of the eight beet sugar processors—American Crystal Sugar Company, The Amalgamated Sugar Company, Western Sugar Cooperative, Wyoming Sugar Company, LLC, Michigan Sugar Company, Sidney Sugars Incorporated, Southern Minnesota Beet Sugar Cooperative, and Minn-Dak Farmers Cooperative. For seven of the eight beet sugar processor companies, I obtained from each beet sugar processor the units of sugarbeet seed planted in crop year 2009. The Amalgamated Sugar Company provided a forecast of required units of sugarbeet seed for crop years 2010. The vast majority of planted seed in crop year 2009 contained the glyphosate-resistant ("Roundup Ready") trait. Only a minute portion of seed planted was of the "conventional" or non-Roundup Ready variety.

8. To estimate the units required for crop years 2010 and 2011, I assumed

that the number of units of conventional seed required by each processing company for the crop years 2010 and 2011 would be equal to the total number of units planted in 2009, irrespective of whether the seed was Roundup Ready or conventional seed. This is a conservative approach because it does not allow for any growth in the sugarbeet crop beyond that planted in the 2009 crop year. For the Amalgamated Seed Company, I used its 2010 estimate of total units required. Not all sugarbeet seed planted is viable once it is planted, and growers routinely must re-plant a portion of their crop. The traditional amount of re-planting varies by growing region, depending on growing conditions. Minn-Dak Farmers Cooperative provided a re-plant estimate of 6-7%. Michigan Sugar Company's re-plant rate is 4-5%. Western Sugar Cooperative provided a re-plant rate of 7%, and The Amalgamated Sugar Company provided a rate of 15-20%. I conservatively assumed a re-plant rate of 5% for all other growing regions. Exhibit B shows the grower/processor unit seed count required by each sugarbeet growing region.

9. Sugarbeets are highly susceptible to certain diseases and insects. Each processing company demands seed that is resistant to certain diseases and pests in order to grow a viable crop. A description of these diseases is presented in Exhibit C. Only seed varieties that are resistant to certain of these diseases are approved by the processor to be used to process sugarbeets in that region. Each sugarbeet growing region has its own disease-resistant traits that are required for the seed it purchases. I obtained from each beet sugar processor the minimum disease- and pest-resistant traits necessary in each region and the amount of such seed required by the region. The required disease packages in each region are presented in Exhibit D. The total estimated required disease-resistant seed totals 733,307 units for 2010.

10. In addition to disease- and pest-resistant traits contained in the seed's genetics, some processors require seed that is treated by seed producers for other types of diseases, pests, and weeds. For example, Poncho Beta® and Gaucho® protect seed from leafhopper, root maggots, flea beetle, wireworm, and certain aphids. Growers also require seed to be of particular sizes depending on the method of sowing that the grower uses. Coatings are applied for easier visibility and for identification of fungicide treatment. For purposes of this analysis, I have conservatively assumed that growers will be indifferent to size, coating, and

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

treatment, and these attributes will not affect the availability of conventional seed in 2010 and 2011. Thus, my estimates of available suitable conventional seed are conservative.

11. Because the industry has already transitioned to approximately 95% Roundup Ready sugarbeets, growth and trials of conventional sugarbeet seed have been greatly reduced. Variety trials are rigorous two- to three-year scientific field-testing programs conducted by the beet sugar processing companies to ensure that the sugarbeet seed it purchases will produce sugarbeets that meet the disease, pest, no-bolting, and other required specifications of that particular processor. Variety trials are critical to the seed selection decision because these variety trials determine which seed the processing company will approve to be grown in that particular region for a particular crop year. This sets an absolute limit on the amount of conventional seed available for 2010 and 2011 since the growing and variety trial periods together exceed four years. The growing cycle alone for the production of sugar beet seed is two years. Stock seed, which is grown in the Willamette Valley, is planted in late August or early September and remains in the ground for 12 months. Transplanting may occur in the early spring, typically in January to March. Seed fields are harvested in late July to early August. Sugarbeet seed then undergoes an extensive preparation process before it can be sold and delivered to growers, who plant the sugarbeet seed in spring, and then harvest sugar beets in the fall. Sugarbeets are processed into beet sugar between October and late spring, early summer, depending on the size of the crop and processing capacity.

12. I also gathered information from the four domestic sugarbeet seed producers and suppliers: Syngenta Seeds, Inc.; BetaSeed, Inc., a subsidiary of KWS, SESVanderHave Sugarbeet Seed; and Crystal Beet Seed, a division of American Crystal Sugar Company. I obtained from each supplier the amount of conventional sugarbeet seed units, by disease- and pest-resistant variety that would be available for sale to grower/processors for the 2010 crop year. Because these data are competitively sensitive and there are only four seed suppliers, I present in Exhibit E the aggregate amount of seed available, by disease-resistant variety and by growing region. The total amount of seed available from 2010 is 359,231 units.

13. Preparing sugarbeet seed for market requires many steps. Seed must be, at

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

a minimum, cleaned, gravity sorted, hulled, gravity sorted again, washed, pelletized, sorted by seed size, colored, coated and packaged. Each seed supplier also undertakes other proprietary steps to make seed ready for sale and delivery to growers. Throughout this process, quality-control is undertaken and must be completed before seed moves to the next step along the process. This extensive quality-control ensures that non-viable seed does not make its way to the end product. Completing these processes can take 210 days, depending on resources. In determining the availability of conventional seed for 2010, I obtained from each sugarbeet seed supplier the units of seed available as of February 3, 2010 that could be made ready for the 2010 crop year. These estimates form the basis of the units available for 2010, which total 359,231 units, as shown in Exhibit E. For the 2011 crop year, I take the total units of conventional seed available from each seed supplier and subtract out the amount available for crop year 2010. This calculation forms the basis for my estimate of the conventional seed units available for crop year 2011, by region and disease-resistant variety, as presented in Exhibit F. This totals 301,478 units available for 2011.

14. Using the processing companies' estimates of conventional seed requirements and seed suppliers' count of sugarbeet seed available by region and disease- and pest-resistant traits, I integrated these two sources of data to determine whether sufficient units of suitable conventional sugarbeet seed are available to meet the seed required by grower/processors in 2010 and 2011. After accounting for the demand requirements of a region, some growing regions had a surplus of particular types of seed while other regions had a seed deficit. I reallocated these surplus seeds from growing regions with a surplus to growing regions with a deficit, by disease-resistant variety. I present a summary of these reallocations in Exhibit G.

15. For each growing region, Exhibit H presents the amount by which demand for conventional sugarbeet seed in crop year 2010 exceeds the available supply and the percent of total demand represented by this seed shortfall. This totals 467,617 units. Exhibit I presents similar results for the 2011 crop year, which totals 505,701 units.

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

**Summary of Conclusions**

16. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

17. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2010, in Washington, DC..

                                  _____/S/_____

                                 Susan Henley Manning, Ph.D.

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

<u>Attorney Signature Attestation</u>

I, Christopher H. Marraro, counsel for Intervenor Defendants Growers and Processors hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____/S/_____

Christopher H. Marraro