**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

# EXHIBIT B

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

# EXHIBIT B
# GROWER/PROCESSOR UNIT SEED

| Growing Region | Unit Seed Count Including Re-Plants | Re-plant Percentage |
|---|---|---|
| Minn-Dak Farmers Cooperative | 72,500 | 6-7% |
| Wyoming Sugar Company, LLC | 4,557 | 5% |
| Southern Minnesota Beet Sugar Cooperative | 68,460 | 5% |
| The Amalgamated Sugar Company | 103,500 | 15-20% |
| Western Sugar Cooperative | 77,310 | 7% |
| Michigan Sugar Company | 91,980 | 4-5% |
| American Crystal Sugar Company | 268,800 | 5% |
| Sidney Sugars Incorporated | 46,200 | 5% |
| Total Required Seed Including Re-Plants | 733,307 | |

**NOTE: All other grower/processor's seed counts include re-plant is in addition to the unit seed count. The Amalgamated Company's unit seed count is for the 2010 crop year.**