**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

# EXHIBIT C

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

# EXHIBIT C
## KEY DISEASES AFFECTING SUGARBEET CROPS IN THE UNITED STATES

| DISEASE | DESCRIPTION | PRIMARY GROWING REGIONS AFFECTED |
|---|---|---|
| *Rhizoctonia (RHC)* | A fungal infection that causes rot in the sugar beet crown and root. | Michigan Sugar, American Crystal, Western Sugar (south region), Southern Minnesota, Minn-Dak. |
| *Rhizomania (RHZ)* | Caused by a virus carried by a soilborne fungus which infects the roots of sugar beets. | All cooperative markets |
| *Aphanomyces (APH)* | Causes lesions on sugar beet plants near the soil line and thin weakened stems. | American Crystal, Southern Minnesota, and Minn-Dak. |
| *Cercospora (CER)* | A fungal infection that causes small spots on plant leaves. High levels of infection can affect the root, and roots of infected plants do not store as well as roots of healthy plants. | Sidney Sugar, Western Sugar (south), American Crystal, Minn-Dak, Southern Minnesota, Michigan |
| *Curly top (CT)* | A virus that causes dwarfed roots and causes leaf veins to produce swellings and spine-like outgrowths. | Western Sugar (north), Wyoming Sugar, Amalgamated Sugars |
| *Root aphid (RA)* | An insect infestation that develops primarily from wingless adults overwintering in the soil and causes a reduction in sugar content of the beet as well as reduced yield. | Western Sugar (north and south), Wyoming Sugar, Amalgamated Sugars |
| *Fusarium (FUS)* | A fungal disease that attacks the root and causes plants to become yellowed and wilted. | Western Sugar (north and south region)/Wyoming Sugar, American Crystal |

**NOTE: areas of geographic prevalence does not mean disease is exclusive to that region**