**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

# EXHIBIT D

EXHIBIT D
REQUIRED DISEASE-RESISTANT SEED

| ESTIMATED 2010 PLANTINGS As of Oct/Nov 2009 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FUS | | | | | RHC | NEM | | | | FUS | CT CER | APH CER | APH CER | CER CT | |
| | | RHC | RHC | | | FUS | RA | RA | RA | | | | RA | RHC | RHC | RHC | RHC | CT |
| | CER | CER | CER | | RHC | RHC | CER | CER | CER | | RHC | FUS | CER | FUS | FUS | FUS | FUS | RHC |
| | APH | APH | APH | CER | CER | CT | APH | APH | APH | CT | CT | CER | RHC | RA | RA | RA | RA | FUS |
| Growing Region | Total Seed | RHZ | RHZ | RHZ | APH | APH | RHZ | RHZ | RHZ | RHZ | RHZ | RHZ | RHZ | RHZ | RHZ | RHZ | RHZ | RHZ |
| Southern Minnesota Beet Sugar Cooperative | 68,460 | 17,115 | 51,345 | | | | | | | | | | | | | | | |
| American Crystal Sugar Company | 268,800 | | | 268,800 | | | | | | | | | | | | | | | |
| Minn-Dak Farmers Cooperative | 72,500 | | | | 62,841 | 9,659 | | | | | | | | | | | | |
| Michigan Sugar Company | 91,980 | | | | | | | 9,198 | 68,985 | 13,797 | | | | | | | | |
| Western Sugar Cooperative | 77,310 | | | | | | | | | | | | | 9,120 | 8,265 | 5,415 | 30,210 | 14,395 | 9,905 |
| The Amalgamated Sugar Company | 103,500 | | | | | | | | | | 96,500 | 500 | | | | | | | |
| Sidney Sugars Incorporated | 46,200 | | | | | | | | | | | | 46,200 | | | | | | |
| Wyoming Sugar Company, LLC | 4,557 | | | | | | 4,557 | | | | | | | | | | | | |
| **TOTAL** | **733,307** | **17,115** | **51,345** | **268,800** | **62,841** | **9,659** | **4,557** | **9,198** | **68,985** | **13,797** | **96,500** | **500** | **46,200** | **9,120** | **8,265** | **5,415** | **30,210** | **14,395** | **9,905** |