**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

# EXHIBIT E

# Exhibit Redacted