CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY

# EXHIBIT H

Exhibit Redacted