HOWREY LLP
    Joanne Lichtman (SBN 137300)
    lichtmanj@howrey.com
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

HOWREY LLP
    Gilbert S. Keteltas (*Pro Hac Vice* granted)
    KeteltasG@howrey.com
    John F. Bruce (*Pro Hac Vice* granted)
    BruceJ@howrey.com
    Christopher H. Marraro (*Pro Hac Vice* granted)
    MarraroC@howrey.com
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Intervenor-Defendants American Sugarbeet Growers, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative, and Wyoming Sugar Company, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>THOMAS J. VILSACK, et al.<br><br>    Defendants. | **DECLARATION OF ERVIN SCHLEMMER**<br><br>No. C 08-00484 JSW<br>Judge Jeffrey S. White |

HOWREY LLP

DECLARATION OF ERVIN SCHLEMMER.
IN SUPPORT OF INTERVENORS' OPPOSITION TO
PL. PRELIMINARY INJUNCTION MOTION

# **DECLARATION OF ERVIN SCHLEMMER**

I, Ervin Schlemmer declare as follows:

1. I reside at 51 Leslie Road, Joliet, MT 59041. I am a member of the Mountain State Sugar Beet Growers Association and I have been farming sugarbeets since 1974. The Association has approximately 150 members and farms approximately 18,000 acres of sugarbeets annually. The Association and I, individually, are members of the American Sugarbeet Growers Association which is a national trade association that represents the interests of growers like me. I farm approximately 1000 acres of which about 250 acres are planted in sugarbeets. In addition to sugarbeets, I also farm malting barley, corn and pinto beans. I have personal knowledge of the matters referred to herein and, if called upon to testify, could and would competently testify to each of the facts set forth below.

2. I am a shareholder in the Western Sugar Cooperative ("Western"). In 2002, over 1,000 sugarbeet growers in Montana as well as in Colorado, Nebraska and Wyoming purchased Western and its five sugar refineries from Tate & Lyle. I paid $185 per share for 200 shares of Western and I am required to produce 200 acres of sugarbeets annually to Western for processing. By contract with Western, I am subject to an economic penalty of $380 per acre if my annual share of sugarbeets is not delivered to Western. In 2007, Western levied fines on its grower-shareholders of $380 per acre for idle acres.

3. Roundup Ready sugarbeet seed first became available to me for commercial order in December 2007. I planted 100% roundup Roundup Ready sugarbeet seed for 2008 and I also planted 100% Roundup Ready sugarbeets for 2009. For 2010, I already ordered 100% Roundup Ready and will begin planting that seed in March 2010.

4. I purchased all of my sugarbeet seed in Roundup Ready this year because weed control is one of the most difficult crop management problems that I face in growing sugarbeets. In my growing fields a lack of superior weed control will significantly reduce sugarbeet yield, both in tons and sugar content, and significantly reduce crop revenues. This is because Roundup is effective against a broad array of weeds that attack my sugarbeet crop early in the season including Kochia and Lambs Quarter.

5.     I purchase herbicides early in the growing season because it is cheaper to purchase these products at that time. Roundup has already replaced my usual suite of herbicides which include Upbeat, Beta-mix, Stinger and a grass herbicide. I understand that there will be an insufficient supply of these herbicides if Roundup Ready sugarbeet seed becomes suddenly unavailable due to this lawsuit and this would greatly impact me financially. I would experience a personal financial disaster if I had to plant conventional sugarbeet seed without an adequate supply of herbicide for my sugarbeet crop. Further, both my tillage and herbicide use is far less with Roundup Ready sugarbeets. With conventional beets, I routinely had four and sometimes 5 applications of at least four different herbicides. With Roundup Ready sugarbeets, I only require two applications of Roundup.

6.     I have a substantial investment in sugarbeets. I own a harvester that I purchased in 2003 for approximately $30,000, a defoliator that I purchased in 2005 for approximately $20,000, a planter used exclusively for sugarbeets that I purchased for approximately $30,000 in 2005, a dedicated sprayer for beets that I purchased in 2001 for approximately $25,000, and a cultivator that I paid approximately $35,000 in 2002. I also own 2 trucks worth approximately $ 30,000 that I use for beets exclusively and I have two tractors worth about $140,000 each only one of which I would need if I could not farm sugarbeets. Importantly, I also have my investment in Western that I am contractually bound to produce 200 acres of sugarbeets annually or I am subject to stiff penalties for each idle acre not farmed in sugarbeets.

7.     I also rely on sugarbeet by-products as cattle feed. I currently use approximately 13,000 to 15,000 tons of sugarbeet pulp annually as feed. On a dry ton basis, there is an $8/ton difference for replacement feed stocks. Without sugarbeets, I would have to spend an additional $90- $100 thousand dollars a year for feed, which would make it no longer competitive in my feed lot and take me out of the cattle feeding business.

8.     I have limited options and great financial risk if Roundup Ready becomes unavailable. Based upon my own familiarity with sugarbeet growers and seed producers, I am concerned that sufficient conventional seed in the varieties I need will most likely be unavailable

for 2010 and 2011. Based upon my knowledge of sugarbeet growing, the parent seed that will produce the sugarbeet crop is planted approximately two years in advance. I know that for 2009 seed was planted in 2007 and seed for 2010 will be planted later this summer. I am concerned that most growers I know in the Mountain States Growers Association ordered all Roundup Ready seed, so there will be insufficient conventional seed in the varieties that I need if Roundup Ready seed becomes unavailable. If this happens, my cattle feeding business will be in ruin, I will be greatly penalized by Western for not producing my allocated acres of sugarbeets, and my investment in my equipment and in the Cooperative will suffer.

9.     If I could not plant Roundup Ready sugarbeet seed (and were not able to plant conventional seed), my alternatives would be to plant corn or dry beans. Neither is as lucrative as sugarbeets, bringing in approximately 30% less revenue for corn and 25% less revenue for dry beans. Currently, sugarbeets are the single most profitable crop choice that I have. My sugarbeet crop represents approximately 42% of my gross yearly income.

10.     I have rarely seen a bolter in any of my sugarbeet fields. Bolters would be quite obvious because they would tower over the existing sugarbeet crop. If a bolter occurs, I would rogue it out immediately. Sugarbeets are bi-annual and only go to flower in the second year. However, sugarbeets do not over-winter in Montana because of the very long and cold winters.

11.     I also rotate my other crops in my growing fields. By contract with Western, I must have a two year minimum rotation of sugarbeets with my other crops, which means that I cannot grow sugarbeets in the same fields in successive years. However, I use a 3 ½ year rotation of sugarbeets with barley, corn and dry beans. This rotation practice limits the opportunity for glyphosate-resistance to develop. I do not farm chards or red table beets and do not know any sugarbeet grower that does.

12.     I have considerable experience already with Roundup Ready crops. For the past 8 years, I have planted Roundup Ready corn. I have practiced stewardship best practices that have eliminated for me any weed resistance issues. For example, I have undergone considerable training for Roundup Ready planting with Monsanto. I have attended Western-

sponsored university training sessions as well as reviewed Monsanto's materials on the use of Roundup Ready seed and on weed management practices. By example, I attended a training program in 2009 which was sponsored by Western and Monsanto. I expect to attend the February 2010 grower education program sponsored by Western for its growers. The training sessions are put on by professional agronomists and covered topics such as the proper application and rate of application of Roundup in connection with Roundup Ready sugarbeets and weed management in general. I know to use Monsanto's recommended application practices and to tank mix other herbicides for difficult weeds with Roundup during the normal Roundup application schedule. I have not used more frequent applications of Roundup than what Monsanto calls for in its instructions. I also employ a full time professional agronomist.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 5th day of February, 2010 in Joliet, Montana.

_____/S/_____
Ervin Schlemmer

### Attorney Signature Attestation

I, Christopher H. Marraro, counsel for Intervenor Defendants Growers and Processors hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____/S/_____
Christopher H. Marraro

HOWREY LLP

4

DECLARATION OF ERVIN SCHLEMMER
IN SUPPORT OF INTERVENORS' OPPOSITION TO
PL. PRELIMINARY INJUNCTION MOTION