**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

1  HOWREY LLP
         Joanne Lichtman (SBN 137300)
2        lichtmanj@howrey.com
    550 South Hope Street, Suite 1100
3   Los Angeles, California 90071-2627
    Telephone: (213) 892-1800
4   Facsimile: (213) 892-2300

5   HOWREY LLP
         Gilbert S. Keteltas  (*Pro Hac Vice* granted)
6        KeteltasG@howrey.com
         John F. Bruce (*Pro Hac Vice* granted)
7        BruceJ@howrey.com
         Christopher H. Marraro (*Pro Hac Vice* granted)
8        MarraroC@howrey.com
    1299 Pennsylvania Avenue, N.W.
9   Washington, DC 20004-2402
    Telephone:  (202) 783-0800
10  Facsimile:  (202) 383-6610

11  Attorneys for Intervenor-Defendants American Sugarbeet
    Growers, Ervin Schlemmer, Mark Wettstein, Duane Grant,
12  John Snyder, United States Beet Sugar Association,
    American Crystal Sugar Company, The Amalgamated
13  Sugar Company LLC, Western Sugar Cooperative, and
    Wyoming Sugar Company, LLC
14

15

16                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
17                       SAN FRANCISCO DIVISION

18
    CENTER FOR FOOD SAFETY, et al.
19
                    Plaintiffs,              **DECLARATION OF JOHN SNYDER, JR.**
20
            v.                               No. C 08-00484 JSW
21                                           Judge Jeffrey S. White
    THOMAS J. VILSACK, et al.
22
                    Defendants.
23

24

25

26

27

28

                                        DECLARATION OF JOHN SNYDER, JR.
                                        IN SUPPORT OF INTERVENORS' OPPOSITION TO
                                        PL. PRELIMINARY INJUNCTION MOTION

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

1

**DECLARATION OF JOHN SNYDER, JR.**

2  I, John Snyder, Jr., declare as follows:

3          1.     I am an *ex officio* member of the Board of Managers of the Wyoming

4  Sugar Company LLC ("Wyoming"), which is located at P.O. Box 468, Worland, WY 82401.  I

5  have personal knowledge of the matters referred to herein and, if called upon to testify, could and

6  would competently testify to each of the facts set forth below.  I currently serve as a Board

7  member of the Washakie Beet Growers Association Coop ("Association").  Wyoming has its

8  roots in sugar production from 1917 when a group of Utah investors built a sugar refining plant

9  in Worland.   In 2002, local investors rescued the Worland plant when the Imperial Sugar

10  Company declared bankruptcy in 2001.  Wyoming is 100% grower-owned.  Wyoming's sugar

11  refinery in Worland employs more than 43 full-time and 100 seasonal professional and non-

12  professional workers in processing, packaging and shipping, and transportation.   In 2009,

13  Wyoming produced 691,375 cwt (hundreds weight) of sugar from the Worland plant.

14          2.     I am a founding member of Wyoming and have served on the Board

15  continually since its inception in 2002.  As a Board member of Wyoming, I review all major

16  corporate policy decisions of Wyoming including the Company's decision to transition to

17  Roundup Ready biotechnology and the Company's research and educational programs for its

18  growers. As a current Board member and investor, I remain fully involved and informed

19  concerning the corporate financials of the Company

20          3.     I am President and a member of the Association. The Association

21  represents the sugarbeet growers.  I have been planting sugarbeets since approximately 1981.

22  The Association and I, individually, are also members of the American Sugarbeet Growers

23  Association which is a national trade association representing the interests of sugarbeet growers

24  like me. The Association has approximately 50 members and plants approximately 10,000 acres

25  of sugarbeets annually.  Annually I plant about 2000 acres, of which typically I plant 700-800

26  acres in sugarbeets. In 2009, I planted approximately 554 acres in Roundup Ready sugarbeets. In

27  2010, I also plan to plant 100% Roundup Ready and I have already purchased the seed.

28          4.     I am also a stockholder in Wyoming and was one of the first 15 members

1   to purchase stock in the Company. When I purchased the stock in 2001, it was valued at about $

2   100/share. Today, the equity value of the shares is approximately $600/share.  I own 835 shares.

3        5.    Based on my 27 years of growing sugar beets and my executive

4   experience with Wyoming, I know that weed control is one of the most difficult crop

5   management problems that Wyoming growers face.  In our growing region, a lack of superior

6   weed control can dramatically reduce sugar beet yield, both in tons and sugar per acre, and

7   significantly reduce crop revenues.

8        6.    The ability to plant glyphosate tolerant sugarbeets will result in a

9   significant benefit to Wyoming's growers because it will significantly lessen the burden of weed

10  control.  Weed control has always been time-consuming and expensive in growing sugar beets.

11  Prior to the introduction of Roundup Ready sugarbeet seed, my herbicide regimen was costly and

12  time consuming.  Pre-emergence, I had to apply Norton to some of my acres (but not all, because

13  of its potential to damage the sugarbeets.  Post-emergence, I would use BetaMix and UpBeet for

14  the first application; BetaMix, Stinger, and either Nortron and/or UpBeet for the second

15  application; and Select and Outlook for the third application.  After this herbicide was applied,

16  hand labor had to go through at least once, sometimes two times to remove the remaining weeds.

17       7.    With Roundup, I generally only have to use two applications, in no event

18  more than the recommended application rate.  Since planting Roundup Ready sugarbeets, I have

19  not had any problems with weeds resistance.

20       8.    I have a substantial investment in sugarbeets. Aside from the seed and

21  herbicide that I have already purchased for this year, the following equipment on my farm is

22  used exclusively for growing sugarbeets:  3 planters ($75,000); 2 cultivators ($5,000 each); spray

23  equipment ($25,000); harvest equipment ($80,000); tractors ($275,000); trucks ($150,000).  I

24  also have my investment in terms of the value of my shares of Wyoming.  I use these shares to

25  secure a $1.2 million line of credit.

26       9.    Only those varieties that appear on Wyoming's list of approved varieties

27  for 2010 may be planted by the growers in 2010. To appear on Wyoming's approved variety list,

28  a seed variety must be entered into official variety trials, which compare trial varieties against a

CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY

1  set of benchmark varieties using criteria for purity, yield (both in tons per acre and sugar), and

2  disease resistance.  In addition, Wyoming's Seed Committee – which is responsible for

3  evaluating and approving new seed varieties – focuses on the disease resistance traits required

4  for our growing region.

5       10.  Seed companies that participate in variety trials pay for the costs of those

6  trials, although trials involve a significant commitment of time and money by both the seed

7  companies and grower-owned cooperatives.  Each year, our Seed Committee publishes our

8  approval process, which describes the process for entering varieties into official trials with

9  Wyoming.  Those who wish to sell seed to Wyoming growers must follow this process.  The

10 trials involve planting under defined conditions, test plot maintenance and monitoring, and data

11 collection.  These variety trials are coded, meaning the seeds are identified only by a code

12 number so that testing is blind.  The development and approval of seed varieties requires

13 substantial lead time because a seed crop takes two years from planting to harvest, and variety

14 trials take at least two more years.  All seed that Wyoming uses must go through these trials. .  In

15 the variety trials for the 2010 planting, only Roundup Ready seed varieties were used.

16      11.  In Wyoming's sugarbeet growing region there is virtually no risk that the

17 glyphosate gene from Roundup Ready sugarbeets will spread to related crops.  The reproductive

18 biology of sugarbeets is that they only flower in their second growing season.  In our growing

19 region, sugarbeets do not have a second growing year because they do not over winter due to the

20 cold climate.  Therefore, in our growing region, sugarbeets never go to flower and cannot cross-

21 pollinate other crops.  From my 29 years of planting sugarbeets, I know that bolters are very

22 detrimental to yield and sugar content and I would rogue or destroy any unlikely bolters.  They

23 are easy to spot because they are much taller than the canopy.

24      12.  I also rotate my other crops in my growing fields.  I have a 3 year rotation

25 of sugarbeets with my other crops, which means that I do not grow sugar beets in the same fields

26 in successive years. I rotate sugarbeets, malt barley, and corn.  This rotation practice limits the

27 opportunity for glyphosate-resistant weeds to develop.

28      13.  Wyoming promulgated rules that required all growers to attend and to

HOWREY LLP

3  DECLARATION OF JOHN SNYDER, JR. IN SUPPORT OF INTERVENORS' OPPOSITION TO PL. PRELIMINARY INJUNCTION MOTION

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

certify completion of an educational training program on the use and management of Roundup Ready technology before the growers were permitted to purchase Roundup Ready sugarbeet seed. These mandatory training programs occurred in February 2007 and included presentations by and course materials from University of Wyoming scientists, professional agronomists from the cooperative and Wyoming, Monsanto, Beta-Seed and Syngenta. The program covered all aspects of the proper application and application rates of Roundup for its growers to assure that Roundup is properly applied. Many of our growers already had substantial experience in using the proper application of Roundup Ready with other Roundup Ready crops such as corn. I have not reviewed any data or been apprised by any Wyoming grower of any instance of observed weed resistance associated with the use of Roundup. There is an abundance of information from both seed and herbicide companies on the proper utilization for weed herbicides. Growers most recently attended training sessions in January and February 2010.

14.     If growers are forbidden from planting Roundup Ready seed, there will not be sufficient conventional seed in the varieties I need for 2010-2012. Based upon my knowledge of sugarbeet growing, the parent seed that will produce the sugarbeet crop is planted approximately two years in advance. I know that for 2010 seed was planted in 2008; the seed for 2011 planted in 2009 and seed for 2012 will be planted later this summer. All the growers I know ordered 100% Roundup Ready seed, so it is certain that there will be insufficient conventional seed in the varieties that I need if Roundup Ready seed becomes unavailable, especially considering that planting season starts in only a few short months. If this happens, I will be greatly penalized by Wyoming for not producing my allocated acres of sugarbeets and my investment in my equipment and in the Cooperative will suffer. As part of the grower's contract, Wyoming requires me to commit to the amount of acres in sugarbeets I will plant for 2 years. If I fail to plant the acres of sugarbeets that are allocated to me for 2010, I will have to pay a $280/acre penalty. If I fail to plant the acres of sugarbeets that are allocated to me for 2011, I will have to pay a $100/acre penalty, in addition to paying back the $24,000 signing bonus that I received for committing to plant those acres in 2009.

15.     If I could not plant Roundup Ready sugarbeet seed (and were not able to

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

1   plant conventional seed), my alternatives would be to plant dry beans, corn or maybe wheat.

2   None of the markets are good for these and I would lose a considerable amount of my income

3   that is derived from planting sugarbeets.  In order for me to plant dry beans, which appear to be

4   the best option, I would have to spend an additional $225,000 to purchase specialized equipment

5   for the planting and harvesting of the beans.  Currently, sugarbeets are the single most profitable

6   crop choice that I have.

7           16. ███████████████████████████████████████████

8   ███████████████████████████████████████████████████████

9   ███████████████████████████████████████████████████████

10  ███████████████████████████████████████████████████████

11  ███████████████████████████████████████████████████████

12  ███████████████████████████████████████████████████████

13  ███████████████████████████████████████████████████████

14  ███████████████████████████████████████████████████████

15  ███████████████████████████████████████████████████████

16  ███████████████████████████████████████████████████████

17  ███████████████████████████████████████████████████████

18  ███████████████████████████████████████████████████████

19  ███████████████████████████████████████████████████████

20  ███████████████████████████████████████████████████████

21  ███████████████████████████████████████████████████████

22  ████████████████████████████████████   ████████████████

23  ███████████████████████████████████████████████████████

24  ███████████████████████████████████████████████████████

25  ███████████████████████

26  //

27  //

28  //

**CONFIDENTIAL RESTRICTED ATTORNEYS' EYES ONLY**

1    I declare under penalty of perjury that the foregoing is true and correct and that

2    this declaration was executed on the 9th day of February, 2010 in Worland, WY.

3

4                                     _____/S/_____

5                                     John Snyder, Jr.

6

7

8                          Attorney Signature Attestation

9    I, Christopher H. Marraro, counsel for Intervenor Defendants Growers and

10   Processors hereby attest that I have on file all holograph signatures for any signatures indicated

11   by a "conformed" signature (/S/) within this efiled document.

12

13                                    _____/S/_____

14                                    Christopher H. Marraro

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

6        DECLARATION OF JOHN SNYDER, JR.
         IN SUPPORT OF INTERVENORS' OPPOSITION TO
         PL. PRELIMINARY INJUNCTION MOTION