KEVIN Z. GOLDEN, State Bar No. 233378
Center for Food Safety
2610 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: pachitoff@earthjustice.org

GREGORY C. LOARIE, State Bar no. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | |
| vs. | NOTICE OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF COUNSEL; MEMORANDUM IN SUPPORT |
| TOM VILSACK, *et al.*, | |
| Defendants, | |
| and | |
| MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*; BETASEED, INC.; and SESVANDERHAVE USA, INC., | |
| Defendant-Intervenors. | |

Motion for Leave to File Supplemental Declaration
No. 3:08-cv-0484-JSW                               1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiffs Center for Food Safety, Organic Seed Alliance, High Mowing Organic Seeds, and Sierra Club will and hereby do move, before the Honorable Jeffrey S. White, in Courtroom 11 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102, for leave to file a supplemental declaration of counsel. By this motion, Plaintiffs request that the Court grant plaintiffs leave to file plaintiffs' confidential supplemental declaration of Paul H. Achitoff. This motion is and will be based upon the attached Memorandum, Declaration of Paul H. Achitoff, and on such other evidence and argument as the Court may consider.

DATED: Honolulu, Hawai'i, March 1, 2010.

/s/ Paul H. Achitoff
PAUL H. ACHITOFF (Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: kgolden@icta.org

Counsel for Plaintiffs

## MEMORANDUM IN SUPPORT

Plaintiffs Center for Food Safety, Organic Seed Alliance, High Mowing Organic Seeds, and Sierra Club hereby move the Court for leave to file a supplemental declaration of counsel in support of plaintiffs' pending motion for preliminary injunction schedule to be heard on March 5, 2010. The sole purpose of the supplemental declaration is to offer documents to which plaintiffs were not given access by intervenor defendants until the day before plaintiffs' reply brief was due. All of these documents closely and directly relate to an issue that federal defendants and intervenor defendants have made central to their opposition to plaintiffs' motion for preliminary injunctive relief, namely, the availability of conventional seed to intervenors, and the efforts intervenors did, and did not, make during the course of this litigation to mitigate the harms defendants argue they will incur if an injunction issues.

**Background**

On December 11, 2009, one week after the Case Management Conference before this Court on December 4, 2009, plaintiffs served all defendants with a request for production of documents, requesting that documents be produced one month later.

On January 19, 2010, plaintiffs filed a motion for preliminary injunction, which has been scheduled for hearing on March 5, 2010.

On February 19, 2010, plaintiffs timely filed their reply brief in support of their motion for preliminary injunction.

On February 18, 2010, the day before plaintiffs' reply brief was due, the Grower and Processor intervenor defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC, made their first production of documents to plaintiffs in

response to the document request plaintiffs had served more than two months earlier.  At the same time, the other intervenor defendants also began making their first productions of documents in response to the request.  Because plaintiffs counsel were working to meet the deadline for filing plaintiffs' reply brief, and because all of these documents were produced within a very short time frame just before this deadline, plaintiffs counsel did not have an opportunity to review more than a very few of these documents prior to the deadline for filing plaintiffs' reply brief.  Plaintiffs did describe some of those few in their reply brief; they specifically undermine a central argument intervenor defendants and federal defendants have raised in their oppositions to plaintiffs' motion for preliminary injunction, namely, defendants' argument that they do not have access to conventional sugarbeet seed, cannot plant a conventional sugarbeet crop in 2010 or thereafter, and could not have been expected to have produced or otherwise acquired such seed during the two years this lawsuit has been pending.

   In the days following their receipt, plaintiffs reviewed more of the documents produced on February 18, 2010, and have discovered that a number of others bear closely on this central issue, and demonstrate that intervenors have not candidly described what they did, and did not, do to mitigate the potential impacts of injunctive relief, and when and why they did or did not do so.  In the mean time, on February 23, 2010, intervenor defendants, without leave of Court and in violation of Civil L.R. 7-3(d), filed a document styled "Intervenor-Defendants' Objections to Plaintiffs' Declarations and Exhibits," responding to plaintiffs' reply brief and arguing the evidence; Civil L.R. 7-3(d) provides that, other than supplemental authority, "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval."

   Plaintiffs wish to make some of these documents—all of which were produced on February 18, 2010, and all of which reflect communications among intervenor defendants themselves on this central issue—available to the Court for its consideration in deciding

plaintiffs' preliminary injunction motion. Plaintiffs believe that before reaching any determination of plaintiffs' motion for preliminary injunction, the Court would wish in the interests of justice to have access to these documents, and should have that access. Since all of the subject documents were produced by intervenor defendants and reflect statements made by intervenor defendants themselves, intervenor defendants should not be heard to complain that they are unfamiliar with the documents, or have not had an adequate opportunity to consider them; since the documents were not made available to plaintiffs until the day before plaintiffs' final brief was due, intervenors should not be heard to complain that plaintiffs should have reviewed and proffered them sooner. Plaintiffs have made an effort to select from the documents intervenors produced a small number that most clearly pertain to this one group of arguments defendants have made in opposition to plaintiffs' motion for preliminary injunction.

DATED: Honolulu, Hawai'i, March 1, 2010.

/s/ Paul H. Achitoff
PAUL H. ACHITOFF (Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

KEVIN GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails:  kgolden@icta.org

Counsel for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28