KEVIN Z. GOLDEN, State Bar No. 233378
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: kgolden@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | |
| vs. | DECLARATION OF PAUL H. ACHITOFF |
| TOM VILSACK, *et al.*, | |
| Defendants, | |
| and | |
| MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*; BETASEED, INC.; and SESVANDERHAVE USA, INC., | |
| Defendant-Intervenors. | |

I, Paul H. Achitoff, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I am an attorney licensed to practice in the States of California and Hawai'i, and have been admitted pro hac vice to appear in this case. I am an attorney with Earthjustice, counsel for plaintiffs in this action.

2. I submit this declaration in support of Plaintiffs' Administrative Request To File Under Seal Confidential Supplemental Declaration Of Paul H. Achitoff, Exhibits 55 - 69.

3. Exhibit 55 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 55 is sealable.

4. Exhibit 56 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 56 is sealable.

5. Exhibits 57 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 57 is sealable.

6. Exhibit 58 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 58 is sealable.

7. Exhibit 59 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 59 is sealable.

8. Exhibit 60 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 60 is sealable.

9. Exhibit 61 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 61 is sealable.

10. Exhibit 62 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 62 is sealable.

11. Exhibit 63 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 63 is sealable.

12. Exhibit 64 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 64 is sealable.

13. Exhibit 65 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit is sealable.

14. Exhibit 66 is attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 67 is sealable.

15. Exhibit 67 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 67 is sealable.

16. Exhibit 68 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 68 is sealable.

17. Exhibit 69 attached to the Confidential Supplemental Declaration Of Paul H. Achitoff has been designated "confidential attorney's eyes only" by American Crystal and therefore Exhibit 68 is sealable.

18. The Confidential Supplemental Declaration Of Counsel Paul H. Achitoff in Support of Preliminary Injunction describes the content of Exhibits 55 - 69 designated confidential "attorney's eyes only" and "confidential" and therefore the entire confidential declaration is sealable.

19. This information is subject to the provisions of the Stipulated Protective Order entered on February 9, 2010.

20. A true and correct copy of the Stipulated Protective Order is attached hereto as Exhibit 1.

I declare under the laws of the United States of America that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, March 1, 2010.

/s/ Paul H. Achitoff
PAUL H. ACHITOFF (*Pro Hac Vice*)
Attorney for Plaintiffs
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
(808) 599-2436