UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Thomas J. Vilsack, *et al.*,<br><br>    Defendants. | CASE NO. C-08-0484 JSW<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST REGARDING PRESENTATION EQUIPMENT FOR MARCH 5, 2010 PRELIMINARY INJUNCTION HEARING** |

**HOWREY LLP**

ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE
REQUEST REGARDING PRESENTATION EQUIPMENT FOR
MARCH 5, 2010 PRELIMINARY INJUNCTION HEARING
CASE NO. 08-0484 JSW

|   |   |
|---|---|
| 1 | [**PROPOSED**] **ORDER** |
| 2 | PURSUANT TO DEFENDANT-INTERVENORS' REQUEST, the Court hereby |
| 3 | authorizes Defendant-Intervenors to procure and use in the courtroom the electronic equipment |
| 4 | identified in the Miscellaneous Administrative Request Regarding Presentation Equipment, for |
| 5 | ~~the hearing scheduled to take place on March 5, 2010.~~  However, this Order is not an authorization to present evidence in opposition to the motion for preliminary injunction that has not already been |
| 6 | submitted.  If Defendant-Intervenors seek to submit additional evidence at the hearing, they will need to make a showing of good cause. |
| 7 | IT IS SO ORDERED. |

Dated: March 1, 2010

*[signature: Jeffrey S. White]*

THE HONORABLE JEFFREY S. WHITE

HOWREY LLP

1

ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE
REQUEST REGARDING PRESENTATION EQUIPMENT FOR
MARCH 5, 2010 PRELIMINARY INJUNCTION HEARING
CASE NO. 08-0484 JSW