# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: March 5, 2010  **Court Reporter:** Kelly Bryce

**CASE NO.: C- 08-484   JSW**

**TITLE:** Center for Food Safety et al., v. Charles Connor, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Paul Atchitoff | Philip Perry |
| Paige Tomaselli | Gilbert Keteltas |
| | Daniel Bukovac |
| | Harry Zirlin |
| | Christopher Marraro |
| | Nancy Bryson |
| | Beverly Li |

**PROCEEDINGS:**   Motion for Preliminary Injunction

**RESULTS:**   The Court heard argument from counsel.
The motions are taken under submission.
A written ruling shall issue.