IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

v.

CHARLES CONNOR, et al.

    Defendants.

No. C 08-00484 JSW

**ORDER CONTINUING BRIEFING SCHEDULE AND HEARING**

Upon further consideration, the Court will continue the briefing schedule and hearing regarding the remedies in order to provide the parties the opportunity of reviewing the Court's forthcoming order on the preliminary injunction before submitting their papers regarding any permanent injunction. Therefore, the Court HEREBY CONTINUES the briefing schedule regarding the remedies as follows:

1. Plaintiffs' opening brief regarding proposed remedies shall be filed by April 9, 2010;

2. Defendants' and Defendant-Intervenors' opening and opposition briefs regarding remedies shall be filed by shall be filed by May 7, 2010. All Defendant-Intervenors, including SESVanderHave shall file one brief. Defendantsand Defendant-Intervenors shall meet and confer to avoid duplicative briefing on overlapping issues;

3. Plaintiffs shall file their opposition and reply brief by June 4, 2010;

4. Defendants' and Defendant-Intervenors' shall file their replies by June 18, 2010.

The Court FURTHER ORDERS that the hearing on the proposed remedies is CONTINUED to on July 9, 2010 at 9:00 a.m. If the Court determines that an evidentiary hearing is appropriate, the Court will issue an order resetting the hearing.

**IT IS SO ORDERED.**

Dated: March 8, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2