PAIGE M. TOMASELLI, State Bar No. 237737
KATERYNA L. RAKOWSKY, State Bar No. 246248
Center for Food Safety
2610 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: ptomaselli@icta.org
        kateryna@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: pachitoff@earthjustice.org

GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749
Email: gloarie@earthjustice.org

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TOM VILSACK, *et al.*, <br><br> Defendants, <br><br> and <br><br> MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*; BETASEED, INC.; and SESVANDERHAVE USA, INC., <br><br> Defendant-Intervenors. | Case No.: 3:08-cv-00484-JSW <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION <br><br><br><br><br><br><br><br> Date: July 9, 2010 <br> Time: 9:00 a.m. <br> Judge: Hon. Jeffrey S. White <br> Place: Courtroom 11 |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION

The Motion for Permanent Injunction filed by plaintiffs Center for Food Safety, Organic Seed Alliance, High Mowing Organic Seeds and the Sierra Club came on for hearing on July 9, 2010, at 9:00 a.m., before this Court, the Honorable Jeffrey S. White presiding. After considering the motion, the papers submitted in support of and in opposition to the motion, and the arguments of counsel, the Court finds that plaintiffs have shown they have prevailed on the merits of their legal claim, they are likely to be irreparably harmed if a permanent injunction does not issue, the balance of equities favors issuing a permanent injunction, and issuance of a permanent injunction is in the public interest.

Accordingly, IT IS HEREBY ORDERED THAT PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION IS GRANTED, and defendants and defendant-intervenors, and each of them, and their agents and all others acting on their behalf or under their direction or control are hereby enjoined from any and all further planting, cultivation, processing, or other use of Roundup Ready sugar beets or Roundup Ready sugar beet seeds, including but not limited to allowing any Roundup Ready sugar beet seed crop to flower, until the environmental impact statement ("EIS") has been completed and finally approved as required by the National Environmental Policy Act ("NEPA"), or until further order of this Court.

IT IS SO ORDERED.

Dated: _____                    _____
                                                  THE HONORABLE JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE