# FARELLA BRAUN + MARTEL LLP
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

April 8, 2010

*Via ECF*

The Honorable Joseph C. Spero
United States District Court
Northern District of California, San Francisco Division
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Center for Food Safety, et al. v. Tom Vilsack, et al.*
           Case No. 3:08-cv-0484-JSW

Dear Judge Spero:

    Plaintiffs and Defendant-Intervenors Betaseed, Inc., SESVanderHave USA, Inc. and Syngenta Seeds, Inc. (collectively, "Requesting Parties") hereby jointly request, as set forth below, that the Court modify the requirement established in the Notice of Reference and Order re Discovery Procedures ("Discovery Order") (Document 188, filed December 14, 2009) that lead trial counsel for the parties "meet and confer in person" before filing a discovery motion in the action referenced above.

    A discovery dispute has arisen in the action referenced above. The Requesting Parties are the parties directly involved in the dispute. The primary issue in the dispute is the application of the work product doctrine to a category of documents that Plaintiffs have sought in a request for production. Counsel for the Requesting Parties have exchanged e-mails regarding their respective positions and have conferred by telephone on multiple occasions. Subsequently, Plaintiffs demanded a "meeting of lead trial counsel" pursuant to the Discovery Order (¶ 1, at 2), offering to meet in San Francisco absent relief from the Discovery Order, if such meeting can be arranged on April 12 or 13, 2010.

    The Requesting Parties jointly request that the Court permit the respective lead trial counsel for the Requesting Parties to meet and confer by telephone conference call instead of "in person." Alternatively, the Requesting Parties request that the Court permit lead trial counsel to participate by phone in a meeting that respective local San Francisco counsel for the Requesting Parties would attend in person. Lead trial counsel for one of the Plaintiffs is located in Honolulu, Hawaii; and lead trial counsel for Defendant-Intervenors Betaseed, Inc., SESVanderHave USA, Inc. and Syngenta Seeds, Inc. are located in New York, New York, Kansas City, Missouri and Washington, D.C., respectively. The expense to the Requesting Parties for lead trial counsel to travel to San Francisco to "meet and confer in person" is substantial and would be avoided, if this



The Honorable Joseph C. Spero
April 8, 2010
Page 2

request were to be granted. In addition, lead trial counsel for Syngenta Seeds, Inc. has a health problem that precludes her from traveling for at least ten days.

Finally, if the Court were to deny the request to permit *all* lead trial counsel to participate by phone, the Requesting Parties request that the Court allow the Requesting Parties to satisfy the Discovery Order requirement by having one lead trial counsel represent the four Plaintiffs and one lead trial counsel represent the three Defendant-Intervenors at an "in person" meeting regarding the dispute. Such a limited modification of the Discovery Order would be in the spirit of the Court's requirement that the parties submit joint briefs on issues and would also address the health problem mentioned above.

The Requesting Parties are attempting to schedule any required "in person" meeting in San Francisco on April 12 or 13, 2010. Consequently, the Requesting Parties would appreciate any guidance that the Court can provide as soon as the Court's schedule permits.

Respectfully submitted,

Dated: April 8, 2010                FARELLA BRAUN + MARTEL LLP


                                    By:_____/s/_____
                                            David J. Lazerwitz

                                    Attorneys for Defendant-Intervenor
                                    Syngenta Seeds, Inc.


Dated: April 8, 2010                HOLLAND & HART LLP


                                    By:_____(with permission)_____
                                            Nancy S. Bryson

                                    Attorneys for Defendant-Intervenor
                                    Syngenta Seeds, Inc.


Dated: April 8, 2010                STINSON MORRISON HECKER LLP


                                    By:_____(with permission)_____
                                            Daniel Bukovac

                                    Attorneys for Defendant-Intervenor
                                    SESVanderHave USA, Inc.

24362\2229617.1



The Honorable Joseph C. Spero
April 8, 2010
Page 3

Dated: April 8, 2010                    DEBEVOISE & PLIMPTON LLP

                                        By:___(with permission)_____
                                               Harry Zirlin

                                        Attorneys for Defendant-Intervenor
                                        Betaseed, Inc.

Dated: April 8, 2010                    EARTHJUSTICE

                                        By:___(with permission)_____
                                               Paul H. Achitoff

                                        Attorneys for Plaintiff
                                        Center for Food Safety


Phone conference approved. IT IS SO ORDERED.

Dated:  April 9, 2010



24362\2229617.1