

STINSON
MORRISON
HECKER LLP

Daniel Bukovac
(816) 691-3250
dbukovac@stinson.com
www.stinson.com

1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150

*Tel* (816) 842-8600
*Fax* (816) 412-1051

May 3, 2010

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
  for the Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102-3483

    Re: *Center For Food Safety, et al. v. Vilsack, et al.*
        U.S. District Court Case No. 3:08-CV-0484-JSW (JCS)
        Joint Letter Regarding Discovery Issues in Dispute

Dear Judge Spero:

    Counsel for Defendant-Intervenors Betaseed, Inc. ("Betaseed"), SESVanderHave USA, Inc. ("SESVanderHave"), and Syngenta Seeds, Inc. ("Syngenta"), hereby submit this joint letter to the Court regarding a discovery dispute in the above-referenced matter. SESVanderHave and Syngenta have agreed to the compromise discussed with the Court in a telephonic discovery conference on April 29, 2010, as further clarified by Plaintiffs' counsel (Paige Tomaselli) in e-mails sent on May 3, 2010. Betaseed does not agree to the compromise. Plaintiffs agree to the compromise described above with both SESVanderHave and Syngenta and do not require a global agreement.

    Counsel for SESVanderHave and Syngenta request permission to attend the telephonic discovery conference on the remaining dispute between Plaintiffs and Betaseed given that work product issues may arise in other contexts in this lawsuit.

    Counsel for the Defendant-Intervenors may be contacted at the following telephone numbers:

| | |
|---|---|
| Daniel Bukovac: | (816)691-3250 |
| Nancy Bryson: | (202)758-8745 |
| William Weeks: | (212)909-6952 |

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

The Honorable Joseph C. Spero
May 3, 2010
Page 2

DATED: May 3, 2010                    Respectfully submitted,

    /s/Daniel Bukovac
DANIEL BUKOVAC
(Mo. Bar No. 33456) (*pro hac vice* granted)
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 412-1051
Email: dbukovac@stinson.com

SARAH G. FLANAGAN (CA Bar No. 70845 – admitted) PILLSBURY WINTHROP SHAW PITTMAN LLP 50 Fremont Street P.O. Box 7880 San Francisco, CA 94120-7880 Telephone: (415) 983-1000 Facsimile: (415) 983-1200 Email: sarah.flanagan@pillsburylaw.com

*Attorneys for Intervenor-Defendant SESVanderHave USA, Inc.*

DANIEL M. ABUHOFF (NY Bar No. 1227057) (*pro hac vice* granted)
HARRY ZIRLIN (NY Bar No. 2315737) (*pro hac vice* granted)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: dmabuhof@debevoise.com
Email: hzirlin@debevoise.com

DANIEL MURPHY (Ca. Bar No. 141006)
W. ALLAN EDMISTON (Ca. Bar No. 228246)
LOEB & LOEB LLP
10100 Santa Monica Blvd., 22nd Floor
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: dmurphy@loeb.com
Email: aedmiston@loeb.com

*Attorneys for Intervenor-Defendant Betaseed, Inc.*

DAVID J. LAZERWITZ (Cal. Bar. No. 221349 – admitted)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dlazerwitz@fbm.com

NANCY BRYSON (DC Bar No. 913673) (*pro hac vice* granted)
HOLLAND & HART LLP
975 F Street, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 654-6921
Facsimile: (202) 747-6567
Email: nbryson@hollandhart.com

*Attorneys for Intervenor-Defendant Syngenta Seeds, Inc.*

2759818.1