UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR FOOD SAFETY, *et al.*,

    Plaintiffs,

vs.

EDWARD T. SCHAFER, *et al.*,

    Defendants.
and

MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*; BETASEED, INC.; and SESVANDERHAVE USA, INC.

    Defendant-Intervenors.

Case No.: 3:08-cv-0484-JSW

# [PROPOSED] ORDER GRANTING REQUEST TO EXCEED PAGE LIMITS ON PLAINTIFFS OPPOSITION AND REPLY BRIEF AND DEFENDANTS' REPLY BRIEF

The Court has reviewed the parties' Motion Regarding Request to Exceed Page Limits on Plaintiffs' opposition and reply brief and Defendants' reply brief. Upon consideration of the Stipulation, the Court hereby GRANTS the request to exceed page limits by five pages, to submit briefing not in excess of 20 pages.

**IT IS SO ORDERED.**

Dated: ___June 3___, 2010

_____
Honorable Jeffrey S. White