PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar. No. 246248
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: ptomaselli@icta.org
        kateryna@icta.org

PAUL H. ACHITOFF (Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TOM VILSACK, *et al.*, <br><br> Defendants. | Case No.: 3:08-cv-00484-JSW <br><br> DECLARATION OF PAIGE M. TOMASELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION |

I, Paige Tomaselli, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I am an attorney licensed to practice in the State of California. I am an attorney with the Center for Food Safety, counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Reply In Support of Permanent Relief.

2. Attached hereto as Exhibit A is a true and correct copy of a Government Accountability Office (GAO) study from 2008. The report recommended that, in light of known contamination episodes from GE crops that have caused significant economic damage, the USDA should "monitor[] for other unintended consequences, such as economic impacts on other agriculture sectors, such as organic crops, which may become contaminated by GE crops." The report also documented six events of GE crops contaminating the food and feed supply, including

- the 2000 StarLink Corn incient, causing $26 to $288 million in economic damages;
- two events in 2002, both Prodigene Corn contamination incidents where a GE corn designed to create a pig vaccine protein contaminated non-GE corn;
- the 2004 Syngenta Bt Corn incident where a pesticidal Bt corn determined not to be suitable for commercialization was illegally released onto 37,000 acres;
- the 2006 Event 32 incident where 72,000 acres were planted to three lines of corn contaminated with regulated GE pesticidal corn; and
- the 2006 Liberty Link Rice 601 and 604 incident where GE rice contaminated export rice stocks causing economic damages of over $1 billion.

As the GAO explained, "the ease with which genetic material from crops can be spread makes future releases likely." The GAO report concluded by recommending measures APHIS should adopt to address the unintended release of GE crops and monitor their impact once they are commercialized.

3. Attached hereto as Exhibit B is a true and correct copy of a 2005 report conducted by the USDA's Office of the Inspector General's (OIG) detailing its audit of crop field trials

conducted in 2002 and 2003.  This report identified numerous deficiencies in APHIS oversight. In 85% of the permits and 100% of notification field trials that OIG reviewed, the company's business address, or the state and county of the field trial, was the sole source of information listed as the planting location.

4. Attached hereto as Exhibit C is a true and correct copy of an anonymous comment submitted by twenty-six leading corn scientists to the EPA's FIFRA Scientific Advisory Panel on May 14, 2010 criticizing the technology/stewardship agreements that prove to be prohibitive restrictions on independent research.

5. Attached hereto as Exhibit D is a true and correct copy of a February 20, 2009 article titled "Crop Scientists Say Biotechnology Seed Companies Are Thwarting Research" by New York Times columnist Andrew Pollack, *available at* ttp://www.nytimes.com/2009/02/20/business/20crop.html (last visited June 1, 2010) about the biotechnology industry's ability to thwart university research on GE research.

6. Attached hereto as Exhibit E is a true and correct copy of a May 14, 2010 article titled "Companies Put Restrictions On Research into GM Crops" by Bruce Stutz, *available at* http://www.reuters.com/article/idUS140673568520100514 (last visited June 1, 2010).

7. Attached hereto as Exhibit F is a true and correct copy of the complete oral argument transcript in the U.S. Supreme Court from *Monsanto Co. v. Geertson Seed Farms*, 09-475, Supreme Court Oral Arg. Tr., April 27, 2010.

8. Attached hereto as Exhibit G is a true and correct copy of the abstract of a scientific journal article submitted to the USDA's Current Research Information System titled "A Novel Application of the Herbicide Ethofumesate to Increase and Prolong the Effectiveness of Glyphosate Resistant Technology in Sugarbeet" by Kniss, et al., *available at* http://www.reeis.usda.gov/web/crisprojectpages/213038.html (last visited June 1, 2010).

9. Attached hereto as Exhibit H is a true and correct copy of a study published March 10, 2004 by Iowa State University weed management specialist Bob Hartzler titled "Herbicide Combinations to Sustain Glyphosate."

10. Attached hereto as Exhibit I is a true and correct copy of a scientific study conducted by Joseph T. Dauer, et al. titled "*Conyza Canadensis* seed ascent in the lower atmosphere" and published by Elsevier in its Journal of Agricultural and Forest Meteorology.

11. Attached hereto as Exhibit J is a true and correct copy of a poll conducted by Consumers Union of U.S., Inc. on behalf of the United States Department of Agriculture that shows that 58% of those responding to the survey express concern with GE contamination, *available at* http://greenerchoices.org/pdf/OrganicFood%20Poll_Public%20Release_Feb%202010.pdf, (last visited June 1, 2010).

12. Attached hereto as Exhibit K is a true and correct copy of Intervenor Syngenta's webpage ResistanceFighter.com, which states that "acres are becoming infested with glyphosate-resistant weeds at an alarming rate" and predicts that as many as thirty-eight million acres in the U.S. will be infested by 2013, available at http://www.resistancefighter.com (last visited June 1, 2010) and at http://www.syngentaebiz.com/DotNetEBiz/ImageLIbrary/SFC%202%20Flexstar%20GT.pdf (last visited June 1, 2010).

13. Attached hereto as Exhibit L is a true and correct copy of recommendations for dealing with glyphosate-resistant horseweed made by a group of public sector scientists headed by Bob Hartzler, e*xtension wee*d management specialist at Iowa State University's Department of *Ag*ronomy.

14. Attached hereto as Exhibit M are true and correct copies of 293 reported incidences of GE contamination from GeneWatch's GM Contamination Register, including twenty five in the US, *available at* http://www.gmcontaminationregister.org/index.php?content=re&reg=0&inc=0&con=0&cof=0&year=0 (last visited June 1, 2010).

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from the transcript of Mark Anfinrud's May 27, 2010 deposition testimony.

16. Attcahed hereto as Exhibit O is a true and correct copy of excerpts from the

1  transcript of Susan Henley Manning's June 1, 2010 deposition testimony.

2    17. Attached hereto as Exhibit P is a true and correct copy of Highly Confidential
3  documents produced by Intervenor SESVanderHave, contained within the following Bates
4  number range: SESLOG0000260 to SESLOG0000420 and SESVH-002015 to SESVH-002023.

5    18. Attached hereto as Exhibit Q is a true and correct copy of Confidential Attorney's
6  Eyes only documents produced by Intervenor SESVanderHave, contained within the following
7  Bates number range: SESVH-000834 to SESVH-001058.

8    19. Attached hereto as Exhibit R is a true and correct copy of Confidential documents
9  produced by Intervenor SESVanderHave, contained within the following Bates number range:
10 SESVH-000989 to SESVH-001017.

11   20. Attached hereto as Exhibit S is a true and correct copy of Highly Confidential
12 documents produced by Intervenor Syngenta, contained within the following Bates number
13 range: SYN02769 to SYN03298.

14   21. Attached hereto as Exhibit T is a true and correct copy of Attorney's Eyes Only
15 documents produced by Intervenor Syngenta, contained within the following Bates number
16 range: SYN00296 to SYN00339 and SYN02659 to SYN02660.

17   22. Attached hereto as Exhibit U is a true and correct copy of Highly Confidential
18 documents produced by Defendant Intervenors at the June 1, 2010 deposition of Susan Henley
19 Manning, Bates numbered Manning0247, 250-51, 277-78, 460, 560, 593 and 612.

20   23. Attached hereto as Exhibit V is a true and correct copy of Intervenor Syngenta's
21 2009 Annual Report, *available at* http://quote.morningstar.com/stock-filing/Annual-
22 Report/2009/12/31/t.aspx?t=XNYS%3aSYT&ft=&d=21519791ff0f479ead75b94ac977a6fd.

23   24. Attached hereto as Exhibit W is a true and correct copy of the USDA's Critical
24 Issues grant to fund a study of specific plant pest and disease issues that include Glyphosate
25 resistant broadleaf weeds, *available at*
26 http://www.csrees.usda.gov/fo/criticalissuesplantandanimalpestsanddiseases.cfm (last viewed
27 June 3, 2010).

28

Decl. of Paige M. Tomaselli in Supp. of Pls.' Mot. for Permanent Relief
No. 3:08-cv-00484-JSW    5

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability. Signed on June 4, in San Francisco, CA.

                                                  /s/
                                     Paige Tomaselli