PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: ptomaselli@icta.org
       kateryna@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: pachitoff@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS J. VILSACK, *et al.*, <br><br> Defendants. | Case No.: 3:08-cv-0484-JSW <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS DOCKET NOS. 413 AND 413-2** |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Plaintiffs Center for Food Safety, High Mowing Organic Seeds, Organic Seed Alliance, and Sierra Club respectfully submit this Motion to Remove Incorrectly Filed Documents: Docket Nos. 413 and 413-2. When electronically filing Docket Nos. 413 and 413-2 (*Plaintiffs' Opposition and Reply in Support of Motion for Permanent Relief* and *Appendix*), Plaintiffs' counsel inadvertently submitted documents incorrectly redacted.

After discovering this error, Plaintiffs' counsel immediately called the ECF Help Desk and put a temporary lock on these documents. Pursuant to General Order No. 62, Plaintiffs' counsel will re-file corrected versions of documents Docket Nos. ___ and ___ if Judge White grants Plaintiffs' Motion to File Under Seal.

Accordingly, Plaintiffs request that Docket Nos. 413 and 413-2 be permanently deleted from the docket.

DATED: June 7, 2010

By: */s/ Paige M. Tomaselli*
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: ptomaselli@icta.org
kateryna@icta.org

PAUL H. ACHITOFF (Admitted Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: pachitoff@earthjustice.org

*Counsel for Plaintiffs*