United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CENTER FOR FOOD SAFETY, et al.

10          Plaintiffs,                          No. C 08-00484 JSW

11     v.

12   CHARLES CONNOR, et al.                      **ORDER REGARDING**
                                                 **PLAINTIFFS' ADMINISTRATIVE**
13          Defendants.                          **MOTION TO SHORTEN TIME**
                                            /

14

15          The Court HEREBY GRANTS Plaintiffs' administrative motion to shorten time on their

16   motion to strike the declaration of Susan Henley Manning, Ph.D.  Any opposition shall be filed

17   by no later than June 18, 2010.  Plaintiffs' reply, if any, shall be filed by no later than June 25,

18   2010.

19          Intervener-Defendants' request, contained in their proposed order in opposition to

20   Plaintiffs' motion to shorten time, to hold a final pretrial conference is DENIED.  With the

21   exception of Defendants' and Intervener-Defendants' replies due on June 18, the briefing and

22   submission of evidence in support of and in opposition to the motion for permanent relief is

23   now closed.  If any party seeks to file any supplemental brief or evidence in addition to the

24   upcoming June 18 filing by Defendants and Intervener-Defendants, such party will need leave

25   of Court and will be required to show extremely good cause.

26          If Defendants or Intervener-Defendants have legitimate evidentiary objections to

27   evidence Plaintiffs submitted in connection with their opposition and reply filed on June 4,

28   2010, such objections shall be filed by no later than June 18, 2010.  Plaintiffs may file a

1   response to any such objections by no later than June 23, 2010.  If Plaintiffs have any legitimate

2   evidentiary objections to evidence Defendants or Intervener-Defendants submit in connection

3   with their replies on June 18, 2010, such objections shall be filed by no later than June 23, 2010.

4   Defendants and Intervener-Defendants may file a response to any such objections by no later

5   than June 28, 2010.  Any evidentiary objections that the parties have regarding evidence

6   submitted in connection with the briefs and evidence filed on April 9 or May 7, 2010, that have

7   not already been asserted, are deemed waived.  Such objections, if any, should have been filed

8   with the May 7 or June 4, 2010 briefs, respectively.  The Court will not consider any late filed

9   evidentiary objections.  As always, the parties shall be considerate of the Court's resources and

10  are admonished to keep such objections to a minimum.

11       In addition, the parties are admonished that the Court will not consider unauthorized

12  filings without leave of Court.  For example, Northern District Civil Local Rule 6-3 provides

13  that a party may file a motion to change time and an opposition may be filed, but does not

14  authorize a reply.  Despite this fact, Plaintiffs filed a reply in support of their motion to shorten

15  time.  The parties should be aware that the Court has over four hundred cases and, thus, should

16  make their best efforts to keep their filings and requests to the Court to a minimum.

17       **IT IS SO ORDERED.**

18

19  Dated: June 10, 2010

20                                                JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2