# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR CLARIFICATION REGARDING BRIEFING ON INTERVENOR DEFENDANTS' MOTION TO EXCLUDE JOHN FAGAN** AS MODIFIED |
| Plaintiffs, | |
| vs. | |
| TOM VILSACK, *et al.*,, | |
| Defendants. | **(Honorable Jeffrey S. White)** |

ORDER GRANTING JOINT STIPULATION AND REQUEST FOR CLARIFICATION
REGARDING BRIEFING ON INTERVNEOR DEFENDANTS' MOTION TO EXCLUDE JOHN FAGAN

HOWREY LLP

1    The Court has reviewed the parties' Stipulation Regarding Briefing On Intervenors' Motion to Exclude the Declaration of John Fagan (the "Stipulation").  Upon consideration of the Stipulation, the Court hereby GRANTS the requested modification of time for briefing on Plaintiffs' Motion for Preliminary Injunction sought in the Stipulation, as follows:

    1.    Plaintiffs' Opposition to Intervenors' Motion to Exclude the Declaration of John Fagan shall be submitted on or before ~~June 28,~~ June 24, 2010.

    2.    Intervenors' Reply in support of their Motion to Exclude the Declaration of John Fagan shall be submitted on or before ~~July 2,~~ June 29, 2010.

    4.    Hearing on Plaintiffs' Motion for Preliminary Injunction shall be set for July 9, 2010.

IT IS SO ORDERED.

Dated: June 21, 2010

*/s/ Jeffrey S. White*

THE HONORABLE JEFFREY S. WHITE

---

-1-
ORDER GRANTING JOINT STIPULATION AND REQUEST FOR CLARIFICATION
REGARDING BRIEFING ON INTERVNEOR DEFENDANTS' MOTION TO EXCLUDE JOHN FAGAN

HOWREY LLP