IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES CONNOR, et al.<br><br>Defendants. | No. C 08-00484 JSW<br><br>**ORDER (1) REQUIRING SUPPLEMENTAL BRIEFING AND (2) CONTINUING HEARING** |

On June 21, 2010, the Supreme Court issued its opinion in *Monsanto Co. v. Geertson Seed Farms*, __ S.Ct. __, 2010 WL 2471057 (U.S. June 21, 2010). The Court HEREBY ORDERS Plaintiffs to file a supplemental brief to address the impact, if any, of the Supreme Court's opinion on their request for a permanent injunction in the above-captioned matter by no later than July 6, 2010. Defendants and Intervener-Defendants may file a response to Plaintiffs' supplemental brief by no later than July 15, 2010. The Court CONTINUES the hearing on Plaintiffs' motion for a permanent injunction to August 13, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 22, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE