**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CENTER FOR FOOD SAFETY, et al.

10          Plaintiffs,                         No. C 08-00484 JSW

11   v.

12   CHARLES CONNOR, et al.                    **ORDER DENYING PLAINTIFFS'**
                                               **ADMINISTRATIVE MOTION TO**
13          Defendants.                        **REINSTATE ORIGINAL**
     _____/         **HEARING DATE**

14

15          Now before the Court is the administrative motion filed by Plaintiffs to reinstate the

16   original hearing date on permanent injunctive relief.  The Court has reviewed Plaintiffs' motion

17   and Defendant' opposition and HEREBY DENIES Plaintiffs' motion.  Although the Court is

18   cognizant of Plaintiffs' concern about delaying any requested injunction, Plaintiffs rely heavily

19   on *Geertson Farms Inc. v. Johanns*, 2007 WL 776146 (N.D. Cal. March 12, 2007).  The

20   Supreme Court issued its ruling in that case just three days ago.  The Court shall carefully and

21   thoroughly address the impact of the Supreme Court's ruling and shall do so by considering the

22   parties reasoned arguments.

23          However, in light of Defendants' response to Plaintiffs' motion, the Court cautions

24   Defendants' counsel to not put vigorously advocating for their clients ahead of accurately

25   construing legal authority.  Defendants argue that the Supreme Court held that "the lower courts

26   erred in halting planting of Roundup Ready alfalfa rather than entering the agency's narrowly-

27   tailored, proposed interim measures on continued planting... ."  (Opp. at 2.)  The Supreme Court

28   actually stated was: "The District Court may well have acted within its discretion in refusing to

craft a judicial remedy that would have *authorized* the continued planting and harvesting of

[Roundup Ready alfalfa] while the EIS is being prepared." *Monsanto Co. v. Geertson Seed*

*Farms*, __ S.Ct. __, 2010 WL 2471057, *13 (U.S. June 21, 2010).

In addressing the recent ruling in *Monsanto*, the Court would like the parties to address

the Supreme Court's statement that: "we do know that the vacatur of APHIS's deregulation

decision means that virtually no [Roundup Ready alfalfa] can be grown or sold until such time

as a new deregulation decision is in place, ... ." *Id*. at 15.

**IT IS SO ORDERED.**

Dated: June 24, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California