IGNACIA S. MORENO
Assistant Attorney General
BEVERLY F. LI
LUTHER L. HAJEK
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
Facsimile: (202) 305-0506
Beverly.Li@usdoj.gov
Luke.Hajek@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY., et al. ) | Case No. C-08-00484 JSW |
| ) | |
| Plaintiffs, ) | **FEDERAL DEFENDANTS' RESPONSE** |
| ) | **TO PLAINTIFFS' EVIDENTIARY** |
| v. ) | **OBJECTIONS** |
| ) | |
| THOMAS J. VILSACK, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

FED. DEFS.' RESPONSE TO PLS.' EVIDENTIARY OBJECTIONS

Federal Defendants hereby respond to Plaintiffs' evidentiary objections (Dkt. No. 526) regarding declarations submitted by Federal Defendants[1]/ in support of our reply brief regarding permanent injunction as follows:

**A.    Response to Plaintiffs' Objections to the Second Declaration of Peter Bretting in Support of Federal Defendants' Reply Memorandum.**

Plaintiffs' objection to the Second Declaration of Peter Bretting is not an evidentiary objection, but merely takes issue with the characterization of one of Plaintiffs' arguments. Their asserted objection does not make the Second Declaration of Peter Bretting irrelevant or inadmissible under FRE 401 or 402.

**B.    Response to Plaintiffs' Objections to the Declaration of Sidney Abel in Support of Federal Defendants' Reply Memorandum.**

Plaintiffs object to the Declaration of Sidney Abel on the grounds of lack of personal knowledge, arguing that his declaration discusses matter that predate his tenure with the U.S. Department of Agriculture ("USDA"), Animal and Plant Health Inspection Service ("APHIS"), which began three years ago. Pls. Obj. at 3-4. Mr. Abel is the Assistant Deputy Administrator of USDA, APHIS, Biotechnology Regulatory Services ("BRS"). Abel Decl. ¶ 1 (Dkt. No. 483). His position involves management of staff issues and operations within BRS, as well as overseeing and carrying out BRS' day-to-day critical mission activities, including the planning, implementation, and evaluation of biotechnology policy, environmental risk analysis, and regulatory compliance and enforcement operations. Id. ¶ 2. His position requires close coordination with other federal departments and agencies. Id.

Although the USDA Office of the Inspector General's ("OIG") audit was initiated prior to Mr. Abel's employment with APHIS, one of his assignments at APHIS required that he familiarize himself with the audit's assessment and recommendations and address all open recommendations in order to reach management agreement on them. In executing this responsibility, Mr. Abel obtained personal knowledge about the OIG audit.

---

[1]/    Plaintiffs' state that the Second Declaration of Peter Bretting, Declaration of Sidney Abel, and Second Declaration of John Cordts were submitted by Defendant-Intervenors. Pls. Obj. at 3-4. However, these declarations were submitted by Federal Defendants, not Intervenors.

FED. DEFS.' RESPONSE TO PLS.' EVIDENTIARY OBJECTIONS                                     1

While the U.S. Government Accounting Office's ("GAO") audit was initiated three months prior to Mr. Abel's arrival at APHIS BRS, he has been involved in the GAO audit as a contributing reviewer as part of his assigned duties related to the preparation of APHIS's response to the audit.  Mr. Abel therefore has personal knowledge about the GAO audit and the responses that various federal agencies have issued to reach management agreement on the GAO recommendations.

As part of his assigned duties, Mr. Abel has been involved in the Agency's activities to respond to the 2008 Farm Bill, including reviewing and developing the responses to the *Lessons Learned* document.  He has been involved with both the proposed revisions to the biotechnology regulations and the development of the Biotechnology Quality Management System program.  His involvement with APHIS's activities in response to the 2008 Farm Bill provide the basis for his personal knowledge on this matter.

### C. Response to Plaintiffs' Objections to the Second Declaration of John Cordts in Support of Federal Defendants' Reply Memorandum.

Plaintiffs object to the Second Declaration of John Cordts on the grounds of lack of personal knowledge regarding genetically-engineered papaya.  Pls. Obj. at 4.  Mr. Cordts is the Branch Chief of the Plant Pesks and Protectants Branch with the Environmental Risk Analysis Program of USDA APHIS, BRS.  2d Cordts Decl. ¶ 1 (Dkt. No. 484).  In his first declaration, Mr. Cordts stated that in his previous position as senior biotechnologist and risk assessor, he was responsible for risk assessment evaluations of field trial permit and notification applications and petitions requesting deregulation of particular genetically engineered plants.  1st Cordts Decl. ¶ 3 (Dkt. No. 394).  As senior biotechnologist and risk assessor, Mr. Cordts was also responsible for the analysis and writing of environmental assessment documents associated with petitions for deregulation.  Id.  Mr. Cordts's management of field trial permits included permits for genetically-modified papaya in Florida, Hawaii, and the U.S. Virgin Islands.  His work on environmental assessment documents included involvement with the preparation of an environmental assessment for deregulation of a line of genetically-engineered papaya, where his responsibilities included responding to over 12,000 public comments, many of which referred to

1  genetically-engineered papaya in Hawaii.  For these reasons, Mr. Cordts has personal knowledge
2  regarding genetically-engineered papaya in Hawaii.
3        While the Court has indicated that no additional evidence is to be submitted at this time
4  absent leave of the Court upon a showing of "extremely good cause," <u>see</u> Order of June 10, 2010
5  (Dkt. No. 476), if the Court is inclined to entertain Plaintiffs' objections to the Declaration of
6  Sidney Abel or the Second Declaration of John Cordts, Federal Defendants respectfully request
7  an opportunity to submit supplemental declarations from these individuals regarding the basis for
8  their personal knowledge.  Federal Defendants respectfully submit that extremely good cause
9  would be shown because Federal Defendants could not have known the nature of Plaintiffs'
10 evidentiary objections prior to the June 18, 2010 deadline for the filing of evidentiary
11 submissions.
12       Respectfully submitted this 28th day of June, 2010.

IGNACIA S. MORENO
Assistant Attorney General

/s/   Beverly F. Li
BEVERLY F. LI
LUTHER L. HAJEK
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
Facsimile: (202) 305-0506
Beverly.Li@usdoj.gov
Luke.Hajek@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2010, I electronically filed the foregoing FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' EVIDENTIARY OBJECTIONS with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the following attorneys of record:

Paul H. Achitoff
Gregory C. Loarie
Paige Tomaselli
Kateryna Rakowsky

Attorneys for Plaintiffs

Philip J. Perry
Christopher H. Marraro
Gilbert S. Keteltas
Holly J. Tate
Janice M. Schneider
John F. Bruce
Rachel G. Lattimore
David J. Lazerwitz
Nancy Bryson
Harry Zirlin
Walter Edmiston
Joanne Lichtman
Daniel Bukovac

Attorneys for Intervenor-Defendants

**Served by First Class Mail:**

J. Thomas Carrato
Monsanto Company
Mail Zone E1NH
800 N. Lindbergh Blvd.
St. Louis, MO 63167-0001

Stanley H. Abramson
1050 Connecticut Avenue NW
Washington, DC 20036

Attorneys for Intervenor-Defendants

/s/ *Beverly F. Li*
Beverly F. Li
Counsel for Federal Defendants