UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Food Safety, *et al.*, | ) Case No. C-08-0484 JSW |
| Plaintiffs, | ) [PROPOSED] ORDER ~~GRANTING~~ DENYING |
| v. | ) MISCELLANEOUS ADMINISTRATIVE |
| | ) REQUEST REGARDING |
| Thomas J. Vilsack, *et al.*, | ) PRESENTATION EQUIPMENT FOR |
| | ) AUGUST 13, 2010 PERMANENT |
| Defendants. | ) INJUNCTION HEARING |

**[PROPOSED] ORDER**

PURSUANT TO DEFENDANT-INTERVENORS' REQUEST, the Court hereby ~~authorizes~~ denies Defendant-Intervenors ~~to procure and~~ request to use in the courtroom the electronic equipment identified in the Miscellaneous Administrative Request Regarding Presentation Equipment, for the hearing scheduled to take place on August 13, 2010. ~~However, this Order is not an authorization to present evidence in opposition to the motion for permanent injunction that has not already been submitted. If Defendant-Intervenors seek to submit additional evidence at the hearing, they will need to make a showing of good cause.~~ In light of the narrow scope of the Court's questions, the Court finds that the use of equipment would be unnecessary.

IT IS SO ORDERED.

Dated: August 11, 2010

*/s/ Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE

HOWREY LLP