# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

DATE: August 13, 2010                                    Time in Court: 50 minutes

JUDGE:  JEFFREY S. WHITE                        Court Reporter: Debra Pas

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: C-08-484  JSW**

**TITLE: Center for Food Safety, et al., v. Thomas Vilsack, et al.,**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Paul Atchitoff | Beverly Li |
| Paige Tomaselli | |
| George Kimbrell | |

**COUNSEL FOR INTERVENORS:**

Philip Perry - Monsanto
J. Thomas Carrato - Monsanto
Harry Zirlin - Betaseed, Inc.
Daniel Bukovac - Ses Vanderhave
Nancy Bryson - Sygenta Seeds, Inc.
Gilbert Keteltas - Growers/Processors
Christopher Marraro - Growers/Processors

**PROCEEDINGS:**     1) Motion to Permanent Injunction

2) Motion to Strike

3) Motion to Exclude

**RESULTS:**     The Court heard argument from counsel.
The motions are taken under submission.
A written ruling shall issue.