United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,                            No. C 08-00484 JSW

  v.

THOMAS J. VILSACK, et al.              **JUDGMENT**

    Defendants.
_____/

    For the reasons set forth in this Court's Order on Plaintiffs' motion regarding remedies, JUDGMENT is HEREBY ENTERED.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 13, 2010

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE