1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 3:08-cv-0484-JSW |
| vs. ) | |
| ) | |
| THOMAS J. VILSACK, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| MONSANTO COMPANY; SYNGENTA ) | |
| SEEDS, INC.; AMERICAN SUGARBEET ) | |
| GROWERS ASS'N, *et al.*; BETASEED, INC.;) | |
| and SESVANDERHAVE USA, INC., ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

### [~~PROPOSED~~] ORDER GRANTING REQUESTED ENLARGEMENT OF TIME TO FILE MOTION FOR AWARD OF ATTORNEY'S FEES AND EXPENSES

The Court has reviewed the parties' Stipulation To Enlarge Time To File Motion For Attorney's Fees And Expenses (the "Stipulation"). Upon consideration of the Stipulation, the Court hereby GRANTS the requested enlargement of time for plaintiffs to file a motion for an award of attorney's fees and expenses, until September 10, 2010.

IT IS SO ORDERED.

Dated: August 23, 2010

_____
Honorable Jeffrey S. White

Joint Stipulation to Enlarge Time to File Motion
For Award of Attorney's Fees and Expenses
No. 3:08-cv-0484-JSW

1