<table>
<tr><td>1</td><td colspan="2">UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION</td></tr>
</table>

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 3:08-cv-0484-JSW |
| THOMAS J. VILSACK, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| MONSANTO COMPANY; SYNGENTA SEEDS, INC.; AMERICAN SUGARBEET GROWERS ASS'N, *et al.*; BETASEED, INC.; and SESVANDERHAVE USA, INC., | ) |
| Defendant-Intervenors. | ) |

### [~~PROPOSED~~] ORDER GRANTING SECOND JOINT STIPULATION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY'S FEES AND EXPENSES

The Court has reviewed the parties' Second Joint Stipulation to Enlarge time to File Motion for Attorney's Fees and Expenses ("the Stipulation"). Upon consideration of the Stipulation, the Court hereby GRANTS the requested enlargement of time. Plaintiffs shall be permitted to file a motion for an award of attorney's fees and expenses until and including November 11, 2010.

IT IS SO ORDERED.

Dated: September 10, 2010

_____
The Honorable Jeffrey S. White

[~~Proposed~~] Order Granting Second Joint Stipulation to Enlarge Time to File Motion for Attorney's Fees and Expenses
No. 3:08-cv-0484-JSW