IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

v.

THOMAS J. VILSACK, et al.,

    Defendants.

No. C 08-00484 JSW

**ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME**

The Court HEREBY ORDERS that any opposition to Plaintiffs' administrative motion to shorten time on their motion to modify the protective order is due by 1:00 p.m. on September 16, 2010. Defendants and Intervenor-Defendants are admonished that the Court is inclined to grant the motion to hear the motion on shortened time and to order that any opposition to the motion to modify the protective order shall be due by 9:00 a.m. on September 17, 2010. The Court is further inclined to provide Plaintiffs with an opportunity to file a reply by no later than 1:00 p.m. on September 17, 2010 and to address the motion on the papers, without holding a hearing. If the Court grants the motion to shorten time and determines that a hearing on the motion to modify the protective order is necessary, the Court will issue an order to schedule a hearing for September 24, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 16, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE