IGNACIA S. MORENO
Assistant Attorney General
BEVERLY F. LI
LUTHER L. HAJEK
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
Facsimile: (202) 305-0506
Beverly.Li@usdoj.gov
Luke.Hajek@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Attorneys for Federal Defendants

**FILED**
2010 OCT -8 A 11: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY., et al. | Case No. C-08-00484 JSW |
| Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |
| v. | |
| THOMAS J. VILSACK, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Federal Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Judgment, entered August 13, 2010 (Dkt. No. 571), and related Orders filed on September 21, 2009 (Dkt.

FED. DEFS.' NOTICE OF APPEAL

No. 139) and filed on August 13, 2010 (Dkt. No. 570). A Representation Statement made pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b) is also filed concurrently with this Notice. This appeal is conditioned upon approval of the Solicitor General of the United States.

Respectfully submitted this 8th day of October, 2010.

IGNACIA S. MORENO
Assistant Attorney General

/s/ Beverly F. Li
BEVERLY F. LI
LUTHER L. HAJEK
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
Facsimile: (202) 305-0506
Beverly.Li@usdoj.gov
Luke.Hajek@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010, the foregoing FEDERAL DEFENDANTS' NOTICE OF APPEAL was filed with the Clerk of Court via hand delivery, and was served on the following attorneys via U.S. Mail:

Paul H. Achitoff
Gregory C. Loarie
Paige Tomaselli
Kateryna Rakowsky
George Kimbrell

Attorneys for Plaintiffs

Philip J. Perry
Christopher H. Marraro
Gilbert S. Keteltas
Janice M. Schneider
John F. Bruce
Rachel G. Lattimore
David J. Lazerwitz
Nancy Bryson
Harry Zirlin
Walter Edmiston
Joanne Lichtman
Daniel Bukovac

J. Thomas Carrato
Monsanto Company
Mail Zone EINH
800 N. Lindbergh Blvd.
St. Louis, MO 63167-0001

Stanley H. Abramson
1050 Connecticut Avenue NW
Washington, DC 20036

Attorneys for Intervenor-Defendants

/s/ *Beverly F. Li*
Beverly F. Li
Counsel for Federal Defendants

FED. DEFS.' NOTICE OF APPEAL — ii -