1    IGNACIA S. MORENO
     Assistant Attorney General
2    BEVERLY F. LI
     LUTHER L. HAJEK
3    Trial Attorneys
     U.S. Department of Justice
4    Environment and Natural Resources Division
     Natural Resources Section
5    P.O. Box 663
     Washington, D.C. 20044-0663
6    Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
     Facsimile: (202) 305-0506
7    Beverly.Li@usdoj.gov
     Luke.Hajek@usdoj.gov
8
     TONY WEST
9    Assistant Attorney General
     JOHN R. GRIFFITHS
10   Assistant Director, Federal Programs Branch
     JOHN R. COLEMAN (Va. Bar # 70908)
11   Trial Attorney, U.S. Department of Justice
     Civil Division, Federal Programs Branch
12   20 Massachusetts Ave., N.W., Room 6118
     Washington, D.C. 20530
13   Telephone: (202) 514-4505
     Facsimile: (202) 616-8460
14   Email: John.Coleman3@usdoj.gov

15   Attorneys for Federal Defendants

16              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                   SAN FRANCISCO DIVISION

18   CENTER FOR FOOD SAFETY., et al.     )   Case No. C-08-00484 JSW
                                         )
19         Plaintiffs,                   )   FEDERAL DEFENDANTS'
                                         )   REPRESENTATION
20   v.                                  )   STATEMENT PURSUANT TO
                                         )   RULE 12(b) OF THE FEDERAL
21   THOMAS J. VILSACK, et al.,          )   RULES OF APPELLATE
                                         )   PROCEDURE AND CIRCUIT
22         Defendants.                   )   RULE 3-2(b)
                                         )
23                                       )
                                         )
24

25

26         The parties to the above-named action and the attorneys representing such parties are

27   listed below:

28

     FED. DEFS.' REPRESENTATION STATEMENT

**Plaintiffs**

CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, HIGH MOWING ORGANIC SEEDS.

GEORGE ANDREAS KIMBRELL
Center For Food Safety
2601 Mission Street
Suite 803
San Francisco, CA 94103
415-826-2770
Fax: 415-826-0507
Email: gkimbrell@icta.org

GREGORY C. LOARIE
Earthjustice
426 Seventeenth Street
5th Floor
Oakland, CA 94612
510/550-6725
Fax: 510/550-6749
Email: gloarie@earthjustice.org

KATERYNA L. RAKOWSKY
Center for Food Safety
2601 Mission Street
Suite 830
San Francisco, CA 94110
415-826-2770
Fax: 415-826-0507
Email: kateryna@icta.org

PAIGE MICHELE TOMASELLI
Center for Food Safety
2601 Mission St Ste 803
San Francisco, CA 94110
415-826-2770
Fax: 415-826-0507
Email: ptomaselli@icta.org

PAUL HENRY ACHITOFF
Earthjustice
223 S. King Street
Suite 400
Honolulu, HI 96813-4501
808-599-2436
Email: achitoff@earthjustice.org

1  **Federal Defendants**

2  THOMAS VILSACK[1]/, in his official capacity as Secretary of the United States Department of
   Agriculture; CINDY SMITH, in her official capacity as Administrator of the Animal and Plant
3  Health Inspection Service.

4      ROBERT LUNDMAN
       Attorney, Appellate Section
5      U.S. Department of Justice
       Environment and Natural Resources Division
6      P.O. Box 23795
       L'Enfant Station
7      Washington, DC 20026-3795
       Phone: 202-514-2496
8      Fax: 202-353-1873
       E-mail: Robert.Lundman@usdoj.gov
9
       BEVERLY F. LI
10     LUTHER L. HAJEK
       Trial Attorneys
11     U.S. Department of Justice
       Environment and Natural Resources Division
12     Natural Resources Section
       P.O. Box 663
13     Washington, D.C. 20044-0663
       Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
14     Facsimile: (202) 305-0506
       Beverly.Li@usdoj.gov
15     Luke.Hajek@usdoj.gov

16     TONY WEST
       Assistant Attorney General
17     JOHN R. GRIFFITHS
       Assistant Director, Federal Programs Branch
18     JOHN R. COLEMAN (Va. Bar # 70908)
       Trial Attorney, U.S. Department of Justice
19     Civil Division, Federal Programs Branch
       20 Massachusetts Ave., N.W., Room 6118
20     Washington, D.C. 20530
       Telephone: (202) 514-4505
21     Facsimile: (202) 616-8460
       Email: John.Coleman3@usdoj.gov
22
23  **Intervenor Defendants**

24  MONSANTO COMPANY.

       PHILIP JONATHAN PERRY
25     Latham & Watkins LLP
       555 11th Street, N.W.
26

27  _____
   1/   Thomas Vilsack was substituted for Charles Connor, former Acting Secretary of the United
28  States Department of Agriculture, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 25(d).

FED. DEFS.' REPRESENTATION STATEMENT                                                3

1   Suite 1000
    Washington, DC 20004
2   202-637-2200
    Fax: 202-637-2201
3   Email: phil.perry@lw.com

4   DREW CURTIS ENSIGN
    555 11th Street NW
5   Suite 1000
    Washington, DC 20008
6   202-637-2000
    Email: drew.ensign@lw.com
7
    J. THOMAS CARRATO
8   Monsanto Company
    Mail Zone EINH
9   800 N Lindbergh Blvd
    St. Louis, MO 63167-0001
10  314-694-8086

11  JANICE M. SCHNEIDER
    Latham & Watkins
12  555 Eleventh Street, N.W. Suite 1000
    Washington, DC 20004
13  (202) 637-2200
    Fax: (202) 637-2201
14  Email: janice.schneider@lw.com

15  RACHEL GOLD LATTIMORE
    Arent Fox LLP
16  1050 Connecticut Ave., NW
    Washington, DC 20036-5339
17  202-857-8958
    Fax: 202-857-6395
18  Email: lattimore.rachel@arentfox.com

19  STANLEY H. ABRAMSON
    1050 Connecticut Avenue, NW
20  Washington, DC 20036
    202-857-6000
21
    SYNGENTA SEEDS, INC.
22
    DAVID J. LAZERWITZ
23  Farella Braun & Martel LLP
    235 Montgomery Street
24  17th Floor
    San Francisco, CA 94104
25  (415)954-4400
    Fax: 415-954-4480
26  Email: dlazerwitz@fbm.com

27  NANCY SOUTHARD BRYSON
    Holland & Hart LLP
28

FED. DEFS.' REPRESENTATION STATEMENT                    4

1    975 F St., N.W.
     Suite 900
2    Washington, DC 20004
     202-654-6921
3    Fax: 202-747-6567
     Email: nbryson@hollandhart.com
4
     ALISON SUTHERS
5    Holland & Hart LLP
     975 F Street NW
6    Suite 900
     Washington, DC 20004
7    202-654-6915
     Fax: 202-747-2922
8    Email: amsuthers@hollandhart.com

9    BETASEED, INC.

10   DANIEL M. ABUHOFF
     Debevoise & Plimpton LLP
11   919 Third Avenue
     NY, NY 10022
12   (212) 909-6000
     Fax: (212) 909-6836
13   Email: dmabuhof@debevoise.com

14   HARRY ZIRLIN
     Debevoise & Plimpton LLP
15   919 Third Avenue
     NY, NY 10022
16   (212) 909-6000
     Fax: (212) 909-6836
17   Email: hzirlin@debevoise.com

18   WALTER ALLAN EDMISTON
     Loeb & Loeb LLP
19   10100 Santa Monica Blvd.
     22nd Floor
20   Los Angeles, CA 90067
     310-282-2000
21   Fax: 310-282-2200
     Email: aedmiston@loeb.com
22
     WILLIAM WEEKS
23   Debevoise & Plimpton LLP
     919 Third Avenue
24   New York, NY 10022
     212-909-6952
25   Email: wcweeks@debevoise.com

26   AMERICAN SUGARBEET GROWERS ASSOCIATION, ERVIN SCHLEMMER, MARK
     WETTSTEIN, DUANE GRANT, JOHN SNYDER, JR., UNITED STATES BEET SUGAR
27   ASSOCIATION, AMERICAN CRYSTAL SUGAR COMPANY, THE AMALGAMATED
     SUGAR COMPANY LLC, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR
28

FED. DEFS.' REPRESENTATION STATEMENT                                      5

1 | COMPANY LLC.

2
JOANNE LICHTMAN
Howrey LLP
3
550 So. Hope Street, Suite 1100
Los Angeles, CA 90071-2627
4
213-892-1800
Fax: 213-892-2300
5
Email: lichtmanj@howrey.com

6
CHRISTOPHER H. MARRARO
Howrey LLP
7
1299 Pennsylvania Avenue, NW
Washington, DC 20004
8
(202) 783-0800
Fax: (202) 383-6610
9
Email: marraroc@howrey.com

10
GILBERT S. KETELTAS
Howrey LLP
11
1299 Pennsylvania Avenue N.W.
Washington, DC 20004-2402
12
202-783-0800
Fax: 202-383-6610
13
Email: keteltasg@howrey.com

14
JOHN F. BRUCE
Howrey LLP
15
1299 Pennsylvania Avenue N.W.
Washington, DC 20004-2402
16
202-783-0800
Fax: 202-383-6610
17
Email: brucej@howrey.com

18 | SESVANDERHAVE USA, INC.

19
DANIEL BUKOVAC
Stinson Morrison Hecker LLP
20
1201 Walnut St., Suite 2900
Kansas City, MO 64106-2150
21
816-691-3250
Fax: 816-691-3495
22
Email: dbukovac@stinson.com

23
SARAH G. FLANAGAN
Pillsbury Winthrop Shaw Pittman LLP
24
50 Fremont St
Post Office Box 7880
25
San Francisco, CA 94120-7880
415/983-1000
26
Fax: 415-983-1200
Email: sarah.flanagan@pillsburylaw.com
27

28

FED. DEFS.' REPRESENTATION STATEMENT | 6

1   Respectfully submitted this 8th day of October, 2010.

2                                       IGNACIA S. MORENO
                                        Assistant Attorney General
3
                                        /s/ Beverly F. Li
4                                       BEVERLY F. LI
                                        LUTHER L. HAJEK
5                                       Trial Attorneys
                                        U.S. Department of Justice
6                                       Environment and Natural Resources Division
                                        Natural Resources Section
7                                       P.O. Box 663
                                        Washington, D.C. 20044-0663
8                                       Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
                                        Facsimile: (202) 305-0506
9                                       Beverly.Li@usdoj.gov
                                        Luke.Hajek@usdoj.gov
10
                                        TONY WEST
11                                      Assistant Attorney General
                                        JOHN R. GRIFFITHS
12                                      Assistant Director, Federal Programs Branch
                                        JOHN R. COLEMAN (Va. Bar # 70908)
13                                      Trial Attorney, U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
14                                      20 Massachusetts Ave., N.W., Room 6118
                                        Washington, D.C. 20530
15                                      Telephone: (202) 514-4505
                                        Facsimile: (202) 616-8460
16                                      Email: John.Coleman3@usdoj.gov

17                                      Attorneys for Federal Defendants

18

19

20

21

22

23

24

25

26

27

28

FED. DEFS.' REPRESENTATION STATEMENT                                              - i -

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on October 8, 2010, the foregoing FEDERAL DEFENDANTS'
   REPRESENTATION STATEMENT was filed with the Clerk of Court via hand delivery, and was served
3  on the following attorneys via U.S. Mail:

4  Paul H. Achitoff
   Gregory C. Loarie
5  Paige Tomaselli
   Kateryna Rakowsky
6  George Kimbrell

7  Attorneys for Plaintiffs

8  Philip J. Perry
   Christopher H. Marraro
9  Gilbert S. Keteltas
   Janice M. Schneider
10 John F. Bruce
   Rachel G. Lattimore
11 David J. Lazerwitz
   Nancy Bryson
12 Harry Zirlin
   Walter Edmiston
13 Joanne Lichtman
   Daniel Bukovac
14
   J. Thomas Carrato
15 Monsanto Company
   Mail Zone EINH
16 800 N. Lindbergh Blvd.
   St. Louis, MO 63167-0001
17
   Stanley H. Abramson
18 1050 Connecticut Avenue NW
   Washington, DC 20036
19
   Attorneys for Intervenor-Defendants
20

21                                          /s/ _Beverly F. Li___
                                            Beverly F. Li
22                                          Counsel for Federal Defendants

23

24

25

26

27

28

FED. DEFS.' REPRESENTATION STATEMENT                                    - ii -