UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

October 13, 2010

**CASE INFORMATION:**
Short Case Title:  <u>CENTER FOR FOOD SAFETY</u>-v- <u>CHARLES CONNOR</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern, Civil, Judge Jeffrey S. White
Criminal and/or Civil Case No.:  <u>CV 08-00484 JSW</u>
Date Complaint/Indictment/Petition Filed: 1/23/08
Date Appealed order/judgment *entered* 8/13/10
Date NOA *filed* 10/8/10
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)     ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: 415-626-6060  Sahar McVickar

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted:                          Date FP denied:
Is FP pending?  ☐ yes  ☒ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☒ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                        Appellee Counsel:




☐ retained  ☐ CJA  ☒ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Hilary Jackson</u>