LATHAM & WATKINS LLP
Philip J. Perry (Bar No. 148696)
philip.perry@lw.com
Janice M. Schneider (DC Bar No. 472037) (*pro hac vice* granted)
janice.schneider@lw.com
555 11th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

[Complete attorney list on signature page]

FILED
2010 OCT 12 P 2:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, AND HIGH MOWING ORGANIC SEEDS,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH in her official capacity as Administrator of the Animal Plant Health and Inspection Service,<br><br>Defendants, and<br><br>MONSANTO COMPANY, AMERICAN SUGARBEET GROWERS ASSOCIATION, ERVIN SCHLEMMER, MARK WETTSTEIN, DUANE GRANT, JOHN SNYDER, JR., UNITED STATES BEET SUGAR ASSOCIATION, AMERICAN CRYSTAL SUGAR COMPANY, THE AMALGAMATED SUGAR COMPANY LLC, WESTERN SUGAR COOPERATIVE WYOMING SUGAR COMPANY LLC, SYNGENTA SEEDS, INC., BETASEED, INC., AND SESVANDERHAVE USA, INC.,<br><br>Intervenor-Defendants. | CASE NO. C-08-484 JSW<br><br>**NOTICE OF APPEAL** |

Intervenor-Defendants Monsanto Company, American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar

LATHAM•WATKINS LLP

Case No. C-08-484 JSW
Notice of Appeal

1 Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC,

2 Western Sugar Cooperative Wyoming Sugar Company LLC, Syngenta Seeds, Inc., and

3 Betaseed, Inc., appeal to the United States Court of Appeals for the Ninth Circuit from the

4 Judgment entered in this action on August 13, 2010, in favor of Plaintiffs, pursuant to orders

5 entered on August 15, 2008, September 21, 2009, March 16, 2010, and August 13, 2010. True

6 and correct copies of the Orders and Judgment are attached hereto as Exhibit A. Intervenor-

7 Defendants hereby submit with this Notice a filing fee for the Notice of Appeal in the amount of

8 $455.00, payable to the Clerk, U.S. District Court.

9 Dated: October 12, 2010

By: *Philip J. Perry /pe*

STANLEY H. ABRAMSON (DC Bar No. 217281)
(*pro hac vice* granted)
RACHEL G. LATTIMORE (DC Bar No.450975)
(*pro hac vice* granted)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: abramson.stanley@arentfox.com
Email: lattimore.rachel@arentfox.com

PHILIP J. PERRY (CA Bar No. 148696)
JANICE M. SCHNEIDER (DC Bar No. 472037) (*pro hac vice* granted)
DREW C. ENSIGN (CA Bar No. 243956)
LATHAM & WATKINS LLP
555 11th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: phil.perry@lw.com
Email: janice.schneider@lw.com

Attorneys for Intervenor-Defendant Monsanto Company

| | |
|---|---|
| 1 | |
| 2 | *[signature]* |
| 3 | JOANNE LICHTMAN (Ca. Bar No. 137300)<br>HOWREY LLP |

JOANNE LICHTMAN (Ca. Bar No. 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

GILBERT S. KETELTAS (DC Bar No. 421236)
(*pro hac vice* granted)
JOHN F. BRUCE (DC Bar No. 1578) (*pro hac vice* granted)
CHRISTOPHER H. MARRARO (DC Bar No. 395152) (*pro hac vice* granted)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: keteltasg@howrey.com
Email: brucej@howrey.com
Email: marraroc@howrey.com

Attorneys for Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC

1

2

3  DAVID J. LAZERWITZ (Cal. Bar. No. 221349 – admitted)  
   *Nancy Bryson* (signature)  
   NANCY BRYSON (DC Bar No. 913673) (*pro hac vice* granted)
4  FARELLA BRAUN + MARTEL LLP  
   HOLLAND & HART LLP
   235 Montgomery Street, 17th Floor  
   975 F Street, N.W., Suite 900
5  San Francisco, CA 94104  
   Washington, D.C. 20004
   Telephone: (415) 954-4400  
   Telephone: (202) 654-6921
6  Facsimile: (415) 954-4480  
   Facsimile: (202) 747-6567
   Email: dlazerwitz@fbm.com  
   Email: nbryson@hollandhart.com

7

Attorneys for Intervenor-Defendant Syngenta Seeds, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP

Case No. C-08-484 JSW  
Notice of Appeal

| | |
|---|---|
| | *[signature]* Harry Zirlin /DCE |
| DANIEL M. ABUHOFF (NY Bar No. 1227057) (*pro hac vice* granted) | DANIEL MURPHY (Ca. Bar No. 141006) |
| HARRY ZIRLIN (NY Bar No. 2315737) (*pro hac vice* granted) | W. ALLAN EDMISTON (Ca. Bar No. 228246) |
| DEBEVOISE & PLIMPTON LLP | LOEB & LOEB LLP |
| 919 Third Avenue | 10100 Santa Monica Blvd., 22nd Floor |
| New York, NY 10022 | Los Angeles, California 90067 |
| Telephone: (212) 909-6000 | Telephone: (310) 282-2000 |
| Facsimile: (212) 909-6836 | Facsimile: (310) 282-2200 |
| Email: dmabuhof@debevoise.com | Email: dmurphy@loeb.com |
| Email: hzirlin@debevoise.com | Email: aedmiston@loeb.com |

Attorneys for Intervenor-Defendant Betaseed, Inc.

LATHAM & WATKINS LLP

Case No. C-08-484 JSW
Notice of Appeal