LATHAM & WATKINS LLP
Philip J. Perry (Bar No. 148696)
philip.perry@lw.com
Janice M. Schneider (DC Bar No. 472037) (*pro hac vice* granted)
janice.schneider@lw.com
555 11th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

[Complete attorney list on signature page]

FILED
2010 OCT 12 P 2:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, AND HIGH MOWING ORGANIC SEEDS,

Plaintiffs,

v.

THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; and CINDY SMITH in her official capacity as Administrator of the Animal Plant Health and Inspection Service,

Defendants, and

MONSANTO COMPANY, AMERICAN SUGARBEET GROWERS ASSOCIATION, ERVIN SCHLEMMER, MARK WETTSTEIN, DUANE GRANT, JOHN SNYDER, JR., UNITED STATES BEET SUGAR ASSOCIATION, AMERICAN CRYSTAL SUGAR COMPANY, THE AMALGAMATED SUGAR COMPANY LLC, WESTERN SUGAR COOPERATIVE WYOMING SUGAR COMPANY LLC, SYNGENTA SEEDS, INC., BETASEED, INC., AND SESVANDERHAVE USA, INC.,

Intervenor-Defendants.

CASE NO. C-08-484 JSW

**REPRESENTATION STATEMENT**

The undersigned represents Monsanto Company, Intervenor-Defendant and Appellant in this appeal. The following list, submitted on behalf of all Intervenor-Defendants/Appellants,

1 shows all of the parties to the action and identifies their counsel by name, firm, address, and

2 telephone number where appropriate, in accordance with Rule 12(b) of the Federal Rules of

3 Appellate Procedure and Ninth Circuit Rule 3-2(b).

4 Dated: October 12, 2010

By: /s/ Drew C. Ensign

| STANLEY H. ABRAMSON (DC Bar No. 217281) | PHILIP J. PERRY (CA Bar No. 148696) |
|---|---|
| (*pro hac vice* granted) | JANICE M. SCHNEIDER (DC Bar No. 472037) (*pro hac vice* granted) |
| RACHEL G. LATTIMORE (DC Bar No.450975) | DREW C. ENSIGN (CA Bar NO. 243956) |
| (*pro hac vice* granted) | LATHAM & WATKINS LLP |
| ARENT FOX LLP | 555 11th Street, N.W., Suite 1000 |
| 1050 Connecticut Avenue, N.W. | Washington, D.C. 20004 |
| Washington, D.C. 20036-5339 | Telephone: (202) 637-2200 |
| Telephone: (202) 857-6000 | Facsimile: (202) 637-2201 |
| Facsimile: (202) 857-6395 | Email: phil.perry@lw.com |
| Email: abramson.stanley@arentfox.com | Email: janice.schneider@lw.com |
| Email: lattimore.rachel@arentfox.com | |

Attorneys for Intervenor-Defendant Monsanto Company

| | |
|---|---|
| 1 | United States District Court |
| 2 | Northern District of California<br>San Francisco, Division |
| 3 | *Center for Food Safety, et al., v. Connor, et al.*<br>Case No. 3:08-cv-00484-JSW |
| 4 | |

| | |
|---|---|
| GEORGE A. KIMBRELL | GREGORY C. LOARIE |
| KATERYNA L. RAKOWSKY | EARTHJUSTICE |
| PAIGE MICHELE TOMASELLI | 426 Seventeenth Street, 5th Floor |
| CENTER FOR FOOD SAFETY | Oakland, CA 94612 |
| 2601 Mission Street, Suite 803 | Telephone: (510) 550-6725 |
| San Francisco, CA 94110 | Facsimile: (510) 550-6749 |
| Telephone: (415) 826-2770 | Email: gloarie@earthjustice.org |
| Facsimile: (415) 826-0507 | |
| Email: gkimbrell@icta.org | |
| Email: kateryna@icta.org | |
| Email: ptomaselli@icta.org | |

PAUL HENRY ACHITOFF
EARTHJUSTICE
223 S. King Street, Suite 400
Honolulu, HI 96813-4501
Telephone: 808-599-2436
Email: achitoff@earthjustice.org

*Attorneys for Plaintiff Center for Food Safety*

| | |
|---|---|
| GEORGE A. KIMBRELL | GREGORY C. LOARIE |
| PAIGE MICHELE TOMASELLI | EARTHJUSTICE |
| CENTER FOR FOOD SAFETY | 426 Seventeenth Street, 5th Floor |
| 2601 Mission Street, Suite 803 | Oakland, CA 94612 |
| San Francisco, CA 94110 | Telephone: (510) 550-6725 |
| Telephone: (415) 826-2770 | Facsimile: (510) 550-6749 |
| Facsimile: (415) 826-0507 | Email: gloarie@earthjustice.org |
| Email: gkimbrell@icta.org | |
| Email: kateryna@icta.org | |
| Email: ptomaselli@icta.org | |

PAUL HENRY ACHITOFF
EARTHJUSTICE
223 S. King Street, Suite 400
Honolulu, HI 96813-4501
Telephone: 808-599-2436
Email: achitoff@earthjustice.org

*Attorneys for Plaintiffs Organic Seed Alliance and Sierra Club*

| | |
|---|---|
| 1  BEVERLY LI | JOHN ROBERT COLEMAN |
|    LUTHER L. HAJEK | CIVIL DIVISION, USDOJ |
| 2  U.S. DEPARTMENT OF JUSTICE | 20 Massachusetts Ave., NW, Room 6118 |
|    ENVIRONMENT & NATURAL | Washington, DC  20530 |
| 3  RESOURCES DIVISION – NRS | Telephone: (202) 514-4505 |
|    P.O. BOX 663 | Email: John.Colmen3@usdoj.gov |
| 4  WASHINGTON, DC  20044-0663 | |
|    Telephone: (202) 353-9213 | |
| 5  Telephone: (202) 305-0492 | |
|    Facsimile: (202) 305-0274 | |
| 6  Email: Beverly.Li@usdoj.gov | |
|    Email: luke.hajek@usdoj.gov | |

*Attorneys for Defendant Charles Connor in his official capacity as Acting Secretary of the United States Department of Agriculture, and Cindy Smith, in her official capacity as Administrator of the Animal and Plant Health Inspection Service*

| | |
|---|---|
| 10  PHILIP J. PERRY | STANLEY H. ABRAMSON |
|     JANICE M. SCHNEIDER (DC Bar No. | (*pro hac vice* granted) |
| 11  472037) (*pro hac vice* granted) | RACHEL G. LATTIMORE |
|     DREW C. ENSIGN | (*pro hac vice* granted) |
| 12  LATHAM & WATKINS, LLP | ARENT FOX LLP |
|     555 Eleventh Street, NW, Suite 1000 | 1050 Connecticut Avenue, N.W. |
| 13  Washington, DC  20004 | Washington, D.C. 20036-5339 |
|     Telephone: (202) 637-2200 | Telephone: (202) 857-6000 |
| 14  Facsimile: (202) 637-2201 | Facsimile: (202) 857-6395 |
|     Email: phil.perry@lw.com | Email: abramson.stanley@arentfox.com |
| 15  Email: drew.ensign@lw.com | Email: lattimore.rachel@arentfox.com |

*Attorneys for Intervenor-Defendant Monsanto Company*

| | |
|---|---|
|     DAVID J. LAZERWITZ | NANCY BRYSON (*pro hac vice* granted) |
| 18  FARELLA BRAUN + MARTEL LLP | HOLLAND & HART LLP |
|     235 Montgomery Street, 17th Floor | 975 F Street, N.W., Suite 900 |
| 19  San Francisco, CA 94104 | Washington, D.C.  20004 |
|     Telephone: (415) 954-4400 | Telephone:  (202) 654-6921 |
| 20  Facsimile: (415) 954-4480 | Facsimile:  (202) 747-6567 |
|     Email: dlazerwitz@fbm.com | Email:  nbryson@hollandhart.com |

*Attorneys for Intervenor-Defendant Syngenta Seeds, Inc.*

| | |
|---|---|
| 1 | JOANNE LICHTMAN<br>HOWREY LLP | GILBERT S. KETELTAS (*pro hac vice* granted)<br>JOHN F. BRUCE (*pro hac vice* granted)<br>CHRISTOPHER H. MARRARO (*pro hac vice* granted)<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2402<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610<br>Email: keteltasg@howrey.com<br>Email: brucej@howrey.com<br>Email: marraroc@howrey.com |

JOANNE LICHTMAN
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: lichtmanj@howrey.com

GILBERT S. KETELTAS (*pro hac vice* granted)
JOHN F. BRUCE (*pro hac vice* granted)
CHRISTOPHER H. MARRARO (*pro hac vice* granted)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: keteltasg@howrey.com
Email: brucej@howrey.com
Email: marraroc@howrey.com

*Attorneys for Intervenor-Defendants American Sugarbeet Growers Association, Ervin Schlemmer, Mark Wettstein, Duane Grant, John Snyder, Jr., United States Beet Sugar Association, American Crystal Sugar Company, The Amalgamated Sugar Company LLC, Western Sugar Cooperative and Wyoming Sugar Company LLC*

DANIEL M. ABUHOFF (*pro hac vice* granted)
HARRY ZIRLIN (*pro hac vice* granted)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: dmabuhof@debevoise.com
Email: hzirlin@debevoise.com

DANIEL MURPHY
W. ALLAN EDMISTON
LOEB & LOEB LLP
10100 Santa Monica Blvd., 22nd Floor
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: dmurphy@loeb.com
Email: aedmiston@loeb.com

*Attorneys for Intervenor-Defendant Betaseed, Inc.*

DANIEL BUKOVAC
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone: (816) 691-3250
Facsimile: (816) 691-3495
Email: dbukovac@stinson.com

SARAH G. FLANAGAN
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: sarah.flanagan@pillsburylaw.com

*Attorneys for Intervenor-Defendant SESVanderHave USA, Inc..*