Sarah G. Flanagan (70845)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880
Telephone: 415-983-1190
Facsimile: 415-983-1200
E-mail: sarah.flanagan@pillsburylaw.com

Daniel Bukovac *(Appearance Pro Hac Vice)*
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: 816-842-8600
Facsimile: 816-691-3495
E-mail: dbukovac@stinson.com

Attorneys for Defendant-Intervenor
SESVanderHave USA, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, et al., <br><br> Defendants. | Case No: 3:08-cv-00484-JSW <br><br> **DECLARATION OF DANIEL BUKOVAC IN SUPPORT OF DEFENDANT-INTERVENOR SESVANDERHAVE USA, INC.'S MOTION TO SHORTEN TIME** <br><br> Dept:   11, 19th Floor <br> Judge:  Hon. Jeffrey S. White |

CASE NO. 3:08-cv-00484-JSW
DECLARATION OF DANIEL BUKOVAC IN SUPPORT
OF SESVANDERHAVE USA, INC.'S MOTION TO SHORTEN TIME
DB04/812024.0004/1963843.1 PF06
DB04/812024.0004/1982664.1 PF06

I, Daniel Bukovac, declare as follows:

**Background**

1. My name is Daniel Bukovac. I submit this Declaration in support of the Motion To Shorten Time of Defendant-Intervenor SESVanderHave USA, Inc. ("SESVanderHave") for the Court to hear SESVanderHave's. The facts set forth in this Declaration are true based on my own personal knowledge.

2. I am a partner at the law firm of Stinson Morrison Hecker LLP in Kansas City, Missouri and represent SESVanderHave in this action. I have been admitted *pro hac vice* in this action.

**Reasons for Requested Shortening of Time**

3. SESVanderHave is moving to shorten the time for the Court to hear its motion--before evidence is introduced at the hearing in *Sugar Beets II*--so that, if its motion is granted, SESVanderHave's confidential information and confidential documents, subject to the Protective Order in this action, will continue to be treated as confidential at the hearing in *Sugar Beets II*. Postponing a hearing on SESVanderHave's motion could result in SESVanderHave's losing the protection afforded by the Protective Order for confidential information and confidential documents and cause SESVanderHave competitive harm.

4. Scheduling a hearing on SESVanderHave's motion shortly before the hearing in *Sugar Beets II* will also be in the interest of judicial economy. The Court will already be addressing other issues in *Sugar Beets II* and most of the parties in this action will be represented before the Court.

CASE NO. 3:08-cv-00484-JSW
DECLARATION OF DANIEL BUKOVAC IN SUPPORT
OF SESVANDERHAVE USA, INC.'S MOTION TO SHORTEN TIME
- 2 -
DB04/812024.0004/1963843.1 PF06
DB04/812024.0004/1982664.1 PF06

**Efforts to Obtain Stipulation**

5. Paul Achitoff, attorney for Plaintiffs, has been contacted regarding this motion and the Motion for In Camera Treatment; the motions are being filed in response to Plaintiffs' Notice informing the undersigned counsel for SESVanderHave that Plaintiffs intend to introduce into evidence deposition testimony and documents that SESVanderHave has designated for confidential treatment under the Protective Order. Plaintiffs consent to a shortened time for SESVanderHave's Motion for In Camera Treatment to be heard. Plaintiffs do not oppose SESVanderHave's Motion for In Camera Treatment, except to the extent that the motion would preclude Plaintiffs from questioning witnesses about SESVanderHave's confidential documents. Phil Perry, attorney for Defendant-Intervenor Monsanto, also consents to a shortened time for SESVanderHave's Motion for In Camera Treatment to be heard. Undersigned counsel for SESVanderHave has contacted counsel for defendants and counsel for other defendant-intervenors by e-mail but has not yet received a response. Consequently, given only one day between Plaintiffs' Notice and the commencement of the hearing in *Sugar Beets II*, SESVanderHave has been unable to obtain a stipulation to the time change.

**Substantial Harm or Prejudice If Time Is Not Shortened**

6. As explained more fully in SESVanderHave's Motion for In Camera Treatment, SESVanderHave would suffer competitive harm from the disclosure of its confidential information, including information regarding its inventories and sources of supply.

7. SESVanderHave could therefore be prejudiced if the time to hear its motion to intervene is not shortened and the hearing in *Sugar Beets II* commences without

SESVanderHave's confidential documents and confidential information in deposition testimony be afforded confidential treatment.

**Nature of Underlying Dispute and Parties' Positions**

8. The underlying motion does not involve a disclosure or discovery dispute and therefore Civil L.R. 37-1(a) is not applicable.

9. As stated above, Plaintiffs have consented to the Motion for In Camera Treatment with one exception. SESVanderHave anticipates that the only underlying dispute on its motion relates to whether Plaintiffs will be permitted to question witnesses, including witnesses employed by SESVanderHave's competitors, using SESVanderHave's documents with confidentiality designations under the Protective Order. Otherwise, Plaintiffs do not oppose SESVanderHave's motion to have confidential documents and deposition testimony containing confidential information received in camera or under other conditions to prevent unnecessary disclosure.

**Previous Time Modifications**

10. There have been no previous time modification in this case related to SESVanderHave's Motion for In Camera Treatment.

**Effect of Requested Time Modification on Schedule for the Case**

11. Shortening the time for hearing SESVanderHave's Motion for In Camera Treatment will not cause delay in this case, nor will it cause any significant delay of the hearing in *Sugar Beets II*. In its Order Regarding Evidentiary Hearing (at 2) in *Sugar Beets II* (Doc. 132, filed Oct. 22, 2010), the Court anticipates that matters would be heard as early as 7:30 a.m. before the hearing begins at 8:00 a.m.

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed on this 2nd day of November, 2010, in Kansas City Missouri.

_____
DANIEL BUKOVAC

CASE NO. 3:08-cv-00484-JSW
DECLARATION OF DANIEL BUKOVAC IN SUPPORT
OF SESVANDERHAVE USA, INC.'S MOTION TO SHORTEN TIME

- 5 -

DB04/812024.0004/1963843.1 PF06
DB04/812024.0004/1982664.1 PF06
DB04/812024.0004/1984459.1 PF06