Sarah G. Flanagan (70845)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880
Telephone: 415-983-1190
Facsimile: 415-983-1200
E-mail: sarah.flanagan@pillsburylaw.com

Daniel Bukovac *(Appearance Pro Hac Vice)*
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: 816-842-8600
Facsimile: 816-691-3495
E-mail: dbukovac@stinson.com

Attorneys for Defendant-Intervenor
SESVanderHave USA, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, et al., <br><br> Defendants. | Case No: 3:08-cv-00484-JSW <br><br> **DEFENDANT-INTERVENOR SESVANDERHAVE USA, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR IN CAMERA TREATMENT** <br><br> Date: November 2, 2010 <br> Time: 7:30 a.m. <br> Place: 17th Floor, Courtroom 2 <br> Judge: Hon. Jeffrey S. White |

Defendant SESVanderHave USA, Inc. ("SESVanderHave") respectfully requests leave to have Daniel Bukovac, its lead counsel, appear telephonically on November 2, 2010, at 7:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 2 of the United States District

Court for the Northern District of California, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, before the Honorable Jeffrey S. White on SESVanderHave's Motion for In Camera Treatment and Motion to Shorten Time.

SESVanderHave received notice from Plaintiffs' counsel *on November 1, 2010* that Plaintiffs intend to introduce documents and deposition testimony that SESVanderHave designated as confidential in this action at a hearing scheduled to commence on November 2, 2010, in *Center for Food Safety, et al. v. Thomas J. Vilsack, et al.*, Case No: 3:10-cv-04038-JSW, another action pending in this Court ("*Sugar Beets II*").  SESVanderHave is not a party in *Sugar Beets II* and requests that it be spared the expense of counsel traveling from Kansas City to San Francisco.

Dated:  November 2, 2010      Respectfully submitted,

By_____/s/ *Daniel Bukovac* _____
Daniel Bukovac *(Appearance Pro Hac Vice)*
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106

Sarah G. Flanagan
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880

Attorneys for Defendant-Intervenor
SESVanderHave USA, Inc.