Sarah G. Flanagan (70845)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880
Telephone: 415-983-1190
Facsimile: 415-983-1200
E-mail: sarah.flanagan@pillsburylaw.com

Daniel Bukovac *(Appearance Pro Hac Vice)*
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: 816-842-8600
Facsimile: 816-691-3495
E-mail: dbukovac@stinson.com

Attorneys for Defendant-Intervenor
SESVanderHave USA, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | ) |
| Plaintiffs, | ) Case No: 3:08-cv-00484-JSW ) |
| v. | ) **[PROPOSED]** |
| THOMAS J. VILSACK, et al., | ) **ORDER GRANTING DEFENDANT-** |
| Defendants. | ) **INTERVENOR SESVANDERHAVE** ) **USA, INC.'S MOTION FOR IN** |
| . | ) **CAMERA TREATMENT** ) |
| | ) Judge: Hon. Jeffrey S. White ) |

The Motion for In Camera Treatment (the "Motion") filed by Defendant-Intervenor SESVanderHave USA, Inc. ("SESVanderHave") came on for hearing on November __, 2010, at __:00 _.m., before this Court, the Honorable Jeffrey S. White, presiding. After full consideration of the Motion, including the supporting Declaration of Daniel Bukovac, any opposition thereto,

**Case No: 3:08-cv-00484-JSW**
**[PROPOSED] ORDER GRANTING**
**MOTION TO INTERVENE**

and the arguments offered by each party, the Court finds that SESVanderHave has shown good cause, pursuant to the Stipulated Protective Order (Doc. 230, filed February 9, 2010) ("Protective Order") in this action, for receiving in camera, at the hearing in *Center for Food Safety, et al. v. Thomas J. Vilsack, et al.*, Case No: 3:10-cv-04038-JSW, another action pending in this Court ("*Sugar Beets II*"), any of SESVanderHave's documents having confidentiality designations and any deposition testimony of Mark Anfinrud having confidentiality designations so as to protect such documents and information from unnecessary disclosure as contemplated in the Protective Order.

Accordingly, IT IS HEREBY ORDERED THAT DEFENDANT-INTERVENOR SESVANDERHAVE'S MOTION FOR IN CAMERA TREATMENT IS GRANTED and any of SESVanderHave's documents having confidentiality designations and any deposition testimony of Mark Anfinrud having confidentiality designations that any party, including intervenors, seeks to introduce into evidence in *Sugar Beets II*, shall be submitted under seal and shall remain under seal until further order of this Court and shall otherwise be given the same protection that both the documents and the testimony of Mark Anfinrud were afforded in this action under the Protective Order.

Dated: _____                           _____
                                                    JEFFERY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE


Dated:  November __, 2010            Respectfully submitted,

                                     By_____/s/ *Daniel Bukovac*_____
                                     Daniel Bukovac *(Appearance Pro Hac Vice)*
                                     STINSON MORRISON HECKER LLP
                                     1201 Walnut Street, Suite 2900
                                     Kansas City, Missouri 64106

**Case No: 3:08-cv-00484-JSW**
**[PROPOSED] ORDER GRANTING**
**MOTION FOR IN CAMERA TREATMENT**

1  Sarah G. Flanagan
    PILLSBURY WINTHROP SHAW PITTMAN LLP
2   50 Fremont Street
    P.O. Box 7880
3   San Francisco, CA  94120-7880

4

5   Attorneys for Defendant-Intervenor
    SESVanderHave USA, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28