Sarah G. Flanagan (70845)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880
Telephone:  415-983-1190
Facsimile:  415-983-1200
E-mail: sarah.flanagan@pillsburylaw.com

Daniel Bukovac *(Appearance Pro Hac Vice)*
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone:  816-842-8600
Facsimile:  816-691-3495
E-mail: dbukovac@stinson.com

Attorneys for Defendant-Intervenor
SESVanderHave USA, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | ) |
|  | ) Case No: 3:08-cv-00484-JSW |
| Plaintiffs, | ) |
|  | ) |
| v. | ) **[PROPOSED]** |
|  | ) **ORDER GRANTING DEFENDANT-** |
| THOMAS J. VILSACK, et al., | ) **INTERVENOR SESVANDERHAVE** |
| Defendants | ) **USA, INC.'S MOTION TO SHORTEN** |
|  | ) **TIME** |
|  | ) |
|  | ) Judge: Hon. Jeffrey S. White |
|  | ) |

      The Motion To Shorten Time (the "Motion") filed by Defendant-Intervenor SESVanderHave USA, Inc. ("SESVanderHave") came on for hearing on _____ __, 2010, at __:00 _.m., before this Court, the Honorable Jeffrey S. White, presiding.  After full consideration of the Motion, including the supporting Declaration of Daniel Bukovac, any opposition thereto,

1  and the arguments offered by each party, the Court finds that SESVanderHave has shown good
2  cause, pursuant to Civil L.R. 6, for the time for the Court to hear SESVanderHave's motion for in
3  camera treatment to be shortened.

4  Accordingly, IT IS HEREBY ORDERED THAT DEFENDANT-INTERVENOR
5  SESVANDERHAVE'S MOTION TO SHORTEN TIME IS GRANTED and SESVanderHave's
6  motion for in camera treatment shall be heard on _____ __, 2010, at __:__ _.m.

8  Dated: _____

                                                                                         _____
                                                                                              JEFFERY S. WHITE
9                                                                                           UNITED STATES DISTRICT JUDGE

12  Dated:  November __, 2010             Respectfully submitted,

13                                                                   By_____/s/ *Daniel Bukovac*_____
14                                                                   Daniel Bukovac *(Appearance Pro Hac Vice)*
                                                                         STINSON MORRISON HECKER LLP
15                                                                   1201 Walnut Street, Suite 2900
                                                                         Kansas City, Missouri 64106
16
17                                                                   Sarah G. Flanagan
                                                                         PILLSBURY WINTHROP SHAW PITTMAN LLP
18                                                                   50 Fremont Street
                                                                         P.O. Box 7880
19                                                                   San Francisco, CA  94120-7880

20                                                                   Attorneys for Defendant-Intervenor
                                                                         SESVanderHave USA, Inc.

**Case No: 3:08-cv-00484-JSW**
**PROPOSED] ORDER GRANTING**
**MOTION TO SHORTEN TIME**