Sarah G. Flanagan (70845)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880
Telephone:  415-983-1190
Facsimile:  415-983-1200
E-mail: sarah.flanagan@pillsburylaw.com

Daniel Bukovac *(Appearance Pro Hac Vice)*
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone:  816-842-8600
Facsimile:  816-691-3495
E-mail: dbukovac@stinson.com

Attorneys for Defendant-Intervenor
SESVanderHave USA, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | ) |
| Plaintiffs, | ) Case No: 3:08-cv-00484-JSW |
| v. | ) **[PROPOSED]** |
| THOMAS J. VILSACK, et al., | ) **ORDER GRANTING DEFENDANT-INTERVENOR SESVANDERHAVE** |
| Defendants. | ) **USA, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR IN CAMERA TREATMENT** |

Good cause having been shown, it is HEREBY ORDERED THAT

The Motion of Defendant SESVanderHave USA, Inc. ("SESVanderHave") for  leave to

have Daniel Bukovac, its lead counsel, appear telephonically on November 2, 2010, at 7:30 a.m.,

**CASE NO. 3:08-cv-00484-JSW
SESVANDERHAVE USA, INC.'S MOTION FOR LEAVE TO
APPEAR TELEPHONICALLY AT HEARING**
DB04/812024.0004/1963843.1 PF06

1  or as soon thereafter as this matter may be heard, at a hearing on SESVanderHave's Motion for

2  In Camera Treatment and Motion to Shorten Time is granted; and lead counsel for

3  SESVanderHave is hereby authorized to appear at the hearing by telephone.

4  IT IS SO ORDERED.

5  Dated this __ day of  November --, 2010.

6

7  _____
   Jeffrey Steven White
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  CASE NO. 3:08-cv-00484-JSW
    SESVANDERHAVE USA, INC.'S MOTION FOR LEAVE TO
    APPEAR TELEPHONICALLY AT HEARING
                                           - 2 -
    DB04/812024.0004/3953943.1 PF06