IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

v.

THOMAS J. VILSACK, et al.,

    Defendants.

No. C 08-00484 JSW

**ORDER REGARDING SESVANDERHAVE'S MOTION TO SHORTEN TIME AND APPLY PROTECTIVE ORDER**

For the reasons stated on the record today in Case No. C 10-04038, SESVanderHave USA, Inc.'s motion to have certain confidential documents and confidential information protected in Case No. C 10-04038 under the protective order issued in the above-captioned matter and to have this motion heard on shortened time are both granted. Because the Court did not hold a hearing on these motions, the Court denies SESVanderHave's motion to appear telephonically at a hearing as moot.

**IT IS SO ORDERED.**

Dated: November 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE