

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

October 15, 2010

| | |
|---|---|
| No.: | 10-17335 |
| D.C. No.: | 3:08-cv-00484-JSW |
| Short Title: | Center for Food Safety, et al v. Thomas Vilsack, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

Case3:08-cv-00484-JSW Document614 Filed 51/07/10 Page 2 of 4

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR FOOD SAFETY; ORGANIC SEED ALLIANCE; SIERRA CLUB; HIGH MOWING ORGANIC SEEDS,<br><br>    Plaintiffs - Appellees,<br><br>   v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; CINDY SMITH, in her official capacity as Administrator of the Animal Plant Health and Inspection Service,<br><br>    Defendants,<br><br>  and<br><br>MONSANTO COMPANY; AMERICAN SUGARBEET GROWERS ASSOCIATION; ERVIN SCHLEMMER; MARK WETTSTEIN; DUANE GRANT; JOHN SNYDER, Jr.; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN CRYSTAL SUGAR COMPANY; THE AMALGAMATED SUGAR COMPANY LLC; WESTERN SUGAR | No. 10-17335<br><br>D.C. No. 3:08-cv-00484-JSW<br>U.S. District Court for Northern California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

COOPERATIVE WYOMING SUGAR
COMPANY LLC; SYNGENTA SEEDS,
INC.; BETASEED, INC.;
SESVANDERHAVE USA, INC.,

    Intervenor-Defendants - Appellants.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., October 22, 2010** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., November 12, 2010** | Transcript shall be ordered. |
| **Mon., December 13, 2010** | Transcript shall be filed by court reporter. |
| **Thu., January 20, 2011** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Tue., February 22, 2011** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellants' reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk