**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR FOOD SAFETY; et al., | Nos. 10-17334, 10-17722 |
| Plaintiffs - Appellees, | D.C. Nos. 3:08-cv-00484-JSW |
| v. | 3:10-cv-04038-JSW |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; et al., | Northern District of California, San Francisco |
| Defendants - Appellants, | ORDER |
| and | |
| MONSANTO COMPANY; et al., | |
| Intervenors - Defendants. | |

| | |
|---|---|
| CENTER FOR FOOD SAFETY; et al., | Nos. 10-17335, 10-17719 |
| Plaintiffs - Appellees, | D.C. Nos. 3:08-cv-00484-JSW |
| v. | 3:10-cv-04038-JSW |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; et al., | Northern District of California, San Francisco |
| Defendants, | ORDER |

AS/MOATT

and

MONSANTO COMPANY; et al.,

      Intervenors - Defendants - Appellants.

Before: GOODWIN, RYMER, and GRABER, Circuit Judges.

Appeal Nos. 10-17719 and 10-17722 are preliminary injunction appeals.

The emergency motions to stay the district court's November 30, 2010, order pending appeal, filed in appeal Nos. 10-17722 and 10-17719 are granted in part. *See Winter v. Natural Res. Def. Council, Inc.,* – U.S. –, 129 S. Ct. 365, 375-76 (2008). The district court's order is stayed until February 28, 2011, or until further order from this court, whichever occurs earlier.

The court sua sponte consolidates appeal Nos. 10-17334 and 10-17335 with consolidated preliminary injunction appeal Nos. 10-17719 and 10-17722. Appeal Nos. 10-17719, 10-17722, 10-17334, and 10-17335 are consolidated.

The court, on its own motion, expedites the briefing and hearing of these consolidated appeals. The provisions of Ninth Circuit Rule 31-2.2(a) shall not apply to this appeal. Any motions to extend time to file the briefs will be strongly disfavored.

The following briefing schedule shall govern these consolidated appeals: the opening brief(s) and excerpts of record are due not later than December 29, 2010; the answering brief(s) are due January 19, 2011, or 21 days after the opening brief(s), whichever is earlier; and the optional reply brief(s) are due within 7 days after service of the answering brief(s). The parties shall deliver 3 paper copies of all briefs to the Clerk at the time of filing. All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* 9th Cir. R. 28-4.

In addition to any other issues the parties wish to brief, the parties shall address the relevance of *Monsanto Co., et al. v. Gertson Seed Farms, et al.*, 130 S.Ct. 2743 (2010), on these consolidated appeals.

The Clerk shall calendar this case for the earliest feasible date in the month of February 2011.