**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 21, 2011

CASE NUMBER:   **CV 08-00484 JSW**
CASE TITLE:   **CENTER FOR FOOD SAFETY-v- CHARLES CONNOR**
DATE MANDATE FILED:   1/7/11

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Hilary Jackson
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16