GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
          ptomaselli@icta.org
          kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al*., | ) Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | ) **PLAINTIFFS' REQUEST FOR** |
| | ) **CLARIFICATION** |
| vs. | ) Date: |
| | ) Time: |
| THOMAS J. VILSACK, *et al*., | ) Judge: Hon. Jeffrey S. White |
| Defendants. | ) Place: Courtroom 11, 19th floor |
| | ) |

# PLAINTIFFS' REQUEST FOR CLARIFICATION

In light of this Court's March 17, 2011 Order of Transfer in *Center for Food Safety v. Vilsack*, Case No. 3:11-cv-00831 (N.D. Cal. March 17, 2011) (Dkt. No. 44), Plaintiffs respectfully request clarification regarding whether Plaintiffs must re-notice their motion to modify this Court's protective order. (Dkt. No. 620). The transferred action is proceeding expeditiously in the U.S. District Court for the District of Columbia, and modifying this Court's protective order would enable Plaintiffs to present relevant evidence in that case in a judicially efficient manner. Plaintiffs would like to avoid any undue delay that might be caused by their failure to re-notice their motion to modify the protective order.

Respectfully submitted this 7th day of April, 2011.


  /s/
GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
ptomaselli@icta.org
kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org


*Counsel for Plaintiffs*