GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
        ptomaselli@icta.org
        kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THOMAS J. VILSACK, *et al.*,<br><br>　　　　　Defendants, | Case No.: 3:08-cv-0484-JSW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: September 16, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Place: Courtroom 11, 19th floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiffs Center for Food Safety, Sierra Club, Organic Seed Alliance, and High Mowing Organic Seed will and hereby do move, before the Honorable Jeffrey S. White, in Courtroom 11 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102, this court for attorneys' fees and costs totaling $2,880,609.59. By this motion, Plaintiffs request the Court set its motion for hearing on September 16, 2011 at 9:00 a.m. or at another time of the Court's choosing. This motion is and will be based upon the Declarations of Paul Achitoff, Andrew Kimbrell, George Kimbrell, and Richard Drury, and on such other evidence and argument as the Court may consider.

Dated: June 17, 2011

Respectfully submitted,

/s/
GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
   ptomaselli@icta.org
   kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*