**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

v.

THOMAS J. VILSACK, et al.

    Defendants.
_____/

No. C 08-00484 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

    Pursuant to Local Rule 72-1, Sheet Metal Workers' International Association, Local 104 motion's for attorneys' fees and costs is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, July 29, 2011 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: June 22, 2011

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk