UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.,

    Plaintiff(s),

  v.

THOMAS J. VILSACK, et al.,

    Defendant(s).
_____/

No. C 08-0484 JSW (EDL)

NOTICE OF REFERENCE, TIME AND PLACE OF HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above matter has been referred to Magistrate Judge Elizabeth Laporte for Report and Recommendation on the motion for attorneys' fees and costs.

  The hearing on the motion has been set for August 23, 2011 at 9:00 a. m., in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

  The opposition, if not already filed, shall be served and filed no later than July 1, 2011. Any reply to the opposition shall be served and filed no later than July 8, 2011. Revisions of Civil Local Rules 7-3 published on June 2, 2011.

## LAW AND MOTION HEARING PROCEDURES

  All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

  Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

  If documents are filed electronically, a paper chambers copy of each electronically filed document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not

Refer.Not

<u>file</u> a paper copy of any document with the Clerk's Office that has already been filed electronically.

Dated: June 24, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Refer.Not