UNITED STATES COURT OF APPEALS
for the Ninth Circuit
P. O. Box 31478
Billings, Montana 59107-1478

Chambers of
SIDNEY R. THOMAS
United States Circuit Judge

Tel.: (406) 657-5950
Fax: (406) 657-5949

# MEMORANDUM TO RECORDS UNIT

TO: Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

FROM: Susan Ando

DATE: June 16, 2011

RE: <u>Center for Food Safety v. Vilsack</u>
USCA #10-17334
USDC #3:08-cv-00484-JSW

Enclosed are the following records in the above case which we are returning to you at this time:

Two (2) volumes clerk record

Two (2) folders