IGNACIA S. MORENO
Assistant Attorney General
BEVERLY F. LI
LUTHER L. HAJEK
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 353-9213 (Li)/ (202) 305-0492 (Hajek)
Facsimile: (202) 305-0506
Beverly.Li@usdoj.gov
Luke.Hajek@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
ERIC WOMACK
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7140
Washington, D.C. 20001
Telephone: (202) 514-4020
Facsimile: (202) 616-8470
E-mail: Eric.Womack@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY., <u>et al.</u>,<br><br>  Plaintiffs,<br><br>  v.<br><br>THOMAS J. VILSACK, <u>et al.</u>,<br><br>  Defendants. | Case No. C-08-00484 JSW (EDL)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST REGARDING BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

# [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST REGARDING BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Upon consideration of Plaintiffs' and Federal Defendants' stipulated request regarding briefing deadlines for Plaintiffs' motion for attorneys' fees and costs, the Court hereby GRANTS the parties' stipulated request for good cause shown. The Court hereby ORDERS as follows:

1. Defendants shall have until July 15, 2011 to file their response to Plaintiffs' motion for attorneys' fees and costs.

2. Plaintiffs shall have until July 29, 2011 to file their reply to Plaintiffs' motion for attorneys' fees and costs.

IT IS SO ORDERED.

Dated this 30th day of June, 2011.



_____
Hon. Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE