GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
　　　　ptomaselli@icta.org
　　　　kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THOMAS J. VILSACK, *et al.*,<br><br>　　　　Defendants. | Case No.: 3:08-cv-00484-JSW (EDL)<br><br>**SECOND DECLARATION OF GEORGE KIMBRELL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　August 23, 2011<br>Time:　9:00 a.m.<br>Judge:　Hon. Elizabeth Laporte<br>Place:　Courtroom F, 15th Floor |

Case No. 3:08-cv-00484-JSW (EDL)
SECOND DECL. OF GEORGE KIMBRELL ISO OF PLAINTIFFS' MOT. FOR ATTORNEYS' FEES AND COSTS

I, George Kimbrell, do hereby declare as follows:

1. I make this declaration based upon my own personal knowledge and if called upon to testify, could and would do so competently.

2. I am Senior Attorney at the Center for Food Safety (CFS). On June 16, 2011, I submitted my first declaration in this matter, in which I set forth my background. This declaration provides additional information in support of Plaintiffs' motion for fees and costs.

3. As a non-profit advocacy organization, CFS does not charge its clients a fee for its services. Therefore, CFS does not assign "normal hourly rates" to its attorneys outside the context of the particular forum where a fee award is being sought.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 29, 2011 in Vancouver, Washington.   /s/_____
George Kimbrell

**I, Paige Tomaselli, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**