GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
          ptomaselli@icta.org
          kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | ) Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | ) **NOTICE OF CHANGE OF ADDRESS** |
| vs. | ) |
| THOMAS J. VILSACK, *et al.*, | ) **(Hon. Jeffrey White)** |
| Defendants. | ) |

1    Please take notice that the Center for Food Safety has changed its address from 2601

2   Mission St., Suite 803 San Francisco, California to:

3

4    **303 Sacramento St., 2nd Floor**

5    **San Francisco, CA  94111**

6

7    Please take further notice that the telephone and fax numbers, as well as email addresses,

8   will remain the same.  Please update your records accordingly.

9

10   Respectfully submitted this day of August 3, 2011.

11

12    _/s/_____

     GEORGE A. KIMBRELL (*Pro Hac Vice*)

13    PAIGE M. TOMASELLI State Bar No. 237737

     KATERYNA L. RAKOWSKY State Bar No. 246248

14    Center for Food Safety

     303 Sacramento St., 2nd Floor

15    San Francisco, CA 94111

     T: (415) 826-2770 / F: (415) 826-0507

16    Email: gkimbrell@icta.org

17        ptomaselli@icta.org

         kateryna@icta.org

18

     PAUL H. ACHITOFF (*Pro Hac Vice*)

19    Earthjustice

     223 South King Street, Suite 400

20    Honolulu, Hawai'i 96813

     T: (808) 599-2436 / F: (808) 521-6841

21    Email: achitoff@earthjustice.org

22        *Counsel for Plaintiffs*

23

24

25

26

27

28