UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  Date: August 23, 2011
**UNITED STATES MAGISTRATE JUDGE**

Case No:   C-08-00484

Title:   CENTER FOR FOOD SAFETY v. CHARLES CONNOR

Attorneys:   George Kimbrell, Paul Achitoff                Beverly Li

Deputy Clerk:   Kristen Seib

Court Reporter:   Sahar Bartlett        Tape No. 9:20-9:58
                                         (Time: 38 minutes   )

**PROCEEDINGS:**                              **RULINGS:**
**Motion for Attorney Fees**                   Submitted

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ X]  Court

**Case Continued to:**