GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
         ptomaselli@icta.org
         kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al*., | Case No.: 3:08-cv-00484-JSW |
| Plaintiffs, | **DECLARATION OF PAIGE M. TOMASELLI IN SUPPORT OF PLAINTIFFS' RESPONSE TO FEDERAL DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| THOMAS J. VILSACK, *et al*., | |
| Defendants. | |
| | Date: |
| | Time: |
| | Judge: Hon. Jeffrey S. White |
| | Place: Courtroom 11 |

I, Paige M. Tomaselli, hereby state and declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an attorney with the Center for Food Safety, counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Response to Federal Defendants' Objections to Report and Recommendation on Plaintiffs' Motion for Attorneys' Fees and Costs.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Order Awarding Attorneys' Fees, *Geerston Seed Farms v. Johanns*, No. C06-01075 (N.D. Cal. Nov. 8, 2011) (Dkt. No. 372).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Order Referring Fees Motion to Magistrate Judge, *Geerston Seed Farms v. Johanns*, No. C06-01075 (N.D. Cal. Dec. 21, 2010) (Dkt. No. 342).


I declare under penalty of perjury that the foregoing is true and correct.

Executed November 10, 2011 in San Francisco, CA.   /s/    
               Paige M. Tomaselli