**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.

    Plaintiffs,

  v.

THOMAS J. VILSACK, et al.

    Defendants.
    _____/

No. C 08-00484 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

    This matter comes before the Court upon consideration of Magistrate Judge Elizabeth D. Laporte's Report and Recommendations (the "First Report" and "Second Report," respectively), in which she recommends that this Court grant motion for attorneys' fees and costs filed by Plaintiffs, but reduce the requested attorneys' fees by certain amounts. Defendants filed objections to both Reports. The Court has considered Defendant's objections and concludes that no response is necessary. *See* N.D. Civ. L.R. 72-1(a).

    The Court concludes that Magistrate Judge Laporte's First Report and Second Report are correct, well-reasoned and thorough and adopts her determination that Plaintiffs's motion for attorneys' fees and costs should be granted, with certain deductions. Accordingly, the Court HEREBY ADOPTS her Reports and Recommendations in every respect and GRANTS Plaintiff's motion for attorneys' fees and costs as modified for the reasons set forth in both Reports. Therefore, the Court reduces Plaintiffs' amount of requested attorneys' fees by

///

///

1  $175,689.  Plaintiffs are HEREBY AWARDED $2,638,367.00 in attorneys' fees and
2  $66,552,59 in costs.
3  **IT IS SO ORDERED.**

4  Dated: December 15, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE