UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

February 14, 2012

**CASE INFORMATION:**
Short Case Title:  <u>CENTER FOR FOOD SAFETY</u>-v- <u>CHARLES CONNOR</u>
Court of Appeals No. (leave blank if a unassigned)
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of California, San Francisco</u>
<u>Hon. Jeffrey S. White</u>
Criminal and/or Civil Case No.:  <u>CV 08-00484 JSW</u>
Date Complaint/Indictment/Petition Filed: <u>1/23/2008</u>
Date Appealed order/judgment *entered* <u>12/15/2011</u>
Date NOA *filed* <u>2/13/2012</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full (send record)
                           ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? <u>X</u> yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: See Docket Sheet            Appellee Counsel: See Docket Sheet




<u>X</u> retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID: N/A                               Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Mark Jenkins</u>