

**FILED**

UNITED STATES COURT OF APPEALS

OCT 09 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR FOOD SAFETY; et al., | No. 12-15323 |
| Plaintiffs - Appellees, | D.C. No. 3:08-cv-00484-JSW<br>Northern District of California,<br>San Francisco |
| v. | |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; et al., | ORDER |
| Defendants - Appellants, | |
| and | |
| MONSANTO COMPANY; et al., WESTERN SUGAR COOPERATIVE WYOMING SUGAR COMPANY LLC; et al., | |
| Intervenor-Defendants. | |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs on appeal.

AJ/Mediation

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Ann Julius
Circuit Mediator

AJ/Mediation

2